**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS<br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, Incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc # 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party: MARIA B. SANCHEZ

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
   _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
   _____

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: NEW MEXICO
   _____

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence: NEW MEXICO

7. District Court and Division in which venue would be proper absent direct filing: UNITED STATES DISTRICT COURT, NEW MEXICO

8. Defendants (check Defendants against whom Complaint is made):

    ☑ C.R. Bard Inc.

    ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    ☑ Diversity of Citizenship

    ☐ Other: 

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☒ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product: September 16, 2015

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count IV: Negligence - Design

☒ Count V: Negligence - Manufacture

☒ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentation

☑ Count XIII:   Fraudulent Concealment

☑ Count XIV:   Violations of Applicable TENNESSEE (insert state) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV:   Loss of Consortium

☐ Count XVI:   Wrongful Death

☐ Count XVII: Survival

☑ Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

-5-

RESPECTFULLY SUBMITTED this 20th day of December, 2016.

## EXCOLO LAW, PLLC

By /s/ Keith L. Altman
    Keith L. Altman
    Excolo Law
    26700 Lahser Road Ste. 401
    Southfield, MI 48033
    Telephone: (516) 456-5885
    Facsimile: (248) 436-685810
    *Attorneys for Plaintiffs*


I hereby certify that on this 20th day of December 2016, I forwarded this document to the Clerk's Office via electronic filing.


    By /s/ Keith L. Altman
       Keith L. Altman