# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.

**Plaintiff(s): Maria B Sanchez**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Outside the State of Arizona

**Defendant(s): C.R. Bard Incorporated, et al.**

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

Keith Altman
EXCOLO LAW PLLC
26700 Lahser Road Ste. 401
Southfield, Michigan 48033
(516) 456-5885

Defendant's Atty(s):

**II. Basis of Jurisdiction:** 4. Diversity (complete item III)

**III. Citizenship of Principal Parties** (Diversity Cases Only)

Plaintiff: - 2 Citizen of Another State
Defendant: - 5 Non AZ corp and Principal place of Business outside AZ

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 365 Personal Injury - Product Liability

**VI. Cause of Action:** Negligence-Design, Manufacture, Failure to Re/call/retrofit/failure to warn, misrepresentation, Per Se, Breach of Express Warranty, Breach of Implied Warranty, Fraudulent Misrepresentation, Fraudulent Concealment, Violations of Applicable Tennessee, law prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

**VII. Requested in Complaint**

Class Action: No
Dollar Demand:
Jury Demand: No

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>Keith L. Altman</u>

**Date:** <u>12/28/2016</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014