CONSOLIDATED,MULTI–DISTRICT

# U.S. District Court
# DISTRICT OF ARIZONA (Phoenix Division)
# CIVIL DOCKET FOR CASE #: 2:16–cv–04490–DGC

Sanchez v. C R Bard Incorporated et al
Assigned to: Judge David G Campbell
Lead case: 2:15–md–02641–DGC
Member cases:

    2:18–cv–00050–DGC

    2:18–cv–02289–DGC (closed 01/06/2020)

    2:19–cv–01098–DGC (closed 12/17/2019)

    2:19–cv–01099–DGC (closed 12/17/2019)

    2:19–cv–01100–DGC (closed 12/17/2019)

    2:19–cv–01758–DGC (closed 10/17/2019)

    2:18–cv–00051–DGC (closed 01/14/2020)

    2:17–cv–02026–DGC (closed 11/01/2019)

    2:19–cv–03222–DGC (closed 10/17/2019)

    2:19–cv–01101–DGC (closed 12/17/2019)

    2:18–cv–03378–DGC (closed 03/05/2020)

    2:19–cv–01102–DGC (closed 12/17/2019)

    2:18–cv–00239–DGC (closed 01/08/2020)

    2:17–cv–02027–DGC (closed 12/05/2019)

    2:17–cv–02029–DGC (closed 03/05/2020)

    2:17–cv–02030–DGC (closed 12/05/2019)

    2:18–cv–03379–DGC (closed 10/31/2019)

    2:17–cv–02035–DGC (closed 01/10/2020)

    2:17–cv–03305–DGC (closed 08/07/2019)

    2:17–cv–02036–DGC (closed 10/29/2019)

    2:17–cv–02037–DGC (closed 10/29/2019)

    2:17–cv–03306–DGC (closed 03/05/2020)

    2:18–cv–03927–DGC (closed 11/06/2019)

    2:18–cv–02293–DGC

    2:16–cv–00701–DGC (closed 03/05/2020)

    2:19–cv–03223–DGC (closed 10/17/2019)

    2:18–cv–02298–DGC (closed 03/05/2020)

    2:17–cv–02046–DGC

    2:18–cv–02299–DGC (closed 03/05/2020)

    2:18–cv–03013–DGC

    2:15–cv–01623–DGC (closed 03/17/2020)

    2:15–cv–01625–DGC (closed 09/04/2019)

    2:15–cv–01627–DGC (closed 01/29/2019)

    2:15–cv–01628–DGC

    2:15–cv–01629–DGC (closed 01/29/2019)

Date Filed: 12/21/2016
Date Terminated: 03/05/2020
Jury Demand: None
Nature of Suit: 365 Personal Injury: Prod. Liability
Jurisdiction: Diversity

2:15–cv–01634–DGC (closed 08/17/2018)

2:15–cv–01638–DGC (closed 09/04/2019)

2:15–cv–01639–DGC (closed 03/17/2020)

2:15–cv–01641–DGC (closed 09/04/2019)

2:15–cv–01646–DGC (closed 09/04/2019)

2:15–cv–01649–DGC (closed 09/04/2019)

2:15–cv–01652–DGC (closed 01/29/2019)

2:15–cv–01655–DGC (closed 09/04/2019)

2:15–cv–01644–DGC (closed 01/14/2020)

2:15–cv–01658–DGC (closed 09/04/2019)

2:15–cv–01659–DGC (closed 09/04/2019)

2:15–cv–01660–DGC (closed 09/04/2019)

2:15–cv–01663–DGC (closed 09/04/2019)

2:15–cv–01666–DGC (closed 01/29/2019)

2:15–cv–01667–DGC (closed 01/03/2020)

2:15–cv–01668–DGC (closed 01/29/2019)

2:15–cv–01643–DGC (closed 01/29/2019)

2:15–cv–01690–DGC (closed 09/04/2019)

2:15–cv–01691–DGC (closed 01/29/2019)

2:15–cv–01707–DGC (closed 01/29/2019)

2:15–cv–01708–DGC (closed 10/13/2015)

2:15–cv–01710–DGC (closed 09/04/2019)

2:15–cv–01712–DGC (closed 01/29/2019)

2:15–cv–01714–DGC (closed 05/31/2016)

2:15–cv–01717–DGC (closed 11/20/2019)

2:15–cv–01719–DGC (closed 09/04/2019)

2:15–cv–01720–DGC

2:15–cv–01721–DGC (closed 09/04/2019)

2:15–cv–01722–DGC (closed 01/14/2020)

2:15–cv–01723–DGC

2:15–cv–01725–DGC (closed 09/04/2019)

2:15–cv–01726–DGC (closed 01/10/2020)

2:18–cv–03380–DGC (closed 10/31/2019)

2:15–cv–01738–DGC (closed 01/03/2020)

2:15–cv–01739–DGC (closed 09/04/2019)

2:15–cv–01741–DGC (closed 01/03/2020)

2:15–cv–01742–DGC

2:15–cv–01878–DGC (closed 03/17/2020)

2:15–cv–01879–DGC (closed 03/17/2020)

2:15–cv–01881–DGC (closed 03/17/2020)

2:15–cv–01883–DGC (closed 03/17/2020)

2:15–cv–01884–DGC (closed 09/04/2019)

2:15–cv–01885–DGC

2:15–cv–01886–DGC (closed 12/17/2019)

2:15–cv–01899–DGC (closed 03/17/2020)

2:15–cv–01900–DGC

2:15–cv–01915–DGC (closed 03/17/2020)

2:15–cv–01925–DGC (closed 03/17/2020)

2:15–cv–01926–DGC

2:15–cv–01956–DGC (closed 01/03/2020)

2:18–cv–04699–DGC

2:17–cv–03962–DGC (closed 12/10/2019)

2:15–cv–02090–DGC

2:15–cv–02091–DGC

2:15–cv–02093–DGC

2:15–cv–02096–DGC (closed 03/09/2016)

2:15–cv–02139–DGC (closed 09/04/2019)

2:15–cv–02142–DGC

2:15–cv–02145–DGC (closed 09/04/2019)

2:15–cv–02155–DGC

2:19–cv–03224–DGC (closed 12/16/2019)

2:17–cv–01519–DGC (closed 03/05/2020)

2:18–cv–03983–DGC

2:19–cv–03225–DGC (closed 10/17/2019)

2:19–cv–03226–DGC (closed 10/17/2019)

2:15–cv–02227–DGC (closed 03/17/2020)

2:15–cv–02302–DGC

2:15–cv–02303–DGC (closed 01/03/2020)

2:15–cv–02304–DGC

2:15–cv–02308–DGC (closed 11/06/2019)

2:17–cv–04086–DGC (closed 01/08/2020)

2:18–cv–03381–DGC (closed 11/22/2019)

2:19–cv–03227–DGC (closed 10/17/2019)

2:15–cv–02380–DGC (closed 10/29/2019)

2:15–cv–02379–DGC (closed 12/04/2019)

2:15–cv–02446–DGC

2:18–cv–00054–DGC (closed 12/30/2019)

2:19–cv–03093–DGC (closed 03/05/2020)

2:19–cv–03228–DGC (closed 10/17/2019)

2:18–cv–03984–DGC (closed 03/05/2020)

2:15–cv–02642–DGC (closed 03/17/2020)

2:15–cv–02463–DGC

2:15–cv–02462–DGC (closed 03/17/2020)

2:19–cv–03229–DGC (closed 12/16/2019)

2:15–cv–02573–DGC (closed 03/17/2020)

2:19–cv–03230–DGC (closed 12/16/2019)

2:15–cv–02635–DGC (closed 03/05/2020)

2:19–cv–03231–DGC

2:19–cv–03235–DGC (closed 08/20/2019)

2:19–cv–03236–DGC (closed 10/17/2019)

2:19–cv–03237–DGC (closed 10/17/2019)

2:19–cv–03241–DGC (closed 08/20/2019)

2:19–cv–03242–DGC (closed 08/20/2019)

2:17–cv–03729–DGC (closed 11/06/2019)

2:15–cv–02647–DGC (closed 09/04/2019)

2:15–cv–02648–DGC (closed 03/17/2020)

2:19–cv–03243–DGC (closed 10/17/2019)

2:19–cv–03244–DGC

2:19–cv–03245–DGC

2:19–cv–03246–DGC

2:15–cv–02655–DGC (closed 09/04/2019)

2:15–cv–02656–DGC

2:16–cv–00002–DGC (closed 03/05/2020)

2:16–cv–00010–DGC (closed 12/04/2019)

2:16–cv–00008–DGC (closed 08/20/2019)

2:16–cv–00025–DGC (closed 03/05/2020)

2:16–cv–00027–DGC

2:16–cv–00034–DGC

2:16–cv–00040–DGC

2:16–cv–00058–DGC

2:16–cv–00059–DGC

2:16–cv–00060–DGC

2:16–cv–00061–DGC (closed 08/20/2019)

2:16–cv–00067–DGC (closed 03/05/2020)

2:16–cv–00079–DGC (closed 12/11/2019)

2:16–cv–00090–DGC

2:16–cv–00097–DGC

2:16–cv–00109–DGC

2:16–cv–00110–DGC (closed 03/03/2016)

2:16–cv–00111–DGC

2:16–cv–00112–DGC

2:16–cv–00113–DGC

2:16–cv–00114–DGC

2:16–cv–00115–DGC

2:16–cv–00121–DGC (closed 03/05/2020)

2:16–cv–00126–DGC (closed 03/05/2020)

2:16–cv–00129–DGC (closed 12/30/2019)

2:16–cv–00130–DGC

2:16–cv–00137–DGC (closed 01/03/2020)

2:16–cv–00138–DGC (closed 08/20/2019)

2:16–cv–00140–DGC (closed 11/16/2016)

2:16–cv–00143–DGC (closed 03/05/2020)

2:16–cv–00148–DGC (closed 12/05/2019)

2:16–cv–00150–DGC (closed 08/19/2016)

2:16–cv–00151–DGC (closed 03/05/2020)

2:16–cv–00153–DGC (closed 10/31/2019)

2:16–cv–00154–DGC (closed 10/23/2019)

2:19–cv–03248–DGC

2:16–cv–00160–DGC (closed 12/16/2019)

2:16–cv–00161–DGC (closed 08/20/2019)

2:16–cv–00171–DGC (closed 09/04/2019)

2:16–cv–00174–DGC

2:16–cv–00175–DGC

2:16–cv–00177–DGC

2:16–cv–00178–DGC

2:16–cv–00179–DGC

2:16–cv–00180–DGC

2:16–cv–00181–DGC

2:16–cv–00182–DGC

2:16–cv–00183–DGC

2:16–cv–00187–DGC (closed 03/05/2020)

2:16–cv–00190–DGC (closed 10/29/2019)

2:16–cv–00191–DGC (closed 11/06/2019)

2:16–cv–00193–DGC (closed 11/06/2019)

2:16–cv–00194–DGC (closed 10/31/2019)

2:16–cv–00196–DGC (closed 11/22/2019)

2:16–cv–00197–DGC (closed 10/31/2019)

2:16–cv–00198–DGC (closed 11/20/2019)

2:16–cv–00199–DGC (closed 10/23/2019)

2:16–cv–00200–DGC (closed 10/29/2019)

2:16–cv–00201–DGC (closed 10/29/2019)

2:16–cv–00202–DGC (closed 10/15/2019)

2:16–cv–00203–DGC (closed 10/29/2019)

2:16–cv–00188–DGC (closed 10/22/2019)

2:16–cv–00204–DGC (closed 10/29/2019)

2:16–cv–00205–DGC (closed 10/29/2019)

2:16–cv–00206–DGC

2:16–cv–00208–DGC

2:16–cv–00211–DGC (closed 10/29/2019)

2:16–cv–00212–DGC (closed 08/20/2019)

2:16–cv–00214–DGC (closed 10/23/2019)

2:16–cv–00213–DGC (closed 08/20/2019)

2:16–cv–00215–DGC (closed 08/20/2019)

2:16–cv–00216–DGC

2:16–cv–00217–DGC (closed 08/20/2019)

2:16–cv–00218–DGC (closed 10/31/2019)

2:16–cv–00219–DGC (closed 08/20/2019)

2:16–cv–00220–DGC (closed 10/31/2019)

2:16–cv–00221–DGC (closed 10/29/2019)

2:16–cv–00223–DGC (closed 10/22/2019)

2:16–cv–00224–DGC (closed 11/21/2019)

2:16–cv–00225–DGC (closed 10/15/2019)

2:16–cv–00226–DGC (closed 11/21/2019)

2:16–cv–00227–DGC (closed 10/22/2019)

2:16–cv–00228–DGC (closed 11/21/2019)

2:16–cv–00229–DGC (closed 10/31/2019)

2:16–cv–00231–DGC (closed 10/29/2019)

2:16–cv–00232–DGC (closed 10/23/2019)

2:16–cv–00233–DGC (closed 10/29/2019)

2:16–cv–00235–DGC

2:16–cv–00239–DGC (closed 08/20/2019)

2:16–cv–00241–DGC

2:16–cv–00242–DGC

2:16–cv–00246–DGC (closed 12/17/2019)

2:16–cv–00247–DGC (closed 01/03/2020)

2:16–cv–00249–DGC (closed 01/14/2020)

2:16–cv–00250–DGC (closed 03/05/2020)

2:16–cv–00253–DGC (closed 01/03/2020)

2:16–cv–00256–DGC (closed 01/14/2020)

2:16–cv–00255–DGC (closed 11/21/2019)

2:16–cv–00257–DGC (closed 08/19/2019)

2:16–cv–00259–DGC (closed 01/03/2020)

2:16–cv–00261–DGC (closed 01/14/2020)

2:16–cv–00262–DGC

2:16–cv–00263–DGC (closed 01/09/2020)

2:16–cv–00264–DGC (closed 08/20/2019)

2:16–cv–00265–DGC

2:16–cv–00266–DGC

2:16–cv–00267–DGC

2:16–cv–00268–DGC

2:16–cv–00269–DGC

2:16–cv–00270–DGC

2:16–cv–00274–DGC (closed 12/30/2019)

2:16–cv–00275–DGC (closed 12/30/2019)

2:16–cv–00276–DGC (closed 12/30/2019)

2:16–cv–00277–DGC (closed 12/30/2019)

2:16–cv–00282–DGC (closed 12/30/2019)

2:16–cv–00285–DGC (closed 08/20/2019)

2:16–cv–00286–DGC

2:19–cv–03249–DGC (closed 01/31/2020)

2:19–cv–03250–DGC (closed 01/31/2020)

2:16–cv–00289–DGC (closed 06/06/2016)

2:16–cv–00294–DGC

2:16–cv–00338–DGC (closed 03/05/2020)

2:16–cv–00303–DGC (closed 03/05/2020)

2:16–cv–00306–DGC (closed 12/05/2019)

2:16–cv–00309–DGC (closed 08/20/2019)

2:16–cv–00826–DGC (closed 10/31/2019)

2:16–cv–00317–DGC (closed 03/05/2020)

2:16–cv–00318–DGC (closed 03/05/2020)

2:16–cv–00319–DGC (closed 03/05/2020)

2:16–cv–00320–DGC (closed 03/05/2020)

2:16–cv–00321–DGC (closed 03/05/2020)

2:16–cv–00322–DGC (closed 12/30/2019)

2:16–cv–00332–DGC (closed 08/20/2019)

2:16–cv–00333–DGC (closed 03/05/2020)

2:16–cv–00336–DGC (closed 05/23/2016)

2:16–cv–00340–DGC

2:16–cv–00344–DGC (closed 05/04/2016)

2:18–cv–01224–DGC

2:18–cv–01228–DGC

2:16–cv–00355–DGC

2:16–cv–00386–DGC

2:16–cv–00389–DGC (closed 01/03/2020)

2:16–cv–00390–DGC (closed 01/14/2020)

2:16–cv–00392–DGC

2:16–cv–00393–DGC (closed 01/03/2020)

2:16–cv–00394–DGC (closed 01/03/2020)

2:16–cv–00395–DGC

2:16–cv–00435–DGC

2:16–cv–00440–DGC (closed 08/20/2019)

2:16–cv–00445–DGC

2:16–cv–00446–DGC

2:16–cv–00470–DGC (closed 11/21/2019)

2:16–cv–00473–DGC

2:16–cv–00474–DGC (closed 07/09/2018)

2:16–cv–00477–DGC

2:16–cv–00479–DGC

2:16–cv–00483–DGC

2:16–cv–00487–DGC

2:16–cv–00491–DGC

2:16–cv–00494–DGC (closed 08/20/2019)

2:16–cv–00495–DGC

2:16–cv–00507–DGC (closed 03/17/2020)

2:17–cv–03730–DGC (closed 10/15/2019)

2:16–cv–00515–DGC (closed 08/20/2019)

2:16–cv–00516–DGC (closed 12/16/2019)

2:16–cv–00517–DGC (closed 01/06/2017)

2:16–cv–00518–DGC (closed 03/09/2018)

2:16–cv–00519–DGC (closed 12/16/2019)

2:16–cv–00520–DGC (closed 12/16/2019)

2:16–cv–00521–DGC (closed 12/16/2019)

2:17–cv–03162–DGC (closed 12/05/2019)

2:16–cv–00523–DGC (closed 08/20/2019)

2:16–cv–00524–DGC (closed 03/05/2020)

2:16–cv–00525–DGC (closed 08/20/2019)

2:16–cv–00534–DGC (closed 03/05/2020)

2:16–cv–00535–DGC (closed 03/05/2020)

2:16–cv–00541–DGC

2:16–cv–00542–DGC

2:16–cv–00543–DGC

2:16–cv–00546–DGC (closed 03/17/2020)

2:16–cv–00552–DGC (closed 12/16/2019)

2:16–cv–00553–DGC (closed 12/16/2019)

2:16–cv–00555–DGC (closed 12/16/2019)

2:16–cv–00554–DGC (closed 12/16/2019)

2:16–cv–00556–DGC (closed 12/16/2019)

2:16–cv–00557–DGC (closed 12/16/2019)

2:16–cv–00558–DGC (closed 12/17/2019)

2:16–cv–00566–DGC (closed 01/02/2020)

2:16–cv–00569–DGC (closed 08/20/2019)

2:16–cv–00574–DGC (closed 10/17/2019)

2:16–cv–01180–DGC

2:16–cv–00592–DGC (closed 12/17/2019)

2:16–cv–00596–DGC (closed 03/17/2020)

2:16–cv–00598–DGC (closed 09/04/2019)

2:16–cv–00600–DGC (closed 08/20/2019)

2:16–cv–00605–DGC

2:16–cv–00608–DGC (closed 12/17/2019)

2:16–cv–00610–DGC (closed 03/17/2020)

2:16–cv–00612–DGC (closed 12/17/2019)

2:16–cv–00613–DGC (closed 12/17/2019)

2:16–cv–00614–DGC (closed 12/17/2019)

2:16–cv–00615–DGC (closed 12/17/2019)

2:16–cv–00616–DGC (closed 12/17/2019)

2:16–cv–00617–DGC (closed 01/14/2020)

2:16–cv–00620–DGC (closed 08/20/2019)

2:16–cv–00621–DGC (closed 03/05/2020)

2:17–cv–02051–DGC (closed 10/17/2019)

2:16–cv–00630–DGC (closed 01/14/2020)

2:16–cv–00645–DGC (closed 03/17/2020)

2:16–cv–00679–DGC (closed 08/20/2019)

2:16–cv–00687–DGC (closed 03/17/2020)

2:16–cv–00690–DGC (closed 08/20/2019)

2:16–cv–00695–DGC (closed 12/17/2019)

2:17–cv–02052–DGC (closed 10/17/2019)

2:16–cv–00703–DGC (closed 08/20/2019)

2:16–cv–00704–DGC (closed 08/20/2019)

2:16–cv–00715–DGC (closed 12/16/2019)

2:16–cv–00716–DGC (closed 12/16/2019)

2:16–cv–00717–DGC (closed 12/16/2019)

2:16–cv–00718–DGC (closed 12/16/2019)

2:16–cv–00719–DGC (closed 04/19/2016)

2:17–cv–02053–DGC (closed 01/03/2020)

2:16–cv–00728–DGC (closed 12/04/2019)

2:16–cv–00739–DGC

2:16–cv–00742–DGC (closed 03/05/2020)

2:17–cv–02924–DGC (closed 12/17/2019)

2:16–cv–00762–DGC

2:16–cv–00763–DGC (closed 04/06/2016)

2:17–cv–02054–DGC

2:16–cv–00771–DGC (closed 08/20/2019)

2:16–cv–00773–DGC (closed 08/20/2019)

2:16–cv–00774–DGC (closed 10/17/2019)

2:16–cv–00776–DGC (closed 08/20/2019)

2:16–cv–00778–DGC (closed 08/20/2019)

2:16–cv–00779–DGC (closed 08/20/2019)

2:16–cv–00782–DGC (closed 07/09/2018)

2:16–cv–00786–DGC (closed 05/23/2016)

2:16–cv–00788–DGC (closed 03/05/2020)

2:16–cv–00789–DGC (closed 03/05/2020)

2:16–cv–00793–DGC (closed 03/05/2020)

2:16–cv–00797–DGC

2:16–cv–00802–DGC (closed 10/29/2019)

2:16–cv–00804–DGC (closed 10/13/2016)

2:16–cv–00805–DGC (closed 11/21/2019)

2:16–cv–00806–DGC (closed 10/29/2019)

2:16–cv–00807–DGC (closed 10/31/2019)

2:16–cv–00808–DGC (closed 10/23/2019)

2:16–cv–00809–DGC (closed 10/29/2019)

2:16–cv–00810–DGC (closed 10/23/2019)

2:17–cv–03731–DGC (closed 10/31/2019)

2:16–cv–00811–DGC (closed 04/13/2016)

2:16–cv–00812–DGC (closed 10/31/2019)

2:16–cv–00816–DGC (closed 12/04/2019)

2:16–cv–00817–DGC (closed 10/29/2019)

2:16–cv–00818–DGC (closed 10/29/2019)

2:16–cv–00819–DGC (closed 10/16/2019)

2:16–cv–00820–DGC (closed 10/31/2019)

2:16–cv–00821–DGC (closed 10/31/2019)

2:16–cv–00823–DGC (closed 10/31/2019)

2:16–cv–00824–DGC (closed 11/21/2019)

2:16–cv–00825–DGC (closed 10/31/2019)

2:16–cv–00829–DGC

2:16–cv–00830–DGC (closed 10/15/2019)

2:16–cv–00831–DGC (closed 10/17/2019)

2:16–cv–00832–DGC

2:16–cv–00837–DGC

2:16–cv–00842–DGC

2:16–cv–00844–DGC (closed 08/20/2019)

2:16–cv–00847–DGC

2:16–cv–00851–DGC

2:16–cv–00853–DGC (closed 12/04/2019)

2:16–cv–00854–DGC (closed 12/04/2019)

2:16–cv–00855–DGC (closed 12/04/2019)

2:16–cv–00856–DGC (closed 12/04/2019)

2:16–cv–00857–DGC (closed 12/10/2019)

2:16–cv–00866–DGC (closed 08/20/2019)

2:16–cv–00869–DGC

2:16–cv–04309–DGC (closed 03/05/2020)

2:16–cv–00877–DGC

2:16–cv–00878–DGC

2:16–cv–00879–DGC

2:16–cv–00882–DGC

2:16–cv–00883–DGC (closed 01/09/2020)

2:16–cv–00887–DGC (closed 01/14/2020)

2:16–cv–00888–DGC (closed 04/03/2017)

2:16–cv–00889–DGC (closed 01/03/2020)

2:16–cv–00890–DGC (closed 01/03/2020)

2:16–cv–00891–DGC

2:16–cv–00893–DGC (closed 10/05/2018)

2:16–cv–00899–DGC (closed 03/05/2020)

2:16–cv–00900–DGC (closed 03/05/2020)

2:16–cv–00901–DGC

2:16–cv–00902–DGC

2:16–cv–00903–DGC (closed 03/05/2020)

2:16–cv–00904–DGC

2:16–cv–00905–DGC

2:19–cv–01103–DGC (closed 12/17/2019)

2:16–cv–00906–DGC (closed 03/05/2020)

2:16–cv–00913–DGC (closed 08/20/2019)

2:19–cv–01104–DGC (closed 12/17/2019)

2:16–cv–00918–DGC

2:16–cv–00919–DGC

2:17-cv–02057–DGC (closed 01/02/2020)

2:16–cv–00920–DGC

2:16–cv–00921–DGC

2:16–cv–00922–DGC

2:16–cv–00923–DGC (closed 08/20/2019)

2:16–cv–00925–DGC (closed 01/02/2020)

2:16–cv–00926–DGC (closed 01/02/2020)

2:16–cv–00953–DGC

2:16–cv–00955–DGC (closed 12/30/2019)

2:16–cv–00965–DGC

2:16–cv–00967–DGC

2:16–cv–00971–DGC

2:16–cv–00966–DGC

2:16–cv–00987–DGC (closed 09/04/2019)

2:16–cv–00988–DGC (closed 03/17/2020)

2:16–cv–01000–DGC

2:16–cv–01005–DGC (closed 03/05/2020)

2:16–cv–01006–DGC (closed 03/05/2020)

2:16–cv–01007–DGC (closed 03/05/2020)

2:16–cv–01008–DGC (closed 03/05/2020)

2:16–cv–01009–DGC (closed 04/15/2016)

2:16–cv–01010–DGC (closed 03/05/2020)

2:16–cv–01016–DGC (closed 05/02/2016)

2:16–cv–01017–DGC

2:16–cv–01031–DGC (closed 03/05/2020)

2:16–cv–01035–DGC (closed 01/14/2020)

2:16–cv–01038–DGC

2:16–cv–01049–DGC (closed 12/18/2019)

2:16–cv–01051–DGC (closed 12/18/2019)

2:16–cv–01054–DGC (closed 03/05/2020)

2:16–cv–01077–DGC

2:16–cv–01078–DGC

2:16–cv–01079–DGC (closed 12/16/2019)

2:16–cv–01085–DGC (closed 08/20/2019)

2:16–cv–01086–DGC (closed 10/17/2019)

2:16–cv–01087–DGC (closed 08/20/2019)

2:16–cv–01088–DGC

2:16–cv–01089–DGC (closed 08/20/2019)

2:16–cv–01090–DGC (closed 08/20/2019)

2:16–cv–01091–DGC (closed 08/20/2019)

2:16–cv–01092–DGC (closed 08/20/2019)

2:16–cv–01093–DGC (closed 08/20/2019)

2:16–cv–01094–DGC (closed 08/20/2019)

2:16–cv–01095–DGC

2:16–cv–01096–DGC (closed 12/10/2019)

2:16–cv–01097–DGC

2:16–cv–01099–DGC (closed 03/05/2020)

2:16–cv–01100–DGC (closed 03/05/2020)

2:16–cv–01114–DGC (closed 06/02/2017)

2:16–cv–01115–DGC (closed 03/05/2020)

2:16–cv–01121–DGC (closed 12/17/2019)

2:16–cv–01131–DGC (closed 12/17/2019)

2:16–cv–01132–DGC

2:16–cv–01134–DGC (closed 12/18/2019)

2:17–cv–03732–DGC (closed 10/29/2019)

2:16–cv–01142–DGC

2:16–cv–01143–DGC

2:16–cv–01144–DGC

2:16–cv–01145–DGC

2:16–cv–01146–DGC

2:16–cv–01149–DGC

2:16–cv–01150–DGC (closed 05/09/2016)

2:16–cv–01151–DGC

2:16–cv–01153–DGC (closed 03/05/2020)

2:16–cv–01154–DGC (closed 03/05/2020)

2:16–cv–01155–DGC (closed 03/05/2020)

2:16–cv–01157–DGC (closed 03/05/2020)

2:16–cv–01193–DGC (closed 12/30/2019)

2:16–cv–01202–DGC

2:16–cv–01188–DGC (closed 03/05/2020)

2:16–cv–01189–DGC (closed 03/05/2020)

2:16–cv–01207–DGC

2:16–cv–01218–DGC (closed 12/16/2019)

2:16–cv–01219–DGC (closed 12/16/2019)

2:16–cv–01220–DGC (closed 09/24/2018)

2:16–cv–01221–DGC (closed 12/16/2019)

2:16–cv–01222–DGC

2:16–cv–01223–DGC

2:16–cv–01238–DGC

2:16–cv–01239–DGC

2:16–cv–01240–DGC

2:16–cv–01241–DGC

2:16–cv–01242–DGC

2:16–cv–01243–DGC

2:16–cv–01244–DGC (closed 12/05/2019)

2:16–cv–01252–DGC

2:16–cv–01254–DGC (closed 09/05/2019)

2:16–cv–01257–DGC (closed 10/17/2019)

2:16–cv–01258–DGC

2:16–cv–01261–DGC (closed 08/20/2019)

2:16–cv–01262–DGC (closed 08/20/2019)

2:16–cv–01264–DGC (closed 08/20/2019)

2:16–cv–01271–DGC (closed 09/04/2019)

2:16–cv–01270–DGC

2:16–cv–01275–DGC (closed 12/10/2019)

2:16–cv–01276–DGC (closed 12/10/2019)

2:16–cv–01288–DGC (closed 12/18/2019)

2:16–cv–01290–DGC (closed 03/05/2020)

2:16–cv–01295–DGC (closed 12/30/2019)

2:16–cv–01298–DGC (closed 03/05/2020)

2:16–cv–01299–DGC (closed 03/05/2020)

2:16–cv–01301–DGC (closed 03/05/2020)

2:16–cv–01302–DGC (closed 10/17/2019)

2:16–cv–01303–DGC (closed 10/17/2019)

2:16–cv–01308–DGC (closed 10/17/2019)

2:16–cv–01309–DGC (closed 10/17/2019)

2:16–cv–01310–DGC (closed 10/17/2019)

2:16–cv–01312–DGC (closed 10/17/2019)

2:16–cv–01315–DGC (closed 12/16/2019)

2:16–cv–01316–DGC (closed 12/18/2019)

2:16–cv–01314–DGC (closed 08/20/2019)

2:16–cv–01331–DGC (closed 12/17/2019)

2:16–cv–01332–DGC (closed 12/17/2019)

2:16–cv–01333–DGC (closed 12/17/2019)

2:16–cv–01334–DGC (closed 12/17/2019)

2:17–cv–00113–DGC (closed 08/20/2019)

2:16–cv–01338–DGC (closed 08/20/2019)

2:16–cv–01339–DGC (closed 08/20/2019)

2:16–cv–01340–DGC (closed 08/20/2019)

2:16–cv–01344–DGC (closed 03/05/2020)

2:16–cv–01345–DGC (closed 01/15/2020)

2:16–cv–01347–DGC (closed 08/20/2019)

2:16–cv–01349–DGC

2:16–cv–01350–DGC (closed 08/20/2019)

2:16–cv–01351–DGC (closed 08/20/2019)

2:16–cv–01352–DGC (closed 03/05/2020)

2:16–cv–01353–DGC (closed 03/05/2020)

2:16–cv–01354–DGC

2:16–cv–01355–DGC

2:16–cv–01356–DGC

2:16–cv–01357–DGC (closed 10/05/2016)

2:16–cv–01358–DGC

2:16–cv–01359–DGC

2:16–cv–01360–DGC

2:16–cv–01361–DGC

2:16–cv–01362–DGC

2:16–cv–01363–DGC

2:16–cv–01364–DGC

2:16–cv–01365–DGC

2:16–cv–01369–DGC (closed 07/14/2016)

2:16–cv–01371–DGC

2:16–cv–01375–DGC

2:16–cv–01376–DGC

2:16–cv–01378–DGC (closed 07/26/2016)

2:16–cv–01381–DGC

2:16–cv–01382–DGC

2:16–cv–01383–DGC

2:16–cv–01384–DGC

2:16–cv–01385–DGC

2:16–cv–01387–DGC (closed 12/18/2019)

2:16–cv–01388–DGC (closed 12/18/2019)

2:16–cv–01391–DGC

2:16–cv–01393–DGC (closed 07/28/2016)

2:16–cv–01386–DGC (closed 03/05/2020)

2:16–cv–01394–DGC (closed 05/24/2016)

2:16–cv–01395–DGC

2:16–cv–01396–DGC (closed 12/18/2019)

2:16–cv–01397–DGC (closed 05/18/2016)

2:16–cv–01398–DGC (closed 08/20/2019)

2:16–cv–01399–DGC (closed 07/21/2016)

2:16–cv–01400–DGC (closed 09/28/2016)

2:16–cv–01401–DGC

2:16–cv–01402–DGC

2:16–cv–01403–DGC

2:16–cv–01404–DGC (closed 12/18/2019)

2:16–cv–01405–DGC

2:16–cv–01406–DGC (closed 06/22/2016)

2:16–cv–01412–DGC

2:16–cv–01415–DGC (closed 07/06/2017)

2:16–cv–01417–DGC (closed 06/16/2016)

2:16–cv–01813–DGC (closed 12/16/2019)

2:16–cv–01425–DGC (closed 01/03/2020)

2:16–cv–01433–DGC (closed 12/18/2019)

2:16–cv–01421–DGC (closed 08/20/2019)

2:16–cv–01463–DGC (closed 01/03/2020)

2:16–cv–01464–DGC (closed 01/03/2020)

2:16–cv–01483–DGC

2:16–cv–01488–DGC (closed 12/16/2019)

2:16–cv–01497–DGC (closed 08/20/2019)

2:16–cv–01514–DGC (closed 08/08/2018)

2:16–cv–01517–DGC (closed 03/05/2020)

2:16–cv–01518–DGC (closed 12/16/2019)

2:16–cv–01520–DGC (closed 12/16/2019)

2:16–cv–01536–DGC (closed 08/20/2019)

2:16–cv–01543–DGC (closed 03/05/2020)

2:18–cv–01229–DGC

2:16–cv–01561–DGC (closed 12/05/2019)

2:16–cv–01562–DGC (closed 08/20/2019)

2:16–cv–01573–DGC

2:16–cv–01576–DGC (closed 08/20/2019)

2:16–cv–01581–DGC (closed 12/04/2019)

2:17–cv–03733–DGC (closed 10/17/2019)

2:17–cv–03734–DGC (closed 10/15/2019)

2:16–cv–01578–DGC (closed 12/04/2019)

2:16–cv–01600–DGC (closed 08/20/2019)

2:16–cv–01607–DGC (closed 11/01/2019)

2:16–cv–01615–DGC (closed 01/14/2020)

2:16–cv–01625–DGC (closed 12/18/2019)

2:16–cv–01632–DGC (closed 08/20/2019)

2:16–cv–01633–DGC (closed 08/20/2019)

2:16–cv–01634–DGC (closed 08/20/2019)

2:16–cv–01637–DGC (closed 01/03/2020)

2:16–cv–01648–DGC (closed 01/14/2020)

2:16–cv–01656–DGC (closed 08/20/2019)

2:16–cv–01657–DGC (closed 08/20/2019)

2:16–cv–01659–DGC (closed 08/20/2019)

2:16–cv–01660–DGC (closed 08/20/2019)

2:16–cv–01677–DGC (closed 01/03/2020)

2:16–cv–01678–DGC (closed 08/20/2019)

2:16–cv–01681–DGC (closed 08/20/2019)

2:16–cv–01685–DGC (closed 08/20/2019)

2:16–cv–01692–DGC

2:16–cv–01693–DGC

2:16–cv–01722–DGC (closed 06/14/2016)

2:16–cv–01726–DGC (closed 03/05/2020)

2:16–cv–01739–DGC

2:16–cv–01741–DGC (closed 03/05/2020)

2:16–cv–01749–DGC (closed 08/20/2019)

2:16–cv–01750–DGC

2:16–cv–01754–DGC (closed 10/04/2016)

2:16–cv–01757–DGC

2:16–cv–01758–DGC (closed 01/15/2020)

2:16–cv–01764–DGC (closed 01/03/2020)

2:16–cv–01765–DGC (closed 01/14/2020)

2:16–cv–01766–DGC (closed 01/10/2020)

2:16–cv–01775–DGC (closed 01/03/2020)

2:16–cv–01776–DGC (closed 09/15/2016)

2:16–cv–01777–DGC (closed 11/22/2019)

2:16–cv–01779–DGC (closed 01/14/2020)

2:16–cv–01780–DGC (closed 01/03/2020)

2:16–cv–01789–DGC (closed 01/14/2020)

2:16–cv–01797–DGC (closed 01/03/2020)

2:16–cv–01798–DGC (closed 01/03/2020)

2:16–cv–01799–DGC (closed 01/14/2020)

2:16–cv–01806–DGC (closed 12/16/2019)

2:16–cv–01807–DGC (closed 12/04/2019)

2:16–cv–01811–DGC (closed 03/05/2020)

2:16–cv–01814–DGC (closed 12/16/2019)

2:16–cv–01815–DGC

2:16–cv–01819–DGC (closed 01/03/2020)

2:16–cv–01820–DGC (closed 01/03/2020)

2:16–cv–01821–DGC (closed 01/14/2020)

2:16–cv–01822–DGC (closed 03/05/2020)

2:16–cv–01835–DGC (closed 03/05/2020)

2:16–cv–01836–DGC

2:16–cv–01838–DGC (closed 01/03/2020)

2:16–cv–01849–DGC (closed 08/20/2019)

2:16–cv–01858–DGC

2:16–cv–01852–DGC

2:16–cv–01859–DGC

2:16–cv–01861–DGC

2:16–cv–01862–DGC

2:16–cv–01864–DGC

2:16–cv–01865–DGC

2:16–cv–01868–DGC

2:16–cv–01885–DGC (closed 12/16/2019)

2:16–cv–01886–DGC

2:16–cv–01892–DGC (closed 10/05/2016)

2:16–cv–01891–DGC

2:16–cv–01905–DGC (closed 01/03/2020)

2:16–cv–01917–DGC (closed 01/14/2020)

2:16–cv–01935–DGC (closed 03/05/2020)

2:16–cv–04259–DGC

2:16–cv–01940–DGC (closed 03/05/2020)

2:16–cv–02238–DGC (closed 01/14/2020)

2:16–cv–01951–DGC (closed 08/20/2019)

2:16–cv–01952–DGC (closed 08/20/2019)

2:16–cv–01953–DGC (closed 08/20/2019)

2:16–cv–01955–DGC

2:16–cv–01957–DGC

2:16–cv–01958–DGC (closed 03/05/2020)

2:16–cv–01970–DGC

2:16–cv–01971–DGC (closed 08/20/2019)

2:16–cv–01976–DGC (closed 08/20/2019)

2:16–cv–01989–DGC (closed 03/05/2020)

2:16–cv–01990–DGC (closed 03/05/2020)

2:16–cv–01993–DGC (closed 10/17/2019)

2:16–cv–02006–DGC (closed 03/05/2020)

2:19–cv–03251–DGC

2:16–cv–02036–DGC (closed 03/05/2020)

2:16–cv–02039–DGC

2:16–cv–02040–DGC (closed 03/05/2020)

2:16–cv–02056–DGC (closed 01/03/2020)

2:16–cv–02060–DGC

2:16–cv–02061–DGC (closed 01/14/2020)

2:16–cv–02064–DGC (closed 08/12/2016)

2:16–cv–02071–DGC (closed 01/02/2020)

2:16–cv–02075–DGC (closed 12/30/2019)

2:16–cv–02076–DGC (closed 10/17/2019)

2:16–cv–02078–DGC (closed 08/20/2019)

2:16–cv–02087–DGC (closed 12/04/2019)

2:16–cv–02088–DGC (closed 12/04/2019)

2:16–cv–02089–DGC (closed 12/04/2019)

2:16–cv–02090–DGC (closed 12/04/2019)

2:16–cv–02091–DGC

2:16–cv–02098–DGC (closed 03/05/2020)

2:16–cv–02099–DGC

2:16–cv–02101–DGC (closed 03/05/2020)

2:16–cv–02102–DGC (closed 03/05/2020)

2:16–cv–02103–DGC (closed 03/05/2020)

2:16–cv–02104–DGC (closed 03/04/2020)

2:16–cv–02118–DGC (closed 03/05/2020)

2:16–cv–02122–DGC

2:16–cv–02123–DGC

2:16–cv–02124–DGC

2:16–cv–02128–DGC

2:16–cv–02129–DGC

2:16–cv–02130–DGC

2:16–cv–02135–DGC (closed 03/04/2020)

2:16–cv–02136–DGC (closed 01/03/2020)

2:16–cv–02145–DGC (closed 12/05/2019)

2:16–cv–02146–DGC (closed 08/20/2019)

2:16–cv–02147–DGC (closed 08/20/2019)

2:16–cv–02148–DGC (closed 01/10/2017)

2:16–cv–02157–DGC (closed 08/20/2019)

2:16–cv–02159–DGC

2:16–cv–02161–DGC (closed 03/05/2020)

2:16–cv–02166–DGC (closed 01/03/2020)

2:17–cv–03736–DGC (closed 11/06/2019)

2:16–cv–02190–DGC

2:16–cv–02191–DGC

2:16–cv–02193–DGC

2:16–cv–02194–DGC (closed 11/20/2019)

2:16–cv–02195–DGC (closed 12/30/2019)

2:16–cv–02196–DGC

2:16–cv–02197–DGC

2:16–cv–02198–DGC (closed 01/15/2020)

2:16–cv–02199–DGC

2:16–cv–02200–DGC (closed 01/03/2020)

2:16–cv–02205–DGC (closed 03/05/2020)

2:16–cv–02384–DGC (closed 01/03/2020)

2:16–cv–02210–DGC (closed 01/14/2020)

2:16–cv–02216–DGC (closed 08/20/2019)

2:16–cv–02217–DGC (closed 08/20/2019)

2:16–cv–02218–DGC

2:16–cv–02219–DGC (closed 01/03/2020)

2:16–cv–02220–DGC (closed 01/03/2020)

2:16–cv–02221–DGC (closed 11/08/2016)

2:16–cv–02222–DGC (closed 01/03/2020)

2:16–cv–02223–DGC (closed 01/03/2020)

2:16–cv–02224–DGC

2:16–cv–02234–DGC (closed 03/17/2020)

2:16–cv–02231–DGC (closed 01/02/2020)

2:16–cv–02236–DGC (closed 08/20/2019)

2:16–cv–02237–DGC (closed 08/20/2019)

2:16–cv–02239–DGC (closed 01/14/2020)

2:16–cv–02240–DGC (closed 01/15/2020)

2:16–cv–02241–DGC (closed 09/26/2016)

2:16–cv–02242–DGC (closed 09/04/2019)

2:16–cv–02243–DGC (closed 01/03/2020)

2:16–cv–02244–DGC (closed 01/03/2020)

2:16–cv–02245–DGC (closed 01/23/2017)

2:16–cv–02252–DGC (closed 01/03/2020)

2:16–cv–02254–DGC (closed 01/03/2020)

2:16–cv–02255–DGC (closed 01/03/2020)

2:16–cv–02256–DGC (closed 09/27/2016)

2:16–cv–02257–DGC

2:16–cv–02258–DGC (closed 01/02/2020)

2:16–cv–02265–DGC (closed 09/15/2016)

2:16–cv–02266–DGC (closed 12/04/2019)

2:16–cv–02267–DGC (closed 12/04/2019)

2:16–cv–02272–DGC

2:16–cv–02273–DGC (closed 12/04/2019)

2:16–cv–02274–DGC (closed 12/04/2019)

2:16–cv–02275–DGC (closed 03/05/2020)

2:16–cv–02278–DGC (closed 12/30/2019)

2:16–cv–02279–DGC (closed 12/17/2019)

2:16–cv–02280–DGC (closed 01/02/2020)

2:16–cv–02281–DGC (closed 11/06/2019)

2:16–cv–02293–DGC (closed 01/10/2020)

2:16–cv–02296–DGC

2:16–cv–02297–DGC

2:16–cv–02300–DGC

2:16–cv–02304–DGC (closed 12/16/2019)

2:16–cv–02318–DGC

2:16–cv–02340–DGC (closed 01/03/2020)

2:16–cv–02341–DGC (closed 01/14/2020)

2:16–cv–02342–DGC (closed 01/14/2020)

2:16–cv–02343–DGC (closed 01/03/2020)

2:16–cv–02344–DGC (closed 01/03/2020)

2:16–cv–02345–DGC (closed 10/06/2017)

2:16–cv–02346–DGC (closed 01/03/2020)

2:16–cv–02350–DGC

2:16–cv–02353–DGC (closed 12/17/2019)

2:16–cv–02354–DGC (closed 12/17/2019)

2:16–cv–02359–DGC

2:16–cv–02362–DGC (closed 09/04/2019)

2:16–cv–02374–DGC (closed 01/02/2020)

2:16–cv–02382–DGC (closed 03/04/2020)

2:16–cv–02383–DGC (closed 09/15/2016)

2:16–cv–02393–DGC

2:16–cv–02402–DGC (closed 10/17/2019)

2:16–cv–02417–DGC (closed 01/03/2020)

2:16–cv–02428–DGC

2:16–cv–02429–DGC (closed 08/20/2019)

2:16–cv–02442–DGC (closed 10/28/2016)

2:16–cv–02443–DGC (closed 03/05/2020)

2:16–cv–02444–DGC

2:16–cv–02445–DGC

2:16–cv–02450–DGC (closed 01/03/2020)

2:16–cv–02451–DGC (closed 01/03/2020)

2:16–cv–02452–DGC (closed 01/03/2020)

2:16–cv–02454–DGC (closed 11/08/2016)

2:16–cv–02465–DGC (closed 01/10/2020)

2:16–cv–02466–DGC (closed 01/10/2020)

2:16–cv–02467–DGC (closed 01/10/2020)

2:16–cv–02468–DGC

2:16–cv–02475–DGC (closed 01/03/2020)

2:16–cv–02476–DGC (closed 01/03/2020)

2:16–cv–02477–DGC (closed 01/03/2020)

2:16–cv–02478–DGC (closed 03/05/2020)

2:16–cv–02482–DGC

2:16–cv–02495–DGC (closed 12/18/2019)

2:16–cv–02496–DGC (closed 10/29/2019)

2:16–cv–02497–DGC (closed 12/18/2019)

2:16–cv–02498–DGC (closed 01/07/2020)

2:16–cv–02499–DGC (closed 10/17/2019)

2:16–cv–02500–DGC (closed 11/20/2019)

2:16–cv–02501–DGC (closed 10/15/2019)

2:16–cv–02506–DGC (closed 07/12/2018)

2:16–cv–02515–DGC (closed 01/03/2020)

2:16–cv–02516–DGC (closed 11/01/2019)

2:16–cv–02517–DGC (closed 11/06/2019)

2:17–cv–04087–DGC

2:17–cv–04094–DGC (closed 01/10/2018)

2:16–cv–02525–DGC (closed 03/05/2020)

2:19–cv–01056–DGC (closed 12/09/2019)

2:19–cv–01105–DGC (closed 12/17/2019)

2:16–cv–02531–DGC (closed 10/31/2019)

2:16–cv–02532–DGC (closed 11/06/2019)

2:16–cv–02539–DGC (closed 12/16/2019)

2:16–cv–02540–DGC (closed 12/16/2019)

2:16–cv–02541–DGC (closed 12/16/2019)

2:16–cv–02546–DGC

2:17–cv–00842–DGC

2:19–cv–01106–DGC (closed 10/17/2019)

2:19–cv–01107–DGC (closed 10/17/2019)

2:16–cv–02549–DGC (closed 12/30/2019)

2:16–cv–02552–DGC

2:16–cv–02558–DGC (closed 10/17/2019)

2:16–cv–02559–DGC (closed 12/04/2019)

2:16–cv–02565–DGC (closed 10/31/2019)

2:16–cv–02566–DGC (closed 11/06/2019)

2:16–cv–02568–DGC (closed 01/14/2020)

2:16–cv–02569–DGC (closed 01/03/2020)

2:16–cv–02570–DGC

2:16–cv–02571–DGC (closed 01/03/2020)

2:16–cv–02572–DGC (closed 01/03/2020)

2:16–cv–02561–DGC (closed 03/05/2020)

2:16–cv–02576–DGC (closed 08/20/2019)

2:16–cv–02580–DGC

2:16–cv–02582–DGC

2:16–cv–02583–DGC (closed 10/22/2019)

2:16–cv–02586–DGC (closed 11/22/2019)

2:16–cv–02589–DGC (closed 12/05/2019)

2:16–cv–02601–DGC (closed 03/04/2020)

2:16–cv–02603–DGC

2:16–cv–02604–DGC (closed 01/03/2020)

2:16–cv–02605–DGC

2:16–cv–02606–DGC (closed 01/14/2020)

2:16–cv–02619–DGC

2:16–cv–02620–DGC (closed 08/20/2019)

2:16–cv–02621–DGC

2:16–cv–02622–DGC

2:16–cv–02623–DGC (closed 03/05/2020)

2:16–cv–02625–DGC

2:16–cv–02626–DGC

2:16–cv–02627–DGC

2:16–cv–02628–DGC

2:16–cv–02634–DGC (closed 03/05/2020)

2:16–cv–02651–DGC (closed 01/08/2020)

2:16–cv–02655–DGC (closed 01/09/2020)

2:16–cv–02656–DGC (closed 01/09/2020)

2:16–cv–02657–DGC (closed 01/27/2017)

2:16–cv–02664–DGC (closed 11/20/2019)

2:16–cv–02665–DGC (closed 12/09/2019)

2:16–cv–02666–DGC (closed 01/08/2020)

2:16–cv–02667–DGC (closed 01/08/2020)

2:16–cv–02668–DGC (closed 08/20/2019)

2:16–cv–02680–DGC

2:16–cv–02684–DGC (closed 12/18/2019)

2:16–cv–02683–DGC

2:16–cv–02693–DGC (closed 03/05/2020)

2:16–cv–02694–DGC (closed 03/05/2020)

2:16–cv–02689–DGC (closed 08/20/2019)

2:16–cv–02700–DGC (closed 03/05/2020)

2:16–cv–02701–DGC (closed 01/03/2020)

2:16–cv–02702–DGC (closed 11/08/2016)

2:16–cv–02704–DGC (closed 08/20/2019)

2:16–cv–02710–DGC

2:16–cv–02714–DGC (closed 03/05/2020)

2:16–cv–02716–DGC (closed 03/05/2020)

2:16–cv–02730–DGC

2:16–cv–02731–DGC (closed 03/05/2020)

2:16–cv–02729–DGC (closed 08/20/2019)

2:16–cv–02738–DGC

2:17–cv–03737–DGC (closed 10/31/2019)

2:16–cv–02746–DGC

2:16–cv–02747–DGC

2:16–cv–02735–DGC (closed 03/05/2020)

2:16–cv–02749–DGC

2:16–cv–02751–DGC (closed 03/17/2020)

2:16–cv–02752–DGC (closed 03/17/2020)

2:16–cv–02753–DGC (closed 03/17/2020)

2:16–cv–01373–DGC

2:16–cv–02766–DGC (closed 12/05/2019)

2:16–cv–02769–DGC (closed 12/17/2019)

2:16–cv–02772–DGC

2:16–cv–02783–DGC (closed 01/14/2020)

2:16–cv–02785–DGC (closed 01/03/2020)

2:16–cv–02791–DGC (closed 08/20/2019)

2:16–cv–02798–DGC

2:16–cv–02799–DGC

2:16–cv–02822–DGC

2:16–cv–02824–DGC (closed 03/17/2020)

2:16–cv–02827–DGC (closed 03/05/2020)

2:16–cv–02833–DGC

2:16–cv–02834–DGC (closed 11/06/2019)

2:16–cv–02836–DGC (closed 01/10/2020)

2:16–cv–02839–DGC

2:16–cv–02841–DGC
2:17–cv–03738–DGC (closed 10/17/2019)
2:16–cv–02850–DGC (closed 03/05/2020)
2:16–cv–02853–DGC (closed 12/10/2019)
2:16–cv–02858–DGC
2:16–cv–02862–DGC
2:16–cv–02865–DGC
2:17–cv–03739–DGC
2:16–cv–02875–DGC (closed 08/20/2019)
2:16–cv–02877–DGC (closed 12/18/2019)
2:16–cv–02883–DGC
2:16–cv–02898–DGC (closed 03/05/2020)
2:16–cv–02901–DGC (closed 10/17/2019)
2:17–cv–03743–DGC (closed 10/17/2017)
2:16–cv–02913–DGC (closed 12/18/2019)
2:16–cv–02919–DGC (closed 03/05/2020)
2:16–cv–02920–DGC
2:16–cv–02922–DGC
2:17–cv–03744–DGC (closed 01/03/2020)
2:16–cv–02931–DGC (closed 03/05/2020)
2:16–cv–02932–DGC (closed 03/05/2020)
2:16–cv–02940–DGC (closed 12/18/2019)
2:16–cv–02944–DGC (closed 12/04/2019)
2:16–cv–02945–DGC (closed 12/04/2019)
2:16–cv–02952–DGC (closed 10/31/2019)
2:16–cv–02953–DGC (closed 10/29/2019)
2:16–cv–02954–DGC (closed 01/02/2020)
2:16–cv–02955–DGC (closed 03/05/2020)
2:16–cv–02971–DGC
2:16–cv–02977–DGC (closed 08/20/2019)
2:16–cv–02985–DGC
2:16–cv–02989–DGC (closed 08/20/2019)
2:16–cv–02991–DGC (closed 08/20/2019)
2:16–cv–02998–DGC (closed 10/29/2019)
2:16–cv–02999–DGC
2:16–cv–03008–DGC (closed 12/11/2019)
2:16–cv–03015–DGC (closed 11/16/2016)
2:16–cv–03022–DGC
2:16–cv–03024–DGC
2:16–cv–03033–DGC
2:16–cv–03043–DGC (closed 12/04/2019)
2:16–cv–03044–DGC (closed 01/23/2017)
2:16–cv–03045–DGC (closed 01/03/2020)
2:16–cv–03046–DGC (closed 12/05/2019)

2:16–cv–03047–DGC (closed 01/03/2020)

2:16–cv–03048–DGC (closed 01/03/2020)

2:16–cv–03070–DGC (closed 03/05/2020)

2:16–cv–03076–DGC (closed 03/05/2020)

2:16–cv–03077–DGC (closed 08/20/2019)

2:16–cv–03081–DGC

2:16–cv–03082–DGC

2:16–cv–03089–DGC (closed 08/20/2019)

2:16–cv–03093–DGC

2:16–cv–03099–DGC (closed 08/20/2019)

2:16–cv–03112–DGC (closed 03/05/2020)

2:16–cv–03113–DGC (closed 03/05/2020)

2:16–cv–03121–DGC

2:16–cv–03122–DGC

2:16–cv–03126–DGC

2:16–cv–03127–DGC

2:16–cv–03128–DGC (closed 12/12/2016)

2:16–cv–03129–DGC

2:16–cv–03130–DGC

2:16–cv–03131–DGC (closed 03/05/2020)

2:16–cv–03144–DGC (closed 03/05/2020)

2:16–cv–03147–DGC (closed 01/09/2020)

2:16–cv–03150–DGC (closed 03/05/2020)

2:16–cv–03163–DGC (closed 11/20/2019)

2:16–cv–03164–DGC (closed 12/19/2016)

2:16–cv–03165–DGC (closed 08/20/2019)

2:16–cv–03166–DGC (closed 06/19/2019)

2:16–cv–03167–DGC (closed 03/04/2020)

2:16–cv–03168–DGC (closed 08/20/2019)

2:16–cv–03169–DGC (closed 08/20/2019)

2:16–cv–03170–DGC (closed 08/20/2019)

2:16–cv–03171–DGC (closed 12/19/2016)

2:16–cv–03172–DGC (closed 01/03/2020)

2:16–cv–03173–DGC

2:17–cv–03963–DGC (closed 12/10/2019)

2:16–cv–03180–DGC (closed 03/05/2020)

2:16–cv–03188–DGC (closed 10/11/2016)

2:16–cv–03189–DGC

2:16–cv–03190–DGC (closed 03/05/2020)

2:16–cv–03191–DGC

2:16–cv–03192–DGC

2:16–cv–03194–DGC (closed 12/16/2019)

2:16–cv–03196–DGC (closed 12/16/2019)

2:16–cv–03198–DGC (closed 12/16/2019)

2:16–cv–03199–DGC (closed 03/05/2020)

2:16–cv–03204–DGC (closed 01/03/2020)

2:16–cv–03205–DGC (closed 03/05/2020)

2:16–cv–03209–DGC

2:16–cv–03214–DGC

2:16–cv–03215–DGC

2:16–cv–03217–DGC (closed 03/05/2020)

2:16–cv–03220–DGC (closed 08/20/2019)

2:16–cv–03750–DGC

2:16–cv–03236–DGC

2:16–cv–03237–DGC

2:16–cv–03240–DGC (closed 08/20/2019)

2:16–cv–03246–DGC

2:16–cv–03258–DGC

2:16–cv–03265–DGC (closed 10/17/2019)

2:16–cv–03268–DGC (closed 10/17/2019)

2:16–cv–03269–DGC

2:16–cv–03270–DGC

2:16–cv–03271–DGC

2:16–cv–03274–DGC (closed 12/30/2019)

2:16–cv–03290–DGC

2:16–cv–03291–DGC

2:16–cv–03299–DGC (closed 10/29/2019)

2:16–cv–03300–DGC (closed 10/29/2019)

2:16–cv–03301–DGC (closed 10/23/2019)

2:16–cv–03304–DGC (closed 01/14/2020)

2:16–cv–03305–DGC (closed 01/03/2020)

2:16–cv–03306–DGC (closed 03/05/2020)

2:16–cv–03307–DGC

2:16–cv–03308–DGC

2:16–cv–03316–DGC (closed 01/03/2020)

2:16–cv–03317–DGC

2:16–cv–03309–DGC

2:16–cv–03328–DGC

2:16–cv–03332–DGC (closed 01/03/2020)

2:16–cv–03333–DGC (closed 02/07/2020)

2:16–cv–03335–DGC (closed 03/05/2020)

2:16–cv–03336–DGC (closed 09/18/2018)

2:16–cv–03349–DGC

2:16–cv–03352–DGC (closed 01/14/2020)

2:16–cv–03359–DGC (closed 03/05/2020)

2:16–cv–03360–DGC (closed 01/08/2020)

2:16–cv–03366–DGC

2:16–cv–03374–DGC

2:16–cv–03376–DGC (closed 03/05/2020)

2:16–cv–03381–DGC

2:16–cv–03383–DGC

2:16–cv–03385–DGC

2:16–cv–03386–DGC

2:16–cv–03389–DGC (closed 03/05/2020)

2:16–cv–03392–DGC (closed 12/04/2019)

2:16–cv–03393–DGC (closed 12/04/2019)

2:16–cv–03394–DGC (closed 12/04/2019)

2:16–cv–03395–DGC (closed 12/04/2019)

2:16–cv–03401–DGC (closed 12/11/2019)

2:16–cv–03403–DGC (closed 03/05/2020)

2:16–cv–03404–DGC (closed 12/11/2019)

2:16–cv–03410–DGC (closed 12/16/2019)

2:16–cv–03411–DGC

2:16–cv–03431–DGC

2:16–cv–03429–DGC

2:16–cv–03438–DGC (closed 03/05/2020)

2:16–cv–03439–DGC

2:16–cv–03440–DGC

2:16–cv–03447–DGC (closed 12/18/2019)

2:16–cv–03448–DGC (closed 12/17/2019)

2:19–cv–03252–DGC

2:16–cv–03451–DGC (closed 03/05/2020)

2:16–cv–03453–DGC (closed 12/30/2019)

2:16–cv–03454–DGC (closed 03/05/2020)

2:16–cv–03456–DGC (closed 03/05/2020)

2:16–cv–03462–DGC

2:16–cv–03463–DGC

2:16–cv–03465–DGC (closed 03/05/2020)

2:16–cv–03466–DGC (closed 12/08/2017)

2:16–cv–03467–DGC

2:16–cv–03471–DGC (closed 08/20/2019)

2:16–cv–03472–DGC (closed 08/20/2019)

2:16–cv–03477–DGC (closed 01/07/2020)

2:16–cv–03486–DGC

2:16–cv–03457–DGC (closed 01/14/2020)

2:16–cv–03504–DGC (closed 03/05/2020)

2:16–cv–03505–DGC (closed 03/05/2020)

2:16–cv–03521–DGC (closed 01/14/2020)

2:16–cv–03526–DGC (closed 03/17/2020)

2:16–cv–03560–DGC

2:16–cv–03566–DGC (closed 08/20/2019)

2:16–cv–03567–DGC (closed 08/20/2019)

2:16–cv–03570–DGC (closed 03/05/2020)

2:16–cv–03571–DGC (closed 03/04/2020)

2:16–cv–03579–DGC (closed 03/05/2020)

2:16–cv–03580–DGC (closed 03/05/2020)

2:16–cv–03582–DGC

2:16–cv–03586–DGC

2:16–cv–03587–DGC (closed 01/02/2020)

2:16–cv–03588–DGC (closed 03/05/2020)

2:16–cv–03589–DGC (closed 01/02/2020)

2:16–cv–03591–DGC (closed 12/08/2016)

2:16–cv–03592–DGC

2:16–cv–03593–DGC (closed 08/20/2019)

2:16–cv–03595–DGC (closed 08/20/2019)

2:16–cv–03604–DGC

2:16–cv–03610–DGC

2:16–cv–03615–DGC (closed 08/20/2019)

2:16–cv–03620–DGC (closed 03/05/2020)

2:16–cv–03621–DGC

2:16–cv–03622–DGC (closed 08/20/2019)

2:16–cv–03624–DGC

2:16–cv–03627–DGC

2:16–cv–03629–DGC (closed 08/20/2019)

2:16–cv–03638–DGC (closed 01/03/2020)

2:16–cv–03642–DGC (closed 08/20/2019)

2:16–cv–03646–DGC

2:16–cv–03652–DGC

2:16–cv–03653–DGC

2:16–cv–03655–DGC (closed 03/05/2020)

2:16–cv–03664–DGC

2:16–cv–03665–DGC

2:16–cv–03666–DGC (closed 03/05/2020)

2:16–cv–03667–DGC

2:16–cv–03668–DGC

2:16–cv–03669–DGC (closed 03/05/2020)

2:16–cv–03670–DGC (closed 01/03/2020)

2:16–cv–03671–DGC (closed 01/03/2020)

2:16–cv–03672–DGC (closed 01/03/2020)

2:16–cv–03673–DGC (closed 01/03/2020)

2:16–cv–03674–DGC (closed 01/03/2020)

2:16–cv–03675–DGC (closed 01/03/2020)

2:16–cv–03676–DGC (closed 12/14/2016)

2:16–cv–03677–DGC (closed 01/03/2020)

2:16–cv–03679–DGC (closed 01/03/2020)

2:16–cv–03691–DGC (closed 08/20/2019)

2:16–cv–03693–DGC

2:17–cv–01282–DGC (closed 08/20/2019)

2:16–cv–03698–DGC (closed 10/10/2018)

2:16–cv–03705–DGC

2:17–cv–04095–DGC

2:16–cv–03716–DGC (closed 03/05/2020)

2:16–cv–03717–DGC (closed 03/05/2020)

2:16–cv–03719–DGC (closed 01/03/2020)

2:16–cv–03720–DGC (closed 01/03/2020)

2:16–cv–03723–DGC

2:16–cv–03724–DGC (closed 11/06/2019)

2:16–cv–03728–DGC

2:16–cv–03731–DGC (closed 03/05/2020)

2:17–cv–02804–DGC (closed 08/20/2019)

2:17–cv–02805–DGC

2:16–cv–03741–DGC

2:16–cv–03744–DGC

2:16–cv–03751–DGC

2:16–cv–03754–DGC (closed 08/20/2019)

2:16–cv–04099–DGC

2:16–cv–03756–DGC

2:16–cv–03757–DGC (closed 08/20/2019)

2:16–cv–03759–DGC (closed 08/20/2019)

2:16–cv–03760–DGC

2:16–cv–03761–DGC (closed 08/20/2019)

2:16–cv–03762–DGC (closed 08/20/2019)

2:16–cv–03771–DGC (closed 08/20/2019)

2:16–cv–03780–DGC (closed 12/04/2019)

2:16–cv–03781–DGC (closed 12/04/2019)

2:16–cv–03782–DGC (closed 12/04/2019)

2:16–cv–03783–DGC (closed 06/06/2017)

2:16–cv–03784–DGC (closed 12/04/2019)

2:16–cv–03785–DGC (closed 12/16/2019)

2:16–cv–03786–DGC (closed 12/16/2019)

2:16–cv–03787–DGC (closed 12/16/2019)

2:16–cv–03788–DGC (closed 12/16/2019)

2:16–cv–03789–DGC (closed 12/16/2019)

2:16–cv–03790–DGC (closed 12/16/2019)

2:16–cv–03794–DGC (closed 01/14/2020)

2:16–cv–03795–DGC (closed 01/23/2017)

2:16–cv–03798–DGC

2:16–cv–03801–DGC (closed 12/04/2019)

2:16–cv–03807–DGC (closed 12/11/2019)

2:16–cv–03808–DGC (closed 11/20/2019)

2:16–cv–03810–DGC

2:16–cv–03816–DGC

2:16–cv–03827–DGC (closed 03/05/2020)

2:16–cv–03829–DGC (closed 03/04/2020)

2:16–cv–03830–DGC (closed 12/10/2019)

2:16–cv–03831–DGC

2:16–cv–03842–DGC (closed 11/06/2019)

2:16–cv–03843–DGC (closed 03/05/2020)

2:17–cv–02806–DGC

2:16–cv–03848–DGC (closed 03/05/2020)

2:16–cv–03857–DGC

2:16–cv–03860–DGC

2:16–cv–03861–DGC

2:16–cv–03862–DGC (closed 03/05/2020)

2:16–cv–03721–DGC (closed 01/10/2020)

2:16–cv–03849–DGC

2:16–cv–03863–DGC (closed 03/05/2020)

2:16–cv–03864–DGC (closed 03/05/2020)

2:16–cv–03869–DGC (closed 03/05/2020)

2:16–cv–03870–DGC (closed 08/20/2019)

2:16–cv–03871–DGC (closed 08/20/2019)

2:16–cv–03879–DGC (closed 03/05/2020)

2:16–cv–03880–DGC (closed 03/05/2020)

2:16–cv–03882–DGC (closed 03/05/2020)

2:16–cv–03883–DGC (closed 03/05/2020)

2:16–cv–03884–DGC (closed 03/05/2020)

2:17–cv–02807–DGC (closed 12/04/2019)

2:17–cv–02808–DGC (closed 12/04/2019)

2:16–cv–03895–DGC (closed 01/14/2020)

2:16–cv–03897–DGC (closed 08/20/2019)

2:16–cv–03898–DGC (closed 12/10/2019)

2:16–cv–03899–DGC (closed 01/14/2020)

2:16–cv–03900–DGC (closed 01/03/2020)

2:16–cv–03901–DGC (closed 01/14/2020)

2:16–cv–03907–DGC (closed 03/05/2020)

2:16–cv–04071–DGC

2:16–cv–03911–DGC (closed 12/16/2019)

2:16–cv–03913–DGC (closed 03/05/2020)

2:16–cv–03914–DGC (closed 12/30/2019)

2:16–cv–03918–DGC (closed 03/05/2020)

2:16–cv–03919–DGC (closed 08/20/2019)

2:16–cv–03920–DGC (closed 03/05/2020)

2:16–cv–03925–DGC (closed 01/17/2020)

2:16–cv–03926–DGC

2:16–cv–03927–DGC (closed 12/04/2019)

2:16–cv–03928–DGC (closed 12/04/2019)

2:16–cv–03933–DGC (closed 12/18/2019)

2:16–cv–03936–DGC (closed 03/05/2020)

2:16–cv–03937–DGC

2:16–cv–03945–DGC

2:16–cv–03957–DGC (closed 03/05/2020)

2:16–cv–03958–DGC

2:16–cv–03959–DGC (closed 03/05/2020)

2:16–cv–03962–DGC (closed 01/03/2020)

2:16–cv–03963–DGC (closed 01/14/2020)

2:16–cv–03964–DGC (closed 03/05/2020)

2:16–cv–03968–DGC (closed 01/13/2020)

2:16–cv–03971–DGC (closed 12/10/2019)

2:16–cv–03973–DGC (closed 08/20/2019)

2:16–cv–03987–DGC

2:16–cv–03999–DGC (closed 01/03/2020)

2:16–cv–04001–DGC (closed 08/20/2019)

2:16–cv–04004–DGC

2:16–cv–04007–DGC

2:16–cv–04008–DGC

2:16–cv–04009–DGC

2:16–cv–04010–DGC (closed 06/30/2017)

2:16–cv–04011–DGC (closed 06/27/2017)

2:16–cv–04012–DGC (closed 07/03/2017)

2:16–cv–04013–DGC

2:16–cv–04017–DGC

2:16–cv–04030–DGC

2:16–cv–04031–DGC (closed 12/18/2019)

2:17–cv–02809–DGC (closed 12/04/2019)

2:16–cv–04032–DGC (closed 06/27/2017)

2:16–cv–04035–DGC

2:16–cv–04037–DGC (closed 03/05/2020)

2:16–cv–04040–DGC

2:16–cv–04041–DGC

2:16–cv–04042–DGC

2:16–cv–04046–DGC (closed 12/05/2019)

2:17–cv–02810–DGC (closed 12/04/2019)

2:16–cv–04051–DGC

2:17–cv–02061–DGC (closed 01/03/2020)

2:16–cv–04088–DGC

2:16–cv–04089–DGC (closed 03/17/2020)

2:16–cv–04095–DGC

2:16–cv–04102–DGC (closed 03/05/2020)

2:16–cv–04105–DGC

2:16–cv–04108–DGC (closed 01/03/2020)

2:16–cv–04109–DGC (closed 01/14/2020)

2:16–cv–04110–DGC (closed 01/14/2020)

2:16–cv–04111–DGC (closed 01/14/2020)

2:16–cv–04115–DGC

2:16–cv–04124–DGC (closed 12/16/2019)

2:16–cv–04125–DGC (closed 08/20/2019)

2:16–cv–04129–DGC

2:16–cv–04130–DGC

2:16–cv–04132–DGC (closed 01/07/2020)

2:17–cv–03746–DGC (closed 10/16/2019)

2:16–cv–04135–DGC

2:16–cv–04137–DGC

2:16–cv–04139–DGC

2:16–cv–04147–DGC (closed 12/18/2019)

2:16–cv–04148–DGC

2:16–cv–04149–DGC

2:16–cv–04150–DGC

2:16–cv–04151–DGC (closed 01/03/2020)

2:16–cv–04153–DGC

2:16–cv–04155–DGC

2:16–cv–04158–DGC (closed 08/20/2019)

2:16–cv–04159–DGC (closed 03/05/2020)

2:16–cv–04160–DGC (closed 03/05/2020)

2:16–cv–04161–DGC (closed 11/21/2019)

2:16–cv–04162–DGC (closed 11/06/2019)

2:16–cv–04165–DGC (closed 11/06/2019)

2:16–cv–04166–DGC (closed 10/22/2019)

2:16–cv–04167–DGC (closed 10/29/2019)

2:16–cv–04168–DGC (closed 10/31/2019)

2:16–cv–04169–DGC

2:16–cv–04170–DGC (closed 08/20/2019)

2:16–cv–04171–DGC

2:16–cv–04172–DGC (closed 03/05/2020)

2:16–cv–04173–DGC

2:16–cv–04180–DGC (closed 08/20/2019)

2:16–cv–04183–DGC (closed 01/02/2020)

2:16–cv–04184–DGC (closed 01/02/2020)

2:16–cv–04187–DGC

2:16–cv–04188–DGC (closed 11/06/2019)

2:16–cv–04191–DGC (closed 11/01/2019)

2:16–cv–04194–DGC (closed 10/31/2019)

2:16–cv–04195–DGC (closed 10/29/2019)

2:16–cv–04196–DGC (closed 10/29/2019)

2:16–cv–04192–DGC (closed 12/05/2019)

2:16–cv–04198–DGC (closed 10/29/2019)

2:16–cv–04199–DGC

2:16–cv–04202–DGC

2:16–cv–04203–DGC

2:16–cv–04206–DGC

2:16–cv–04207–DGC (closed 08/20/2019)

2:16–cv–04208–DGC (closed 08/20/2019)

2:16–cv–04209–DGC (closed 03/05/2020)

2:16–cv–04215–DGC

2:16–cv–04216–DGC

2:16–cv–04217–DGC (closed 03/05/2020)

2:16–cv–04218–DGC

2:16–cv–04219–DGC

2:16–cv–04224–DGC (closed 08/20/2019)

2:16–cv–04225–DGC (closed 03/05/2020)

2:16–cv–04226–DGC

2:16–cv–04227–DGC

2:16–cv–04229–DGC (closed 08/20/2019)

2:16–cv–04236–DGC (closed 03/05/2020)

2:16–cv–04239–DGC (closed 10/02/2019)

2:16–cv–04240–DGC (closed 12/10/2019)

2:16–cv–04241–DGC

2:16–cv–04242–DGC

2:16–cv–04243–DGC

2:16–cv–04245–DGC

2:16–cv–04246–DGC

2:16–cv–04247–DGC

2:16–cv–04248–DGC (closed 01/13/2020)

2:16–cv–04250–DGC (closed 12/18/2019)

2:16–cv–04251–DGC (closed 12/10/2019)

2:16–cv–04252–DGC (closed 12/10/2019)

2:16–cv–04253–DGC (closed 12/10/2019)

2:16–cv–04254–DGC (closed 12/10/2019)

2:16–cv–04255–DGC (closed 12/10/2019)

2:16–cv–04256–DGC (closed 12/10/2019)

2:17–cv–02811–DGC (closed 12/04/2019)

2:16–cv–04262–DGC (closed 12/09/2019)

2:16–cv–04263–DGC

2:16–cv–04269–DGC (closed 12/10/2019)

2:16–cv–04272–DGC (closed 08/20/2019)

2:16–cv–04273–DGC

2:16–cv–04275–DGC (closed 12/10/2019)

2:16–cv–04276–DGC

2:16–cv–04277–DGC (closed 12/16/2019)

2:16–cv–04278–DGC (closed 12/16/2019)

2:16–cv–04279–DGC

2:16–cv–04280–DGC

2:16–cv–04281–DGC

2:16–cv–04282–DGC

2:16–cv–04288–DGC (closed 12/04/2019)

2:16–cv–04291–DGC (closed 03/05/2020)

2:16–cv–04292–DGC

2:16–cv–04294–DGC

2:16–cv–04297–DGC (closed 01/10/2020)

2:16–cv–04304–DGC

2:16–cv–04308–DGC

2:16–cv–04310–DGC

2:16–cv–04311–DGC

2:16–cv–04312–DGC

2:16–cv–04316–DGC (closed 03/05/2020)

2:16–cv–04322–DGC (closed 10/31/2019)

2:16–cv–04323–DGC (closed 01/14/2020)

2:16–cv–04324–DGC (closed 12/18/2019)

2:16–cv–04328–DGC

2:16–cv–04331–DGC (closed 01/03/2020)

2:16–cv–04332–DGC (closed 03/05/2020)

2:16–cv–04336–DGC (closed 03/05/2020)

2:16–cv–04341–DGC (closed 01/14/2020)

2:16–cv–04345–DGC (closed 12/18/2019)

2:16–cv–04347–DGC (closed 03/05/2020)

2:16–cv–04348–DGC (closed 03/05/2020)

2:16–cv–04349–DGC (closed 03/05/2020)

2:16–cv–04350–DGC (closed 10/17/2019)

2:16–cv–04353–DGC (closed 03/05/2020)

2:16–cv–04354–DGC (closed 03/05/2020)

2:16–cv–04355–DGC (closed 03/05/2020)

2:16–cv–04356–DGC (closed 10/31/2019)

2:16–cv–04357–DGC (closed 03/05/2020)

2:16–cv–04360–DGC (closed 03/05/2020)

2:16–cv–04361–DGC (closed 03/05/2020)

2:16–cv–04379–DGC

2:16–cv–04382–DGC (closed 12/10/2019)

2:16–cv–04383–DGC (closed 08/08/2018)

2:16–cv–04394–DGC (closed 10/17/2019)

2:16–cv–04395–DGC (closed 10/17/2019)

2:16–cv–04396–DGC (closed 10/17/2019)

2:16–cv–04397–DGC (closed 01/02/2020)

2:16–cv–04398–DGC (closed 01/02/2020)

2:16–cv–04399–DGC (closed 01/02/2020)

2:16–cv–04400–DGC (closed 01/02/2020)

2:16–cv–04402–DGC (closed 01/02/2020)

2:16–cv–04417–DGC

2:16–cv–04420–DGC (closed 09/24/2018)

2:16–cv–04424–DGC

2:16–cv–04425–DGC

2:16–cv–04426–DGC

2:16–cv–04427–DGC

2:16–cv–04428–DGC

2:16–cv–04430–DGC (closed 08/20/2019)

2:16–cv–04450–DGC (closed 01/11/2017)

2:16–cv–04451–DGC

2:16–cv–04458–DGC (closed 01/14/2020)

2:16–cv–04459–DGC

2:16–cv–04467–DGC

2:16–cv–04468–DGC (closed 12/10/2019)

2:16–cv–04469–DGC

2:16–cv–04470–DGC (closed 01/13/2017)

2:16–cv–04472–DGC

2:16–cv–04486–DGC (closed 08/20/2019)

2:16–cv–04487–DGC (closed 08/20/2019)

2:16–cv–04488–DGC

2:16–cv–04489–DGC (closed 03/05/2020)

2:16–cv–04490–DGC (closed 03/05/2020)

2:16–cv–04491–DGC

2:16–cv–04495–DGC (closed 08/20/2019)

2:16–cv–04496–DGC (closed 09/27/2017)

2:16–cv–04497–DGC (closed 03/05/2020)

2:16–cv–04508–DGC (closed 08/20/2019)

2:16–cv–04509–DGC (closed 08/20/2019)

2:16–cv–04527–DGC

2:16–cv–04547–DGC (closed 03/05/2020)

2:16–cv–04558–DGC (closed 08/20/2019)

2:16–cv–04561–DGC (closed 08/20/2019)

2:16–cv–04573–DGC (closed 08/20/2019)

2:16–cv–04574–DGC (closed 03/05/2020)

2:16–cv–04575–DGC

2:17–cv–00001–DGC (closed 03/05/2020)

2:17–cv–00002–DGC (closed 12/18/2019)

2:17–cv–00003–DGC

2:17–cv–00011–DGC (closed 12/16/2019)

2:17–cv–00008–DGC (closed 03/05/2020)

2:17–cv–00009–DGC (closed 03/05/2020)

2:17–cv–00010–DGC (closed 12/18/2019)

2:17–cv–00018–DGC (closed 01/03/2020)

2:17–cv–00019–DGC (closed 01/03/2020)

2:17–cv–00020–DGC (closed 01/14/2020)

2:17–cv–00021–DGC (closed 01/15/2020)

2:17–cv–00022–DGC (closed 01/14/2020)

2:17–cv–00023–DGC (closed 01/03/2020)

2:17–cv–00037–DGC (closed 12/11/2019)

2:17–cv–00038–DGC (closed 12/11/2019)

2:17–cv–00040–DGC (closed 12/11/2019)

2:17–cv–00041–DGC (closed 12/11/2019)

2:17–cv–00042–DGC (closed 12/11/2019)

2:17–cv–00047–DGC (closed 12/18/2019)

2:17–cv–00048–DGC (closed 03/05/2020)

2:17–cv–00050–DGC (closed 12/18/2019)

2:17–cv–00057–DGC (closed 03/05/2020)

2:17–cv–00061–DGC (closed 03/05/2020)

2:17–cv–00063–DGC

2:17–cv–00064–DGC

2:17–cv–00066–DGC (closed 03/05/2020)

2:17–cv–00070–DGC (closed 05/03/2018)

2:17–cv–00076–DGC (closed 01/03/2020)

2:17–cv–00077–DGC (closed 10/31/2019)

2:17–cv–00084–DGC (closed 12/13/2018)

2:17–cv–00100–DGC

2:17–cv–00102–DGC (closed 12/16/2019)

2:17–cv–00114–DGC (closed 01/03/2020)

2:17–cv–00124–DGC (closed 11/06/2019)

2:17–cv–00125–DGC (closed 03/05/2020)

2:17–cv–00126–DGC

2:17–cv–00127–DGC (closed 12/10/2019)

2:17–cv–00128–DGC (closed 12/10/2019)

2:17–cv–00129–DGC (closed 12/10/2019)

2:17–cv–00135–DGC (closed 08/20/2019)

2:17–cv–00137–DGC

2:17–cv–00138–DGC

2:17–cv–00148–DGC

2:17–cv–00149–DGC (closed 01/06/2020)

2:17–cv–00151–DGC (closed 12/16/2019)

2:17–cv–00154–DGC (closed 03/05/2020)

2:17–cv–00155–DGC (closed 12/18/2019)

2:17–cv–00156–DGC (closed 08/20/2019)

2:17–cv–00171–DGC (closed 01/03/2020)

2:17–cv–00180–DGC (closed 03/05/2020)

2:17–cv–00181–DGC (closed 03/05/2020)

2:17–cv–00183–DGC (closed 03/04/2020)

2:17–cv–00184–DGC (closed 12/10/2019)

2:17–cv–00185–DGC (closed 12/10/2019)

2:17–cv–00186–DGC (closed 12/10/2019)

2:17–cv–00187–DGC (closed 12/10/2019)

2:17–cv–00188–DGC (closed 12/10/2019)

2:17–cv–00189–DGC (closed 12/10/2019)

2:17–cv–00191–DGC (closed 08/20/2019)

2:17–cv–00192–DGC

2:17–cv–00193–DGC

2:17–cv–00196–DGC (closed 12/17/2019)

2:17–cv–00197–DGC (closed 03/04/2020)

2:17–cv–00199–DGC

2:17–cv–03749–DGC (closed 01/07/2020)

2:17–cv–00200–DGC

2:17–cv–00201–DGC

2:17–cv–00202–DGC (closed 11/06/2019)

2:17–cv–00206–DGC

2:17–cv–00207–DGC

2:17–cv–00208–DGC (closed 01/15/2020)

2:17–cv–00221–DGC (closed 03/05/2020)

2:17–cv–00231–DGC (closed 12/04/2019)

2:17–cv–00232–DGC (closed 12/04/2019)

2:17–cv–00233–DGC (closed 12/04/2019)

2:17–cv–00234–DGC (closed 06/20/2017)

2:17–cv–00235–DGC (closed 06/27/2017)

2:17–cv–00236–DGC (closed 12/04/2019)

2:17–cv–00240–DGC (closed 01/02/2020)

2:17–cv–00241–DGC (closed 01/02/2020)

2:17–cv–00242–DGC (closed 11/08/2017)

2:17–cv–00243–DGC

2:17–cv–00244–DGC (closed 03/05/2020)

2:17–cv–00245–DGC (closed 01/02/2020)

2:17–cv–00277–DGC (closed 12/17/2019)

2:17–cv–00260–DGC (closed 11/22/2019)

2:17–cv–00264–DGC (closed 12/18/2019)

2:17–cv–00266–DGC (closed 08/20/2019)

2:17–cv–00267–DGC

2:17–cv–00270–DGC (closed 01/03/2020)

2:17–cv–00271–DGC (closed 08/20/2019)

2:17–cv–00272–DGC (closed 03/05/2020)

2:17–cv–00273–DGC (closed 12/17/2019)

2:17–cv–00274–DGC (closed 12/17/2019)

2:17–cv–00275–DGC (closed 12/17/2019)

2:17–cv–00276–DGC (closed 12/17/2019)

2:17–cv–00278–DGC (closed 12/17/2019)

2:17–cv–00281–DGC (closed 03/05/2020)

2:17–cv–00283–DGC (closed 01/15/2020)

2:17–cv–00285–DGC (closed 03/05/2020)

2:17–cv–00290–DGC (closed 01/03/2020)

2:17–cv–00295–DGC (closed 12/17/2019)

2:17–cv–00297–DGC (closed 08/20/2019)

2:17–cv–00299–DGC (closed 03/05/2020)

2:17–cv–00300–DGC (closed 03/05/2020)

2:17–cv–00301–DGC (closed 03/05/2020)

2:17–cv–00302–DGC (closed 03/05/2020)

2:17–cv–00305–DGC (closed 11/20/2019)

2:17–cv–00318–DGC

2:17–cv–00321–DGC (closed 03/05/2020)

2:17–cv–00323–DGC (closed 01/10/2020)

2:17–cv–00324–DGC (closed 03/05/2020)

2:17–cv–00325–DGC (closed 08/20/2019)

2:17–cv–00334–DGC (closed 12/16/2019)

2:17–cv–00335–DGC

2:17–cv–00590–DGC (closed 12/30/2019)

2:17–cv–00336–DGC (closed 12/16/2019)

2:17–cv–00338–DGC

2:17–cv–00344–DGC

2:17–cv–00345–DGC

2:17–cv–00346–DGC

2:17–cv–00347–DGC

2:17–cv–00349–DGC

2:17–cv–00350–DGC

2:17–cv–00351–DGC

2:17–cv–00353–DGC (closed 03/05/2020)

2:17–cv–00361–DGC (closed 12/04/2019)

2:17–cv–00369–DGC (closed 12/04/2019)

2:17–cv–00370–DGC (closed 12/04/2019)

2:17–cv–00371–DGC (closed 12/04/2019)

2:17–cv–00372–DGC (closed 08/19/2019)

2:17–cv–00376–DGC

2:17–cv–00379–DGC (closed 03/05/2020)

2:17–cv–00385–DGC

2:17–cv–00387–DGC

2:17–cv–00388–DGC (closed 08/20/2019)

2:17–cv–00389–DGC

2:17–cv–00390–DGC (closed 11/21/2019)

2:17–cv–00391–DGC

2:17–cv–00392–DGC (closed 08/14/2018)

2:17–cv–00393–DGC

2:17–cv–00395–DGC (closed 08/20/2019)

2:17–cv–00405–DGC (closed 08/20/2019)

2:17–cv–00410–DGC (closed 09/24/2018)

2:17–cv–00411–DGC (closed 12/16/2019)

2:18–cv–03382–DGC (closed 10/31/2019)

2:17–cv–00416–DGC (closed 12/16/2019)

2:17–cv–00417–DGC (closed 06/01/2017)

2:17–cv–00418–DGC (closed 01/14/2020)

2:17–cv–00422–DGC (closed 01/10/2020)

2:17–cv–00423–DGC (closed 08/20/2019)

2:17–cv–00425–DGC

2:17–cv–00432–DGC (closed 01/06/2020)

2:17–cv–00441–DGC (closed 12/04/2019)

2:17–cv–00442–DGC (closed 12/04/2019)

2:17–cv–00443–DGC (closed 12/04/2019)

2:17–cv–00444–DGC (closed 12/04/2019)

2:17–cv–00445–DGC (closed 03/21/2017)

2:17–cv–00446–DGC (closed 06/01/2017)

2:17–cv–00447–DGC (closed 12/04/2019)

2:17–cv–00449–DGC (closed 12/04/2019)

2:17–cv–00450–DGC (closed 11/06/2019)

2:17–cv–00451–DGC (closed 12/04/2019)

2:17–cv–00452–DGC (closed 12/04/2019)

2:17–cv–00454–DGC (closed 12/04/2019)

2:17–cv–00460–DGC (closed 01/03/2020)

2:17–cv–00473–DGC

2:17–cv–00478–DGC (closed 10/29/2019)

2:17–cv–00480–DGC (closed 11/22/2019)

2:17–cv–00484–DGC (closed 08/20/2019)

2:17–cv–00489–DGC

2:17–cv–00490–DGC

2:17–cv–00491–DGC

2:17–cv–00492–DGC

2:17–cv–00493–DGC

2:17–cv–00494–DGC

2:17–cv–00495–DGC

2:17–cv–00496–DGC (closed 01/03/2020)

2:17–cv–00497–DGC (closed 08/14/2018)

2:17–cv–00500–DGC

2:17–cv–00509–DGC

2:17–cv–00512–DGC (closed 03/05/2020)

2:17–cv–00521–DGC

2:17–cv–00529–DGC (closed 03/05/2020)

2:17–cv–00530–DGC

2:17–cv–00535–DGC (closed 11/01/2019)

2:17–cv–03753–DGC (closed 11/21/2019)

2:17–cv–00542–DGC

2:17–cv–00545–DGC (closed 12/18/2019)

2:17–cv–00551–DGC (closed 08/20/2019)

2:17–cv–00553–DGC (closed 08/20/2019)

2:17–cv–00555–DGC

2:17–cv–00558–DGC (closed 08/15/2018)

2:17–cv–00559–DGC

2:17–cv–00560–DGC

2:17–cv–00575–DGC (closed 03/05/2020)

2:17–cv–03309–DGC (closed 01/08/2020)

2:17–cv–03310–DGC (closed 01/06/2020)

2:17–cv–00579–DGC (closed 12/09/2019)

2:17–cv–00583–DGC (closed 06/01/2017)

2:17–cv–00584–DGC (closed 01/07/2020)

2:17–cv–00591–DGC (closed 12/30/2019)

2:17–cv–00592–DGC (closed 03/05/2020)

2:18–cv–00056–DGC (closed 12/30/2019)

2:17–cv–03754–DGC (closed 10/31/2019)

2:17–cv–03755–DGC (closed 10/23/2019)

2:17–cv–00606–DGC

2:17–cv–00607–DGC (closed 12/09/2019)

2:17–cv–00608–DGC (closed 08/20/2019)

2:17–cv–00612–DGC (closed 11/21/2019)

2:17–cv–03756–DGC (closed 10/17/2019)

2:17–cv–03757–DGC (closed 10/17/2019)

2:17–cv–00613–DGC (closed 06/28/2018)

2:17–cv–00617–DGC (closed 04/24/2017)

2:17–cv–00620–DGC

2:17–cv–00621–DGC (closed 12/16/2019)

2:17–cv–00625–DGC (closed 03/05/2020)

2:17–cv–00624–DGC (closed 12/17/2019)

2:17–cv–00627–DGC (closed 12/17/2019)

2:17–cv–00630–DGC (closed 08/20/2019)

2:18–cv–00057–DGC (closed 03/05/2020)

2:18–cv–00058–DGC (closed 10/17/2019)

2:17–cv–00636–DGC (closed 08/20/2019)

2:17–cv–00637–DGC

2:17–cv–00640–DGC (closed 08/20/2019)

2:17–cv–00641–DGC (closed 01/08/2020)

2:17–cv–00642–DGC (closed 08/20/2019)

2:17–cv–00643–DGC (closed 03/05/2020)

2:17–cv–00644–DGC (closed 03/05/2020)

2:17–cv–03758–DGC

2:17–cv–03759–DGC (closed 10/31/2019)

2:17–cv–00653–DGC

2:17–cv–00654–DGC (closed 08/20/2019)

2:17–cv–00655–DGC

2:17–cv–00656–DGC (closed 01/10/2020)

2:17–cv–03760–DGC (closed 10/15/2019)

2:17–cv–03761–DGC (closed 11/20/2019)

2:17–cv–00660–DGC (closed 03/05/2020)

2:17–cv–00661–DGC

2:17–cv–00666–DGC

2:17–cv–00672–DGC (closed 01/10/2020)

2:17–cv–00673–DGC (closed 03/05/2020)

2:17–cv–00676–DGC (closed 01/10/2020)

2:17–cv–00677–DGC

2:17–cv–00678–DGC

2:17–cv–00680–DGC (closed 08/20/2019)

2:17–cv–00681–DGC

2:17–cv–00682–DGC

2:17–cv–00687–DGC (closed 08/20/2019)

2:17–cv–00688–DGC (closed 01/10/2020)

2:17–cv–00690–DGC (closed 01/10/2020)

2:17–cv–00691–DGC (closed 01/10/2020)

2:17–cv–00693–DGC (closed 01/03/2020)

2:18–cv–00059–DGC (closed 01/07/2020)

2:17–cv–00695–DGC (closed 08/20/2019)

2:17–cv–00697–DGC (closed 03/05/2020)

2:17–cv–00713–DGC (closed 12/17/2019)

2:17–cv–00698–DGC (closed 03/05/2020)

2:17–cv–00700–DGC (closed 12/30/2019)

2:17–cv–00702–DGC (closed 01/14/2020)

2:17–cv–00703–DGC (closed 01/03/2020)

2:17–cv–00711–DGC

2:17–cv–00709–DGC (closed 12/18/2019)

2:17–cv–03764–DGC (closed 10/16/2019)

2:17–cv–03765–DGC (closed 10/29/2019)

2:17–cv–00719–DGC (closed 08/20/2019)

2:17–cv–00722–DGC (closed 03/05/2020)

2:17–cv–03766–DGC (closed 10/29/2019)

2:17–cv–01541–DGC
2:17–cv–01542–DGC (closed 11/06/2019)
2:17–cv–00729–DGC
2:17–cv–00730–DGC (closed 12/30/2019)
2:17–cv–00732–DGC
2:17–cv–00736–DGC (closed 08/20/2019)
2:17–cv–00744–DGC (closed 03/05/2020)
2:17–cv–00746–DGC
2:17–cv–00748–DGC (closed 03/05/2020)
2:17–cv–00750–DGC
2:17–cv–00761–DGC (closed 12/04/2019)
2:17–cv–00762–DGC (closed 08/20/2019)
2:17–cv–00766–DGC (closed 03/05/2020)
2:17–cv–00767–DGC
2:17–cv–00777–DGC
2:17–cv–00778–DGC
2:17–cv–00779–DGC
2:17–cv–00782–DGC (closed 01/08/2020)
2:17–cv–00789–DGC (closed 08/20/2019)
2:17–cv–00790–DGC (closed 08/19/2019)
2:17–cv–00791–DGC (closed 08/20/2019)
2:17–cv–00792–DGC (closed 08/20/2019)
2:17–cv–00793–DGC (closed 01/02/2020)
2:17–cv–00795–DGC (closed 01/02/2020)
2:17–cv–00796–DGC (closed 01/10/2020)
2:17–cv–00798–DGC (closed 12/18/2019)
2:17–cv–00799–DGC (closed 01/03/2020)
2:17–cv–00801–DGC (closed 12/18/2019)
2:17–cv–00807–DGC (closed 03/05/2020)
2:17–cv–00810–DGC (closed 03/05/2020)
2:17–cv–00811–DGC (closed 12/18/2019)
2:17–cv–00812–DGC
2:17–cv–00814–DGC
2:17–cv–00817–DGC (closed 06/29/2017)
2:17–cv–00828–DGC
2:17–cv–00830–DGC (closed 03/05/2020)
2:17–cv–00831–DGC
2:17–cv–00838–DGC (closed 01/10/2020)
2:17–cv–00848–DGC
2:17–cv–00850–DGC (closed 08/16/2018)
2:17–cv–00853–DGC (closed 12/18/2019)
2:17–cv–00854–DGC (closed 01/10/2020)
2:17–cv–00857–DGC (closed 01/03/2020)
2:17–cv–00859–DGC (closed 12/18/2019)

2:17–cv–00860–DGC (closed 01/08/2020)

2:17–cv–00861–DGC (closed 09/18/2018)

2:17–cv–00865–DGC

2:17–cv–00866–DGC

2:17–cv–00867–DGC

2:17–cv–00868–DGC (closed 01/09/2020)

2:17–cv–00869–DGC

2:17–cv–00872–DGC (closed 01/08/2020)

2:17–cv–00876–DGC (closed 03/21/2019)

2:17–cv–00877–DGC (closed 11/01/2019)

2:17–cv–00880–DGC

2:17–cv–01167–DGC (closed 10/02/2018)

2:17–cv–00883–DGC

2:17–cv–00894–DGC

2:17–cv–00895–DGC (closed 12/16/2019)

2:17–cv–00896–DGC (closed 12/16/2019)

2:17–cv–00897–DGC (closed 12/16/2019)

2:17–cv–00898–DGC (closed 07/17/2019)

2:17–cv–00899–DGC

2:17–cv–00901–DGC

2:17–cv–00904–DGC

2:17–cv–00912–DGC (closed 12/10/2019)

2:17–cv–00916–DGC (closed 03/05/2020)

2:17–cv–00917–DGC (closed 03/05/2020)

2:17–cv–00920–DGC (closed 03/05/2020)

2:17–cv–00921–DGC (closed 10/03/2019)

2:17–cv–03767–DGC (closed 10/22/2019)

2:17–cv–00928–DGC (closed 10/22/2019)

2:17–cv–00931–DGC (closed 12/18/2019)

2:17–cv–00938–DGC (closed 12/17/2019)

2:17–cv–00939–DGC (closed 12/17/2019)

2:17–cv–00941–DGC (closed 01/09/2020)

2:17–cv–00946–DGC (closed 03/05/2020)

2:17–cv–00952–DGC (closed 03/05/2020)

2:17–cv–00953–DGC (closed 09/18/2017)

2:17–cv–00956–DGC

2:17–cv–00957–DGC (closed 09/18/2017)

2:17–cv–00958–DGC

2:17–cv–00967–DGC

2:17–cv–00968–DGC

2:17–cv–00971–DGC

2:17–cv–00972–DGC

2:17–cv–00973–DGC (closed 06/14/2017)

2:17–cv–00974–DGC

2:17–cv–00975–DGC (closed 12/18/2019)

2:17–cv–00980–DGC

2:17–cv–00982–DGC

2:17–cv–00983–DGC

2:17–cv–00991–DGC (closed 11/06/2019)

2:17–cv–00992–DGC (closed 10/17/2019)

2:17–cv–00994–DGC (closed 08/20/2019)

2:17–cv–00997–DGC

2:17–cv–00998–DGC

2:17–cv–00999–DGC

2:17–cv–01001–DGC

2:17–cv–01002–DGC (closed 03/05/2020)

2:17–cv–01003–DGC (closed 03/05/2020)

2:17–cv–01004–DGC

2:17–cv–01011–DGC (closed 12/04/2019)

2:17–cv–01021–DGC (closed 03/05/2020)

2:17–cv–01036–DGC (closed 01/02/2020)

2:17–cv–01037–DGC (closed 03/05/2020)

2:17–cv–01046–DGC (closed 08/20/2019)

2:17–cv–01047–DGC (closed 10/17/2019)

2:17–cv–01048–DGC (closed 08/20/2019)

2:17–cv–01049–DGC (closed 03/05/2020)

2:17–cv–01056–DGC (closed 08/20/2019)

2:17–cv–01057–DGC

2:17–cv–01061–DGC (closed 10/29/2019)

2:17–cv–01062–DGC (closed 12/10/2019)

2:17–cv–01063–DGC (closed 12/10/2019)

2:17–cv–01064–DGC (closed 12/10/2019)

2:17–cv–01067–DGC (closed 08/20/2019)

2:17–cv–01068–DGC (closed 08/20/2019)

2:17–cv–01071–DGC (closed 03/17/2020)

2:17–cv–01079–DGC (closed 01/03/2020)

2:17–cv–01088–DGC (closed 08/20/2019)

2:17–cv–01089–DGC

2:17–cv–01095–DGC (closed 01/10/2020)

2:17–cv–01096–DGC (closed 03/05/2020)

2:17–cv–01101–DGC (closed 01/17/2018)

2:17–cv–01105–DGC (closed 01/10/2020)

2:17–cv–01106–DGC

2:17–cv–01116–DGC

2:17–cv–01122–DGC

2:17–cv–01123–DGC (closed 03/05/2020)

2:17–cv–01134–DGC (closed 08/20/2019)

2:17–cv–01136–DGC (closed 08/20/2019)

2:17–cv–01142–DGC

2:17–cv–01144–DGC (closed 03/05/2020)

2:17–cv–01147–DGC (closed 11/22/2019)

2:17–cv–01151–DGC (closed 03/05/2020)

2:17–cv–01152–DGC (closed 08/20/2019)

2:17–cv–01153–DGC (closed 08/20/2019)

2:17–cv–01154–DGC (closed 01/09/2020)

2:17–cv–01155–DGC (closed 01/03/2020)

2:17–cv–01156–DGC

2:17–cv–01158–DGC

2:17–cv–01161–DGC (closed 01/02/2020)

2:17–cv–01162–DGC (closed 01/02/2020)

2:17–cv–01163–DGC (closed 03/05/2020)

2:17–cv–01164–DGC (closed 01/07/2020)

2:17–cv–01165–DGC (closed 01/14/2020)

2:17–cv–01166–DGC (closed 11/20/2019)

2:17–cv–01168–DGC

2:17–cv–01169–DGC

2:17–cv–01170–DGC (closed 07/27/2017)

2:17–cv–01171–DGC

2:17–cv–01172–DGC

2:17–cv–01173–DGC (closed 12/09/2019)

2:17–cv–01174–DGC (closed 03/05/2020)

2:17–cv–01175–DGC (closed 12/05/2019)

2:17–cv–01176–DGC

2:17–cv–01177–DGC (closed 01/03/2020)

2:17–cv–01178–DGC

2:17–cv–01188–DGC (closed 04/23/2019)

2:17–cv–01192–DGC (closed 10/15/2019)

2:17–cv–01194–DGC (closed 10/17/2019)

2:17–cv–01206–DGC (closed 12/30/2019)

2:17–cv–01209–DGC

2:17–cv–01210–DGC

2:17–cv–01216–DGC

2:17–cv–01217–DGC (closed 08/20/2019)

2:17–cv–01218–DGC (closed 02/07/2020)

2:17–cv–01219–DGC

2:17–cv–01221–DGC (closed 08/20/2019)

2:17–cv–01222–DGC (closed 03/04/2020)

2:17–cv–01223–DGC (closed 08/20/2019)

2:17–cv–01224–DGC (closed 01/07/2020)

2:17–cv–01225–DGC (closed 01/07/2020)

2:17–cv–01226–DGC (closed 12/18/2019)

2:17–cv–01235–DGC (closed 03/05/2020)

2:17–cv–01240–DGC

2:17–cv–01241–DGC

2:17–cv–01242–DGC

2:17–cv–01243–DGC (closed 01/03/2020)

2:17–cv–01244–DGC (closed 12/18/2019)

2:17–cv–01245–DGC

2:17–cv–01246–DGC

2:17–cv–01247–DGC

2:17–cv–01250–DGC

2:17–cv–01251–DGC

2:17–cv–01262–DGC (closed 01/14/2020)

2:17–cv–01267–DGC (closed 03/05/2020)

2:17–cv–01273–DGC

2:17–cv–01279–DGC (closed 12/05/2019)

2:17–cv–01280–DGC (closed 01/02/2020)

2:17–cv–01281–DGC (closed 01/02/2020)

2:17–cv–01283–DGC (closed 04/25/2019)

2:17–cv–01286–DGC

2:17–cv–01287–DGC

2:17–cv–01291–DGC (closed 01/14/2020)

2:17–cv–01294–DGC (closed 01/03/2020)

2:17–cv–01295–DGC

2:17–cv–01296–DGC (closed 01/14/2020)

2:17–cv–01297–DGC (closed 01/14/2020)

2:17–cv–01298–DGC (closed 01/14/2020)

2:17–cv–01299–DGC

2:17–cv–01300–DGC

2:17–cv–01304–DGC (closed 11/06/2019)

2:17–cv–01306–DGC (closed 01/10/2020)

2:17–cv–01308–DGC

2:17–cv–01309–DGC (closed 10/17/2019)

2:17–cv–01313–DGC (closed 12/10/2019)

2:17–cv–01314–DGC

2:17–cv–01315–DGC (closed 12/10/2019)

2:17–cv–01316–DGC (closed 12/10/2019)

2:17–cv–01332–DGC (closed 12/10/2019)

2:17–cv–01334–DGC (closed 12/10/2019)

2:17–cv–01336–DGC (closed 01/10/2020)

2:17–cv–01340–DGC

2:17–cv–01341–DGC

2:17–cv–01342–DGC (closed 12/16/2019)

2:17–cv–01343–DGC

2:17–cv–01344–DGC

2:17–cv–01347–DGC

2:17–cv–01348–DGC

2:17–cv–01349–DGC

2:17–cv–01350–DGC

2:17–cv–01351–DGC

2:17–cv–01352–DGC

2:17–cv–01353–DGC

2:17–cv–01354–DGC

2:17–cv–01355–DGC

2:17–cv–01356–DGC

2:17–cv–01357–DGC

2:17–cv–01358–DGC

2:17–cv–01359–DGC

2:17–cv–01360–DGC

2:17–cv–01361–DGC

2:17–cv–01362–DGC

2:17–cv–01363–DGC (closed 11/21/2019)

2:17–cv–01364–DGC (closed 12/11/2019)

2:17–cv–01365–DGC (closed 12/10/2019)

2:17–cv–01366–DGC (closed 12/10/2019)

2:17–cv–01369–DGC

2:17–cv–01370–DGC (closed 12/05/2019)

2:17–cv–01371–DGC

2:17–cv–01372–DGC (closed 03/05/2020)

2:17–cv–01375–DGC

2:17–cv–01379–DGC (closed 12/10/2019)

2:17–cv–01380–DGC

2:17–cv–01381–DGC

2:17–cv–01382–DGC

2:17–cv–01383–DGC

2:17–cv–01384–DGC

2:17–cv–01385–DGC

2:17–cv–01386–DGC

2:17–cv–01387–DGC

2:17–cv–01388–DGC

2:17–cv–01389–DGC

2:17–cv–01390–DGC (closed 01/02/2020)

2:17–cv–01393–DGC

2:17–cv–01401–DGC

2:17–cv–01402–DGC

2:17–cv–01403–DGC (closed 08/20/2019)

2:17–cv–01404–DGC (closed 08/20/2019)

2:17–cv–01405–DGC

2:17–cv–01406–DGC

2:17–cv–01407–DGC

2:17–cv–01408–DGC
2:17–cv–01412–DGC (closed 01/02/2020)
2:17–cv–01413–DGC (closed 01/02/2020)
2:17–cv–01417–DGC (closed 11/06/2019)
2:17–cv–01419–DGC (closed 11/01/2019)
2:17–cv–01436–DGC
2:17–cv–01437–DGC
2:17–cv–01438–DGC
2:17–cv–01440–DGC
2:17–cv–01441–DGC
2:17–cv–01443–DGC
2:17–cv–01444–DGC (closed 12/10/2019)
2:17–cv–01448–DGC (closed 12/16/2019)
2:17–cv–01454–DGC (closed 12/04/2019)
2:17–cv–01458–DGC (closed 03/05/2020)
2:17–cv–01461–DGC (closed 12/18/2019)
2:17–cv–01462–DGC (closed 01/02/2020)
2:17–cv–01471–DGC
2:17–cv–01473–DGC (closed 08/20/2019)
2:17–cv–01475–DGC (closed 03/05/2020)
2:17–cv–01485–DGC
2:17–cv–01491–DGC (closed 01/07/2020)
2:17–cv–01496–DGC (closed 08/20/2019)
2:17–cv–01497–DGC (closed 12/17/2019)
2:17–cv–01498–DGC (closed 12/17/2019)
2:17–cv–01499–DGC (closed 12/17/2019)
2:17–cv–01500–DGC (closed 12/17/2019)
2:17–cv–01501–DGC (closed 10/31/2019)
2:17–cv–01504–DGC (closed 01/14/2020)
2:17–cv–01505–DGC (closed 01/14/2020)
2:17–cv–01506–DGC (closed 09/20/2017)
2:17–cv–01507–DGC
2:17–cv–01508–DGC
2:17–cv–01510–DGC (closed 01/02/2020)
2:17–cv–01511–DGC (closed 01/18/2018)
2:17–cv–01512–DGC (closed 08/20/2019)
2:17–cv–01513–DGC (closed 08/20/2019)
2:17–cv–01514–DGC (closed 08/20/2019)
2:17–cv–01515–DGC (closed 08/20/2019)
2:17–cv–01516–DGC (closed 08/20/2019)
2:17–cv–01517–DGC (closed 01/02/2020)
2:17–cv–01525–DGC
2:17–cv–01526–DGC (closed 08/20/2019)
2:17–cv–01527–DGC (closed 08/20/2019)

2:17–cv–01529–DGC (closed 08/17/2017)

2:17–cv–01530–DGC (closed 09/27/2017)

2:17–cv–01531–DGC (closed 01/08/2020)

2:17–cv–01532–DGC (closed 01/10/2020)

2:17–cv–01533–DGC

2:17–cv–01535–DGC

2:17–cv–01543–DGC (closed 12/11/2019)

2:17–cv–01545–DGC (closed 10/31/2019)

2:17–cv–01546–DGC (closed 10/29/2019)

2:17–cv–01548–DGC (closed 08/20/2019)

2:17–cv–01549–DGC (closed 10/17/2019)

2:17–cv–01550–DGC (closed 08/20/2019)

2:17–cv–01551–DGC

2:17–cv–01559–DGC (closed 10/16/2019)

2:17–cv–01560–DGC (closed 11/06/2019)

2:17–cv–01561–DGC (closed 10/16/2019)

2:17–cv–01562–DGC (closed 10/17/2019)

2:17–cv–01591–DGC (closed 01/09/2020)

2:17–cv–01592–DGC (closed 10/17/2019)

2:17–cv–01593–DGC (closed 12/18/2019)

2:17–cv–01596–DGC (closed 08/20/2019)

2:17–cv–01601–DGC (closed 12/17/2019)

2:17–cv–01603–DGC (closed 01/08/2020)

2:17–cv–01610–DGC (closed 01/06/2020)

2:17–cv–01611–DGC (closed 10/15/2019)

2:17–cv–01612–DGC (closed 10/16/2019)

2:17–cv–01613–DGC (closed 10/16/2019)

2:17–cv–01614–DGC (closed 11/20/2019)

2:17–cv–01615–DGC

2:17–cv–01619–DGC

2:17–cv–01621–DGC (closed 12/04/2019)

2:17–cv–01622–DGC (closed 12/04/2019)

2:17–cv–01625–DGC (closed 03/05/2020)

2:17–cv–01628–DGC (closed 08/20/2019)

2:17–cv–01630–DGC (closed 08/20/2019)

2:17–cv–01634–DGC (closed 08/20/2019)

2:17–cv–01635–DGC (closed 10/15/2019)

2:17–cv–01636–DGC (closed 11/06/2019)

2:17–cv–01637–DGC (closed 10/17/2019)

2:17–cv–01638–DGC (closed 10/17/2019)

2:17–cv–01639–DGC (closed 10/17/2019)

2:17–cv–01640–DGC (closed 10/17/2019)

2:17–cv–01642–DGC (closed 08/20/2019)

2:17–cv–01643–DGC

2:17–cv–01644–DGC

2:17–cv–01645–DGC

2:17–cv–01646–DGC

2:17–cv–01647–DGC

2:17–cv–01648–DGC

2:17–cv–01649–DGC

2:17–cv–01650–DGC

2:17–cv–01651–DGC

2:17–cv–01653–DGC (closed 03/05/2020)

2:17–cv–01654–DGC (closed 12/04/2019)

2:17–cv–01655–DGC (closed 08/20/2019)

2:17–cv–01663–DGC (closed 11/06/2019)

2:17–cv–01664–DGC (closed 03/05/2020)

2:17–cv–01665–DGC (closed 03/05/2020)

2:17–cv–01670–DGC (closed 08/20/2019)

2:17–cv–01671–DGC (closed 08/20/2019)

2:17–cv–01673–DGC (closed 03/05/2020)

2:17–cv–01677–DGC (closed 03/05/2020)

2:17–cv–01678–DGC

2:17–cv–01679–DGC

2:17–cv–01681–DGC

2:17–cv–01682–DGC

2:17–cv–01684–DGC (closed 10/17/2019)

2:17–cv–01687–DGC (closed 08/20/2019)

2:17–cv–01689–DGC (closed 08/20/2019)

2:17–cv–01690–DGC (closed 08/20/2019)

2:17–cv–01691–DGC (closed 08/20/2019)

2:17–cv–01692–DGC (closed 12/16/2019)

2:17–cv–01693–DGC (closed 12/11/2019)

2:17–cv–01697–DGC (closed 03/05/2020)

2:17–cv–01698–DGC

2:17–cv–01699–DGC (closed 12/17/2019)

2:17–cv–01701–DGC

2:17–cv–01702–DGC (closed 01/07/2020)

2:17–cv–01703–DGC

2:17–cv–01704–DGC

2:17–cv–01705–DGC

2:17–cv–01706–DGC

2:17–cv–01707–DGC

2:17–cv–01712–DGC (closed 01/10/2020)

2:17–cv–01713–DGC (closed 01/10/2020)

2:17–cv–01724–DGC

2:17–cv–01728–DGC

2:17–cv–01729–DGC

2:17–cv–01730–DGC (closed 03/05/2020)

2:17–cv–01731–DGC

2:17–cv–01732–DGC (closed 03/05/2020)

2:17–cv–01733–DGC

2:17–cv–01734–DGC

2:17–cv–01735–DGC (closed 11/20/2019)

2:17–cv–01736–DGC (closed 12/18/2019)

2:17–cv–01737–DGC (closed 12/18/2019)

2:17–cv–01739–DGC (closed 12/18/2019)

2:17–cv–01746–DGC (closed 03/05/2020)

2:17–cv–01749–DGC (closed 10/17/2019)

2:17–cv–01750–DGC (closed 10/17/2019)

2:17–cv–01751–DGC (closed 11/06/2019)

2:17–cv–01752–DGC (closed 10/17/2019)

2:17–cv–01753–DGC (closed 10/17/2019)

2:17–cv–01754–DGC (closed 10/17/2019)

2:17–cv–01755–DGC (closed 10/17/2019)

2:17–cv–01756–DGC (closed 10/22/2019)

2:17–cv–01757–DGC (closed 10/22/2019)

2:17–cv–01758–DGC (closed 11/06/2019)

2:17–cv–01760–DGC (closed 08/20/2019)

2:17–cv–01763–DGC

2:17–cv–01764–DGC

2:17–cv–01768–DGC (closed 08/20/2019)

2:17–cv–01772–DGC (closed 02/28/2018)

2:17–cv–02065–DGC (closed 03/05/2020)

2:17–cv–01775–DGC (closed 01/14/2020)

2:17–cv–01780–DGC (closed 03/05/2020)

2:17–cv–01781–DGC (closed 01/10/2020)

2:17–cv–01782–DGC (closed 01/10/2020)

2:17–cv–01783–DGC (closed 12/18/2019)

2:17–cv–01789–DGC

2:17–cv–01796–DGC (closed 12/30/2019)

2:17–cv–01797–DGC (closed 12/30/2019)

2:17–cv–01804–DGC (closed 08/20/2019)

2:17–cv–01805–DGC (closed 01/06/2020)

2:17–cv–01807–DGC (closed 08/16/2018)

2:17–cv–01816–DGC

2:17–cv–01820–DGC (closed 01/02/2020)

2:17–cv–01824–DGC

2:17–cv–01827–DGC

2:17–cv–01828–DGC (closed 12/11/2019)

2:17–cv–01832–DGC (closed 03/05/2020)

2:17–cv–01837–DGC

2:17–cv–01842–DGC (closed 08/20/2019)

2:17–cv–01843–DGC (closed 12/11/2019)

2:17–cv–01845–DGC

2:17–cv–01846–DGC

2:17–cv–01849–DGC

2:17–cv–01850–DGC

2:17–cv–01851–DGC

2:17–cv–01852–DGC

2:17–cv–01853–DGC

2:17–cv–01855–DGC (closed 10/15/2019)

2:17–cv–01858–DGC

2:17–cv–01863–DGC (closed 10/22/2019)

2:17–cv–01864–DGC (closed 11/06/2019)

2:17–cv–01865–DGC (closed 10/22/2019)

2:17–cv–01866–DGC (closed 10/22/2019)

2:17–cv–01867–DGC (closed 10/22/2019)

2:17–cv–01871–DGC (closed 10/23/2019)

2:17–cv–01872–DGC (closed 10/23/2019)

2:17–cv–01873–DGC (closed 10/23/2019)

2:17–cv–01874–DGC (closed 10/23/2019)

2:17–cv–01875–DGC (closed 08/19/2019)

2:17–cv–01880–DGC

2:17–cv–01888–DGC

2:17–cv–01897–DGC (closed 03/04/2020)

2:17–cv–01900–DGC

2:17–cv–01902–DGC (closed 08/01/2017)

2:17–cv–01904–DGC (closed 10/29/2019)

2:17–cv–01911–DGC (closed 01/08/2020)

2:17–cv–01916–DGC (closed 12/04/2019)

2:17–cv–01917–DGC (closed 12/04/2019)

2:17–cv–01918–DGC (closed 01/07/2020)

2:17–cv–01925–DGC (closed 10/29/2019)

2:17–cv–01931–DGC (closed 01/15/2020)

2:17–cv–01932–DGC (closed 01/03/2020)

2:17–cv–01933–DGC (closed 01/03/2020)

2:17–cv–01934–DGC (closed 10/23/2019)

2:17–cv–01935–DGC (closed 10/23/2019)

2:17–cv–01936–DGC (closed 11/21/2019)

2:17–cv–01937–DGC (closed 10/23/2019)

2:17–cv–01938–DGC (closed 11/21/2019)

2:17–cv–01939–DGC (closed 10/29/2019)

2:17–cv–01940–DGC (closed 10/29/2019)

2:17–cv–01948–DGC (closed 10/29/2019)

2:17–cv–01949–DGC (closed 10/29/2019)

2:17–cv–01950–DGC (closed 08/28/2017)

2:17–cv–01951–DGC (closed 01/02/2020)

2:17–cv–01953–DGC (closed 12/03/2018)

2:17–cv–01954–DGC (closed 10/29/2019)

2:17–cv–01955–DGC (closed 11/21/2019)

2:17–cv–01956–DGC (closed 10/29/2019)

2:17–cv–01957–DGC (closed 10/29/2019)

2:17–cv–01958–DGC (closed 10/29/2019)

2:17–cv–01959–DGC (closed 11/21/2019)

2:17–cv–01960–DGC (closed 10/29/2019)

2:17–cv–01961–DGC (closed 10/29/2019)

2:17–cv–01962–DGC (closed 10/29/2019)

2:17–cv–01963–DGC (closed 10/29/2019)

2:17–cv–01964–DGC (closed 10/29/2019)

2:17–cv–01965–DGC (closed 11/21/2019)

2:17–cv–01966–DGC (closed 10/29/2019)

2:17–cv–01967–DGC (closed 10/29/2019)

2:17–cv–01968–DGC (closed 10/29/2019)

2:17–cv–01969–DGC (closed 11/06/2019)

2:17–cv–01970–DGC (closed 11/06/2019)

2:17–cv–01971–DGC (closed 10/29/2019)

2:17–cv–01972–DGC (closed 11/06/2019)

2:17–cv–01973–DGC (closed 11/06/2019)

2:17–cv–01974–DGC (closed 10/29/2019)

2:17–cv–01975–DGC

2:17–cv–01983–DGC (closed 12/16/2019)

2:17–cv–01984–DGC (closed 12/16/2019)

2:17–cv–01992–DGC (closed 12/04/2019)

2:17–cv–01993–DGC (closed 12/04/2019)

2:17–cv–01995–DGC (closed 10/31/2019)

2:17–cv–01996–DGC (closed 10/31/2019)

2:17–cv–01997–DGC (closed 10/31/2019)

2:17–cv–01998–DGC (closed 11/22/2019)

2:17–cv–02000–DGC (closed 10/31/2019)

2:17–cv–02001–DGC (closed 10/31/2019)

2:17–cv–02002–DGC (closed 10/31/2019)

2:17–cv–02003–DGC (closed 10/31/2019)

2:17–cv–02004–DGC (closed 10/31/2019)

2:17–cv–02005–DGC (closed 10/31/2019)

2:17–cv–02006–DGC (closed 11/06/2019)

2:17–cv–02007–DGC (closed 10/31/2019)

2:17–cv–02008–DGC (closed 11/06/2019)

2:17–cv–02009–DGC (closed 10/31/2019)

2:17–cv–02010–DGC (closed 11/06/2019)

2:17–cv–02011–DGC (closed 10/31/2019)

2:17–cv–02012–DGC (closed 10/31/2019)

2:17–cv–02013–DGC (closed 11/06/2019)

2:17–cv–02014–DGC (closed 10/31/2019)

2:17–cv–02015–DGC (closed 11/21/2019)

2:17–cv–02016–DGC (closed 11/21/2019)

2:17–cv–02017–DGC (closed 11/01/2019)

2:17–cv–02066–DGC

2:17–cv–02067–DGC

2:17–cv–02069–DGC (closed 12/17/2019)

2:17–cv–02070–DGC (closed 03/05/2020)

2:17–cv–02071–DGC (closed 03/05/2020)

2:17–cv–02072–DGC (closed 03/05/2020)

2:17–cv–02074–DGC (closed 12/17/2019)

2:17–cv–02075–DGC (closed 12/17/2019)

2:17–cv–02079–DGC (closed 03/05/2020)

2:17–cv–02080–DGC (closed 03/05/2020)

2:17–cv–02086–DGC (closed 11/06/2019)

2:17–cv–02093–DGC (closed 01/08/2020)

2:17–cv–02097–DGC (closed 01/10/2020)

2:17–cv–02099–DGC (closed 12/09/2019)

2:17–cv–02101–DGC

2:17–cv–02102–DGC (closed 08/20/2019)

2:17–cv–02103–DGC

2:17–cv–02104–DGC

2:17–cv–02105–DGC

2:17–cv–02108–DGC (closed 12/04/2019)

2:17–cv–02121–DGC (closed 01/02/2020)

2:17–cv–02126–DGC (closed 10/29/2019)

2:17–cv–02127–DGC (closed 10/23/2018)

2:17–cv–02128–DGC

2:17–cv–02129–DGC (closed 11/20/2019)

2:17–cv–02130–DGC

2:17–cv–02131–DGC (closed 01/08/2020)

2:17–cv–02137–DGC

2:17–cv–02138–DGC

2:17–cv–02139–DGC

2:17–cv–02140–DGC

2:17–cv–02142–DGC

2:17–cv–02147–DGC (closed 01/10/2020)

2:17–cv–02148–DGC

2:17–cv–02149–DGC

2:17–cv–02150–DGC (closed 12/04/2019)

2:17–cv–02151–DGC

2:17–cv–02156–DGC (closed 12/05/2019)

2:17–cv–02157–DGC (closed 01/10/2020)

2:17–cv–02163–DGC (closed 03/05/2020)

2:17–cv–02171–DGC (closed 08/20/2019)

2:17–cv–02172–DGC

2:17–cv–02175–DGC (closed 01/09/2020)

2:17–cv–02176–DGC

2:17–cv–02177–DGC

2:17–cv–02178–DGC

2:17–cv–02179–DGC (closed 11/06/2019)

2:17–cv–02183–DGC

2:17–cv–02184–DGC

2:17–cv–02185–DGC

2:17–cv–02186–DGC

2:17–cv–02196–DGC

2:17–cv–02197–DGC

2:17–cv–02198–DGC

2:17–cv–02199–DGC

2:17–cv–02201–DGC (closed 11/21/2019)

2:17–cv–02202–DGC

2:17–cv–02203–DGC

2:17–cv–02205–DGC (closed 01/14/2020)

2:17–cv–02206–DGC

2:17–cv–02207–DGC

2:17–cv–02208–DGC (closed 12/18/2019)

2:17–cv–02209–DGC

2:17–cv–02210–DGC (closed 12/18/2019)

2:17–cv–02211–DGC (closed 01/03/2020)

2:17–cv–02212–DGC

2:17–cv–02213–DGC

2:17–cv–02217–DGC

2:17–cv–02218–DGC (closed 03/05/2020)

2:17–cv–02222–DGC (closed 03/14/2018)

2:17–cv–02223–DGC

2:17–cv–02200–DGC (closed 09/27/2017)

2:17–cv–02237–DGC

2:17–cv–02238–DGC

2:17–cv–02239–DGC

2:17–cv–02240–DGC (closed 08/20/2019)

2:17–cv–02245–DGC (closed 10/30/2017)

2:17–cv–02246–DGC (closed 03/05/2020)

2:17–cv–02247–DGC (closed 03/05/2020)

2:17–cv–02248–DGC (closed 03/05/2020)

2:17–cv–02251–DGC (closed 08/20/2019)

2:17–cv–02252–DGC (closed 01/08/2020)

2:17–cv–02253–DGC (closed 11/06/2019)

2:17–cv–02254–DGC (closed 12/04/2019)

2:17–cv–02255–DGC (closed 12/04/2019)

2:17–cv–02256–DGC (closed 12/04/2019)

2:17–cv–02263–DGC (closed 07/09/2019)

2:17–cv–02264–DGC (closed 01/15/2020)

2:17–cv–02268–DGC (closed 08/20/2019)

2:17–cv–02271–DGC (closed 12/05/2019)

2:17–cv–02288–DGC (closed 03/05/2020)

2:17–cv–02289–DGC (closed 03/05/2020)

2:17–cv–02290–DGC (closed 03/05/2020)

2:17–cv–02291–DGC (closed 10/23/2019)

2:17–cv–02292–DGC (closed 01/03/2020)

2:17–cv–02294–DGC (closed 03/05/2020)

2:17–cv–02295–DGC

2:17–cv–02296–DGC (closed 03/05/2020)

2:17–cv–02297–DGC (closed 03/05/2020)

2:17–cv–02298–DGC (closed 03/05/2020)

2:17–cv–02299–DGC

2:17–cv–02300–DGC (closed 03/05/2020)

2:17–cv–02301–DGC (closed 03/05/2020)

2:17–cv–02306–DGC (closed 03/05/2020)

2:17–cv–02307–DGC (closed 01/02/2020)

2:17–cv–02308–DGC (closed 01/02/2020)

2:17–cv–02309–DGC (closed 01/08/2020)

2:17–cv–02310–DGC (closed 08/20/2019)

2:17–cv–02319–DGC

2:17–cv–02320–DGC

2:17–cv–02325–DGC (closed 08/20/2019)

2:17–cv–02326–DGC (closed 11/09/2017)

2:17–cv–02327–DGC (closed 01/02/2020)

2:17–cv–02328–DGC (closed 12/17/2019)

2:17–cv–02336–DGC

2:17–cv–02343–DGC (closed 12/16/2019)

2:17–cv–02344–DGC (closed 12/17/2019)

2:17–cv–02349–DGC (closed 12/05/2019)

2:17–cv–02350–DGC

2:17–cv–02354–DGC (closed 03/05/2020)

2:17–cv–02358–DGC (closed 03/05/2020)

2:17–cv–02359–DGC (closed 03/05/2020)

2:17–cv–02366–DGC

2:17–cv–02367–DGC

2:17–cv–02368–DGC

2:17–cv–02369–DGC (closed 12/18/2019)

2:17–cv–02373–DGC (closed 01/03/2020)

2:17–cv–02374–DGC (closed 01/14/2020)

2:17–cv–02377–DGC (closed 03/05/2020)

2:17–cv–02382–DGC (closed 01/10/2020)

2:17–cv–02383–DGC (closed 08/20/2019)

2:17–cv–02388–DGC (closed 08/20/2019)

2:17–cv–02389–DGC (closed 10/17/2019)

2:17–cv–02406–DGC

2:17–cv–02407–DGC (closed 08/20/2019)

2:17–cv–02408–DGC

2:17–cv–02409–DGC

2:17–cv–02410–DGC

2:17–cv–02411–DGC

2:17–cv–02413–DGC

2:17–cv–02414–DGC

2:17–cv–02415–DGC

2:17–cv–02416–DGC (closed 03/05/2020)

2:17–cv–02417–DGC (closed 03/05/2020)

2:17–cv–02418–DGC (closed 03/05/2020)

2:17–cv–02419–DGC (closed 03/05/2020)

2:17–cv–02420–DGC (closed 08/20/2019)

2:17–cv–02422–DGC (closed 08/20/2019)

2:17–cv–02423–DGC (closed 01/02/2020)

2:17–cv–02426–DGC (closed 01/02/2020)

2:17–cv–02427–DGC (closed 12/07/2017)

2:17–cv–02430–DGC (closed 08/20/2019)

2:17–cv–02431–DGC (closed 12/17/2019)

2:17–cv–02438–DGC

2:17–cv–02440–DGC (closed 03/05/2020)

2:17–cv–02441–DGC (closed 10/23/2019)

2:17–cv–02442–DGC

2:17–cv–02446–DGC

2:17–cv–02454–DGC (closed 08/20/2019)

2:17–cv–02455–DGC (closed 08/20/2019)

2:17–cv–02466–DGC

2:17–cv–02467–DGC (closed 03/05/2020)

2:17–cv–02469–DGC (closed 08/20/2019)

2:17–cv–02479–DGC

2:17–cv–02488–DGC (closed 01/06/2020)

2:17–cv–02489–DGC (closed 12/04/2019)

2:17–cv–02490–DGC (closed 11/06/2019)

2:17–cv–02493–DGC (closed 12/10/2019)

2:17–cv–02494–DGC (closed 12/10/2019)

2:17–cv–02495–DGC

2:17–cv–02496–DGC (closed 01/09/2020)

2:17–cv–02497–DGC (closed 01/31/2020)

2:17–cv–02498–DGC (closed 08/20/2019)

2:17–cv–02500–DGC (closed 08/20/2019)

2:17–cv–02505–DGC (closed 01/06/2020)

2:17–cv–02513–DGC (closed 03/05/2020)

2:17–cv–02519–DGC (closed 12/05/2019)

2:17–cv–02520–DGC

2:17–cv–02529–DGC

2:17–cv–02533–DGC (closed 03/05/2020)

2:17–cv–02537–DGC (closed 01/02/2020)

2:17–cv–02538–DGC (closed 03/05/2020)

2:17–cv–02544–DGC (closed 03/05/2020)

2:17–cv–02549–DGC

2:17–cv–02550–DGC (closed 09/18/2018)

2:17–cv–02551–DGC

2:17–cv–02554–DGC (closed 01/09/2020)

2:17–cv–02555–DGC

2:17–cv–02556–DGC (closed 03/05/2020)

2:17–cv–02557–DGC (closed 03/05/2020)

2:17–cv–02566–DGC (closed 01/14/2020)

2:17–cv–02572–DGC (closed 01/10/2020)

2:17–cv–02573–DGC (closed 12/18/2019)

2:17–cv–02577–DGC

2:17–cv–02586–DGC (closed 03/05/2020)

2:17–cv–02587–DGC (closed 03/05/2020)

2:17–cv–02589–DGC (closed 03/04/2020)

2:17–cv–02591–DGC (closed 03/05/2020)

2:17–cv–02592–DGC (closed 03/05/2020)

2:17–cv–02593–DGC (closed 03/05/2020)

2:17–cv–02594–DGC (closed 03/05/2020)

2:17–cv–02595–DGC (closed 03/05/2020)

2:17–cv–02601–DGC

2:17–cv–02602–DGC

2:17–cv–02603–DGC

2:17–cv–02604–DGC

2:17–cv–02605–DGC

2:17–cv–02606–DGC

2:17–cv–02607–DGC

2:17–cv–02608–DGC

2:17–cv–02609–DGC

2:17–cv–02610–DGC

2:17–cv–02612–DGC (closed 12/09/2019)

2:17–cv–02615–DGC (closed 03/05/2020)

2:17–cv–02625–DGC (closed 01/10/2020)

2:17–cv–02629–DGC (closed 03/05/2020)

2:17–cv–02630–DGC (closed 03/05/2020)

2:17–cv–02631–DGC (closed 03/05/2020)

2:17–cv–02632–DGC (closed 03/05/2020)

2:17–cv–02633–DGC (closed 03/05/2020)

2:17–cv–02638–DGC (closed 12/11/2019)

2:17–cv–02639–DGC (closed 03/05/2020)

2:17–cv–02641–DGC (closed 03/05/2020)

2:17–cv–02642–DGC (closed 03/05/2020)

2:17–cv–02643–DGC (closed 03/05/2020)

2:17–cv–02645–DGC (closed 08/14/2018)

2:17–cv–02646–DGC (closed 09/04/2019)

2:17–cv–02651–DGC (closed 03/05/2020)

2:17–cv–02652–DGC (closed 01/10/2020)

2:17–cv–02653–DGC (closed 01/10/2020)

2:17–cv–02654–DGC (closed 01/10/2020)

2:17–cv–02655–DGC (closed 12/04/2019)

2:17–cv–02657–DGC (closed 03/05/2020)

2:17–cv–02658–DGC (closed 03/05/2020)

2:17–cv–02659–DGC (closed 03/05/2020)

2:17–cv–02660–DGC (closed 03/05/2020)

2:17–cv–02661–DGC (closed 03/05/2020)

2:17–cv–02662–DGC (closed 12/18/2019)

2:17–cv–02665–DGC (closed 12/18/2019)

2:17–cv–02666–DGC (closed 01/10/2020)

2:17–cv–02676–DGC (closed 01/10/2020)

2:17–cv–02677–DGC (closed 01/10/2020)

2:17–cv–02678–DGC (closed 03/05/2020)

2:17–cv–02679–DGC (closed 10/31/2017)

2:17–cv–02680–DGC (closed 03/05/2020)

2:17–cv–02681–DGC (closed 03/05/2020)

2:17–cv–02684–DGC (closed 01/10/2020)

2:17–cv–02695–DGC (closed 01/02/2020)

2:17–cv–02708–DGC (closed 03/05/2020)

2:17–cv–02711–DGC (closed 08/20/2019)

2:17–cv–02707–DGC (closed 03/05/2020)

2:17–cv–02713–DGC (closed 08/20/2019)

2:17–cv–02715–DGC

2:17–cv–02717–DGC (closed 01/08/2020)

2:17–cv–02718–DGC (closed 01/02/2020)

2:17–cv–02719–DGC (closed 01/02/2020)

2:17–cv–02720–DGC (closed 03/05/2020)

2:17–cv–02721–DGC (closed 01/02/2020)

2:17–cv–02722–DGC (closed 01/08/2020)

2:17–cv–02735–DGC

2:17–cv–02736–DGC (closed 03/05/2020)

2:17–cv–02742–DGC (closed 11/01/2019)

2:17–cv–02745–DGC

2:17–cv–02746–DGC (closed 11/06/2019)

2:17–cv–02747–DGC (closed 12/05/2019)

2:17–cv–02748–DGC (closed 10/15/2019)

2:17–cv–02760–DGC (closed 12/17/2019)

2:17–cv–02764–DGC (closed 03/04/2020)

2:17–cv–02765–DGC (closed 01/02/2020)

2:17–cv–02769–DGC (closed 03/05/2020)

2:17–cv–02770–DGC (closed 10/31/2019)

2:17–cv–02773–DGC (closed 08/18/2017)

2:17–cv–02774–DGC

2:17–cv–02775–DGC (closed 11/20/2019)

2:17–cv–02777–DGC (closed 10/16/2019)

2:17–cv–02778–DGC (closed 01/09/2020)

2:17–cv–02779–DGC (closed 03/05/2020)

2:17–cv–02784–DGC (closed 01/09/2020)

2:17–cv–02790–DGC (closed 03/04/2020)

2:17–cv–02796–DGC

2:17–cv–02798–DGC (closed 01/08/2020)

2:17–cv–02819–DGC (closed 10/17/2019)

2:17–cv–02821–DGC (closed 03/05/2020)

2:17–cv–02828–DGC (closed 03/05/2020)

2:17–cv–02831–DGC (closed 12/17/2019)

2:17–cv–02832–DGC (closed 12/17/2019)

2:17–cv–02839–DGC (closed 01/02/2020)

2:17–cv–02841–DGC

2:17–cv–02843–DGC (closed 03/05/2020)

2:17–cv–02853–DGC (closed 03/05/2020)

2:17–cv–02854–DGC (closed 03/14/2018)

2:17–cv–02858–DGC (closed 10/29/2019)

2:17–cv–02859–DGC

2:17–cv–02862–DGC (closed 03/05/2020)

2:17–cv–02863–DGC (closed 03/05/2020)

2:17–cv–02866–DGC (closed 12/09/2019)

2:17–cv–02869–DGC (closed 03/05/2020)

2:17–cv–02870–DGC (closed 03/05/2020)

2:17–cv–02872–DGC (closed 11/21/2019)

2:17–cv–02873–DGC (closed 10/15/2019)

2:17–cv–02875–DGC (closed 08/20/2019)

2:17–cv–02877–DGC (closed 01/17/2018)

2:17–cv–02889–DGC (closed 03/05/2020)

2:17–cv–02890–DGC (closed 03/05/2020)

2:17–cv–02891–DGC (closed 03/05/2020)

2:17–cv–02893–DGC (closed 12/17/2019)

2:17–cv–02894–DGC (closed 01/02/2020)

2:17–cv–02895–DGC (closed 01/10/2020)

2:17–cv–02898–DGC (closed 03/05/2020)

2:17–cv–02899–DGC

2:17–cv–02900–DGC (closed 03/04/2020)

2:17–cv–02906–DGC (closed 01/10/2020)

2:17–cv–02910–DGC (closed 12/18/2019)

2:17–cv–02912–DGC (closed 08/20/2019)

2:17–cv–02916–DGC (closed 01/10/2020)

2:17–cv–02917–DGC (closed 08/20/2019)

2:17–cv–02919–DGC (closed 03/05/2020)

2:17–cv–02920–DGC (closed 12/04/2019)

2:17–cv–02922–DGC

2:17–cv–02923–DGC (closed 12/30/2019)

2:17–cv–02926–DGC (closed 12/05/2019)

2:17–cv–02927–DGC (closed 01/10/2020)

2:17–cv–02928–DGC (closed 12/17/2019)

2:17–cv–02929–DGC (closed 03/05/2020)

2:17–cv–02931–DGC (closed 01/10/2020)

2:17–cv–02932–DGC (closed 03/05/2020)

2:17–cv–02936–DGC (closed 01/08/2020)

2:17–cv–02939–DGC (closed 07/17/2018)

2:17–cv–02942–DGC (closed 12/16/2019)

2:17–cv–02943–DGC (closed 12/16/2019)

2:17–cv–02944–DGC (closed 12/16/2019)

2:17–cv–02945–DGC (closed 12/16/2019)

2:17–cv–02946–DGC (closed 12/16/2019)

2:17–cv–02947–DGC (closed 12/04/2019)

2:17–cv–02949–DGC (closed 03/05/2020)

2:17–cv–02951–DGC (closed 03/05/2020)

2:17–cv–02952–DGC (closed 03/05/2020)

2:17–cv–02953–DGC

2:17–cv–02954–DGC (closed 12/17/2019)

2:17–cv–02958–DGC (closed 01/02/2020)

2:17–cv–02959–DGC (closed 01/02/2020)

2:17–cv–02960–DGC (closed 01/02/2020)

2:17–cv–02961–DGC (closed 01/02/2020)

2:17–cv–02962–DGC (closed 01/02/2020)

2:17–cv–02963–DGC (closed 01/02/2020)

2:17–cv–02964–DGC
2:17–cv–02965–DGC (closed 03/05/2020)
2:17–cv–02966–DGC (closed 01/10/2020)
2:17–cv–02967–DGC (closed 01/10/2020)
2:17–cv–02968–DGC (closed 01/10/2020)
2:17–cv–02970–DGC (closed 02/21/2018)
2:17–cv–02971–DGC (closed 01/09/2020)
2:17–cv–02973–DGC (closed 01/08/2020)
2:17–cv–02976–DGC
2:17–cv–02977–DGC
2:17–cv–02978–DGC
2:17–cv–02979–DGC
2:17–cv–02980–DGC
2:17–cv–02981–DGC
2:17–cv–02983–DGC
2:17–cv–02984–DGC
2:17–cv–02985–DGC
2:17–cv–02986–DGC
2:17–cv–02987–DGC (closed 09/29/2017)
2:17–cv–02988–DGC (closed 11/21/2019)
2:17–cv–02989–DGC (closed 12/05/2019)
2:17–cv–02990–DGC (closed 12/05/2019)
2:17–cv–02991–DGC (closed 12/05/2019)
2:17–cv–02992–DGC (closed 12/30/2019)
2:17–cv–02999–DGC (closed 10/17/2019)
2:17–cv–03000–DGC (closed 10/17/2019)
2:17–cv–03001–DGC
2:17–cv–03011–DGC (closed 10/17/2019)
2:17–cv–03012–DGC (closed 01/03/2020)
2:17–cv–03013–DGC (closed 12/18/2019)
2:17–cv–03020–DGC (closed 01/09/2020)
2:17–cv–03021–DGC (closed 01/09/2020)
2:17–cv–03022–DGC
2:17–cv–03023–DGC (closed 03/05/2020)
2:17–cv–03025–DGC (closed 03/21/2019)
2:17–cv–03026–DGC (closed 03/05/2020)
2:17–cv–03027–DGC (closed 03/05/2020)
2:17–cv–03033–DGC (closed 02/06/2020)
2:17–cv–03035–DGC (closed 12/18/2019)
2:17–cv–03036–DGC
2:17–cv–03042–DGC (closed 08/20/2019)
2:17–cv–03052–DGC (closed 12/05/2019)
2:17–cv–03053–DGC (closed 12/09/2019)
2:17–cv–03057–DGC

2:17–cv–03058–DGC

2:17–cv–03059–DGC

2:17–cv–03060–DGC

2:17–cv–03062–DGC (closed 10/15/2019)

2:17–cv–03063–DGC (closed 10/15/2019)

2:17–cv–03064–DGC (closed 10/15/2019)

2:17–cv–03065–DGC (closed 11/20/2019)

2:17–cv–03066–DGC (closed 11/20/2019)

2:17–cv–03067–DGC (closed 11/06/2019)

2:17–cv–03068–DGC (closed 10/17/2019)

2:17–cv–03069–DGC (closed 11/27/2017)

2:17–cv–03070–DGC (closed 10/22/2019)

2:17–cv–03071–DGC (closed 10/23/2019)

2:17–cv–03072–DGC (closed 11/06/2019)

2:17–cv–03073–DGC (closed 10/29/2019)

2:17–cv–03074–DGC (closed 10/29/2019)

2:17–cv–03075–DGC (closed 11/13/2017)

2:17–cv–03076–DGC (closed 10/29/2019)

2:17–cv–03077–DGC (closed 10/29/2019)

2:17–cv–03078–DGC (closed 10/31/2019)

2:17–cv–03079–DGC (closed 10/31/2019)

2:17–cv–03080–DGC (closed 11/21/2019)

2:17–cv–03081–DGC (closed 10/17/2019)

2:17–cv–03082–DGC (closed 11/01/2019)

2:17–cv–03083–DGC (closed 10/22/2019)

2:17–cv–03084–DGC (closed 11/21/2019)

2:17–cv–03085–DGC (closed 10/29/2019)

2:17–cv–03086–DGC (closed 11/21/2019)

2:17–cv–03087–DGC (closed 11/06/2019)

2:17–cv–03088–DGC (closed 10/31/2019)

2:17–cv–03089–DGC (closed 03/14/2019)

2:17–cv–03090–DGC (closed 10/31/2019)

2:17–cv–03091–DGC (closed 10/31/2019)

2:17–cv–03093–DGC (closed 11/06/2019)

2:17–cv–03094–DGC (closed 03/05/2020)

2:17–cv–03095–DGC (closed 10/17/2019)

2:17–cv–03098–DGC (closed 01/02/2020)

2:17–cv–03102–DGC (closed 03/05/2020)

2:17–cv–03103–DGC (closed 03/05/2020)

2:17–cv–03109–DGC (closed 01/08/2020)

2:17–cv–03110–DGC (closed 08/20/2019)

2:17–cv–03111–DGC (closed 12/17/2019)

2:17–cv–03112–DGC (closed 12/17/2019)

2:17–cv–03113–DGC (closed 12/17/2019)

2:17–cv–03114–DGC (closed 03/05/2020)

2:17–cv–03119–DGC (closed 03/05/2020)

2:17–cv–03123–DGC

2:17–cv–03124–DGC (closed 12/05/2019)

2:17–cv–03140–DGC

2:17–cv–03141–DGC

2:17–cv–03142–DGC

2:17–cv–03143–DGC (closed 03/05/2020)

2:17–cv–03144–DGC

2:17–cv–03145–DGC

2:17–cv–03147–DGC

2:17–cv–03151–DGC (closed 01/10/2020)

2:17–cv–03157–DGC (closed 01/03/2020)

2:17–cv–03158–DGC (closed 12/18/2019)

2:17–cv–03163–DGC (closed 12/05/2019)

2:17–cv–03170–DGC

2:17–cv–03171–DGC (closed 11/06/2019)

2:17–cv–03172–DGC (closed 10/29/2019)

2:17–cv–03173–DGC (closed 01/08/2020)

2:17–cv–03174–DGC (closed 03/05/2020)

2:17–cv–03175–DGC (closed 12/17/2019)

2:17–cv–03176–DGC (closed 03/05/2020)

2:17–cv–03178–DGC (closed 09/04/2019)

2:17–cv–03179–DGC (closed 12/30/2019)

2:17–cv–03180–DGC (closed 08/20/2019)

2:17–cv–03181–DGC (closed 01/07/2020)

2:17–cv–03182–DGC (closed 03/05/2020)

2:17–cv–03183–DGC (closed 01/02/2020)

2:17–cv–03192–DGC (closed 12/17/2019)

2:17–cv–03193–DGC (closed 01/02/2020)

2:17–cv–03198–DGC (closed 01/06/2020)

2:17–cv–03199–DGC (closed 01/08/2020)

2:17–cv–03201–DGC (closed 10/02/2019)

2:17–cv–03202–DGC (closed 01/09/2020)

2:17–cv–03203–DGC (closed 01/08/2020)

2:17–cv–03207–DGC (closed 11/06/2019)

2:17–cv–03209–DGC (closed 12/10/2019)

2:17–cv–03210–DGC (closed 12/30/2019)

2:17–cv–03211–DGC (closed 12/30/2019)

2:17–cv–03214–DGC (closed 08/20/2019)

2:17–cv–03216–DGC (closed 01/08/2020)

2:17–cv–03218–DGC (closed 03/05/2020)

2:17–cv–03219–DGC (closed 03/05/2020)

2:17–cv–03225–DGC (closed 12/19/2017)

2:17–cv–03227–DGC (closed 12/04/2019)

2:17–cv–03231–DGC (closed 01/08/2020)

2:17–cv–03237–DGC (closed 01/10/2020)

2:17–cv–03238–DGC (closed 01/08/2020)

2:17–cv–03243–DGC (closed 03/05/2020)

2:17–cv–03244–DGC (closed 01/03/2020)

2:17–cv–03246–DGC (closed 12/04/2019)

2:17–cv–03247–DGC (closed 12/04/2019)

2:17–cv–03251–DGC

2:17–cv–03255–DGC (closed 01/14/2020)

2:17–cv–03256–DGC (closed 01/10/2020)

2:17–cv–03257–DGC (closed 01/08/2020)

2:17–cv–03258–DGC (closed 01/09/2020)

2:17–cv–03259–DGC (closed 01/08/2020)

2:17–cv–03261–DGC

2:17–cv–03268–DGC (closed 12/04/2019)

2:17–cv–03768–DGC (closed 10/16/2019)

2:17–cv–03272–DGC

2:17–cv–03273–DGC (closed 12/17/2019)

2:17–cv–03274–DGC

2:17–cv–03275–DGC (closed 01/09/2020)

2:17–cv–03276–DGC (closed 01/08/2020)

2:17–cv–03277–DGC (closed 01/08/2020)

2:17–cv–03283–DGC (closed 03/05/2020)

2:17–cv–03284–DGC (closed 03/05/2020)

2:17–cv–03285–DGC (closed 03/05/2020)

2:17–cv–03286–DGC (closed 12/17/2019)

2:17–cv–03287–DGC (closed 08/20/2019)

2:17–cv–03288–DGC (closed 01/02/2020)

2:17–cv–03289–DGC (closed 12/17/2019)

2:17–cv–03292–DGC

2:17–cv–03300–DGC (closed 03/05/2020)

2:17–cv–03313–DGC (closed 01/08/2020)

2:17–cv–03317–DGC (closed 06/19/2019)

2:17–cv–03318–DGC (closed 01/02/2020)

2:17–cv–03325–DGC

2:17–cv–03329–DGC (closed 01/03/2020)

2:17–cv–03333–DGC (closed 01/10/2020)

2:17–cv–03334–DGC (closed 01/09/2020)

2:17–cv–03335–DGC (closed 01/09/2020)

2:17–cv–03336–DGC (closed 01/09/2020)

2:17–cv–03337–DGC (closed 03/05/2020)

2:17–cv–03339–DGC (closed 01/02/2020)

2:17–cv–03352–DGC

2:17–cv–03353–DGC (closed 03/05/2020)

2:17–cv–03769–DGC (closed 10/15/2019)

2:17–cv–03367–DGC (closed 08/20/2019)

2:17–cv–03368–DGC (closed 01/08/2020)

2:17–cv–03369–DGC (closed 01/08/2020)

2:17–cv–03370–DGC (closed 01/09/2020)

2:17–cv–03371–DGC (closed 01/10/2020)

2:17–cv–03374–DGC (closed 01/02/2020)

2:18–cv–03014–DGC (closed 12/18/2019)

2:17–cv–03384–DGC (closed 01/07/2020)

2:17–cv–03385–DGC

2:17–cv–03386–DGC (closed 03/05/2020)

2:17–cv–03387–DGC (closed 03/05/2020)

2:17–cv–03388–DGC (closed 03/05/2020)

2:17–cv–03393–DGC (closed 10/23/2019)

2:17–cv–03400–DGC (closed 01/06/2020)

2:17–cv–03401–DGC (closed 11/01/2019)

2:17–cv–03402–DGC (closed 11/22/2019)

2:17–cv–03403–DGC (closed 10/31/2019)

2:17–cv–03404–DGC (closed 10/29/2019)

2:17–cv–03405–DGC (closed 10/17/2019)

2:17–cv–03406–DGC (closed 10/15/2019)

2:17–cv–03407–DGC (closed 11/06/2019)

2:17–cv–03408–DGC (closed 10/23/2019)

2:17–cv–03409–DGC (closed 10/29/2019)

2:17–cv–03410–DGC (closed 10/31/2019)

2:17–cv–03411–DGC (closed 10/22/2019)

2:17–cv–03412–DGC (closed 06/19/2019)

2:17–cv–03413–DGC (closed 11/21/2019)

2:17–cv–03414–DGC (closed 10/29/2019)

2:17–cv–03415–DGC (closed 10/15/2019)

2:17–cv–03416–DGC (closed 10/29/2019)

2:17–cv–03417–DGC (closed 11/01/2019)

2:17–cv–03418–DGC (closed 10/15/2019)

2:17–cv–03423–DGC (closed 11/22/2019)

2:17–cv–03424–DGC (closed 10/15/2019)

2:17–cv–03425–DGC (closed 10/23/2019)

2:17–cv–03426–DGC (closed 10/23/2019)

2:17–cv–03427–DGC (closed 11/06/2019)

2:17–cv–03428–DGC (closed 11/06/2019)

2:17–cv–03430–DGC (closed 11/06/2019)

2:17–cv–03431–DGC (closed 11/06/2019)

2:17–cv–03432–DGC (closed 10/17/2019)

2:17–cv–03433–DGC (closed 11/06/2019)

2:17–cv–03434–DGC (closed 10/29/2019)

2:17–cv–03436–DGC (closed 06/19/2019)

2:17–cv–03437–DGC (closed 11/21/2019)

2:17–cv–03438–DGC (closed 10/31/2019)

2:17–cv–03439–DGC (closed 10/29/2019)

2:17–cv–03440–DGC (closed 03/21/2019)

2:17–cv–03441–DGC (closed 11/21/2019)

2:17–cv–03442–DGC (closed 10/31/2019)

2:17–cv–03443–DGC (closed 11/06/2019)

2:17–cv–03444–DGC (closed 11/06/2019)

2:17–cv–03445–DGC (closed 10/29/2019)

2:17–cv–03446–DGC (closed 10/29/2019)

2:17–cv–03447–DGC (closed 10/17/2019)

2:17–cv–03448–DGC (closed 10/15/2019)

2:17–cv–03449–DGC (closed 11/21/2019)

2:17–cv–03450–DGC (closed 10/29/2019)

2:17–cv–03451–DGC (closed 11/06/2019)

2:17–cv–03452–DGC (closed 10/31/2019)

2:17–cv–03453–DGC (closed 11/06/2019)

2:17–cv–03454–DGC (closed 11/06/2019)

2:17–cv–03455–DGC (closed 10/17/2019)

2:17–cv–03457–DGC (closed 11/20/2019)

2:17–cv–03458–DGC (closed 11/21/2019)

2:17–cv–03459–DGC (closed 11/01/2019)

2:17–cv–03460–DGC (closed 10/17/2019)

2:17–cv–03461–DGC (closed 11/20/2019)

2:17–cv–03462–DGC (closed 10/17/2019)

2:17–cv–03463–DGC (closed 11/20/2019)

2:17–cv–03464–DGC (closed 11/20/2019)

2:17–cv–03465–DGC (closed 11/06/2019)

2:17–cv–03466–DGC (closed 10/29/2019)

2:17–cv–03467–DGC (closed 10/31/2019)

2:17–cv–03468–DGC (closed 10/22/2019)

2:17–cv–03469–DGC (closed 01/07/2020)

2:17–cv–03471–DGC (closed 11/20/2019)

2:17–cv–03472–DGC (closed 10/16/2019)

2:17–cv–03473–DGC (closed 11/21/2019)

2:17–cv–03474–DGC (closed 11/01/2019)

2:17–cv–03475–DGC (closed 10/29/2019)

2:17–cv–03476–DGC (closed 10/29/2019)

2:17–cv–03477–DGC (closed 10/29/2019)

2:17–cv–03478–DGC (closed 10/29/2019)

2:17–cv–03479–DGC (closed 10/17/2019)

2:17–cv–03480–DGC (closed 10/31/2019)

2:17–cv–03481–DGC (closed 10/29/2019)

2:17–cv–03482–DGC (closed 10/23/2019)

2:17–cv–03483–DGC (closed 10/31/2019)

2:17–cv–03484–DGC (closed 11/20/2019)

2:17–cv–03485–DGC (closed 10/29/2019)

2:17–cv–03486–DGC (closed 11/06/2019)

2:17–cv–03487–DGC (closed 10/17/2019)

2:17–cv–03488–DGC (closed 10/15/2019)

2:17–cv–03489–DGC (closed 10/22/2019)

2:17–cv–03490–DGC (closed 10/31/2019)

2:17–cv–03491–DGC (closed 11/06/2019)

2:17–cv–03492–DGC (closed 10/15/2019)

2:17–cv–03493–DGC (closed 10/29/2019)

2:17–cv–03494–DGC (closed 10/29/2019)

2:17–cv–03495–DGC (closed 10/31/2019)

2:17–cv–03496–DGC (closed 10/29/2019)

2:17–cv–03497–DGC (closed 10/15/2019)

2:17–cv–03498–DGC (closed 11/06/2019)

2:17–cv–03499–DGC (closed 10/16/2019)

2:17–cv–03500–DGC (closed 10/29/2019)

2:17–cv–03501–DGC (closed 10/31/2019)

2:17–cv–03502–DGC (closed 10/22/2019)

2:17–cv–03503–DGC (closed 10/17/2019)

2:17–cv–03504–DGC (closed 10/31/2019)

2:17–cv–03505–DGC (closed 10/23/2019)

2:17–cv–03506–DGC (closed 11/21/2019)

2:17–cv–03507–DGC (closed 11/21/2019)

2:17–cv–03513–DGC (closed 10/31/2019)

2:17–cv–03514–DGC (closed 10/31/2019)

2:17–cv–03515–DGC (closed 10/31/2019)

2:17–cv–03516–DGC (closed 10/29/2019)

2:17–cv–03517–DGC (closed 10/22/2019)

2:17–cv–03518–DGC (closed 10/15/2019)

2:17–cv–03519–DGC (closed 10/16/2019)

2:17–cv–03520–DGC (closed 10/29/2019)

2:17–cv–03521–DGC (closed 10/29/2019)

2:17–cv–03522–DGC (closed 10/29/2019)

2:17–cv–03523–DGC (closed 10/29/2019)

2:17–cv–03524–DGC (closed 10/29/2019)

2:17–cv–03525–DGC (closed 11/06/2019)

2:17–cv–03526–DGC (closed 10/29/2019)

2:17–cv–03527–DGC (closed 10/29/2019)

2:17–cv–03528–DGC (closed 10/23/2019)

2:17–cv–03529–DGC (closed 10/29/2019)

2:17–cv–03530–DGC (closed 11/01/2019)

2:17–cv–03531–DGC (closed 11/21/2019)

2:17–cv–03532–DGC (closed 11/20/2019)

2:17–cv–03533–DGC

2:17–cv–03537–DGC (closed 10/22/2019)

2:17–cv–03538–DGC (closed 11/06/2019)

2:17–cv–03539–DGC (closed 10/29/2019)

2:17–cv–03540–DGC (closed 10/17/2019)

2:17–cv–03541–DGC (closed 10/17/2019)

2:17–cv–03542–DGC (closed 11/21/2019)

2:17–cv–03543–DGC (closed 10/29/2019)

2:17–cv–03544–DGC (closed 10/31/2019)

2:17–cv–03545–DGC (closed 10/16/2019)

2:17–cv–03546–DGC (closed 12/16/2019)

2:17–cv–03547–DGC (closed 10/22/2019)

2:17–cv–03548–DGC (closed 12/19/2018)

2:17–cv–03549–DGC (closed 11/06/2019)

2:17–cv–03550–DGC (closed 11/20/2019)

2:17–cv–03551–DGC (closed 10/31/2019)

2:17–cv–03561–DGC (closed 11/06/2019)

2:17–cv–03562–DGC

2:17–cv–03563–DGC

2:17–cv–03564–DGC

2:17–cv–03565–DGC

2:17–cv–03566–DGC

2:17–cv–03567–DGC

2:17–cv–03568–DGC

2:17–cv–03569–DGC (closed 09/18/2018)

2:17–cv–03570–DGC

2:17–cv–03571–DGC

2:17–cv–03572–DGC (closed 07/26/2019)

2:17–cv–03573–DGC

2:17–cv–03574–DGC

2:17–cv–03580–DGC

2:17–cv–03581–DGC

2:17–cv–03582–DGC (closed 01/02/2020)

2:17–cv–03583–DGC (closed 01/08/2020)

2:17–cv–03584–DGC (closed 12/09/2019)

2:17–cv–03585–DGC (closed 01/08/2020)

2:17–cv–03588–DGC (closed 09/24/2018)

2:17–cv–03589–DGC (closed 01/08/2020)

2:17–cv–03590–DGC (closed 01/08/2020)

2:17–cv–03591–DGC (closed 01/09/2020)

2:17–cv–03592–DGC (closed 01/09/2020)

2:17–cv–03593–DGC (closed 01/08/2020)

2:17–cv–03594–DGC (closed 01/25/2018)

2:17–cv–03595–DGC (closed 01/09/2020)

2:17–cv–03596–DGC (closed 01/09/2019)

2:17–cv–03597–DGC (closed 01/13/2020)

2:17–cv–03598–DGC (closed 11/13/2017)

2:17–cv–03599–DGC (closed 10/29/2019)

2:17–cv–03600–DGC (closed 10/15/2019)

2:17–cv–03601–DGC (closed 11/06/2019)

2:17–cv–03602–DGC (closed 10/15/2019)

2:17–cv–03604–DGC (closed 11/06/2019)

2:17–cv–03608–DGC (closed 08/07/2019)

2:17–cv–03603–DGC (closed 11/21/2019)

2:17–cv–03609–DGC (closed 10/08/2019)

2:17–cv–03610–DGC (closed 01/14/2020)

2:17–cv–03611–DGC

2:17–cv–03615–DGC (closed 06/19/2019)

2:17–cv–03617–DGC (closed 01/08/2020)

2:17–cv–03619–DGC (closed 10/17/2019)

2:17–cv–03616–DGC (closed 12/05/2019)

2:17–cv–03620–DGC (closed 01/10/2020)

2:17–cv–03622–DGC (closed 01/09/2020)

2:17–cv–03628–DGC (closed 01/09/2020)

2:17–cv–03634–DGC (closed 11/06/2019)

2:17–cv–03635–DGC (closed 11/20/2019)

2:17–cv–03638–DGC (closed 11/01/2019)

2:17–cv–03639–DGC (closed 10/15/2019)

2:17–cv–03640–DGC (closed 11/06/2019)

2:17–cv–03641–DGC (closed 10/29/2019)

2:17–cv–03642–DGC (closed 11/21/2019)

2:17–cv–03643–DGC (closed 10/29/2019)

2:17–cv–03644–DGC (closed 11/22/2019)

2:17–cv–03645–DGC (closed 10/31/2019)

2:17–cv–03646–DGC (closed 11/01/2019)

2:17–cv–03647–DGC (closed 11/06/2019)

2:17–cv–03648–DGC (closed 10/15/2019)

2:17–cv–03649–DGC (closed 10/22/2019)

2:17–cv–03651–DGC (closed 11/06/2019)

2:17–cv–03652–DGC (closed 10/15/2019)

2:17–cv–03653–DGC (closed 08/20/2019)

2:17–cv–03654–DGC (closed 10/29/2019)

2:17–cv–03655–DGC (closed 10/22/2019)

2:17–cv–03656–DGC (closed 11/20/2019)

2:17–cv–03657–DGC (closed 10/31/2019)

2:17–cv–03658–DGC (closed 10/29/2019)

2:17–cv–03659–DGC (closed 10/15/2019)

2:17–cv–03661–DGC (closed 10/16/2019)

2:17–cv–03666–DGC (closed 12/18/2019)

2:17–cv–03667–DGC (closed 12/18/2019)

2:17–cv–03668–DGC (closed 12/18/2019)

2:17–cv–03669–DGC (closed 08/20/2019)

2:17–cv–03671–DGC (closed 01/09/2020)

2:17–cv–03672–DGC (closed 01/08/2020)

2:17–cv–03673–DGC (closed 01/08/2020)

2:17–cv–03674–DGC (closed 01/09/2020)

2:17–cv–03682–DGC (closed 01/09/2020)

2:17–cv–03683–DGC (closed 03/04/2020)

2:17–cv–03686–DGC (closed 01/10/2020)

2:17–cv–03687–DGC (closed 01/08/2020)

2:17–cv–03689–DGC (closed 01/17/2020)

2:17–cv–03693–DGC (closed 10/29/2019)

2:17–cv–03694–DGC (closed 10/29/2019)

2:17–cv–03695–DGC (closed 10/23/2019)

2:17–cv–03696–DGC (closed 10/29/2019)

2:17–cv–03697–DGC (closed 10/23/2019)

2:17–cv–03698–DGC (closed 11/20/2019)

2:17–cv–03699–DGC (closed 10/29/2019)

2:17–cv–03700–DGC (closed 11/06/2019)

2:17–cv–03701–DGC (closed 11/21/2019)

2:17–cv–03702–DGC (closed 10/22/2019)

2:17–cv–03703–DGC (closed 10/15/2019)

2:17–cv–03704–DGC (closed 11/06/2019)

2:17–cv–03705–DGC (closed 10/15/2019)

2:17–cv–03706–DGC (closed 11/22/2019)

2:17–cv–03707–DGC (closed 11/06/2019)

2:17–cv–03708–DGC (closed 10/23/2019)

2:17–cv–03709–DGC (closed 10/22/2019)

2:17–cv–03710–DGC (closed 12/05/2019)

2:17–cv–03711–DGC (closed 12/05/2019)

2:17–cv–03712–DGC

2:17–cv–03713–DGC (closed 10/29/2019)

2:17–cv–03714–DGC (closed 10/15/2019)

2:17–cv–03715–DGC (closed 11/06/2019)

2:17–cv–03716–DGC (closed 11/20/2019)

2:17–cv–03717–DGC (closed 10/16/2019)

2:17–cv–03720–DGC (closed 10/29/2019)

2:17–cv–03721–DGC (closed 10/17/2019)

2:17–cv–03722–DGC (closed 10/15/2019)

2:17–cv–03724–DGC (closed 11/06/2019)

2:17–cv–03725–DGC (closed 11/06/2019)

2:17–cv–03726–DGC (closed 10/31/2019)

2:17–cv–03727–DGC (closed 11/06/2019)

2:17–cv–03728–DGC (closed 10/29/2019)

2:17–cv–03770–DGC (closed 10/22/2019)

2:17–cv–03771–DGC (closed 10/29/2019)

2:17–cv–03772–DGC (closed 12/11/2019)

2:17–cv–03774–DGC (closed 10/31/2019)

2:17–cv–03776–DGC (closed 11/06/2019)

2:17–cv–03777–DGC (closed 11/06/2019)

2:17–cv–03778–DGC (closed 10/29/2019)

2:17–cv–03779–DGC (closed 10/15/2019)

2:17–cv–03780–DGC

2:17–cv–03781–DGC (closed 12/10/2019)

2:17–cv–03790–DGC (closed 01/10/2020)

2:17–cv–03791–DGC (closed 01/08/2020)

2:17–cv–03792–DGC (closed 06/19/2019)

2:17–cv–03793–DGC (closed 01/08/2020)

2:17–cv–03798–DGC (closed 03/05/2020)

2:17–cv–03802–DGC

2:17–cv–03803–DGC (closed 01/09/2020)

2:17–cv–03804–DGC (closed 01/10/2020)

2:17–cv–03807–DGC (closed 01/09/2020)

2:17–cv–03812–DGC (closed 12/09/2019)

2:17–cv–03822–DGC

2:17–cv–03831–DGC (closed 03/05/2020)

2:17–cv–03837–DGC (closed 11/22/2019)

2:17–cv–03838–DGC (closed 12/04/2019)

2:17–cv–03841–DGC (closed 01/08/2020)

2:17–cv–03846–DGC (closed 01/08/2020)

2:17–cv–03847–DGC (closed 01/09/2020)

2:17–cv–03848–DGC (closed 01/09/2020)

2:17–cv–03849–DGC (closed 08/20/2019)

2:17–cv–03850–DGC (closed 10/29/2019)

2:17–cv–03851–DGC (closed 10/31/2019)

2:17–cv–03852–DGC (closed 10/31/2019)

2:17–cv–03853–DGC (closed 10/22/2019)

2:17–cv–03864–DGC (closed 01/08/2020)

2:17–cv–03865–DGC (closed 01/08/2020)

2:17–cv–03866–DGC (closed 01/08/2020)

2:17–cv–03875–DGC (closed 01/10/2020)

2:17–cv–03876–DGC (closed 01/02/2020)

2:17–cv–03854–DGC (closed 10/17/2019)

2:17–cv–03855–DGC (closed 10/29/2019)

2:17–cv–03856–DGC (closed 10/31/2019)

2:17–cv–03857–DGC (closed 03/05/2020)

2:17–cv–03878–DGC (closed 01/09/2020)

2:17–cv–03879–DGC (closed 12/09/2019)

2:17–cv–03885–DGC (closed 01/10/2020)

2:17–cv–03888–DGC (closed 03/05/2020)

2:17–cv–03891–DGC (closed 03/21/2019)

2:17–cv–03899–DGC (closed 01/09/2020)

2:17–cv–03907–DGC (closed 12/10/2019)

2:17–cv–03908–DGC (closed 12/10/2019)

2:17–cv–03909–DGC (closed 12/10/2019)

2:17–cv–03916–DGC

2:17–cv–03917–DGC (closed 01/09/2020)

2:17–cv–03918–DGC (closed 12/17/2019)

2:17–cv–03919–DGC (closed 01/02/2020)

2:17–cv–03920–DGC (closed 11/06/2019)

2:17–cv–03921–DGC (closed 01/10/2020)

2:17–cv–03924–DGC

2:17–cv–03925–DGC

2:17–cv–03927–DGC

2:17–cv–03930–DGC (closed 01/10/2020)

2:17–cv–03931–DGC

2:17–cv–03932–DGC (closed 12/10/2019)

2:17–cv–03933–DGC (closed 12/10/2019)

2:17–cv–03934–DGC (closed 12/10/2019)

2:17–cv–03935–DGC (closed 12/10/2019)

2:17–cv–03936–DGC (closed 12/10/2019)

2:17–cv–03937–DGC (closed 01/10/2020)

2:17–cv–03946–DGC (closed 12/17/2019)

2:17–cv–03949–DGC

2:17–cv–03957–DGC (closed 08/20/2019)

2:17–cv–03958–DGC (closed 03/05/2020)

2:17–cv–03959–DGC (closed 03/05/2020)

2:17–cv–03960–DGC (closed 03/05/2020)

2:17–cv–03961–DGC

2:17–cv–03968–DGC

2:17–cv–03971–DGC (closed 08/20/2019)

2:17–cv–03976–DGC

2:17–cv–03977–DGC (closed 08/20/2019)

2:17–cv–03978–DGC (closed 01/31/2020)

2:17–cv–03979–DGC (closed 12/04/2019)

2:17–cv–03980–DGC

2:17–cv–03981–DGC (closed 08/20/2019)

2:17–cv–03985–DGC (closed 01/08/2020)

2:17–cv–03986–DGC (closed 01/08/2020)

2:17–cv–03987–DGC (closed 01/09/2020)

2:17–cv–03988–DGC (closed 12/17/2019)

2:17–cv–03989–DGC (closed 08/20/2019)

2:17–cv–03990–DGC

2:17–cv–03992–DGC

2:17–cv–03995–DGC (closed 01/02/2020)

2:17–cv–03996–DGC (closed 01/09/2020)

2:17–cv–03999–DGC (closed 01/14/2020)

2:17–cv–04000–DGC (closed 03/05/2020)

2:17–cv–04001–DGC (closed 03/05/2020)

2:17–cv–04002–DGC (closed 08/20/2019)

2:17–cv–04007–DGC (closed 01/10/2020)

2:17–cv–04009–DGC (closed 01/09/2020)

2:17–cv–04010–DGC (closed 01/08/2020)

2:17–cv–04011–DGC

2:17–cv–04012–DGC (closed 01/08/2020)

2:17–cv–04019–DGC (closed 01/10/2020)

2:17–cv–04021–DGC

2:17–cv–04027–DGC (closed 08/20/2019)

2:17–cv–04028–DGC (closed 08/20/2019)

2:17–cv–04029–DGC

2:17–cv–04030–DGC

2:17–cv–04038–DGC (closed 01/02/2020)

2:17–cv–04039–DGC

2:17–cv–04042–DGC (closed 01/08/2020)

2:17–cv–04043–DGC (closed 01/10/2020)

2:17–cv–04050–DGC (closed 01/02/2020)

2:17–cv–04051–DGC

2:17–cv–04062–DGC (closed 01/08/2020)

2:17–cv–04063–DGC (closed 01/08/2020)

2:17–cv–04064–DGC (closed 11/20/2019)

2:17–cv–04065–DGC (closed 01/08/2020)

2:17–cv–04070–DGC

2:17–cv–04071–DGC

2:17–cv–04072–DGC

2:17–cv–04073–DGC

2:17–cv–04074–DGC

2:17–cv–04075–DGC

2:17–cv–04076–DGC

2:17–cv–04077–DGC

2:17–cv–04078–DGC (closed 01/10/2020)

2:17–cv–04079–DGC (closed 01/10/2020)

2:17–cv–04083–DGC

2:17–cv–04084–DGC (closed 01/08/2020)

2:17–cv–04085–DGC (closed 01/09/2020)

2:17–cv–04099–DGC (closed 01/09/2020)

2:17–cv–04100–DGC (closed 01/09/2020)

2:17–cv–04103–DGC

2:17–cv–04107–DGC (closed 12/18/2019)

2:17–cv–04108–DGC (closed 01/14/2020)

2:17–cv–04109–DGC (closed 01/03/2020)

2:17–cv–04110–DGC (closed 12/30/2019)

2:17–cv–04111–DGC (closed 03/05/2020)

2:17–cv–04114–DGC (closed 01/08/2020)

2:17–cv–04115–DGC (closed 01/10/2020)

2:17–cv–04116–DGC (closed 01/09/2020)

2:17–cv–04117–DGC (closed 01/31/2020)

2:17–cv–04120–DGC (closed 01/13/2020)

2:17–cv–04121–DGC (closed 01/09/2020)

2:17–cv–04131–DGC

2:17–cv–04132–DGC (closed 01/07/2020)

2:17–cv–04133–DGC

2:17–cv–04134–DGC (closed 01/31/2020)

2:17–cv–04135–DGC (closed 12/30/2019)

2:17–cv–04137–DGC (closed 01/09/2020)

2:17–cv–04141–DGC (closed 01/10/2020)

2:17–cv–04142–DGC (closed 01/08/2020)

2:17–cv–04143–DGC (closed 01/08/2020)

2:17–cv–04144–DGC (closed 01/02/2020)

2:17–cv–04145–DGC (closed 12/18/2019)

2:17–cv–04146–DGC (closed 01/07/2020)

2:17–cv–04153–DGC (closed 01/31/2020)

2:17–cv–04154–DGC (closed 12/30/2019)

2:17–cv–04163–DGC (closed 01/02/2020)

2:17–cv–04169–DGC (closed 12/30/2019)

2:17–cv–04170–DGC (closed 12/30/2019)

2:17–cv–04171–DGC (closed 01/02/2020)

2:17–cv–04172–DGC (closed 12/30/2019)

2:17–cv–04174–DGC (closed 12/30/2019)

2:17–cv–04175–DGC (closed 08/20/2019)

2:17–cv–04177–DGC (closed 12/30/2019)

2:17–cv–04178–DGC (closed 12/30/2019)

2:17–cv–04183–DGC

2:17–cv–04184–DGC

2:17–cv–04185–DGC (closed 11/06/2019)

2:17–cv–04186–DGC (closed 01/09/2020)

2:17–cv–04188–DGC (closed 01/09/2020)

2:17–cv–04189–DGC (closed 01/09/2020)

2:17–cv–04190–DGC (closed 01/08/2020)

2:17–cv–04191–DGC (closed 01/08/2020)

2:17–cv–04192–DGC (closed 12/18/2019)

2:17–cv–04211–DGC (closed 08/20/2019)

2:17–cv–04213–DGC (closed 01/09/2020)

2:17–cv–04216–DGC (closed 12/18/2019)

2:17–cv–04220–DGC (closed 03/05/2020)

2:17–cv–04221–DGC (closed 01/10/2020)

2:17–cv–04222–DGC (closed 01/09/2020)

2:17–cv–04223–DGC (closed 01/09/2020)

2:17–cv–04224–DGC (closed 08/20/2019)

2:17–cv–04234–DGC

2:17–cv–04235–DGC (closed 01/09/2020)

2:17–cv–04236–DGC (closed 11/20/2019)

2:17–cv–04237–DGC (closed 01/09/2020)

2:17–cv–04239–DGC (closed 01/08/2020)

2:17–cv–04243–DGC

2:17–cv–04245–DGC (closed 03/05/2020)

2:17–cv–04246–DGC (closed 01/02/2020)

2:17–cv–04252–DGC (closed 03/05/2020)

2:17–cv–04253–DGC (closed 01/08/2020)

2:17–cv–04254–DGC (closed 01/08/2020)

2:17–cv–04255–DGC (closed 01/08/2020)

2:17–cv–04260–DGC

2:17–cv–04264–DGC (closed 12/05/2019)

2:17–cv–04266–DGC (closed 01/13/2020)

2:17–cv–04267–DGC (closed 01/08/2020)

2:17–cv–04269–DGC (closed 01/09/2020)

2:17–cv–04271–DGC

2:17–cv–04272–DGC (closed 01/10/2020)

2:17–cv–04276–DGC (closed 01/08/2020)

2:17–cv–04278–DGC (closed 12/30/2019)

2:17–cv–04279–DGC (closed 01/03/2020)

2:17–cv–04287–DGC (closed 01/02/2020)

2:17–cv–04288–DGC (closed 03/14/2019)

2:17–cv–04289–DGC (closed 03/05/2020)

2:17–cv–04301–DGC (closed 01/14/2020)

2:17–cv–04302–DGC (closed 03/21/2019)

2:17–cv–04303–DGC (closed 07/09/2019)

2:17–cv–04305–DGC (closed 01/06/2020)

2:17–cv–04308–DGC (closed 03/21/2019)

2:17–cv–04309–DGC (closed 01/08/2020)

2:17–cv–04310–DGC (closed 12/30/2019)

2:17–cv–04311–DGC (closed 01/10/2020)

2:17–cv–04316–DGC (closed 10/17/2019)

2:17–cv–04320–DGC (closed 12/30/2019)

2:17–cv–04321–DGC (closed 03/05/2020)

2:17–cv–04327–DGC (closed 01/09/2020)

2:17–cv–04329–DGC (closed 01/10/2020)

2:17–cv–04330–DGC (closed 01/10/2020)

2:17–cv–04331–DGC (closed 01/13/2020)

2:17–cv–04334–DGC (closed 12/30/2019)

2:17–cv–04338–DGC (closed 01/08/2018)

2:17–cv–04339–DGC (closed 10/29/2019)

2:17–cv–04340–DGC (closed 10/29/2019)

2:17–cv–04341–DGC (closed 10/31/2019)

2:17–cv–04342–DGC (closed 10/17/2019)

2:17–cv–04343–DGC (closed 10/31/2019)

2:17–cv–04344–DGC (closed 11/06/2019)

2:17–cv–04346–DGC (closed 12/05/2019)

2:17–cv–04347–DGC (closed 10/31/2019)

2:17–cv–04348–DGC (closed 11/06/2019)

2:17–cv–04349–DGC

2:17–cv–04350–DGC (closed 11/06/2019)

2:17–cv–04351–DGC (closed 11/06/2019)

2:17–cv–04352–DGC (closed 12/05/2019)

2:17–cv–04353–DGC (closed 10/17/2019)

2:17–cv–04354–DGC (closed 11/21/2019)

2:17–cv–04355–DGC (closed 04/09/2018)

2:17–cv–04356–DGC (closed 10/23/2019)

2:17–cv–04357–DGC (closed 10/15/2019)

2:17–cv–04358–DGC (closed 10/23/2019)

2:17–cv–04359–DGC (closed 10/29/2019)

2:17–cv–04360–DGC (closed 11/06/2019)

2:17–cv–04361–DGC (closed 11/06/2019)

2:17–cv–04362–DGC (closed 10/31/2019)

2:17–cv–04363–DGC (closed 12/05/2019)

2:17–cv–04364–DGC (closed 11/20/2019)

2:17–cv–04365–DGC (closed 11/22/2019)

2:17–cv–04370–DGC (closed 12/30/2019)

2:17–cv–04371–DGC (closed 12/17/2019)

2:17–cv–04372–DGC (closed 12/04/2019)

2:17–cv–04377–DGC (closed 01/02/2020)

2:17–cv–04380–DGC (closed 04/05/2018)

2:17–cv–04381–DGC (closed 10/31/2019)

2:17–cv–04382–DGC (closed 10/31/2019)

2:17–cv–04384–DGC (closed 11/06/2019)

2:17–cv–04385–DGC (closed 11/01/2019)

2:17–cv–04386–DGC (closed 10/17/2019)

2:17–cv–04387–DGC (closed 12/04/2019)

2:17–cv–04388–DGC (closed 10/23/2019)

2:17–cv–04389–DGC (closed 04/09/2018)

2:17–cv–04390–DGC (closed 10/29/2019)

2:17–cv–04391–DGC (closed 10/31/2019)

2:17–cv–04392–DGC (closed 11/20/2019)

2:17–cv–04393–DGC (closed 11/21/2019)

2:17–cv–04394–DGC (closed 10/23/2019)

2:17–cv–04395–DGC (closed 10/29/2019)

2:17–cv–04396–DGC (closed 11/01/2019)

2:17–cv–04397–DGC (closed 10/31/2019)

2:17–cv–04398–DGC (closed 04/05/2018)

2:17–cv–04399–DGC (closed 10/31/2019)

2:17–cv–04400–DGC (closed 10/22/2019)

2:17–cv–04401–DGC (closed 10/29/2019)

2:17–cv–04402–DGC (closed 10/29/2019)

2:17–cv–04403–DGC (closed 10/29/2019)

2:17–cv–04404–DGC (closed 10/23/2019)

2:17–cv–04405–DGC (closed 11/06/2019)

2:17–cv–04406–DGC (closed 10/15/2019)

2:17–cv–04345–DGC (closed 10/31/2019)

2:17–cv–04407–DGC (closed 11/22/2019)

2:17–cv–04408–DGC (closed 11/20/2019)

2:17–cv–04409–DGC (closed 10/17/2019)

2:17–cv–04410–DGC (closed 10/23/2019)

2:17–cv–04411–DGC (closed 11/21/2019)

2:17–cv–04412–DGC (closed 10/31/2019)

2:17–cv–04413–DGC (closed 10/29/2019)

2:17–cv–04415–DGC (closed 10/15/2019)

2:17–cv–04414–DGC (closed 10/22/2019)

2:17–cv–04418–DGC (closed 12/04/2019)

2:17–cv–04419–DGC (closed 10/22/2019)

2:17–cv–04420–DGC (closed 10/31/2019)

2:17–cv–04421–DGC (closed 11/21/2019)

2:17–cv–04422–DGC (closed 10/29/2019)

2:17–cv–04423–DGC (closed 11/21/2019)

2:17–cv–04424–DGC (closed 10/29/2019)

2:17–cv–04425–DGC (closed 12/04/2019)

2:17–cv–04426–DGC (closed 11/06/2019)

2:17–cv–04427–DGC (closed 12/05/2019)

2:17–cv–04428–DGC (closed 12/05/2019)

2:17–cv–04430–DGC (closed 10/29/2019)

2:17–cv–04431–DGC (closed 10/29/2019)

2:17–cv–04432–DGC (closed 11/20/2019)

2:17–cv–04433–DGC (closed 10/17/2019)

2:17–cv–04434–DGC (closed 11/06/2019)

2:17–cv–04435–DGC

2:17–cv–04436–DGC (closed 11/20/2019)

2:17–cv–04440–DGC (closed 11/06/2019)

2:17–cv–04449–DGC (closed 12/04/2019)

2:17–cv–04452–DGC (closed 01/02/2020)

2:17–cv–04454–DGC

2:17–cv–04455–DGC

2:17–cv–04459–DGC (closed 12/04/2019)

2:17–cv–04465–DGC (closed 01/02/2020)

2:17–cv–04466–DGC

2:17–cv–04467–DGC (closed 11/06/2019)

2:17–cv–04468–DGC (closed 01/08/2020)

2:17–cv–04469–DGC (closed 12/04/2019)

2:17–cv–04470–DGC (closed 01/10/2020)

2:17–cv–04481–DGC (closed 01/08/2020)

2:17–cv–04482–DGC (closed 01/08/2020)

2:17–cv–04483–DGC (closed 01/10/2020)

2:17–cv–04484–DGC (closed 01/08/2020)

2:17–cv–04485–DGC (closed 01/08/2020)

2:17–cv–04495–DGC (closed 12/09/2019)

2:17–cv–04498–DGC (closed 12/04/2019)

2:17–cv–04499–DGC (closed 10/17/2019)

2:17–cv–04500–DGC (closed 10/17/2019)

2:17–cv–04501–DGC (closed 10/16/2019)

2:17–cv–04502–DGC (closed 10/15/2019)

2:17–cv–04505–DGC (closed 08/20/2019)

2:17–cv–04510–DGC (closed 01/07/2020)

2:17–cv–04512–DGC (closed 08/20/2019)

2:17–cv–04513–DGC (closed 08/20/2019)

2:17–cv–04516–DGC

2:17–cv–04517–DGC (closed 03/05/2020)

2:17–cv–04519–DGC (closed 12/30/2019)

2:17–cv–04521–DGC (closed 11/21/2019)

2:17–cv–04522–DGC (closed 03/05/2020)

2:17–cv–04530–DGC

2:17–cv–04531–DGC

2:17–cv–04532–DGC (closed 07/26/2019)

2:17–cv–04534–DGC (closed 10/31/2019)

2:17–cv–04536–DGC (closed 01/31/2020)

2:17–cv–04538–DGC

2:17–cv–04543–DGC (closed 01/08/2020)

2:17–cv–04548–DGC (closed 08/20/2019)

2:17–cv–04549–DGC (closed 03/05/2020)

2:17–cv–04550–DGC (closed 04/13/2018)

2:17–cv–04557–DGC (closed 01/08/2020)

2:17–cv–04564–DGC (closed 12/11/2019)

2:17–cv–04567–DGC (closed 12/30/2019)

2:17–cv–04569–DGC (closed 01/09/2020)

2:17–cv–04570–DGC (closed 01/09/2020)

2:17–cv–04571–DGC (closed 12/11/2019)

2:17–cv–04572–DGC (closed 01/08/2020)

2:17–cv–04573–DGC (closed 01/08/2020)

2:17–cv–04574–DGC (closed 01/09/2020)

2:17–cv–04578–DGC (closed 01/17/2020)

2:17–cv–04579–DGC (closed 08/20/2019)

2:17–cv–04582–DGC (closed 08/20/2019)

2:17–cv–04583–DGC (closed 08/20/2019)

2:17–cv–04584–DGC (closed 08/20/2019)

2:17–cv–04586–DGC (closed 08/20/2019)

2:17–cv–04587–DGC (closed 12/11/2019)

2:17–cv–04588–DGC (closed 08/20/2019)

2:17–cv–04591–DGC (closed 01/07/2020)

2:17–cv–04594–DGC (closed 12/16/2019)

2:17–cv–04595–DGC

2:17–cv–04599–DGC (closed 03/05/2020)

2:17–cv–04600–DGC

2:17–cv–04606–DGC (closed 12/18/2019)

2:17–cv–04607–DGC (closed 01/14/2020)

2:17–cv–04616–DGC

2:17–cv–04617–DGC

2:17–cv–04618–DGC

2:17–cv–04619–DGC

2:17–cv–04620–DGC

2:17–cv–04621–DGC (closed 03/05/2020)

2:17–cv–04631–DGC (closed 03/05/2020)

2:17–cv–04632–DGC (closed 03/05/2020)

2:17–cv–04634–DGC (closed 03/05/2020)

2:17–cv–04638–DGC (closed 08/20/2019)

2:17–cv–04639–DGC (closed 10/23/2019)

2:17–cv–04640–DGC (closed 10/29/2019)

2:17–cv–04643–DGC

2:17–cv–04644–DGC

2:17–cv–04651–DGC (closed 03/05/2020)

2:17–cv–04653–DGC (closed 12/04/2019)

2:17–cv–04654–DGC

2:17–cv–04656–DGC (closed 03/05/2020)

2:17–cv–04657–DGC

2:17–cv–04658–DGC (closed 03/05/2020)

2:17–cv–04659–DGC

2:17–cv–04660–DGC (closed 12/17/2019)

2:17–cv–04673–DGC (closed 01/03/2020)

2:17–cv–04677–DGC (closed 01/10/2020)

2:17–cv–04678–DGC (closed 01/08/2020)

2:17–cv–04680–DGC (closed 10/25/2018)

2:17–cv–04682–DGC (closed 01/08/2020)

2:17–cv–04683–DGC (closed 01/09/2020)

2:17–cv–04690–DGC (closed 08/20/2019)

2:17–cv–04702–DGC (closed 01/02/2020)

2:17–cv–04717–DGC

2:17–cv–04718–DGC

2:17–cv–04722–DGC (closed 12/11/2019)

2:17–cv–04725–DGC (closed 08/20/2019)

2:17–cv–04733–DGC (closed 08/20/2019)

2:17–cv–04739–DGC

2:17–cv–04740–DGC (closed 03/05/2020)

2:17–cv–04743–DGC (closed 01/10/2020)

2:17–cv–04744–DGC (closed 01/10/2020)

2:17–cv–04753–DGC

2:17–cv–04754–DGC (closed 08/20/2019)

2:17–cv–04755–DGC (closed 08/20/2019)

2:17–cv–04756–DGC (closed 01/02/2020)

2:17–cv–04757–DGC (closed 01/10/2020)

2:17–cv–04767–DGC (closed 12/30/2019)

2:17–cv–04771–DGC (closed 08/19/2019)

2:17–cv–04772–DGC (closed 12/30/2019)

2:17–cv–04777–DGC (closed 12/10/2018)

2:17–cv–04778–DGC (closed 12/30/2019)

2:17–cv–04780–DGC (closed 08/20/2019)

2:17–cv–04781–DGC (closed 08/20/2019)

2:17–cv–04782–DGC (closed 11/01/2018)

2:17–cv–04783–DGC (closed 08/20/2019)

2:17–cv–04785–DGC (closed 12/17/2019)

2:17–cv–04786–DGC (closed 12/17/2019)

2:17–cv–04787–DGC (closed 12/17/2019)

2:17–cv–04788–DGC (closed 12/17/2019)

2:17–cv–04789–DGC (closed 12/30/2019)

2:17–cv–04797–DGC (closed 08/15/2018)

2:17–cv–04798–DGC

2:17–cv–04801–DGC (closed 03/05/2020)

2:18–cv–00008–DGC (closed 12/05/2019)

2:18–cv–00009–DGC (closed 12/30/2019)

2:18–cv–00015–DGC (closed 12/30/2019)

2:18–cv–00016–DGC (closed 12/17/2019)

2:18–cv–00018–DGC (closed 11/15/2019)

2:18–cv–00019–DGC

2:18–cv–00020–DGC

2:18–cv–00021–DGC

2:18–cv–00025–DGC (closed 03/05/2020)

2:18–cv–00030–DGC

2:18–cv–00032–DGC

2:18–cv–00039–DGC (closed 03/05/2020)

2:18–cv–00042–DGC (closed 03/05/2020)

2:18–cv–00044–DGC (closed 01/02/2020)

2:18–cv–00045–DGC (closed 03/05/2020)

2:18–cv–00047–DGC (closed 03/05/2020)

2:18–cv–00048–DGC

2:18–cv–00069–DGC (closed 08/20/2019)

2:18–cv–00070–DGC (closed 01/31/2020)

2:18–cv–00075–DGC (closed 01/09/2020)

2:18–cv–00076–DGC (closed 12/30/2019)

2:18–cv–00081–DGC (closed 12/17/2019)

2:18–cv–00082–DGC (closed 12/30/2019)

2:18–cv–00085–DGC (closed 10/29/2019)

2:18–cv–00086–DGC

2:18–cv–00092–DGC (closed 03/05/2020)

2:18–cv–00096–DGC (closed 12/17/2019)

2:18–cv–00098–DGC (closed 12/04/2019)

2:18–cv–00100–DGC (closed 01/03/2020)

2:18–cv–00101–DGC (closed 12/18/2019)

2:18–cv–00103–DGC (closed 12/30/2019)

2:18–cv–00105–DGC (closed 12/30/2019)

2:18–cv–00110–DGC

2:18–cv–00120–DGC (closed 08/20/2019)

2:18–cv–00123–DGC

2:18–cv–00124–DGC

2:18–cv–00125–DGC

2:18–cv–00126–DGC

2:18–cv–00127–DGC

2:18–cv–00128–DGC

2:18–cv–00129–DGC (closed 01/02/2020)

2:18–cv–00132–DGC (closed 08/20/2019)

2:18–cv–00135–DGC (closed 01/09/2020)

2:18–cv–00139–DGC (closed 08/20/2019)

2:18–cv–00140–DGC

2:18–cv–00141–DGC (closed 03/05/2020)

2:18–cv–00142–DGC (closed 12/09/2019)

2:18–cv–00145–DGC (closed 03/05/2020)

2:18–cv–00147–DGC (closed 12/05/2019)

2:18–cv–00150–DGC (closed 01/02/2020)

2:18–cv–00162–DGC (closed 08/20/2019)

2:18–cv–00163–DGC (closed 12/16/2019)

2:18–cv–00165–DGC

2:18–cv–00167–DGC (closed 01/03/2020)

2:18–cv–00170–DGC (closed 03/05/2020)

2:18–cv–00176–DGC (closed 03/05/2020)

2:18–cv–00177–DGC (closed 01/06/2020)

2:18–cv–00179–DGC

2:18–cv–00180–DGC

2:18–cv–00182–DGC (closed 01/14/2020)

2:18–cv–00184–DGC

2:18–cv–00185–DGC

2:18–cv–00189–DGC

2:18–cv–00190–DGC (closed 08/20/2019)

2:18–cv–00191–DGC (closed 12/30/2019)

2:18–cv–00195–DGC (closed 03/05/2020)

2:18–cv–00199–DGC (closed 12/30/2019)

2:18–cv–00203–DGC (closed 03/05/2020)

2:18–cv–00204–DGC (closed 03/05/2020)

2:18–cv–00213–DGC (closed 01/10/2020)

2:18–cv–00214–DGC (closed 01/14/2020)

2:18–cv–00215–DGC (closed 01/14/2020)

2:18–cv–00216–DGC (closed 01/03/2020)

2:18–cv–00217–DGC (closed 12/18/2019)

2:18–cv–00220–DGC (closed 03/05/2020)

2:18–cv–00222–DGC

2:18–cv–00230–DGC (closed 08/20/2019)

2:18–cv–00231–DGC (closed 12/18/2019)

2:18–cv–00232–DGC (closed 11/06/2019)

2:18–cv–00233–DGC (closed 01/03/2020)

2:18–cv–00240–DGC (closed 03/22/2019)

2:18–cv–00246–DGC

2:18–cv–00252–DGC (closed 03/05/2020)

2:18–cv–00257–DGC (closed 11/21/2019)

2:18–cv–00259–DGC (closed 10/17/2019)

2:18–cv–00260–DGC (closed 08/07/2019)

2:18–cv–00269–DGC (closed 12/04/2019)

2:18–cv–00270–DGC (closed 12/04/2019)

2:18–cv–00272–DGC (closed 03/05/2020)

2:18–cv–00274–DGC (closed 12/30/2019)

2:18–cv–00278–DGC (closed 12/18/2019)

2:18–cv–00279–DGC (closed 03/05/2020)

2:18–cv–00282–DGC

2:18–cv–00283–DGC (closed 10/22/2019)

2:18–cv–00284–DGC (closed 10/29/2019)

2:18–cv–00288–DGC

2:18–cv–00312–DGC

2:18–cv–00314–DGC (closed 01/07/2020)

2:18–cv–00315–DGC (closed 12/09/2019)

2:18–cv–00318–DGC (closed 01/03/2020)

2:18–cv–00320–DGC (closed 03/05/2020)

2:18–cv–00322–DGC (closed 01/03/2020)

2:18–cv–00324–DGC (closed 10/22/2019)

2:18–cv–00325–DGC (closed 10/22/2019)

2:18–cv–00326–DGC (closed 10/23/2019)

2:18–cv–00327–DGC (closed 10/31/2019)

2:18–cv–00328–DGC (closed 10/17/2019)

2:18–cv–00331–DGC (closed 01/06/2020)

2:18–cv–00334–DGC

2:18–cv–00339–DGC (closed 08/20/2019)

2:18–cv–00343–DGC

2:18–cv–00346–DGC

2:18–cv–00347–DGC (closed 12/17/2019)

2:18–cv–00350–DGC (closed 08/20/2019)

2:18–cv–00365–DGC (closed 03/05/2020)

2:18–cv–00366–DGC

2:18–cv–00367–DGC (closed 01/08/2020)

2:18–cv–00368–DGC (closed 08/24/2018)

2:18–cv–00375–DGC (closed 01/03/2020)

2:18–cv–00380–DGC

2:18–cv–00381–DGC (closed 01/02/2020)

2:18–cv–00386–DGC (closed 01/06/2020)

2:18–cv–00387–DGC

2:18–cv–00389–DGC (closed 08/20/2019)

2:18–cv–00390–DGC

2:18–cv–00392–DGC (closed 03/05/2020)

2:18–cv–00395–DGC (closed 04/05/2018)

2:18–cv–00396–DGC

2:18–cv–00401–DGC

2:18–cv–00402–DGC (closed 01/13/2020)

2:18–cv–00403–DGC (closed 01/08/2020)

2:18–cv–00404–DGC

2:18–cv–00405–DGC

2:18–cv–00406–DGC

2:18–cv–00407–DGC

2:18–cv–00408–DGC

2:18–cv–00409–DGC

2:18–cv–00410–DGC

2:18–cv–00417–DGC

2:18–cv–00418–DGC (closed 01/03/2020)

2:18–cv–00423–DGC (closed 01/03/2020)

2:18–cv–00428–DGC (closed 08/20/2019)

2:18–cv–00430–DGC (closed 01/03/2020)

2:18–cv–00441–DGC

2:18–cv–00442–DGC

2:18–cv–00444–DGC

2:18–cv–00446–DGC (closed 03/05/2020)

2:18–cv–00447–DGC (closed 01/06/2020)

2:18–cv–00449–DGC (closed 01/14/2020)

2:18–cv–00454–DGC

2:18–cv–00455–DGC

2:18–cv–00456–DGC

2:18–cv–00457–DGC

2:18–cv–00458–DGC (closed 04/09/2018)

2:18–cv–00459–DGC

2:18–cv–00460–DGC

2:18–cv–00464–DGC (closed 03/05/2020)

2:18–cv–00466–DGC

2:18–cv–00468–DGC

2:18–cv–00469–DGC

2:18–cv–00472–DGC (closed 12/18/2019)

2:18–cv–00473–DGC (closed 08/07/2019)

2:18–cv–00474–DGC

2:18–cv–00475–DGC (closed 08/20/2019)

2:18–cv–00476–DGC (closed 08/20/2019)

2:18–cv–00482–DGC

2:18–cv–00483–DGC (closed 01/08/2020)

2:18–cv–00485–DGC (closed 12/04/2019)

2:18–cv–00495–DGC (closed 08/20/2019)

2:18–cv–00496–DGC (closed 01/08/2020)

2:18–cv–00497–DGC (closed 01/07/2020)

2:18–cv–00510–DGC (closed 08/20/2019)

2:18–cv–00511–DGC (closed 08/20/2019)

2:18–cv–00513–DGC (closed 01/02/2020)

2:18–cv–00514–DGC (closed 01/02/2020)

2:18–cv–00517–DGC (closed 08/20/2019)

2:18–cv–00522–DGC (closed 01/21/2020)

2:18–cv–00523–DGC (closed 01/03/2020)

2:18–cv–00527–DGC (closed 11/06/2019)

2:18–cv–00529–DGC (closed 03/04/2020)

2:18–cv–00530–DGC (closed 03/05/2020)

2:18–cv–00531–DGC (closed 03/05/2020)

2:18–cv–00552–DGC

2:18–cv–00553–DGC

2:18–cv–00554–DGC (closed 12/09/2019)

2:18–cv–00565–DGC (closed 08/20/2019)

2:18–cv–00569–DGC (closed 12/18/2019)

2:18–cv–00570–DGC (closed 09/18/2018)

2:18–cv–00571–DGC (closed 06/01/2018)

2:18–cv–00572–DGC (closed 05/23/2018)

2:18–cv–00576–DGC (closed 12/09/2019)

2:18–cv–00577–DGC (closed 12/04/2019)

2:18–cv–00584–DGC (closed 12/10/2019)

2:18–cv–00586–DGC (closed 08/20/2019)

2:18–cv–00587–DGC (closed 08/20/2019)

2:18–cv–00588–DGC (closed 01/08/2020)

2:18–cv–00591–DGC (closed 08/20/2019)

2:18–cv–00592–DGC (closed 12/10/2019)

2:18–cv–00593–DGC (closed 08/20/2019)

2:18–cv–00595–DGC (closed 08/07/2019)

2:18–cv–00597–DGC (closed 10/17/2019)

2:18–cv–00598–DGC (closed 08/20/2019)

2:18–cv–00600–DGC (closed 01/31/2020)

2:18–cv–00601–DGC (closed 08/20/2019)

2:18–cv–00602–DGC (closed 12/16/2019)

2:18–cv–00603–DGC (closed 01/31/2020)

2:18–cv–00604–DGC (closed 08/20/2019)

2:18–cv–00619–DGC

2:18–cv–00623–DGC (closed 08/20/2019)

2:18–cv–00624–DGC

2:18–cv–00629–DGC (closed 08/20/2019)

2:18–cv–00634–DGC (closed 08/20/2019)

2:18–cv–00637–DGC (closed 08/20/2019)

2:18–cv–00638–DGC (closed 08/20/2019)

2:18–cv–00639–DGC (closed 12/11/2019)

2:18–cv–00640–DGC (closed 08/20/2019)

2:18–cv–00645–DGC (closed 08/20/2019)

2:18–cv–00650–DGC (closed 03/05/2020)

2:18–cv–00651–DGC

2:18–cv–00654–DGC (closed 12/09/2019)

2:18–cv–00663–DGC (closed 01/08/2020)

2:18–cv–00668–DGC

2:18–cv–00675–DGC (closed 03/05/2020)

2:18–cv–00676–DGC (closed 03/05/2020)

2:18–cv–00680–DGC (closed 11/20/2019)

2:18–cv–00683–DGC (closed 12/09/2019)

2:18–cv–00687–DGC

2:18–cv–00701–DGC (closed 03/05/2020)

2:18–cv–00702–DGC

2:18–cv–00703–DGC (closed 08/07/2019)

2:18–cv–00707–DGC (closed 03/05/2020)

2:18–cv–00528–DGC (closed 12/10/2019)

2:18–cv–00717–DGC (closed 03/05/2020)

2:18–cv–00726–DGC (closed 12/18/2019)

2:18–cv–00728–DGC (closed 03/05/2020)

2:18–cv–00729–DGC (closed 03/05/2020)

2:18–cv–00731–DGC

2:18–cv–00732–DGC (closed 08/20/2019)

2:18–cv–00733–DGC (closed 12/04/2019)

2:18–cv–00735–DGC (closed 08/20/2019)

2:18–cv–00736–DGC

2:18–cv–00737–DGC (closed 08/20/2019)

2:18–cv–00739–DGC (closed 12/17/2019)

2:18–cv–00740–DGC (closed 08/20/2019)

2:18–cv–00743–DGC (closed 08/20/2019)

2:18–cv–00746–DGC (closed 08/20/2019)

2:18–cv–00750–DGC

2:18–cv–00751–DGC

2:18–cv–00752–DGC (closed 01/06/2020)

2:18–cv–00755–DGC (closed 09/27/2018)

2:18–cv–00756–DGC

2:18–cv–00757–DGC (closed 03/05/2020)

2:18–cv–00760–DGC (closed 01/10/2020)

2:18–cv–00763–DGC (closed 03/05/2020)

2:18–cv–00764–DGC

2:18–cv–00768–DGC (closed 01/31/2020)

2:18–cv–00769–DGC (closed 12/04/2019)

2:18–cv–00771–DGC (closed 08/20/2019)

2:18–cv–00772–DGC (closed 12/04/2019)

2:18–cv–00773–DGC (closed 12/04/2019)

2:18–cv–00774–DGC (closed 08/20/2019)

2:18–cv–00775–DGC (closed 12/04/2019)

2:18–cv–00776–DGC (closed 12/04/2019)

2:18–cv–00777–DGC

2:18–cv–00778–DGC

2:18–cv–00779–DGC

2:18–cv–00780–DGC

2:18–cv–00781–DGC

2:18–cv–00782–DGC (closed 04/03/2019)

2:18–cv–00783–DGC (closed 12/04/2019)

2:18–cv–00785–DGC

2:18–cv–00784–DGC (closed 12/04/2019)

2:18–cv–00790–DGC (closed 12/10/2019)

2:18–cv–00805–DGC (closed 08/20/2019)

2:18–cv–00808–DGC (closed 12/04/2019)

2:18–cv–00809–DGC (closed 01/09/2020)

2:18–cv–00810–DGC (closed 08/20/2019)

2:18–cv–00811–DGC (closed 12/18/2019)

2:18–cv–00812–DGC (closed 12/18/2019)

2:18–cv–00813–DGC (closed 12/18/2019)

2:18–cv–00814–DGC (closed 08/20/2019)

2:18–cv–00818–DGC (closed 08/20/2019)

2:18–cv–00821–DGC (closed 12/11/2019)

2:18–cv–00822–DGC (closed 06/03/2019)

2:18–cv–00823–DGC (closed 08/20/2019)

2:18–cv–00824–DGC (closed 08/20/2019)

2:18–cv–00826–DGC

2:18–cv–00831–DGC

2:18–cv–00832–DGC (closed 08/20/2019)

2:18–cv–00833–DGC

2:18–cv–00834–DGC (closed 08/20/2019)

2:18–cv–00836–DGC (closed 08/20/2019)

2:18–cv–00842–DGC (closed 12/10/2019)

2:18–cv–00844–DGC (closed 01/07/2020)

2:18–cv–00845–DGC

2:18–cv–00850–DGC

2:18–cv–00852–DGC

2:18–cv–00856–DGC (closed 12/11/2019)

2:18–cv–00860–DGC (closed 12/10/2019)

2:18–cv–00861–DGC (closed 01/07/2020)

2:18–cv–00870–DGC (closed 03/05/2020)

2:18–cv–00872–DGC (closed 01/06/2020)

2:18–cv–00873–DGC

2:18–cv–00876–DGC (closed 01/02/2020)

2:18–cv–00885–DGC (closed 08/20/2019)

2:18–cv–00894–DGC

2:18–cv–00896–DGC (closed 12/13/2018)

2:18–cv–00902–DGC

2:18–cv–00911–DGC (closed 12/16/2019)

2:18–cv–00912–DGC

2:18–cv–00925–DGC (closed 05/11/2018)

2:18–cv–00926–DGC (closed 09/20/2018)

2:18–cv–00928–DGC (closed 12/05/2019)

2:18–cv–00929–DGC (closed 01/06/2020)

2:18–cv–00930–DGC

2:18–cv–00941–DGC (closed 01/07/2020)

2:18–cv–00942–DGC (closed 08/20/2019)

2:18–cv–00944–DGC (closed 12/18/2019)

2:18–cv–00951–DGC (closed 11/06/2019)

2:18–cv–00952–DGC (closed 12/17/2019)

2:18–cv–00956–DGC (closed 01/10/2020)

2:18–cv–00960–DGC (closed 01/03/2020)

2:18–cv–00961–DGC (closed 10/31/2019)

2:18–cv–00963–DGC (closed 12/10/2019)

2:18–cv–00964–DGC (closed 12/18/2019)

2:18–cv–00968–DGC

2:18–cv–00969–DGC

2:18–cv–00972–DGC (closed 03/05/2020)

2:18–cv–00973–DGC (closed 12/16/2019)

2:18–cv–00975–DGC (closed 08/20/2019)

2:18–cv–00976–DGC

2:18–cv–00978–DGC

2:18–cv–00979–DGC (closed 12/16/2019)

2:18–cv–00980–DGC (closed 08/20/2019)

2:18–cv–00983–DGC (closed 11/21/2019)

2:18–cv–00985–DGC

2:18–cv–00986–DGC

2:18–cv–00987–DGC

2:18–cv–00992–DGC (closed 08/20/2019)

2:18–cv–00993–DGC (closed 12/10/2019)

2:18–cv–00994–DGC (closed 12/10/2019)

2:18–cv–00995–DGC

2:18–cv–01002–DGC (closed 01/30/2020)

2:18–cv–01003–DGC

2:18–cv–01004–DGC (closed 08/20/2019)

2:18–cv–01005–DGC (closed 08/20/2019)

2:18–cv–01006–DGC (closed 08/20/2019)

2:18–cv–01007–DGC (closed 04/03/2019)

2:18–cv–01008–DGC (closed 08/20/2019)

2:18–cv–01009–DGC (closed 08/20/2019)

2:18–cv–01010–DGC (closed 10/17/2019)

2:18–cv–01017–DGC (closed 10/23/2019)

2:18–cv–01018–DGC

2:18–cv–01020–DGC (closed 10/22/2019)

2:18–cv–01025–DGC (closed 01/02/2020)

2:18–cv–01029–DGC (closed 12/16/2019)

2:18–cv–01033–DGC

2:18–cv–01037–DGC (closed 01/02/2020)

2:18–cv–01038–DGC (closed 10/31/2019)

2:18–cv–01041–DGC

2:18–cv–01043–DGC (closed 12/16/2019)

2:18–cv–01046–DGC

2:18–cv–01050–DGC (closed 01/08/2020)

2:18–cv–01054–DGC (closed 03/05/2020)

2:18–cv–01056–DGC (closed 06/14/2018)

2:18–cv–01057–DGC (closed 11/21/2019)

2:18–cv–01058–DGC (closed 12/16/2019)

2:18–cv–01069–DGC

2:18–cv–01074–DGC (closed 03/05/2020)

2:18–cv–01075–DGC (closed 12/09/2019)

2:18–cv–01077–DGC (closed 09/21/2018)

2:18–cv–01090–DGC (closed 10/29/2019)

2:18–cv–01092–DGC (closed 01/07/2020)

2:18–cv–01096–DGC

2:18–cv–01097–DGC (closed 11/20/2019)

2:18–cv–01098–DGC

2:18–cv–01099–DGC (closed 01/10/2020)

2:18–cv–01100–DGC (closed 12/04/2019)

2:18–cv–01102–DGC (closed 12/09/2019)

2:18–cv–01106–DGC (closed 12/30/2019)

2:18–cv–01107–DGC

2:18–cv–01108–DGC (closed 12/16/2019)

2:18–cv–01109–DGC (closed 08/07/2019)

2:18–cv–01110–DGC

2:18–cv–01115–DGC (closed 08/20/2019)

2:18–cv–01116–DGC (closed 01/10/2020)

2:18–cv–01118–DGC (closed 01/10/2020)

2:18–cv–01120–DGC

2:18–cv–01133–DGC

2:18–cv–01135–DGC (closed 08/20/2019)

2:18–cv–01139–DGC (closed 03/04/2020)

2:18–cv–01141–DGC

2:18–cv–01142–DGC

2:18–cv–01143–DGC

2:18–cv–01144–DGC

2:18–cv–01145–DGC

2:18–cv–01148–DGC

2:18–cv–01156–DGC

2:18–cv–01147–DGC (closed 03/05/2020)

2:18–cv–01158–DGC

2:18–cv–01166–DGC (closed 01/06/2020)

2:18–cv–01173–DGC (closed 12/09/2019)

2:18–cv–01174–DGC (closed 12/16/2019)

2:18–cv–01178–DGC (closed 08/20/2019)

2:18–cv–01179–DGC (closed 10/17/2019)

2:18–cv–01190–DGC (closed 11/06/2019)

2:18–cv–01195–DGC

2:18–cv–01196–DGC

2:18–cv–01197–DGC

2:18–cv–01217–DGC

2:18–cv–01219–DGC

2:18–cv–01239–DGC (closed 01/08/2020)

2:18–cv–01246–DGC

2:18–cv–01248–DGC (closed 12/04/2019)

2:18–cv–01253–DGC

2:18–cv–01256–DGC (closed 03/05/2020)

2:18–cv–01257–DGC (closed 03/05/2020)

2:18–cv–01260–DGC (closed 11/21/2019)

2:18–cv–01268–DGC (closed 03/05/2020)

2:18–cv–01269–DGC (closed 08/20/2019)

2:18–cv–01277–DGC (closed 10/31/2019)

2:18–cv–01278–DGC (closed 08/20/2019)

2:18–cv–01279–DGC (closed 08/20/2019)

2:18–cv–01287–DGC (closed 10/17/2019)

2:18–cv–01289–DGC

2:18–cv–01290–DGC (closed 06/28/2018)

2:18–cv–01291–DGC (closed 03/05/2020)

2:18–cv–01292–DGC (closed 12/10/2019)

2:18–cv–01298–DGC

2:18–cv–01299–DGC (closed 03/05/2020)

2:18–cv–01303–DGC

2:18–cv–01304–DGC (closed 12/30/2019)

2:18–cv–01307–DGC (closed 12/17/2019)

2:18–cv–01313–DGC (closed 08/20/2019)

2:18–cv–01314–DGC (closed 01/07/2020)

2:18–cv–01315–DGC (closed 01/10/2020)

2:18–cv–01317–DGC (closed 08/20/2019)

2:18–cv–01318–DGC (closed 08/20/2019)

2:18–cv–01320–DGC (closed 11/27/2018)

2:18–cv–01321–DGC (closed 12/10/2019)

2:18–cv–01325–DGC (closed 08/20/2019)

2:18–cv–01324–DGC (closed 08/20/2019)

2:18–cv–01328–DGC (closed 11/21/2019)

2:18–cv–01334–DGC (closed 01/06/2020)

2:18–cv–01336–DGC (closed 03/04/2020)

2:18–cv–01338–DGC

2:18–cv–01340–DGC

2:18–cv–01342–DGC (closed 11/21/2019)

2:18–cv–01343–DGC (closed 11/21/2019)

2:18–cv–01347–DGC (closed 08/20/2019)

2:18–cv–01350–DGC (closed 11/22/2019)

2:18–cv–01353–DGC (closed 01/10/2020)

2:18–cv–01355–DGC (closed 10/22/2019)

2:18–cv–01357–DGC (closed 03/05/2020)

2:18–cv–01358–DGC (closed 08/20/2019)

2:18–cv–01359–DGC (closed 12/09/2019)

2:18–cv–01360–DGC (closed 09/20/2018)

2:18–cv–01363–DGC

2:18–cv–01364–DGC

2:18–cv–01367–DGC (closed 12/11/2019)

2:18–cv–01368–DGC (closed 12/30/2019)

2:18–cv–01369–DGC (closed 12/11/2019)

2:18–cv–01372–DGC (closed 01/02/2020)

2:18–cv–01373–DGC (closed 01/02/2020)

2:18–cv–01374–DGC (closed 12/18/2019)

2:18–cv–01376–DGC

2:18–cv–01377–DGC (closed 01/07/2020)

2:18–cv–01378–DGC

2:18–cv–01380–DGC

2:18–cv–01381–DGC (closed 01/07/2020)

2:18–cv–01388–DGC (closed 12/04/2019)

2:18–cv–01389–DGC

2:18–cv–01390–DGC

2:18–cv–01391–DGC

2:18–cv–01392–DGC (closed 12/05/2019)

2:18–cv–01402–DGC (closed 08/20/2019)

2:18–cv–01411–DGC (closed 10/17/2019)

2:18–cv–01414–DGC (closed 10/17/2019)

2:18–cv–01415–DGC (closed 03/05/2020)

2:18–cv–01420–DGC

2:18–cv–01421–DGC

2:18–cv–01422–DGC (closed 01/08/2020)

2:18–cv–01423–DGC (closed 12/11/2019)

2:18–cv–01426–DGC (closed 06/19/2019)

2:18–cv–01427–DGC (closed 03/05/2020)

2:18–cv–01430–DGC (closed 01/02/2020)

2:18–cv–01440–DGC (closed 03/05/2020)

2:18–cv–01446–DGC

2:18–cv–01448–DGC (closed 12/10/2019)

2:18–cv–01449–DGC (closed 12/30/2019)

2:18–cv–01452–DGC (closed 01/08/2020)

2:18–cv–01459–DGC (closed 01/06/2020)

2:18–cv–01465–DGC (closed 10/17/2019)

2:18–cv–01466–DGC (closed 03/05/2020)

2:18–cv–01467–DGC (closed 01/07/2020)

2:18–cv–01475–DGC (closed 01/08/2020)

2:18–cv–01476–DGC (closed 01/06/2020)

2:18–cv–01477–DGC (closed 01/07/2020)

2:18–cv–01478–DGC (closed 12/09/2019)

2:18–cv–01479–DGC (closed 01/08/2020)

2:18–cv–01487–DGC (closed 12/09/2019)

2:18–cv–01488–DGC (closed 12/09/2019)

2:18–cv–01489–DGC (closed 01/07/2020)

2:18–cv–01494–DGC

2:18–cv–01495–DGC (closed 01/08/2020)

2:18–cv–01496–DGC (closed 07/02/2019)

2:18–cv–01501–DGC (closed 12/09/2019)

2:18–cv–01502–DGC (closed 01/07/2020)

2:18–cv–01503–DGC (closed 01/06/2020)

2:18–cv–01504–DGC (closed 01/08/2020)

2:18–cv–01508–DGC (closed 01/02/2020)

2:18–cv–01509–DGC (closed 01/15/2020)

2:18–cv–01510–DGC (closed 01/08/2020)

2:18–cv–01511–DGC (closed 01/07/2020)

2:18–cv–01520–DGC

2:18–cv–01521–DGC

2:18–cv–01522–DGC

2:18–cv–01528–DGC (closed 12/04/2019)

2:18–cv–01529–DGC (closed 12/04/2019)

2:18–cv–01533–DGC

2:18–cv–01534–DGC

2:18–cv–01547–DGC (closed 12/10/2019)

2:18–cv–01550–DGC (closed 12/18/2019)

2:18–cv–01554–DGC (closed 01/07/2020)

2:18–cv–01556–DGC (closed 01/07/2020)

2:18–cv–01561–DGC (closed 10/17/2019)

2:18–cv–01562–DGC (closed 08/20/2019)

2:18–cv–01563–DGC (closed 08/20/2019)

2:18–cv–01565–DGC

2:18–cv–01566–DGC (closed 01/02/2020)

2:18–cv–01573–DGC (closed 08/20/2019)

2:18–cv–01574–DGC (closed 08/20/2019)

2:18–cv–01575–DGC (closed 03/04/2020)

2:18–cv–01576–DGC (closed 08/20/2019)

2:18–cv–01577–DGC (closed 12/30/2019)

2:18–cv–01578–DGC (closed 08/20/2019)

2:18–cv–01581–DGC

2:18–cv–01585–DGC

2:18–cv–01589–DGC (closed 01/07/2020)

2:18–cv–01593–DGC

2:18–cv–01599–DGC (closed 01/07/2020)

2:18–cv–01600–DGC (closed 08/20/2019)

2:18–cv–01601–DGC (closed 08/20/2019)

2:18–cv–01602–DGC (closed 10/17/2019)

2:18–cv–01607–DGC (closed 01/06/2020)

2:18–cv–01612–DGC (closed 03/05/2020)

2:18–cv–01625–DGC (closed 12/17/2019)

2:18–cv–01626–DGC (closed 12/17/2019)

2:18–cv–01627–DGC (closed 12/17/2019)

2:18–cv–01635–DGC (closed 12/17/2019)

2:18–cv–01636–DGC (closed 12/17/2019)

2:18–cv–01638–DGC (closed 08/20/2019)

2:18–cv–01640–DGC (closed 01/02/2020)

2:18–cv–01642–DGC (closed 03/05/2020)

2:18–cv–01645–DGC (closed 01/02/2020)

2:18–cv–01646–DGC (closed 01/02/2020)

2:18–cv–01647–DGC (closed 10/29/2019)

2:18–cv–01648–DGC (closed 11/06/2019)

2:18–cv–01651–DGC

2:18–cv–01652–DGC

2:18–cv–01656–DGC

2:18–cv–01657–DGC

2:18–cv–01658–DGC (closed 01/03/2020)

2:18–cv–01661–DGC (closed 04/23/2019)

2:18–cv–01662–DGC (closed 12/09/2019)

2:18–cv–01664–DGC (closed 12/09/2019)

2:18–cv–01665–DGC (closed 12/05/2019)

2:18–cv–01666–DGC (closed 01/06/2020)

2:18–cv–01667–DGC (closed 01/07/2020)

2:18–cv–01668–DGC (closed 01/06/2020)

2:18–cv–01669–DGC (closed 01/07/2020)

2:18–cv–01671–DGC (closed 01/07/2020)

2:18–cv–01673–DGC (closed 01/06/2020)

2:18–cv–01674–DGC (closed 01/07/2020)

2:18–cv–01676–DGC (closed 12/09/2019)

2:18–cv–01677–DGC (closed 01/08/2020)

2:18–cv–01678–DGC (closed 01/08/2020)

2:18–cv–01679–DGC (closed 12/09/2019)

2:18–cv–01680–DGC

2:18–cv–01681–DGC (closed 01/08/2020)

2:18–cv–01682–DGC (closed 01/06/2020)

2:18–cv–01683–DGC (closed 12/18/2019)

2:18–cv–01685–DGC (closed 01/06/2020)

2:18–cv–01687–DGC (closed 01/08/2020)

2:18–cv–01688–DGC (closed 12/09/2019)

2:18–cv–01691–DGC (closed 01/07/2020)

2:18–cv–01692–DGC (closed 08/07/2019)

2:18–cv–01694–DGC (closed 01/06/2020)

2:18–cv–01693–DGC (closed 12/30/2019)

2:18–cv–01695–DGC (closed 08/20/2019)

2:18–cv–01696–DGC (closed 01/07/2020)

2:18–cv–01698–DGC (closed 01/08/2020)

2:18–cv–01700–DGC (closed 01/06/2020)

2:18–cv–01706–DGC (closed 01/02/2020)

2:18–cv–01710–DGC (closed 12/09/2019)

2:18–cv–01712–DGC (closed 12/09/2019)

2:18–cv–01716–DGC (closed 01/08/2020)

2:18–cv–01718–DGC (closed 01/06/2020)

2:18–cv–01719–DGC (closed 12/09/2019)

2:18–cv–01723–DGC

2:18–cv–01724–DGC (closed 10/02/2019)

2:18–cv–01728–DGC (closed 08/20/2019)

2:18–cv–01729–DGC

2:18–cv–01731–DGC (closed 01/08/2020)

2:18–cv–01732–DGC

2:18–cv–01734–DGC

2:18–cv–01735–DGC

2:18–cv–01737–DGC (closed 01/08/2020)

2:18–cv–01739–DGC (closed 11/06/2019)

2:18–cv–01740–DGC (closed 01/07/2020)

2:18–cv–01741–DGC

2:18–cv–01742–DGC

2:18–cv–01744–DGC (closed 08/20/2019)

2:18–cv–01745–DGC (closed 01/07/2020)

2:18–cv–01746–DGC (closed 01/08/2020)

2:18–cv–01747–DGC (closed 01/06/2020)

2:18–cv–01749–DGC (closed 12/09/2019)

2:18–cv–01750–DGC (closed 01/07/2020)

2:18–cv–01751–DGC (closed 01/07/2020)

2:18–cv–01752–DGC (closed 12/09/2019)

2:18–cv–01754–DGC (closed 01/07/2020)

2:18–cv–01755–DGC (closed 12/09/2019)

2:18–cv–01756–DGC (closed 12/11/2019)

2:15–md–02641–DGC

2:18–cv–01758–DGC (closed 01/08/2020)

2:18–cv–01762–DGC (closed 12/09/2019)

2:18–cv–01766–DGC (closed 12/17/2019)

2:18–cv–01768–DGC (closed 01/06/2020)

2:18–cv–01753–DGC (closed 01/06/2020)

2:18–cv–01757–DGC (closed 10/03/2019)

2:18–cv–01759–DGC

2:18–cv–01769–DGC (closed 01/08/2020)

2:18–cv–01770–DGC (closed 01/07/2020)

2:18–cv–01771–DGC (closed 01/06/2020)

2:18–cv–01781–DGC (closed 12/30/2019)

2:18–cv–01782–DGC (closed 07/17/2019)

2:18–cv–01784–DGC (closed 01/10/2020)

2:18–cv–01785–DGC (closed 12/09/2019)

2:18–cv–01790–DGC

2:18–cv–01796–DGC (closed 03/17/2020)

2:18–cv–01793–DGC

2:18–cv–01799–DGC

2:18–cv–01800–DGC

2:18–cv–01802–DGC

2:18–cv–01803–DGC (closed 03/05/2020)

2:18–cv–01804–DGC

2:18–cv–01805–DGC

2:18–cv–01806–DGC

2:18–cv–01807–DGC (closed 03/05/2020)

2:18–cv–01808–DGC

2:18–cv–01809–DGC

2:18–cv–01810–DGC (closed 01/02/2020)

2:18–cv–01811–DGC

2:18–cv–01812–DGC (closed 01/08/2020)

2:18–cv–01815–DGC (closed 01/07/2020)

2:18–cv–01817–DGC (closed 10/29/2019)

2:18–cv–01818–DGC

2:18–cv–01819–DGC

2:18–cv–01820–DGC

2:18–cv–01821–DGC

2:18–cv–01826–DGC (closed 03/05/2020)

2:18–cv–01831–DGC (closed 01/08/2020)

2:18–cv–01832–DGC (closed 01/06/2020)

2:18–cv–01837–DGC (closed 01/08/2020)

2:18–cv–01841–DGC (closed 12/09/2019)

2:18–cv–01852–DGC (closed 01/06/2020)

2:18–cv–01855–DGC (closed 01/07/2020)

2:18–cv–01857–DGC

2:18–cv–01858–DGC (closed 01/08/2020)

2:18–cv–01859–DGC (closed 12/09/2019)

2:18–cv–01862–DGC (closed 01/07/2020)

2:18–cv–01863–DGC (closed 01/08/2020)

2:18–cv–01864–DGC (closed 12/09/2019)

2:18–cv–01865–DGC (closed 01/06/2020)

2:18–cv–01867–DGC (closed 03/05/2020)

2:18–cv–01870–DGC (closed 11/22/2019)

2:18–cv–01871–DGC

2:18–cv–01872–DGC (closed 01/07/2020)

2:18–cv–01874–DGC (closed 01/07/2020)

2:18–cv–01878–DGC (closed 01/08/2020)

2:18–cv–01887–DGC (closed 01/03/2020)

2:18–cv–01888–DGC (closed 12/09/2019)

2:18–cv–01889–DGC (closed 12/17/2019)

2:18–cv–01890–DGC (closed 01/06/2020)

2:18–cv–01891–DGC (closed 01/08/2020)

2:18–cv–01892–DGC (closed 08/20/2019)

2:18–cv–01893–DGC (closed 01/07/2020)

2:18–cv–01894–DGC (closed 08/20/2019)

2:18–cv–01896–DGC (closed 01/08/2020)

2:18–cv–01897–DGC

2:18–cv–01898–DGC

2:18–cv–01899–DGC

2:18–cv–01900–DGC (closed 01/07/2020)

2:18–cv–01901–DGC

2:18–cv–01902–DGC (closed 03/05/2020)

2:18–cv–01904–DGC (closed 12/04/2019)

2:18–cv–01905–DGC (closed 01/06/2020)

2:18–cv–01906–DGC (closed 10/03/2019)

2:18–cv–01908–DGC

2:18–cv–01909–DGC (closed 12/09/2019)

2:18–cv–01916–DGC

2:18–cv–01917–DGC (closed 12/09/2019)

2:18–cv–01918–DGC

2:18–cv–01923–DGC (closed 01/09/2020)

2:18–cv–01926–DGC

2:18–cv–01927–DGC (closed 12/09/2019)

2:18–cv–01930–DGC (closed 10/16/2019)

2:18–cv–01931–DGC (closed 12/09/2019)

2:18–cv–01932–DGC (closed 01/08/2020)

2:18–cv–01936–DGC (closed 01/08/2020)

2:18–cv–01938–DGC (closed 01/06/2020)

2:18–cv–01939–DGC (closed 12/11/2019)

2:18–cv–01943–DGC

2:18–cv–01944–DGC (closed 12/09/2019)

2:18–cv–01945–DGC (closed 01/07/2020)

2:18–cv–01946–DGC

2:18–cv–01950–DGC (closed 01/07/2020)

2:18–cv–01951–DGC (closed 10/03/2019)

2:18–cv–01952–DGC (closed 01/13/2020)

2:18–cv–01959–DGC (closed 01/06/2020)

2:18–cv–01960–DGC (closed 01/06/2020)

2:18–cv–01962–DGC (closed 12/11/2019)

2:18–cv–01977–DGC (closed 12/17/2019)

2:18–cv–01978–DGC (closed 01/07/2020)

2:18–cv–01979–DGC (closed 12/09/2019)

2:18–cv–01982–DGC (closed 01/08/2020)

2:18–cv–01984–DGC (closed 01/07/2020)

2:18–cv–01990–DGC (closed 01/08/2020)

2:18–cv–01993–DGC (closed 01/07/2020)

2:18–cv–01994–DGC

2:18–cv–01997–DGC (closed 12/09/2019)

2:18–cv–01999–DGC (closed 10/17/2019)

2:18–cv–02002–DGC

2:18–cv–02003–DGC (closed 09/27/2018)

2:18–cv–02004–DGC (closed 12/10/2019)

2:18–cv–02005–DGC (closed 12/10/2019)

2:18–cv–02006–DGC (closed 11/06/2019)

2:18–cv–02007–DGC (closed 12/10/2019)

2:18–cv–02011–DGC (closed 01/07/2020)

2:18–cv–02014–DGC (closed 01/08/2020)

2:18–cv–02015–DGC (closed 01/07/2020)

2:18–cv–02016–DGC (closed 01/08/2020)

2:18–cv–02022–DGC (closed 01/08/2020)

2:18–cv–02023–DGC (closed 01/06/2020)

2:18–cv–02024–DGC (closed 01/06/2020)

2:18–cv–02025–DGC (closed 01/07/2020)

2:18–cv–02029–DGC (closed 01/08/2020)

2:18–cv–02035–DGC (closed 12/04/2019)

2:18–cv–02036–DGC (closed 10/17/2019)

2:18–cv–02037–DGC (closed 10/17/2019)

2:18–cv–02041–DGC (closed 10/17/2019)

2:18–cv–02042–DGC (closed 05/30/2019)

2:18–cv–02043–DGC (closed 10/17/2019)

2:18–cv–02044–DGC (closed 01/07/2020)

2:18–cv–02045–DGC (closed 01/06/2020)

2:18–cv–02046–DGC (closed 01/10/2020)

2:18–cv–02056–DGC (closed 12/30/2019)

2:18–cv–02060–DGC (closed 01/02/2020)

2:18–cv–02064–DGC (closed 03/05/2020)

2:18–cv–02067–DGC

2:18–cv–02068–DGC (closed 10/31/2019)

2:18–cv–02069–DGC (closed 08/20/2019)

2:18–cv–02077–DGC (closed 07/30/2018)

2:18–cv–02078–DGC (closed 01/14/2020)

2:18–cv–02079–DGC (closed 12/18/2019)

2:18–cv–02082–DGC

2:18–cv–02090–DGC

2:18–cv–02091–DGC (closed 12/18/2019)

2:18–cv–02096–DGC

2:18–cv–02097–DGC

2:18–cv–02098–DGC (closed 12/09/2019)

2:18–cv–02099–DGC (closed 10/03/2019)

2:18–cv–02100–DGC (closed 01/06/2020)

2:18–cv–02107–DGC (closed 12/09/2019)

2:18–cv–02108–DGC (closed 12/30/2019)

2:18–cv–02109–DGC (closed 01/07/2020)

2:18–cv–02110–DGC (closed 01/06/2020)

2:18–cv–02111–DGC (closed 12/09/2019)

2:18–cv–02112–DGC (closed 01/08/2020)

2:18–cv–02113–DGC (closed 01/07/2020)

2:18–cv–02114–DGC (closed 12/09/2019)

2:18–cv–02116–DGC (closed 12/09/2019)

2:18–cv–02117–DGC (closed 01/06/2020)

2:18–cv–02118–DGC (closed 12/30/2019)

2:18–cv–02119–DGC (closed 01/07/2020)

2:18–cv–02121–DGC (closed 01/08/2020)

2:18–cv–02124–DGC (closed 01/07/2020)

2:18–cv–02125–DGC (closed 01/06/2020)

2:18–cv–02126–DGC (closed 01/07/2020)

2:18–cv–02130–DGC

2:18–cv–02131–DGC (closed 03/05/2020)

2:18–cv–02133–DGC (closed 01/02/2020)

2:18–cv–02135–DGC (closed 01/02/2020)

2:18–cv–02136–DGC (closed 12/30/2019)

2:18–cv–02137–DGC (closed 12/09/2019)

2:18–cv–02138–DGC (closed 03/05/2020)

2:18–cv–02139–DGC (closed 12/30/2019)

2:18–cv–02141–DGC (closed 01/08/2020)

2:18–cv–02143–DGC (closed 01/02/2020)

2:18–cv–02144–DGC (closed 01/07/2020)

2:18–cv–02145–DGC (closed 01/07/2020)

2:18–cv–02149–DGC (closed 12/30/2019)

2:18–cv–02150–DGC (closed 12/30/2019)

2:18–cv–02153–DGC

2:18–cv–02154–DGC (closed 12/18/2019)

2:18–cv–02155–DGC (closed 12/30/2019)

2:18–cv–02156–DGC (closed 01/08/2020)

2:18–cv–02157–DGC (closed 12/30/2019)

2:18–cv–02158–DGC (closed 12/30/2019)

2:18–cv–02161–DGC (closed 03/05/2020)

2:18–cv–02162–DGC (closed 12/30/2019)

2:18–cv–02163–DGC (closed 12/30/2019)

2:18–cv–02164–DGC (closed 12/30/2019)

2:18–cv–02168–DGC (closed 03/05/2020)

2:18–cv–02172–DGC (closed 01/06/2020)

2:18–cv–02173–DGC (closed 01/08/2020)

2:18–cv–02174–DGC

2:18–cv–02177–DGC (closed 12/11/2019)

2:18–cv–02180–DGC (closed 07/26/2019)

2:18–cv–02181–DGC (closed 01/07/2020)

2:18–cv–02184–DGC (closed 01/06/2020)

2:18–cv–02185–DGC (closed 01/06/2020)

2:18–cv–02190–DGC (closed 01/07/2020)

2:18–cv–02195–DGC (closed 12/30/2019)

2:18–cv–02198–DGC (closed 03/05/2020)

2:18–cv–02200–DGC (closed 01/06/2020)

2:18–cv–02206–DGC (closed 12/10/2019)

2:18–cv–02214–DGC (closed 03/05/2020)

2:18–cv–02215–DGC (closed 08/20/2019)

2:18–cv–02216–DGC (closed 08/20/2019)

2:18–cv–02222–DGC

2:18–cv–02223–DGC

2:18–cv–02224–DGC

2:18–cv–02227–DGC

2:18–cv–02229–DGC (closed 01/02/2020)

2:18–cv–02231–DGC

2:18–cv–02232–DGC

2:18–cv–02233–DGC (closed 08/20/2019)

2:18–cv–02234–DGC (closed 10/15/2019)

2:18–cv–02236–DGC (closed 01/08/2020)

2:18–cv–02248–DGC (closed 01/07/2020)

2:18–cv–02254–DGC

2:18–cv–02256–DGC (closed 01/06/2020)

2:18–cv–02257–DGC (closed 12/17/2019)

2:18–cv–02262–DGC

2:18–cv–02264–DGC

2:18–cv–02265–DGC

2:18–cv–02266–DGC

2:18–cv–02267–DGC (closed 03/05/2020)

2:18–cv–02271–DGC (closed 12/17/2019)

2:18–cv–02279–DGC (closed 03/05/2020)

2:18–cv–02285–DGC (closed 12/10/2019)

2:18–cv–02287–DGC (closed 12/30/2019)

2:18–cv–02306–DGC (closed 01/17/2020)

2:18–cv–02309–DGC

2:18–cv–02318–DGC

2:18–cv–02321–DGC (closed 03/05/2020)

2:18–cv–02326–DGC (closed 01/08/2020)

2:18–cv–02331–DGC (closed 12/09/2019)

2:18–cv–02344–DGC (closed 10/15/2019)

2:18–cv–02345–DGC (closed 01/08/2020)

2:18–cv–02348–DGC (closed 12/09/2019)

2:18–cv–02349–DGC

2:18–cv–02352–DGC

2:18–cv–02362–DGC

2:18–cv–02363–DGC

2:18–cv–02367–DGC (closed 01/03/2020)

2:18–cv–02368–DGC (closed 03/05/2020)

2:19–cv–01108–DGC (closed 10/17/2019)

2:18–cv–02369–DGC (closed 03/05/2020)

2:18–cv–02373–DGC (closed 11/21/2019)

2:18–cv–02374–DGC (closed 01/14/2019)

2:18–cv–02377–DGC (closed 12/16/2019)

2:18–cv–02375–DGC (closed 08/20/2019)

2:18–cv–02378–DGC (closed 08/20/2019)

2:18–cv–02379–DGC (closed 03/05/2020)

2:18–cv–02380–DGC (closed 08/20/2019)

2:18–cv–02383–DGC (closed 08/20/2019)

2:18–cv–02384–DGC (closed 12/16/2019)

2:18–cv–02385–DGC (closed 06/19/2019)

2:18–cv–02386–DGC

2:18–cv–02387–DGC (closed 03/05/2020)

2:18–cv–02388–DGC (closed 08/20/2019)

2:18–cv–02389–DGC (closed 08/20/2019)

2:18–cv–02392–DGC (closed 08/20/2019)

2:18–cv–02393–DGC (closed 01/15/2020)

2:18–cv–02394–DGC (closed 08/20/2019)

2:18–cv–02395–DGC (closed 08/20/2019)

2:18–cv–02396–DGC (closed 01/31/2020)

2:18–cv–02402–DGC (closed 10/23/2019)

2:18–cv–02403–DGC (closed 08/20/2019)

2:18–cv–02411–DGC (closed 01/31/2020)

2:18–cv–02412–DGC (closed 01/31/2020)

2:18–cv–02413–DGC (closed 06/19/2019)

2:18–cv–02415–DGC (closed 01/31/2020)

2:18–cv–02416–DGC (closed 08/20/2019)

2:18–cv–02419–DGC (closed 01/31/2020)

2:18–cv–02422–DGC (closed 08/20/2019)

2:18–cv–02423–DGC (closed 12/10/2018)

2:18–cv–02424–DGC (closed 01/31/2020)

2:18–cv–02425–DGC (closed 08/20/2019)

2:18–cv–02426–DGC (closed 01/06/2020)

2:18–cv–02427–DGC (closed 11/21/2019)

2:18–cv–02428–DGC (closed 01/02/2020)

2:18–cv–02432–DGC (closed 10/17/2019)

2:18–cv–02433–DGC (closed 01/31/2020)

2:18–cv–02435–DGC (closed 12/09/2019)

2:18–cv–02436–DGC (closed 08/20/2019)

2:18–cv–02438–DGC (closed 12/09/2019)

2:18–cv–02439–DGC (closed 01/08/2020)

2:18–cv–02440–DGC (closed 12/05/2019)

2:18–cv–02441–DGC (closed 08/20/2019)

2:18–cv–02442–DGC (closed 08/20/2019)

2:18–cv–02443–DGC (closed 12/18/2019)

2:18–cv–02444–DGC (closed 01/06/2020)

2:18–cv–02445–DGC (closed 08/20/2019)

2:18–cv–02447–DGC (closed 08/20/2019)

2:18–cv–02453–DGC (closed 03/05/2020)

2:18–cv–02454–DGC

2:18–cv–02455–DGC

2:18–cv–02456–DGC

2:18–cv–02459–DGC (closed 03/05/2020)

2:18–cv–02460–DGC (closed 01/08/2020)

2:18–cv–02370–DGC (closed 03/05/2020)

2:18–cv–02305–DGC

2:18–cv–02480–DGC

2:18–cv–02482–DGC (closed 10/29/2019)

2:18–cv–02484–DGC

2:18–cv–02490–DGC (closed 01/07/2020)

2:18–cv–02495–DGC (closed 01/06/2020)

2:18–cv–02507–DGC (closed 01/07/2020)

2:18–cv–02509–DGC (closed 01/06/2020)

2:18–cv–02510–DGC

2:18–cv–02511–DGC

2:18–cv–02512–DGC

2:18–cv–02513–DGC (closed 08/14/2018)

2:18–cv–02518–DGC (closed 05/31/2019)

2:18–cv–02519–DGC

2:18–cv–02520–DGC (closed 12/11/2019)

2:18–cv–02525–DGC (closed 10/31/2019)

2:19–cv–03253–DGC

2:18–cv–02539–DGC (closed 01/08/2020)

2:18–cv–02541–DGC (closed 03/05/2020)

2:18–cv–02550–DGC (closed 12/16/2019)

2:18–cv–02554–DGC (closed 12/18/2019)

2:18–cv–02559–DGC (closed 03/05/2020)

2:18–cv–02560–DGC (closed 03/05/2020)

2:18–cv–02561–DGC (closed 03/05/2020)

2:18–cv–02562–DGC (closed 03/05/2020)

2:18–cv–02563–DGC (closed 03/05/2020)

2:18–cv–02586–DGC (closed 12/10/2019)

2:18–cv–02587–DGC (closed 01/06/2020)

2:18–cv–02591–DGC

2:18–cv–02592–DGC

2:18–cv–02600–DGC (closed 12/05/2019)

2:18–cv–02605–DGC

2:18–cv–02608–DGC (closed 01/07/2020)

2:18–cv–02617–DGC (closed 03/05/2020)

2:18–cv–02618–DGC (closed 03/05/2020)

2:18–cv–02619–DGC (closed 03/05/2020)

2:18–cv–02623–DGC (closed 12/09/2019)

2:18–cv–02629–DGC

2:18–cv–02630–DGC (closed 03/05/2020)

2:18–cv–02631–DGC (closed 10/17/2019)

2:18–cv–02634–DGC (closed 03/05/2020)

2:18–cv–02637–DGC (closed 08/20/2019)

2:18–cv–02638–DGC (closed 12/05/2019)

2:18–cv–02642–DGC (closed 10/31/2019)

2:18–cv–02644–DGC (closed 12/11/2019)

2:18–cv–02653–DGC (closed 12/09/2019)

2:18–cv–02654–DGC (closed 01/07/2020)

2:18–cv–02656–DGC (closed 12/04/2019)

2:18–cv–02661–DGC (closed 12/04/2019)

2:18–cv–02662–DGC (closed 01/14/2020)

2:18–cv–02667–DGC (closed 10/31/2019)

2:18–cv–02672–DGC (closed 10/31/2019)

2:18–cv–02675–DGC (closed 12/05/2019)

2:18–cv–02676–DGC

2:18–cv–02677–DGC (closed 01/06/2020)

2:18–cv–02681–DGC

2:18–cv–02682–DGC (closed 01/06/2020)

2:18–cv–02683–DGC (closed 12/09/2019)

2:18–cv–02686–DGC (closed 01/08/2020)

2:18–cv–02696–DGC

2:18–cv–02697–DGC

2:18–cv–02698–DGC

2:18–cv–02699–DGC

2:18–cv–02700–DGC

2:18–cv–02701–DGC (closed 01/13/2020)

2:18–cv–02702–DGC

2:18–cv–02713–DGC (closed 08/20/2019)

2:18–cv–02714–DGC (closed 03/05/2020)

2:18–cv–02716–DGC (closed 08/20/2019)

2:18–cv–02717–DGC (closed 12/30/2019)

2:18–cv–02724–DGC

2:18–cv–02719–DGC (closed 10/17/2019)

2:18–cv–02723–DGC

2:18–cv–02731–DGC (closed 01/13/2020)

2:18–cv–02733–DGC (closed 11/21/2019)

2:18–cv–02734–DGC (closed 10/31/2019)

2:18–cv–02741–DGC (closed 12/30/2019)

2:18–cv–02743–DGC (closed 03/05/2020)

2:18–cv–02744–DGC (closed 03/05/2020)

2:18–cv–02746–DGC (closed 01/09/2020)

2:18–cv–02747–DGC

2:18–cv–02754–DGC (closed 01/13/2020)

2:18–cv–02755–DGC

2:18–cv–02757–DGC (closed 03/05/2020)

2:18–cv–02761–DGC

2:18–cv–02762–DGC

2:18–cv–02763–DGC

2:18–cv–02768–DGC

2:18–cv–02771–DGC (closed 12/17/2019)

2:18–cv–02769–DGC (closed 12/17/2019)

2:18–cv–02770–DGC (closed 12/17/2019)

2:18–cv–02772–DGC (closed 10/17/2019)

2:18–cv–02780–DGC (closed 10/29/2019)

2:18–cv–02781–DGC (closed 12/05/2019)

2:18–cv–02782–DGC (closed 12/04/2019)

2:18–cv–02783–DGC (closed 10/29/2019)

2:18–cv–02785–DGC (closed 01/07/2020)

2:18–cv–02789–DGC

2:18–cv–02790–DGC

2:18–cv–02792–DGC

2:18–cv–02797–DGC (closed 01/08/2020)

2:18–cv–02798–DGC

2:18–cv–02801–DGC

2:18–cv–02806–DGC (closed 12/09/2019)

2:18–cv–02820–DGC (closed 03/05/2020)

2:18–cv–02821–DGC (closed 12/04/2019)

2:18–cv–02822–DGC (closed 12/04/2019)

2:18–cv–02823–DGC (closed 03/05/2020)

2:18–cv–02824–DGC (closed 03/04/2020)

2:18–cv–02825–DGC (closed 03/05/2020)

2:18–cv–02827–DGC (closed 03/05/2020)

2:18–cv–02828–DGC

2:18–cv–02829–DGC (closed 03/05/2020)

2:18–cv–02830–DGC (closed 03/05/2020)

2:18–cv–02831–DGC

2:18–cv–02832–DGC

2:18–cv–02837–DGC

2:18–cv–02840–DGC (closed 11/20/2019)

2:18–cv–02841–DGC (closed 11/22/2019)

2:18–cv–02851–DGC (closed 11/21/2019)

2:18–cv–02859–DGC (closed 01/10/2020)

2:18–cv–02871–DGC (closed 03/05/2020)

2:18–cv–02872–DGC (closed 03/05/2020)

2:18–cv–02873–DGC (closed 03/05/2020)

2:18–cv–02874–DGC (closed 03/05/2020)

2:18–cv–02875–DGC

2:18–cv–02876–DGC (closed 03/05/2020)

2:18–cv–02877–DGC (closed 03/05/2020)

2:18–cv–02879–DGC (closed 03/05/2020)

2:18–cv–02881–DGC (closed 03/05/2020)

2:18–cv–02883–DGC (closed 01/06/2020)

2:18–cv–02884–DGC

2:18–cv–02889–DGC (closed 03/05/2020)

2:18–cv–02898–DGC (closed 01/02/2020)

2:18–cv–02899–DGC (closed 01/02/2020)

2:18–cv–02901–DGC (closed 01/02/2020)

2:18–cv–02902–DGC

2:18–cv–02904–DGC

2:18–cv–02906–DGC (closed 03/05/2020)

2:18–cv–02907–DGC

2:18–cv–02908–DGC (closed 03/04/2020)

2:19–cv–01109–DGC (closed 10/17/2019)

2:18–cv–02911–DGC

2:18–cv–02912–DGC (closed 11/21/2019)

2:18–cv–02913–DGC (closed 03/05/2020)

2:18–cv–02915–DGC (closed 12/30/2019)

2:18–cv–02923–DGC (closed 12/11/2019)

2:18–cv–02928–DGC (closed 12/05/2019)

2:18–cv–02934–DGC

2:18–cv–02935–DGC (closed 03/05/2020)

2:18–cv–02933–DGC (closed 12/09/2019)

2:18–cv–02936–DGC (closed 08/20/2019)

2:18–cv–02939–DGC (closed 10/02/2018)

2:18–cv–02940–DGC (closed 01/10/2020)

2:18–cv–02941–DGC (closed 11/21/2019)

2:18–cv–02947–DGC (closed 12/09/2019)

2:18–cv–02951–DGC (closed 10/31/2019)

2:18–cv–02953–DGC (closed 03/04/2020)

2:18–cv–02954–DGC (closed 10/19/2018)

2:18–cv–02961–DGC (closed 12/04/2019)

2:18–cv–02962–DGC (closed 12/04/2019)

2:18–cv–02964–DGC (closed 12/11/2019)

2:18–cv–02965–DGC (closed 12/04/2019)

2:18–cv–02966–DGC (closed 12/04/2019)

2:18–cv–02967–DGC (closed 12/04/2019)

2:18–cv–02968–DGC (closed 12/04/2019)

2:18–cv–02969–DGC (closed 12/04/2019)

2:18–cv–02970–DGC (closed 12/04/2019)

2:18–cv–02973–DGC (closed 12/04/2019)

2:18–cv–02974–DGC (closed 03/05/2020)

2:18–cv–02977–DGC (closed 12/11/2019)

2:18–cv–02982–DGC

2:18–cv–02983–DGC

2:18–cv–02984–DGC

2:18–cv–02985–DGC

2:18–cv–02992–DGC

2:18–cv–02993–DGC

2:18–cv–02994–DGC

2:18–cv–02995–DGC

2:18–cv–02996–DGC

2:18–cv–02998–DGC

2:18–cv–02999–DGC

2:18–cv–03024–DGC (closed 03/05/2020)

2:18–cv–03025–DGC (closed 03/05/2020)

2:18–cv–03030–DGC (closed 03/05/2020)

2:18–cv–03032–DGC (closed 03/05/2020)

2:18–cv–03034–DGC

2:18–cv–03043–DGC (closed 08/20/2019)

2:18–cv–03057–DGC (closed 11/21/2019)

2:18–cv–03060–DGC

2:18–cv–03061–DGC

2:18–cv–03064–DGC (closed 12/10/2019)

2:18–cv–03065–DGC (closed 12/10/2019)

2:18–cv–03066–DGC

2:18–cv–03067–DGC (closed 01/07/2020)

2:18–cv–03071–DGC (closed 12/16/2019)

2:18–cv–03072–DGC

2:18–cv–03073–DGC (closed 12/04/2019)

2:18–cv–03079–DGC

2:18–cv–03080–DGC (closed 07/16/2019)

2:18–cv–03081–DGC

2:18–cv–03082–DGC

2:18–cv–03085–DGC

2:18–cv–03086–DGC

2:18–cv–03087–DGC

2:18–cv–03088–DGC (closed 07/16/2019)

2:18–cv–03089–DGC

2:18–cv–03090–DGC

2:18–cv–03091–DGC

2:18–cv–03092–DGC

2:18–cv–03093–DGC

2:18–cv–03094–DGC (closed 07/10/2019)

2:18–cv–03095–DGC

2:18–cv–03096–DGC (closed 07/02/2019)

2:18–cv–03097–DGC

2:18–cv–03098–DGC

2:18–cv–03099–DGC

2:18–cv–03100–DGC

2:18–cv–03101–DGC

2:18–cv–03102–DGC

2:18–cv–03103–DGC

2:18–cv–03104–DGC

2:18–cv–03105–DGC

2:18–cv–03106–DGC

2:18–cv–03107–DGC

2:18–cv–03109–DGC

2:18–cv–03111–DGC (closed 10/11/2018)

2:18–cv–03112–DGC

2:18–cv–03113–DGC

2:18–cv–03114–DGC

2:18–cv–03116–DGC (closed 12/30/2019)

2:18–cv–03117–DGC (closed 01/08/2020)

2:18–cv–03121–DGC (closed 01/08/2020)

2:18–cv–03122–DGC (closed 10/17/2019)

2:18–cv–03123–DGC (closed 01/07/2020)

2:18–cv–03126–DGC (closed 01/10/2020)

2:18–cv–03128–DGC (closed 10/17/2019)

2:18–cv–03131–DGC (closed 12/30/2019)

2:18–cv–03133–DGC (closed 12/30/2019)

2:18–cv–03138–DGC

2:18–cv–03139–DGC (closed 03/05/2020)

2:18–cv–03140–DGC (closed 03/05/2020)

2:18–cv–03383–DGC (closed 11/22/2019)

2:18–cv–03146–DGC (closed 12/30/2019)

2:18–cv–03156–DGC (closed 12/30/2019)

2:18–cv–03157–DGC (closed 12/30/2019)

2:18–cv–03166–DGC

2:18–cv–03167–DGC

2:18–cv–03168–DGC

2:18–cv–03169–DGC (closed 12/17/2018)

2:18–cv–03170–DGC (closed 01/03/2020)

2:18–cv–03171–DGC

2:18–cv–03172–DGC

2:18–cv–03173–DGC

2:18–cv–03174–DGC (closed 12/04/2019)

2:18–cv–03177–DGC (closed 12/18/2019)

2:18–cv–03181–DGC

2:18–cv–03182–DGC (closed 12/18/2019)

2:18–cv–03183–DGC (closed 12/04/2019)

2:18–cv–03186–DGC (closed 01/06/2020)

2:18–cv–03187–DGC (closed 12/09/2019)

2:18–cv–03189–DGC

2:18–cv–03190–DGC (closed 12/11/2019)

2:18–cv–03191–DGC (closed 12/11/2019)

2:18–cv–03192–DGC (closed 03/05/2020)

2:18–cv–03193–DGC

2:18–cv–03194–DGC

2:18–cv–03195–DGC

2:18–cv–03196–DGC

2:18–cv–03198–DGC

2:18–cv–03199–DGC

2:18–cv–03200–DGC (closed 12/05/2019)

2:18–cv–03214–DGC (closed 03/05/2020)

2:18–cv–03215–DGC (closed 03/05/2020)

2:18–cv–03222–DGC

2:18–cv–03226–DGC (closed 01/07/2020)

2:18–cv–03230–DGC (closed 03/05/2020)

2:18–cv–03231–DGC

2:18–cv–03238–DGC (closed 03/05/2020)

2:18–cv–03242–DGC (closed 12/30/2019)

2:18–cv–03247–DGC (closed 03/05/2020)

2:18–cv–03248–DGC (closed 03/05/2020)

2:18–cv–03249–DGC

2:18–cv–03252–DGC (closed 08/20/2019)

2:18–cv–03254–DGC

2:18–cv–03255–DGC (closed 01/07/2020)

2:18–cv–03256–DGC (closed 10/29/2019)

2:18–cv–03262–DGC (closed 12/30/2019)

2:18–cv–03263–DGC (closed 01/10/2020)

2:18–cv–03266–DGC (closed 03/05/2020)

2:18–cv–03267–DGC (closed 01/08/2020)

2:18–cv–03385–DGC (closed 10/31/2019)

2:18–cv–03269–DGC (closed 12/17/2019)

2:18–cv–03270–DGC (closed 01/10/2020)

2:18–cv–03271–DGC (closed 10/23/2019)

2:18–cv–03272–DGC (closed 10/16/2019)

2:18–cv–03273–DGC (closed 11/06/2019)

2:18–cv–03276–DGC (closed 10/16/2019)

2:18–cv–03277–DGC (closed 10/31/2019)

2:18–cv–03278–DGC (closed 11/22/2019)

2:18–cv–03279–DGC (closed 03/05/2020)

2:18–cv–03280–DGC (closed 10/31/2019)

2:18–cv–03295–DGC (closed 08/20/2019)

2:18–cv–03282–DGC (closed 11/22/2019)

2:18–cv–03283–DGC (closed 11/06/2019)

2:18–cv–03284–DGC (closed 03/05/2020)

2:18–cv–03286–DGC

2:18–cv–03287–DGC (closed 10/16/2019)

2:18–cv–03288–DGC

2:18–cv–03985–DGC (closed 12/09/2019)

2:18–cv–03292–DGC (closed 01/13/2020)

2:18–cv–03296–DGC (closed 08/20/2019)

2:18–cv–03297–DGC (closed 06/19/2019)

2:18–cv–03986–DGC (closed 10/29/2019)

2:18–cv–03987–DGC (closed 10/31/2019)

2:18–cv–03304–DGC (closed 12/30/2019)

2:18–cv–03305–DGC (closed 01/08/2020)

2:18–cv–03309–DGC

2:18–cv–03319–DGC

2:18–cv–03325–DGC (closed 01/08/2020)

2:18–cv–03326–DGC (closed 01/06/2020)

2:18–cv–03988–DGC (closed 12/09/2019)

2:18–cv–03329–DGC (closed 12/30/2019)

2:18–cv–03334–DGC (closed 12/10/2019)

2:18–cv–03335–DGC (closed 12/30/2019)

2:18–cv–03336–DGC (closed 12/30/2019)

2:18–cv–03340–DGC (closed 01/08/2020)

2:18–cv–03342–DGC

2:18–cv–03343–DGC (closed 01/10/2020)

2:18–cv–03347–DGC (closed 01/07/2020)

2:18–cv–03348–DGC (closed 12/30/2019)

2:18–cv–03350–DGC (closed 12/18/2019)

2:18–cv–03351–DGC (closed 10/16/2019)

2:18–cv–03352–DGC (closed 10/16/2019)

2:18–cv–03354–DGC (closed 10/16/2019)

2:18–cv–03355–DGC (closed 11/20/2019)

2:18–cv–03989–DGC (closed 11/01/2019)

2:18–cv–03357–DGC (closed 11/20/2019)

2:18–cv–03358–DGC (closed 10/16/2019)

2:18–cv–03359–DGC (closed 10/16/2019)

2:18–cv–03360–DGC (closed 10/16/2019)

2:18–cv–03365–DGC (closed 12/16/2019)

2:18–cv–03366–DGC (closed 12/18/2019)

2:18–cv–03377–DGC (closed 01/06/2020)

2:18–cv–03386–DGC (closed 10/31/2019)

2:18–cv–03387–DGC (closed 11/06/2019)

2:18–cv–03388–DGC (closed 11/21/2019)

2:18–cv–03389–DGC (closed 10/16/2019)

2:18–cv–03393–DGC (closed 12/17/2018)

2:18–cv–03394–DGC (closed 03/05/2020)

2:18–cv–03395–DGC (closed 03/05/2020)

2:18–cv–03402–DGC (closed 01/10/2020)

2:18–cv–03356–DGC (closed 11/06/2019)

2:18–cv–03407–DGC

2:18–cv–03411–DGC (closed 03/05/2020)

2:18–cv–03414–DGC (closed 08/20/2019)

2:18–cv–03415–DGC

2:18–cv–03422–DGC (closed 11/06/2019)

2:18–cv–03426–DGC

2:18–cv–03427–DGC (closed 01/06/2020)

2:18–cv–03431–DGC (closed 01/10/2020)

2:18–cv–03990–DGC (closed 11/06/2019)

2:18–cv–03442–DGC (closed 10/22/2019)

2:18–cv–03443–DGC (closed 10/22/2019)

2:18–cv–03444–DGC (closed 10/22/2019)

2:18–cv–03445–DGC (closed 11/06/2019)

2:18–cv–03446–DGC (closed 10/23/2019)

2:18–cv–03447–DGC (closed 10/23/2019)

2:18–cv–03448–DGC (closed 11/06/2019)

2:18–cv–03449–DGC (closed 10/23/2019)

2:18–cv–03450–DGC (closed 10/16/2019)

2:18–cv–03451–DGC (closed 11/20/2019)

2:18–cv–03452–DGC (closed 10/16/2019)

2:18–cv–03453–DGC (closed 10/16/2019)

2:18–cv–03454–DGC (closed 11/20/2019)

2:18–cv–03455–DGC (closed 10/16/2019)

2:18–cv–03456–DGC (closed 11/20/2019)

2:18–cv–03457–DGC (closed 11/06/2019)

2:18–cv–03458–DGC (closed 10/16/2019)

2:18–cv–03459–DGC (closed 10/15/2019)

2:18–cv–03463–DGC (closed 01/10/2020)

2:18–cv–03464–DGC (closed 12/18/2019)

2:18–cv–03465–DGC (closed 12/30/2019)

2:18–cv–03466–DGC

2:18–cv–03467–DGC (closed 12/04/2019)

2:18–cv–03468–DGC (closed 01/10/2020)

2:18–cv–03469–DGC (closed 11/21/2019)

2:18–cv–03470–DGC (closed 10/23/2019)

2:18–cv–03473–DGC (closed 10/23/2019)

2:18–cv–03474–DGC (closed 10/23/2019)

2:18–cv–03477–DGC (closed 10/23/2019)

2:18–cv–03478–DGC (closed 10/23/2019)

2:18–cv–03479–DGC (closed 10/23/2019)

2:18–cv–03480–DGC (closed 11/21/2019)

2:18–cv–03482–DGC (closed 10/23/2019)

2:18–cv–03483–DGC (closed 10/23/2019)

2:18–cv–03484–DGC (closed 10/23/2019)

2:18–cv–03485–DGC (closed 10/23/2019)

2:18–cv–03486–DGC (closed 12/04/2019)

2:18–cv–03487–DGC (closed 12/05/2019)

2:18–cv–03488–DGC (closed 11/21/2019)

2:18–cv–03489–DGC (closed 10/23/2019)

2:18–cv–03490–DGC (closed 10/23/2019)

2:18–cv–03491–DGC (closed 11/21/2019)

2:18–cv–03492–DGC (closed 10/16/2019)

2:18–cv–03493–DGC (closed 12/05/2019)

2:18–cv–03471–DGC (closed 10/15/2019)

2:18–cv–03498–DGC (closed 10/15/2019)

2:18–cv–03499–DGC (closed 11/06/2019)

2:18–cv–03500–DGC (closed 10/15/2019)

2:18–cv–03501–DGC (closed 11/06/2019)

2:18–cv–03502–DGC (closed 10/15/2019)

2:18–cv–03504–DGC (closed 10/15/2019)

2:18–cv–03505–DGC (closed 10/15/2019)

2:18–cv–03506–DGC (closed 12/04/2019)

2:18–cv–03507–DGC (closed 10/17/2019)

2:18–cv–03508–DGC (closed 10/17/2019)

2:18–cv–03509–DGC (closed 10/22/2019)

2:18–cv–03510–DGC (closed 10/22/2019)

2:18–cv–03511–DGC (closed 10/22/2019)

2:18–cv–03512–DGC (closed 10/22/2019)

2:18–cv–03513–DGC (closed 10/22/2019)

2:18–cv–03514–DGC (closed 10/22/2019)

2:18–cv–03515–DGC (closed 10/22/2019)

2:18–cv–03516–DGC (closed 10/22/2019)

2:18–cv–03517–DGC (closed 10/22/2019)

2:18–cv–03518–DGC (closed 10/22/2019)

2:18–cv–03520–DGC (closed 10/15/2019)

2:18–cv–03521–DGC (closed 10/15/2019)

2:18–cv–03522–DGC (closed 10/15/2019)

2:18–cv–03523–DGC (closed 11/20/2019)

2:18–cv–03524–DGC (closed 10/15/2019)

2:18–cv–03525–DGC (closed 11/20/2019)

2:18–cv–03526–DGC (closed 10/17/2019)

2:18–cv–03529–DGC (closed 10/17/2019)

2:18–cv–03530–DGC (closed 11/20/2019)

2:18–cv–03531–DGC (closed 10/17/2019)

2:18–cv–03532–DGC (closed 10/17/2019)

2:18–cv–03533–DGC (closed 10/17/2019)

2:18–cv–03535–DGC (closed 11/06/2019)

2:18–cv–03537–DGC (closed 10/17/2019)

2:18–cv–03538–DGC (closed 10/17/2019)

2:18–cv–03539–DGC (closed 11/20/2019)

2:18–cv–03540–DGC (closed 10/15/2019)

2:18–cv–03541–DGC (closed 10/15/2019)

2:18–cv–03542–DGC (closed 10/15/2019)

2:18–cv–03543–DGC (closed 10/15/2019)

2:18–cv–03544–DGC (closed 01/10/2020)

2:18–cv–03545–DGC (closed 10/15/2019)

2:18–cv–03546–DGC (closed 10/15/2019)

2:18–cv–03547–DGC (closed 03/05/2020)

2:18–cv–03548–DGC (closed 10/15/2019)

2:18–cv–03549–DGC (closed 03/05/2020)

2:18–cv–03551–DGC (closed 10/15/2019)

2:18–cv–03553–DGC (closed 11/20/2019)

2:18–cv–03554–DGC (closed 10/15/2019)

2:18–cv–03555–DGC (closed 10/15/2019)

2:18–cv–03556–DGC (closed 11/06/2019)

2:18–cv–03559–DGC (closed 11/20/2019)

2:18–cv–03560–DGC (closed 11/01/2019)

2:18–cv–03561–DGC (closed 10/16/2019)

2:18–cv–03528–DGC (closed 10/17/2019)

2:18–cv–03571–DGC (closed 12/30/2019)

2:18–cv–03572–DGC

2:18–cv–03573–DGC

2:18–cv–03578–DGC (closed 10/31/2019)

2:18–cv–03582–DGC

2:18–cv–03589–DGC (closed 08/20/2019)

2:18–cv–03591–DGC

2:18–cv–03598–DGC

2:18–cv–03599–DGC

2:18–cv–03601–DGC (closed 08/20/2019)

2:18–cv–03602–DGC

2:18–cv–03603–DGC (closed 08/20/2019)

2:18–cv–03604–DGC

2:18–cv–03605–DGC (closed 01/08/2020)

2:18–cv–03606–DGC

2:18–cv–03607–DGC

2:18–cv–03608–DGC (closed 12/09/2019)

2:18–cv–03609–DGC

2:18–cv–03610–DGC (closed 10/17/2019)

2:18–cv–03611–DGC (closed 11/20/2019)

2:18–cv–03612–DGC (closed 10/23/2019)

2:18–cv–03613–DGC (closed 11/06/2019)

2:18–cv–03614–DGC (closed 10/29/2019)

2:18–cv–03615–DGC (closed 11/20/2019)

2:18–cv–03616–DGC (closed 10/22/2019)

2:18–cv–03617–DGC (closed 10/23/2019)

2:18–cv–03619–DGC (closed 10/17/2019)

2:18–cv–03620–DGC (closed 10/17/2019)

2:18–cv–03622–DGC (closed 11/06/2019)

2:18–cv–03623–DGC (closed 08/20/2019)

2:18–cv–03625–DGC (closed 11/06/2019)

2:18–cv–03626–DGC (closed 10/17/2019)

2:18–cv–03627–DGC

2:18–cv–03628–DGC (closed 12/04/2019)

2:18–cv–03629–DGC (closed 11/20/2019)

2:18–cv–03630–DGC (closed 10/22/2019)

2:18–cv–03631–DGC (closed 10/22/2019)

2:18–cv–03632–DGC (closed 10/23/2019)

2:18–cv–03633–DGC (closed 11/06/2019)

2:18–cv–03634–DGC (closed 10/29/2019)

2:18–cv–03635–DGC (closed 10/17/2019)

2:18–cv–03636–DGC (closed 10/17/2019)

2:18–cv–03638–DGC (closed 10/29/2019)

2:18–cv–03639–DGC (closed 10/29/2019)

2:18–cv–03640–DGC (closed 10/22/2019)

2:18–cv–03641–DGC (closed 10/22/2019)

2:18–cv–03642–DGC (closed 10/23/2019)

2:18–cv–03643–DGC (closed 10/29/2019)

2:18–cv–03644–DGC (closed 10/22/2019)

2:18–cv–03645–DGC (closed 11/06/2019)

2:18–cv–03646–DGC (closed 10/29/2019)

2:18–cv–03647–DGC (closed 11/20/2019)

2:18–cv–03648–DGC (closed 10/22/2019)

2:18–cv–03649–DGC (closed 10/17/2019)

2:18–cv–03650–DGC (closed 10/29/2019)

2:18–cv–03651–DGC (closed 10/29/2019)

2:18–cv–03652–DGC (closed 11/06/2019)

2:18–cv–03653–DGC (closed 10/22/2019)

2:18–cv–03654–DGC (closed 10/29/2019)

2:18–cv–03655–DGC (closed 10/17/2019)

2:18–cv–03656–DGC (closed 10/17/2019)

2:18–cv–03657–DGC (closed 10/17/2019)

2:18–cv–03658–DGC (closed 10/22/2019)

2:18–cv–03659–DGC (closed 11/06/2019)

2:18–cv–03660–DGC (closed 10/23/2019)

2:18–cv–03662–DGC (closed 01/07/2020)

2:18–cv–03663–DGC (closed 05/14/2019)

2:18–cv–03666–DGC (closed 11/20/2019)

2:18–cv–03667–DGC (closed 10/22/2019)

2:18–cv–03668–DGC (closed 10/17/2019)

2:18–cv–03669–DGC (closed 10/29/2019)

2:18–cv–03670–DGC (closed 10/23/2019)

2:18–cv–03671–DGC (closed 10/29/2019)

2:18–cv–03672–DGC (closed 11/20/2019)

2:18–cv–03673–DGC (closed 03/04/2020)

2:18–cv–03674–DGC (closed 03/05/2020)

2:18–cv–03675–DGC

2:18–cv–03676–DGC

2:18–cv–03677–DGC (closed 11/20/2019)

2:18–cv–03678–DGC (closed 10/17/2019)

2:18–cv–03679–DGC (closed 10/22/2019)

2:18–cv–03680–DGC (closed 10/23/2019)

2:18–cv–03681–DGC (closed 10/29/2019)

2:18–cv–03682–DGC (closed 10/23/2019)

2:18–cv–03683–DGC (closed 10/23/2019)

2:18–cv–03684–DGC (closed 11/06/2019)

2:18–cv–03685–DGC (closed 11/01/2019)

2:18–cv–03686–DGC (closed 10/22/2019)

2:18–cv–03687–DGC (closed 10/23/2019)

2:18–cv–03689–DGC

2:18–cv–03690–DGC (closed 10/29/2019)

2:18–cv–03691–DGC (closed 10/29/2019)

2:18–cv–03692–DGC (closed 10/29/2019)

2:18–cv–03693–DGC (closed 10/17/2019)

2:18–cv–03694–DGC (closed 11/06/2019)

2:18–cv–03695–DGC (closed 10/23/2019)

2:18–cv–03696–DGC (closed 11/21/2019)

2:18–cv–03697–DGC (closed 10/22/2019)

2:18–cv–03698–DGC (closed 10/23/2019)

2:18–cv–03699–DGC (closed 11/21/2019)

2:18–cv–03700–DGC (closed 10/23/2019)

2:18–cv–03701–DGC (closed 10/29/2019)

2:18–cv–03702–DGC (closed 11/06/2019)

2:18–cv–03703–DGC (closed 10/29/2019)

2:18–cv–03704–DGC (closed 11/21/2019)

2:18–cv–03705–DGC (closed 10/17/2019)

2:18–cv–03706–DGC (closed 11/20/2019)

2:18–cv–03707–DGC (closed 11/20/2019)

2:18–cv–03708–DGC (closed 10/22/2019)

2:18–cv–03709–DGC (closed 10/22/2019)

2:18–cv–03710–DGC (closed 10/23/2019)

2:18–cv–03711–DGC (closed 10/23/2019)

2:18–cv–03712–DGC (closed 10/23/2019)

2:18–cv–03713–DGC (closed 10/29/2019)

2:18–cv–03715–DGC (closed 11/06/2019)

2:18–cv–03716–DGC (closed 10/29/2019)

2:18–cv–03717–DGC (closed 11/21/2019)

2:18–cv–03719–DGC (closed 10/29/2019)

2:18–cv–03720–DGC (closed 10/29/2019)

2:18–cv–03721–DGC (closed 10/29/2019)

2:18–cv–03722–DGC (closed 10/29/2019)

2:18–cv–03723–DGC (closed 11/21/2019)

2:18–cv–03726–DGC (closed 10/29/2019)

2:18–cv–03727–DGC (closed 10/29/2019)

2:18–cv–03728–DGC (closed 11/06/2019)

2:18–cv–03729–DGC (closed 10/16/2019)

2:18–cv–03730–DGC (closed 11/20/2019)

2:18–cv–03731–DGC (closed 01/07/2020)

2:18–cv–03732–DGC (closed 10/23/2019)

2:18–cv–03733–DGC (closed 10/23/2019)

2:18–cv–03734–DGC (closed 11/06/2019)

2:18–cv–03735–DGC (closed 10/17/2019)

2:18–cv–03736–DGC (closed 10/17/2019)

2:18–cv–03737–DGC (closed 12/04/2019)

2:18–cv–03738–DGC (closed 10/17/2019)

2:18–cv–03741–DGC (closed 10/22/2019)

2:18–cv–03742–DGC (closed 10/22/2019)

2:18–cv–03743–DGC

2:18–cv–03744–DGC (closed 10/29/2019)

2:18–cv–03745–DGC

2:18–cv–03746–DGC

2:18–cv–03749–DGC

2:18–cv–03750–DGC (closed 12/10/2019)

2:18–cv–03751–DGC (closed 10/17/2019)

2:18–cv–03753–DGC (closed 11/21/2019)

2:18–cv–03754–DGC (closed 10/23/2019)

2:18–cv–03755–DGC (closed 10/23/2019)

2:18–cv–03756–DGC (closed 10/29/2019)

2:18–cv–03757–DGC (closed 10/29/2019)

2:18–cv–03758–DGC (closed 11/21/2019)

2:18–cv–03759–DGC (closed 10/31/2019)

2:18–cv–03760–DGC (closed 11/20/2019)

2:18–cv–03761–DGC (closed 10/17/2019)

2:18–cv–03762–DGC (closed 11/01/2019)

2:18–cv–03763–DGC (closed 10/31/2019)

2:18–cv–03764–DGC (closed 10/22/2019)

2:18–cv–03765–DGC (closed 10/22/2019)

2:18–cv–03766–DGC (closed 10/29/2019)

2:18–cv–03767–DGC (closed 10/29/2019)

2:18–cv–03768–DGC (closed 11/21/2019)

2:18–cv–03769–DGC (closed 10/29/2019)

2:18–cv–03770–DGC (closed 11/06/2019)

2:18–cv–03771–DGC (closed 11/21/2019)

2:18–cv–03772–DGC (closed 11/20/2019)

2:18–cv–03773–DGC (closed 03/04/2020)

2:18–cv–03782–DGC (closed 03/05/2020)

2:18–cv–03783–DGC (closed 01/07/2020)

2:18–cv–03784–DGC (closed 11/22/2019)

2:18–cv–03785–DGC (closed 10/31/2019)

2:18–cv–03786–DGC (closed 10/31/2019)

2:18–cv–03787–DGC (closed 11/06/2019)

2:18–cv–03788–DGC (closed 11/21/2019)

2:18–cv–03789–DGC (closed 10/29/2019)

2:18–cv–03791–DGC (closed 10/29/2019)

2:18–cv–03792–DGC (closed 10/29/2019)

2:18–cv–03793–DGC (closed 11/06/2019)

2:18–cv–03794–DGC (closed 11/21/2019)

2:18–cv–03795–DGC (closed 10/31/2019)

2:18–cv–03796–DGC (closed 11/06/2019)

2:18–cv–03797–DGC (closed 11/22/2019)

2:18–cv–03798–DGC (closed 10/29/2019)

2:18–cv–03799–DGC (closed 10/31/2019)

2:18–cv–03800–DGC (closed 11/06/2019)

2:18–cv–03801–DGC (closed 11/22/2019)

2:18–cv–03802–DGC (closed 11/22/2019)

2:18–cv–03803–DGC (closed 11/21/2019)

2:18–cv–03804–DGC (closed 11/21/2019)

2:18–cv–03805–DGC (closed 10/31/2019)

2:18–cv–03806–DGC (closed 11/21/2019)

2:18–cv–03807–DGC (closed 11/21/2019)

2:18–cv–03808–DGC (closed 11/21/2019)

2:18–cv–03809–DGC (closed 10/31/2019)

2:18–cv–03810–DGC (closed 10/31/2019)

2:18–cv–03811–DGC (closed 10/31/2019)

2:18–cv–03812–DGC (closed 10/31/2019)

2:18–cv–03813–DGC (closed 11/21/2019)

2:18–cv–03814–DGC (closed 10/31/2019)

2:18–cv–03815–DGC (closed 10/29/2019)

2:18–cv–03816–DGC (closed 10/31/2019)

2:18–cv–03817–DGC (closed 10/29/2019)

2:18–cv–03818–DGC (closed 10/31/2019)

2:18–cv–03819–DGC (closed 10/31/2019)

2:18–cv–03820–DGC (closed 10/31/2019)

2:18–cv–03821–DGC (closed 11/01/2019)

2:18–cv–03822–DGC (closed 10/29/2019)

2:18–cv–03823–DGC (closed 11/22/2019)

2:18–cv–03824–DGC (closed 10/31/2019)

2:18–cv–03825–DGC (closed 10/29/2019)

2:18–cv–03826–DGC (closed 11/06/2019)

2:18–cv–03827–DGC (closed 10/29/2019)

2:18–cv–03828–DGC (closed 10/31/2019)

2:18–cv–03829–DGC (closed 10/31/2019)

2:18–cv–03830–DGC (closed 10/31/2019)

2:18–cv–03831–DGC

2:18–cv–03832–DGC

2:18–cv–03833–DGC

2:18–cv–03834–DGC

2:18–cv–03835–DGC

2:18–cv–03838–DGC (closed 11/06/2019)

2:18–cv–03839–DGC

2:18–cv–03840–DGC

2:18–cv–03841–DGC (closed 10/29/2019)

2:18–cv–03842–DGC

2:18–cv–03843–DGC (closed 10/31/2019)

2:18–cv–03844–DGC (closed 11/06/2019)

2:18–cv–03845–DGC (closed 10/31/2019)

2:18–cv–03846–DGC (closed 10/29/2019)

2:18–cv–03847–DGC (closed 10/29/2019)

2:18–cv–03848–DGC

2:18–cv–03849–DGC (closed 11/21/2019)

2:18–cv–03850–DGC (closed 11/06/2019)

2:18–cv–03852–DGC (closed 11/21/2019)

2:18–cv–03863–DGC (closed 11/06/2019)

2:18–cv–03864–DGC (closed 11/21/2019)

2:18–cv–03865–DGC (closed 10/29/2019)

2:18–cv–03866–DGC (closed 10/29/2019)

2:18–cv–03867–DGC (closed 11/21/2019)

2:18–cv–03868–DGC (closed 01/06/2020)

2:18–cv–03874–DGC (closed 10/29/2019)

2:18–cv–03875–DGC (closed 11/06/2019)

2:18–cv–03876–DGC (closed 10/29/2019)

2:18–cv–03877–DGC (closed 10/29/2019)

2:18–cv–03878–DGC (closed 10/29/2019)

2:18–cv–03879–DGC (closed 10/29/2019)

2:18–cv–03880–DGC (closed 11/06/2019)

2:18–cv–03881–DGC (closed 10/31/2019)

2:18–cv–03882–DGC (closed 10/29/2019)

2:18–cv–03883–DGC (closed 11/21/2019)

2:18–cv–03884–DGC (closed 10/31/2019)

2:18–cv–03885–DGC (closed 11/21/2019)

2:18–cv–03886–DGC (closed 11/06/2019)

2:18–cv–03887–DGC (closed 08/20/2019)

2:18–cv–03888–DGC (closed 10/31/2019)

2:18–cv–03890–DGC (closed 11/22/2019)

2:18–cv–03891–DGC (closed 10/31/2019)

2:18–cv–03892–DGC (closed 10/31/2019)

2:18–cv–03893–DGC (closed 10/31/2019)

2:18–cv–03895–DGC (closed 10/31/2019)

2:18–cv–03896–DGC (closed 10/31/2019)

2:18–cv–03897–DGC (closed 11/06/2019)

2:18–cv–03898–DGC (closed 10/31/2019)

2:18–cv–03899–DGC (closed 10/31/2019)

2:18–cv–03900–DGC (closed 03/05/2020)

2:18–cv–03901–DGC (closed 10/29/2019)

2:18–cv–03909–DGC

2:18–cv–03911–DGC

2:18–cv–03853–DGC

2:18–cv–03854–DGC (closed 10/31/2019)

2:18–cv–03855–DGC

2:18–cv–03856–DGC

2:18–cv–03912–DGC (closed 12/09/2019)

2:18–cv–03857–DGC (closed 10/31/2019)

2:18–cv–03858–DGC (closed 10/31/2019)

2:18–cv–03859–DGC (closed 10/31/2019)

2:18–cv–03860–DGC (closed 10/29/2019)

2:18–cv–03861–DGC (closed 10/31/2019)

2:18–cv–03862–DGC (closed 10/31/2019)

2:18–cv–03281–DGC (closed 10/31/2019)

2:18–cv–03917–DGC (closed 12/30/2019)

2:18–cv–03918–DGC

2:18–cv–03919–DGC (closed 10/17/2019)

2:18–cv–03920–DGC (closed 10/29/2019)

2:18–cv–03921–DGC (closed 10/29/2019)

2:18–cv–03922–DGC

2:18–cv–03923–DGC (closed 10/31/2019)

2:18–cv–03925–DGC (closed 10/31/2019)

2:18–cv–03926–DGC (closed 11/06/2019)

2:18–cv–03928–DGC (closed 11/06/2019)

2:18–cv–03929–DGC (closed 10/29/2019)

2:18–cv–03930–DGC (closed 10/29/2019)

2:18–cv–03931–DGC (closed 10/29/2019)

2:18–cv–03932–DGC (closed 11/06/2019)

2:18–cv–03933–DGC (closed 10/29/2019)

2:18–cv–03934–DGC (closed 10/31/2019)

2:18–cv–03935–DGC

2:18–cv–03936–DGC

2:18–cv–03937–DGC (closed 11/21/2019)

2:18–cv–03938–DGC (closed 11/22/2019)

2:18–cv–03939–DGC (closed 10/31/2019)

2:18–cv–03940–DGC (closed 10/29/2019)

2:18–cv–03941–DGC (closed 10/31/2019)

2:18–cv–03942–DGC (closed 10/31/2019)

2:18–cv–03943–DGC (closed 11/06/2019)

2:18–cv–03944–DGC (closed 10/31/2019)

2:18–cv–03945–DGC (closed 11/22/2019)

2:18–cv–03946–DGC (closed 10/31/2019)

2:18–cv–03947–DGC (closed 10/31/2019)

2:18–cv–03948–DGC (closed 11/06/2019)

2:18–cv–03949–DGC (closed 10/31/2019)

2:18–cv–03950–DGC (closed 10/29/2019)

2:18–cv–03951–DGC (closed 10/29/2019)

2:18–cv–03952–DGC (closed 11/21/2019)

2:18–cv–03953–DGC (closed 10/29/2019)

2:18–cv–03954–DGC (closed 10/29/2019)

2:18–cv–03955–DGC (closed 10/31/2019)

2:18–cv–03956–DGC (closed 11/22/2019)

2:18–cv–03957–DGC (closed 10/31/2019)

2:18–cv–03958–DGC (closed 10/31/2019)

2:18–cv–03959–DGC (closed 10/31/2019)

2:18–cv–03960–DGC (closed 10/31/2019)

2:18–cv–03961–DGC (closed 11/21/2019)

2:18–cv–03962–DGC (closed 10/29/2019)

2:18–cv–03963–DGC (closed 10/29/2019)

2:18–cv–03964–DGC (closed 10/29/2019)

2:18–cv–03965–DGC (closed 10/29/2019)

2:18–cv–03966–DGC (closed 12/04/2019)

2:18–cv–03967–DGC (closed 10/31/2019)

2:18–cv–03968–DGC (closed 11/22/2019)

2:18–cv–03969–DGC (closed 10/31/2019)

2:18–cv–03970–DGC (closed 11/21/2019)

2:18–cv–03971–DGC (closed 11/06/2019)

2:18–cv–03972–DGC (closed 10/31/2019)

2:18–cv–03974–DGC

2:18–cv–03975–DGC (closed 11/06/2019)

2:18–cv–03991–DGC (closed 11/06/2019)

2:18–cv–03992–DGC (closed 10/31/2019)

2:18–cv–03993–DGC (closed 10/31/2019)

2:18–cv–03994–DGC (closed 10/31/2019)

2:18–cv–03996–DGC (closed 11/06/2019)

2:18–cv–03997–DGC (closed 10/29/2019)

2:18–cv–03998–DGC (closed 11/21/2019)

2:18–cv–04004–DGC (closed 01/08/2020)

2:18–cv–04005–DGC (closed 12/11/2019)

2:18–cv–04007–DGC (closed 12/11/2019)

2:18–cv–04008–DGC (closed 12/11/2019)

2:18–cv–04009–DGC (closed 12/11/2019)

2:18–cv–04010–DGC (closed 01/10/2020)

2:18–cv–04011–DGC (closed 10/29/2019)

2:18–cv–04012–DGC (closed 11/21/2019)

2:18–cv–04013–DGC (closed 10/29/2019)

2:18–cv–04014–DGC (closed 10/29/2019)

2:18–cv–04015–DGC (closed 10/29/2019)

2:18–cv–04016–DGC (closed 12/11/2019)

2:18–cv–04017–DGC (closed 11/01/2019)

2:18–cv–04018–DGC (closed 10/31/2019)

2:18–cv–04019–DGC (closed 12/16/2019)

2:18–cv–04020–DGC (closed 11/06/2019)

2:18–cv–04021–DGC (closed 11/06/2019)

2:18–cv–04022–DGC (closed 10/29/2019)

2:18–cv–04024–DGC (closed 10/31/2019)

2:18–cv–04026–DGC (closed 11/06/2019)

2:18–cv–04027–DGC (closed 10/29/2019)

2:18–cv–04028–DGC (closed 11/21/2019)

2:18–cv–04029–DGC (closed 10/15/2019)

2:18–cv–04030–DGC (closed 12/11/2019)

2:18–cv–04032–DGC (closed 12/11/2019)

2:18–cv–04033–DGC (closed 12/11/2019)

2:18–cv–04034–DGC (closed 12/11/2019)

2:18–cv–04035–DGC (closed 12/11/2019)

2:18–cv–04036–DGC (closed 12/04/2019)

2:18–cv–04037–DGC (closed 03/05/2020)

2:18–cv–04038–DGC (closed 03/05/2020)

2:18–cv–04047–DGC (closed 12/10/2019)

2:18–cv–04048–DGC (closed 12/10/2019)

2:18–cv–04049–DGC (closed 12/10/2019)

2:18–cv–04055–DGC

2:18–cv–04059–DGC

2:18–cv–04060–DGC (closed 12/04/2019)

2:18–cv–04061–DGC

2:18–cv–04062–DGC (closed 12/04/2019)

2:18–cv–04064–DGC (closed 12/04/2019)

2:18–cv–04065–DGC

2:18–cv–04066–DGC (closed 03/05/2020)

2:18–cv–04069–DGC (closed 03/05/2020)

2:18–cv–04074–DGC (closed 12/04/2019)

2:18–cv–04079–DGC (closed 03/05/2020)

2:18–cv–04083–DGC (closed 03/05/2020)

2:18–cv–04084–DGC

2:18–cv–04093–DGC (closed 10/17/2019)

2:18–cv–04094–DGC

2:18–cv–04095–DGC (closed 12/30/2019)

2:18–cv–04098–DGC (closed 01/07/2020)

2:18–cv–04099–DGC (closed 08/20/2019)

2:18–cv–04104–DGC (closed 11/05/2019)

2:18–cv–04119–DGC

2:18–cv–04121–DGC

2:18–cv–04122–DGC (closed 12/05/2019)

2:18–cv–04123–DGC (closed 12/09/2019)

2:18–cv–04124–DGC (closed 11/21/2019)

2:18–cv–04125–DGC

2:18–cv–04126–DGC (closed 12/04/2019)

2:18–cv–04127–DGC (closed 12/04/2019)

2:18–cv–04128–DGC (closed 12/04/2019)

2:18–cv–04131–DGC (closed 12/04/2019)

2:18–cv–04132–DGC (closed 12/04/2019)

2:18–cv–04133–DGC (closed 12/04/2019)

2:18–cv–04134–DGC

2:18–cv–04135–DGC

2:18–cv–04137–DGC

2:18–cv–04138–DGC

2:18–cv–04140–DGC

2:18–cv–04141–DGC (closed 01/10/2020)

2:18–cv–04142–DGC

2:18–cv–04144–DGC

2:18–cv–04145–DGC (closed 12/04/2019)

2:18–cv–04146–DGC (closed 12/04/2019)

2:18–cv–04147–DGC (closed 12/04/2019)

2:18–cv–04148–DGC (closed 03/05/2020)

2:18–cv–04150–DGC (closed 03/05/2020)

2:18–cv–04151–DGC

2:18–cv–04152–DGC

2:18–cv–04153–DGC (closed 12/04/2019)

2:18–cv–04154–DGC (closed 12/04/2019)

2:18–cv–04156–DGC (closed 12/04/2019)

2:18–cv–04155–DGC

2:18–cv–04157–DGC (closed 01/07/2020)

2:18–cv–04158–DGC

2:18–cv–04159–DGC (closed 03/05/2020)

2:18–cv–04160–DGC (closed 12/04/2019)

2:18–cv–04161–DGC

2:18–cv–04162–DGC

2:18–cv–04163–DGC (closed 03/05/2020)

2:18–cv–04167–DGC (closed 12/10/2019)

2:18–cv–04169–DGC (closed 03/05/2020)

2:18–cv–04170–DGC

2:18–cv–04171–DGC

2:18–cv–04173–DGC

2:18–cv–04177–DGC

2:18–cv–04178–DGC (closed 12/30/2019)

2:18–cv–04181–DGC (closed 01/07/2020)

2:18–cv–04187–DGC (closed 01/10/2020)

2:18–cv–04188–DGC (closed 01/10/2020)

2:18–cv–04199–DGC

2:18–cv–04200–DGC (closed 07/16/2019)

2:18–cv–04201–DGC

2:18–cv–04202–DGC

2:18–cv–04203–DGC

2:18–cv–04204–DGC

2:18–cv–04205–DGC

2:18–cv–04212–DGC (closed 01/06/2020)

2:18–cv–04220–DGC (closed 12/11/2019)

2:18–cv–04224–DGC (closed 12/04/2019)

2:18–cv–04228–DGC (closed 03/05/2020)

2:18–cv–04229–DGC (closed 12/11/2019)

2:18–cv–04231–DGC (closed 03/04/2020)

2:18–cv–04232–DGC (closed 12/04/2019)

2:18–cv–04236–DGC (closed 01/07/2020)

2:18–cv–04252–DGC (closed 12/09/2019)

2:18–cv–04254–DGC (closed 12/10/2019)

2:18–cv–04256–DGC

2:18–cv–04258–DGC
2:18–cv–04259–DGC (closed 10/17/2019)
2:18–cv–04260–DGC (closed 03/05/2020)
2:18–cv–04261–DGC (closed 10/17/2019)
2:18–cv–04262–DGC
2:18–cv–04263–DGC (closed 10/17/2019)
2:18–cv–04264–DGC (closed 03/05/2020)
2:18–cv–04268–DGC (closed 10/17/2019)
2:18–cv–04269–DGC (closed 10/17/2019)
2:18–cv–04270–DGC (closed 10/17/2019)
2:18–cv–04271–DGC (closed 10/17/2019)
2:18–cv–04272–DGC (closed 10/17/2019)
2:18–cv–04273–DGC (closed 10/17/2019)
2:18–cv–04274–DGC (closed 10/17/2019)
2:18–cv–04275–DGC (closed 10/17/2019)
2:18–cv–04277–DGC (closed 10/17/2019)
2:18–cv–04278–DGC (closed 10/17/2019)
2:18–cv–04280–DGC (closed 10/17/2019)
2:18–cv–04281–DGC (closed 10/17/2019)
2:18–cv–04282–DGC (closed 10/17/2019)
2:18–cv–04283–DGC (closed 10/17/2019)
2:18–cv–04284–DGC (closed 08/20/2019)
2:18–cv–04287–DGC
2:18–cv–04288–DGC (closed 10/17/2019)
2:18–cv–04289–DGC (closed 10/17/2019)
2:18–cv–04291–DGC (closed 10/17/2019)
2:18–cv–04292–DGC (closed 10/17/2019)
2:18–cv–04293–DGC (closed 10/17/2019)
2:18–cv–04294–DGC (closed 10/17/2019)
2:18–cv–04295–DGC (closed 10/17/2019)
2:18–cv–04296–DGC (closed 10/17/2019)
2:18–cv–04290–DGC (closed 10/17/2019)
2:18–cv–04297–DGC (closed 10/17/2019)
2:18–cv–04298–DGC (closed 10/17/2019)
2:18–cv–04299–DGC (closed 10/17/2019)
2:18–cv–04300–DGC (closed 10/17/2019)
2:18–cv–04301–DGC (closed 10/17/2019)
2:18–cv–04302–DGC (closed 10/17/2019)
2:18–cv–04303–DGC (closed 10/17/2019)
2:18–cv–04304–DGC (closed 10/17/2019)
2:18–cv–04305–DGC (closed 10/17/2019)
2:18–cv–04306–DGC (closed 10/17/2019)
2:18–cv–04307–DGC (closed 10/17/2019)
2:18–cv–04308–DGC (closed 10/17/2019)

2:18–cv–04309–DGC (closed 10/17/2019)

2:18–cv–04310–DGC (closed 10/17/2019)

2:18–cv–04311–DGC (closed 10/17/2019)

2:18–cv–04312–DGC (closed 10/17/2019)

2:18–cv–04313–DGC (closed 10/17/2019)

2:18–cv–04314–DGC (closed 10/17/2019)

2:18–cv–04315–DGC (closed 10/17/2019)

2:18–cv–04316–DGC (closed 10/17/2019)

2:18–cv–04317–DGC (closed 10/17/2019)

2:18–cv–04318–DGC (closed 10/17/2019)

2:18–cv–04319–DGC (closed 10/17/2019)

2:18–cv–04320–DGC (closed 03/05/2020)

2:18–cv–04321–DGC (closed 10/17/2019)

2:18–cv–04322–DGC (closed 10/17/2019)

2:18–cv–04327–DGC

2:18–cv–04328–DGC (closed 03/05/2020)

2:18–cv–04329–DGC

2:18–cv–04330–DGC

2:18–cv–04331–DGC (closed 03/05/2020)

2:18–cv–04333–DGC

2:18–cv–04334–DGC (closed 11/20/2019)

2:18–cv–04335–DGC (closed 11/20/2019)

2:18–cv–04336–DGC (closed 10/15/2019)

2:18–cv–04337–DGC (closed 11/06/2019)

2:18–cv–04338–DGC (closed 10/15/2019)

2:18–cv–04339–DGC (closed 11/06/2019)

2:18–cv–04340–DGC (closed 11/20/2019)

2:18–cv–04341–DGC (closed 10/15/2019)

2:18–cv–04342–DGC (closed 11/06/2019)

2:18–cv–04343–DGC (closed 11/20/2019)

2:18–cv–04344–DGC (closed 11/20/2019)

2:18–cv–04345–DGC (closed 11/20/2019)

2:18–cv–04346–DGC (closed 10/15/2019)

2:18–cv–04347–DGC (closed 10/16/2019)

2:18–cv–04348–DGC (closed 10/16/2019)

2:18–cv–04349–DGC (closed 11/06/2019)

2:18–cv–04350–DGC (closed 11/20/2019)

2:18–cv–04351–DGC (closed 10/16/2019)

2:18–cv–04352–DGC (closed 11/06/2019)

2:18–cv–04353–DGC (closed 10/15/2019)

2:18–cv–04354–DGC (closed 10/15/2019)

2:18–cv–04355–DGC (closed 10/15/2019)

2:18–cv–04356–DGC (closed 11/20/2019)

2:18–cv–04357–DGC (closed 11/01/2019)

2:18–cv–04358–DGC (closed 10/15/2019)

2:18–cv–04365–DGC (closed 10/17/2019)

2:18–cv–04366–DGC

2:18–cv–04368–DGC

2:18–cv–04369–DGC (closed 11/21/2019)

2:18–cv–04370–DGC (closed 11/06/2019)

2:18–cv–04371–DGC (closed 11/06/2019)

2:18–cv–04372–DGC (closed 11/20/2019)

2:18–cv–04373–DGC (closed 11/06/2019)

2:18–cv–04374–DGC (closed 10/17/2019)

2:18–cv–04375–DGC (closed 10/15/2019)

2:18–cv–04376–DGC (closed 10/29/2019)

2:18–cv–04377–DGC (closed 10/29/2019)

2:18–cv–04378–DGC (closed 10/31/2019)

2:18–cv–04379–DGC (closed 10/29/2019)

2:18–cv–04380–DGC (closed 11/06/2019)

2:18–cv–04381–DGC (closed 10/29/2019)

2:18–cv–04382–DGC (closed 10/17/2019)

2:18–cv–04383–DGC (closed 10/31/2019)

2:18–cv–04384–DGC (closed 10/29/2019)

2:18–cv–04385–DGC (closed 12/04/2019)

2:18–cv–04386–DGC (closed 10/29/2019)

2:18–cv–04387–DGC (closed 12/05/2019)

2:18–cv–04388–DGC (closed 10/17/2019)

2:18–cv–04389–DGC (closed 11/06/2019)

2:18–cv–04390–DGC (closed 11/06/2019)

2:18–cv–04391–DGC (closed 11/21/2019)

2:18–cv–04392–DGC (closed 11/21/2019)

2:18–cv–04393–DGC (closed 11/21/2019)

2:18–cv–04394–DGC (closed 11/21/2019)

2:18–cv–04395–DGC (closed 11/06/2019)

2:18–cv–04396–DGC (closed 11/20/2019)

2:18–cv–04397–DGC (closed 10/17/2019)

2:18–cv–04398–DGC (closed 10/22/2019)

2:18–cv–04399–DGC (closed 11/21/2019)

2:18–cv–04400–DGC (closed 10/29/2019)

2:18–cv–04401–DGC (closed 11/22/2019)

2:18–cv–04402–DGC (closed 03/05/2020)

2:18–cv–04403–DGC (closed 10/31/2019)

2:18–cv–04404–DGC (closed 03/04/2020)

2:18–cv–04405–DGC (closed 11/21/2019)

2:18–cv–04406–DGC (closed 11/06/2019)

2:18–cv–04407–DGC (closed 11/06/2019)

2:18–cv–04408–DGC (closed 10/31/2019)

2:18–cv–04409–DGC (closed 10/31/2019)

2:18–cv–04410–DGC (closed 11/22/2019)

2:18–cv–04411–DGC (closed 10/31/2019)

2:18–cv–04412–DGC (closed 11/01/2019)

2:18–cv–04413–DGC (closed 11/06/2019)

2:18–cv–04414–DGC (closed 10/29/2019)

2:18–cv–04415–DGC (closed 10/31/2019)

2:18–cv–04416–DGC (closed 11/22/2019)

2:18–cv–04417–DGC (closed 11/06/2019)

2:18–cv–04418–DGC (closed 11/21/2019)

2:18–cv–04419–DGC (closed 10/31/2019)

2:18–cv–04421–DGC (closed 10/17/2019)

2:18–cv–04423–DGC (closed 11/21/2019)

2:18–cv–04425–DGC (closed 10/29/2019)

2:18–cv–04426–DGC (closed 11/21/2019)

2:18–cv–04427–DGC (closed 10/29/2019)

2:18–cv–04430–DGC (closed 11/06/2019)

2:18–cv–04431–DGC (closed 11/01/2019)

2:18–cv–04433–DGC (closed 10/15/2019)

2:18–cv–04434–DGC (closed 10/17/2019)

2:18–cv–04435–DGC (closed 11/21/2019)

2:18–cv–04436–DGC (closed 10/29/2019)

2:18–cv–04437–DGC (closed 10/22/2019)

2:18–cv–04438–DGC (closed 10/29/2019)

2:18–cv–04439–DGC (closed 10/22/2019)

2:18–cv–04440–DGC (closed 10/23/2019)

2:18–cv–04441–DGC (closed 10/29/2019)

2:18–cv–04442–DGC (closed 10/31/2019)

2:18–cv–04443–DGC (closed 10/29/2019)

2:18–cv–04444–DGC (closed 10/31/2019)

2:18–cv–04445–DGC (closed 10/29/2019)

2:18–cv–04446–DGC (closed 11/21/2019)

2:18–cv–04447–DGC (closed 12/04/2019)

2:18–cv–04448–DGC (closed 11/21/2019)

2:18–cv–04449–DGC (closed 11/06/2019)

2:18–cv–04450–DGC (closed 11/22/2019)

2:18–cv–04451–DGC (closed 11/06/2019)

2:18–cv–04452–DGC (closed 10/31/2019)

2:18–cv–04453–DGC (closed 10/22/2019)

2:18–cv–04454–DGC (closed 12/09/2019)

2:18–cv–04456–DGC (closed 01/07/2020)

2:18–cv–04472–DGC (closed 11/20/2019)

2:18–cv–04473–DGC (closed 11/06/2019)

2:18–cv–04474–DGC (closed 10/29/2019)

2:18–cv–04475–DGC (closed 11/21/2019)

2:18–cv–04476–DGC (closed 10/29/2019)

2:18–cv–04477–DGC (closed 11/21/2019)

2:18–cv–04478–DGC (closed 10/29/2019)

2:18–cv–04479–DGC (closed 10/29/2019)

2:18–cv–04480–DGC (closed 10/31/2019)

2:18–cv–04481–DGC (closed 11/22/2019)

2:18–cv–04482–DGC (closed 10/31/2019)

2:18–cv–04483–DGC (closed 10/31/2019)

2:18–cv–04485–DGC (closed 11/21/2019)

2:18–cv–04486–DGC (closed 11/21/2019)

2:18–cv–04487–DGC (closed 11/21/2019)

2:18–cv–04488–DGC (closed 10/29/2019)

2:18–cv–04489–DGC (closed 10/31/2019)

2:18–cv–04490–DGC (closed 11/22/2019)

2:18–cv–04491–DGC (closed 10/31/2019)

2:18–cv–04492–DGC (closed 10/23/2019)

2:18–cv–04493–DGC (closed 11/20/2019)

2:18–cv–04494–DGC (closed 10/31/2019)

2:18–cv–04495–DGC (closed 10/31/2019)

2:18–cv–04496–DGC (closed 11/06/2019)

2:18–cv–04497–DGC (closed 11/06/2019)

2:18–cv–04498–DGC (closed 11/21/2019)

2:18–cv–04499–DGC (closed 10/17/2019)

2:18–cv–04500–DGC (closed 11/06/2019)

2:18–cv–04501–DGC (closed 10/22/2019)

2:18–cv–04502–DGC (closed 10/31/2019)

2:18–cv–04503–DGC (closed 10/29/2019)

2:18–cv–04504–DGC (closed 11/06/2019)

2:18–cv–04505–DGC (closed 10/23/2019)

2:18–cv–04506–DGC (closed 10/29/2019)

2:18–cv–04507–DGC (closed 11/20/2019)

2:18–cv–04508–DGC (closed 11/06/2019)

2:18–cv–04509–DGC (closed 11/06/2019)

2:18–cv–04510–DGC (closed 11/06/2019)

2:18–cv–04511–DGC (closed 10/29/2019)

2:18–cv–04512–DGC (closed 11/21/2019)

2:18–cv–04513–DGC (closed 11/06/2019)

2:18–cv–04515–DGC (closed 10/15/2019)

2:18–cv–04516–DGC (closed 10/17/2019)

2:18–cv–04518–DGC

2:18–cv–04519–DGC (closed 10/17/2019)

2:18–cv–04520–DGC (closed 10/17/2019)

2:18–cv–04521–DGC (closed 10/17/2019)

2:18–cv–04524–DGC (closed 10/17/2019)

2:18–cv–04525–DGC (closed 10/17/2019)

2:18–cv–04526–DGC (closed 10/17/2019)

2:18–cv–04527–DGC (closed 10/17/2019)

2:18–cv–04528–DGC (closed 10/17/2019)

2:18–cv–04529–DGC (closed 10/17/2019)

2:18–cv–04044–DGC

2:18–cv–04530–DGC (closed 10/17/2019)

2:18–cv–04531–DGC (closed 10/17/2019)

2:18–cv–04532–DGC (closed 10/17/2019)

2:18–cv–04533–DGC (closed 10/17/2019)

2:18–cv–04534–DGC (closed 10/17/2019)

2:18–cv–04535–DGC (closed 10/17/2019)

2:18–cv–04536–DGC (closed 12/18/2019)

2:18–cv–04537–DGC (closed 12/18/2019)

2:18–cv–04538–DGC (closed 12/18/2019)

2:18–cv–04542–DGC (closed 12/18/2019)

2:18–cv–04549–DGC (closed 12/04/2019)

2:18–cv–04553–DGC

2:18–cv–04557–DGC

2:18–cv–04558–DGC (closed 11/20/2019)

2:18–cv–04561–DGC (closed 12/11/2019)

2:18–cv–04562–DGC

2:18–cv–04563–DGC (closed 10/17/2019)

2:18–cv–04567–DGC (closed 10/15/2019)

2:18–cv–04568–DGC (closed 11/20/2019)

2:18–cv–04569–DGC (closed 10/15/2019)

2:18–cv–04571–DGC (closed 11/20/2019)

2:18–cv–04572–DGC (closed 10/17/2019)

2:18–cv–04573–DGC (closed 10/17/2019)

2:18–cv–04574–DGC (closed 11/06/2019)

2:18–cv–04575–DGC (closed 10/23/2019)

2:18–cv–04576–DGC (closed 11/21/2019)

2:18–cv–04577–DGC (closed 10/23/2019)

2:18–cv–04578–DGC (closed 11/06/2019)

2:18–cv–04579–DGC (closed 10/23/2019)

2:18–cv–04580–DGC (closed 10/29/2019)

2:18–cv–04581–DGC (closed 11/21/2019)

2:18–cv–04582–DGC (closed 10/29/2019)

2:18–cv–04583–DGC (closed 10/29/2019)

2:18–cv–04584–DGC (closed 10/29/2019)

2:18–cv–04585–DGC (closed 10/29/2019)

2:18–cv–04586–DGC (closed 10/29/2019)

2:18–cv–04587–DGC (closed 11/22/2019)

2:18–cv–04588–DGC (closed 11/22/2019)

2:18–cv–04589–DGC (closed 11/22/2019)

2:18–cv–04590–DGC (closed 11/22/2019)

2:18–cv–04591–DGC (closed 01/06/2020)

2:18–cv–04592–DGC (closed 12/17/2019)

2:18–cv–04600–DGC (closed 01/06/2020)

2:18–cv–04601–DGC

2:18–cv–04602–DGC

2:18–cv–04603–DGC (closed 10/31/2019)

2:18–cv–04604–DGC (closed 10/31/2019)

2:18–cv–04605–DGC (closed 11/01/2019)

2:18–cv–04606–DGC (closed 11/21/2019)

2:18–cv–04607–DGC (closed 10/29/2019)

2:18–cv–04608–DGC (closed 10/31/2019)

2:18–cv–04610–DGC (closed 10/17/2019)

2:18–cv–04611–DGC (closed 10/22/2019)

2:18–cv–04612–DGC (closed 01/09/2020)

2:18–cv–04613–DGC (closed 10/22/2019)

2:18–cv–04614–DGC (closed 03/05/2020)

2:18–cv–04615–DGC (closed 03/05/2020)

2:18–cv–04616–DGC (closed 03/05/2020)

2:18–cv–04617–DGC (closed 11/06/2019)

2:18–cv–04618–DGC (closed 10/31/2019)

2:18–cv–04619–DGC (closed 11/21/2019)

2:18–cv–04620–DGC (closed 11/01/2019)

2:18–cv–04621–DGC (closed 11/21/2019)

2:18–cv–04622–DGC (closed 10/29/2019)

2:18–cv–04623–DGC (closed 10/31/2019)

2:18–cv–04624–DGC (closed 11/22/2019)

2:18–cv–04625–DGC (closed 11/20/2019)

2:18–cv–04626–DGC (closed 11/06/2019)

2:18–cv–04636–DGC

2:18–cv–04637–DGC (closed 03/05/2020)

2:18–cv–04638–DGC (closed 12/05/2019)

2:18–cv–04639–DGC (closed 11/06/2019)

2:18–cv–04640–DGC

2:18–cv–04641–DGC (closed 10/29/2019)

2:18–cv–04642–DGC (closed 10/31/2019)

2:18–cv–04644–DGC (closed 11/06/2019)

2:18–cv–04645–DGC (closed 10/31/2019)

2:18–cv–04646–DGC (closed 10/31/2019)

2:18–cv–04647–DGC

2:18–cv–04648–DGC (closed 10/22/2019)

2:18–cv–04649–DGC (closed 10/31/2019)

2:18–cv–04650–DGC (closed 01/13/2020)

2:18–cv–04651–DGC (closed 01/14/2020)

2:18–cv–04652–DGC (closed 03/05/2020)

2:18–cv–04653–DGC (closed 03/05/2020)

2:18–cv–04654–DGC (closed 03/05/2020)

2:18–cv–04655–DGC

2:18–cv–04656–DGC

2:18–cv–04657–DGC

2:18–cv–04658–DGC

2:18–cv–04659–DGC

2:18–cv–04660–DGC

2:18–cv–04671–DGC (closed 10/31/2019)

2:18–cv–04678–DGC (closed 03/05/2020)

2:18–cv–04679–DGC (closed 03/05/2020)

2:18–cv–04680–DGC (closed 12/09/2019)

2:18–cv–04690–DGC (closed 01/06/2020)

2:18–cv–04691–DGC (closed 12/30/2019)

2:18–cv–04709–DGC (closed 03/05/2020)

2:18–cv–04719–DGC (closed 10/17/2019)

2:18–cv–04721–DGC (closed 03/05/2020)

2:18–cv–04722–DGC (closed 03/05/2020)

2:18–cv–04723–DGC (closed 03/05/2020)

2:18–cv–04724–DGC (closed 03/05/2020)

2:18–cv–04729–DGC (closed 03/05/2020)

2:18–cv–04730–DGC (closed 03/05/2020)

2:18–cv–04731–DGC (closed 03/05/2020)

2:18–cv–04732–DGC (closed 03/04/2020)

2:18–cv–04733–DGC (closed 03/05/2020)

2:18–cv–04734–DGC (closed 03/05/2020)

2:18–cv–04735–DGC (closed 03/05/2020)

2:18–cv–04736–DGC (closed 03/05/2020)

2:18–cv–04737–DGC (closed 03/05/2020)

2:18–cv–04738–DGC (closed 03/05/2020)

2:18–cv–04740–DGC (closed 03/05/2020)

2:18–cv–04741–DGC (closed 12/04/2019)

2:18–cv–04742–DGC (closed 12/04/2019)

2:18–cv–04743–DGC (closed 12/04/2019)

2:18–cv–04744–DGC (closed 12/04/2019)

2:18–cv–04745–DGC (closed 12/04/2019)

2:18–cv–04746–DGC (closed 03/05/2020)

2:18–cv–04747–DGC (closed 03/05/2020)

2:18–cv–04749–DGC (closed 03/05/2020)

2:18–cv–04750–DGC (closed 03/05/2020)

2:18–cv–04751–DGC (closed 03/05/2020)

2:18–cv–04752–DGC (closed 01/02/2020)

2:18–cv–04753–DGC (closed 03/05/2020)

2:18–cv–04754–DGC (closed 03/05/2020)

2:18–cv–04758–DGC

2:18–cv–04761–DGC (closed 03/05/2020)

2:18–cv–04762–DGC (closed 03/05/2020)

2:18–cv–04767–DGC (closed 03/05/2020)

2:18–cv–04769–DGC (closed 03/05/2020)

2:18–cv–04770–DGC (closed 10/17/2019)

2:18–cv–04771–DGC (closed 03/05/2020)

2:18–cv–04772–DGC (closed 03/05/2020)

2:18–cv–04774–DGC (closed 03/05/2020)

2:18–cv–04775–DGC (closed 03/05/2020)

2:18–cv–04779–DGC (closed 03/05/2020)

2:18–cv–04780–DGC (closed 03/05/2020)

2:18–cv–04781–DGC (closed 03/05/2020)

2:18–cv–04782–DGC (closed 03/05/2020)

2:18–cv–04783–DGC (closed 03/05/2020)

2:18–cv–04784–DGC (closed 03/05/2020)

2:18–cv–04785–DGC (closed 03/05/2020)

2:18–cv–04786–DGC (closed 03/05/2020)

2:18–cv–04788–DGC (closed 03/05/2020)

2:18–cv–04789–DGC (closed 03/05/2020)

2:18–cv–04790–DGC (closed 03/05/2020)

2:18–cv–04791–DGC (closed 03/05/2020)

2:18–cv–04792–DGC (closed 03/05/2020)

2:18–cv–04793–DGC (closed 03/05/2020)

2:18–cv–04794–DGC

2:18–cv–04795–DGC (closed 03/05/2020)

2:18–cv–04796–DGC (closed 03/05/2020)

2:18–cv–04798–DGC (closed 03/05/2020)

2:18–cv–04799–DGC

2:18–cv–04800–DGC (closed 03/05/2020)

2:18–cv–04802–DGC (closed 03/05/2020)

2:18–cv–04803–DGC (closed 03/05/2020)

2:18–cv–04804–DGC (closed 03/05/2020)

2:18–cv–04805–DGC (closed 03/05/2020)

2:18–cv–04808–DGC (closed 03/05/2020)

2:18–cv–04809–DGC (closed 03/05/2020)

2:18–cv–04812–DGC (closed 03/05/2020)

2:18–cv–04813–DGC (closed 03/05/2020)

2:18–cv–04814–DGC

2:18–cv–04816–DGC (closed 03/05/2020)

2:18–cv–04817–DGC (closed 03/05/2020)

2:18–cv–04818–DGC

2:18–cv–04823–DGC (closed 08/20/2019)

2:18–cv–04824–DGC (closed 08/20/2019)

2:18–cv–04825–DGC

2:18–cv–04827–DGC (closed 01/02/2020)

2:18–cv–04830–DGC (closed 03/05/2020)

2:18–cv–04831–DGC (closed 03/05/2020)

2:18–cv–04832–DGC (closed 03/05/2020)

2:18–cv–04833–DGC (closed 03/05/2020)

2:18–cv–04834–DGC (closed 03/05/2020)

2:18–cv–04836–DGC (closed 03/05/2020)

2:18–cv–04837–DGC (closed 03/05/2020)

2:18–cv–04839–DGC (closed 03/05/2020)

2:18–cv–04840–DGC (closed 03/05/2020)

2:18–cv–04841–DGC (closed 03/05/2020)

2:18–cv–04843–DGC (closed 03/05/2020)

2:18–cv–04844–DGC (closed 03/05/2020)

2:18–cv–04845–DGC (closed 03/05/2020)

2:18–cv–04846–DGC (closed 03/05/2020)

2:18–cv–04847–DGC (closed 03/05/2020)

2:18–cv–04848–DGC (closed 03/05/2020)

2:18–cv–04849–DGC (closed 03/05/2020)

2:18–cv–04850–DGC (closed 03/05/2020)

2:18–cv–04853–DGC (closed 03/05/2020)

2:18–cv–04854–DGC (closed 03/05/2020)

2:18–cv–04855–DGC (closed 03/05/2020)

2:18–cv–04856–DGC (closed 03/05/2020)

2:18–cv–04861–DGC (closed 01/02/2020)

2:18–cv–04862–DGC (closed 03/05/2020)

2:18–cv–04863–DGC (closed 03/05/2020)

2:18–cv–04865–DGC (closed 03/05/2020)

2:18–cv–04868–DGC

2:18–cv–04869–DGC

2:18–cv–04870–DGC (closed 01/10/2020)

2:18–cv–04873–DGC

2:18–cv–04874–DGC (closed 03/04/2020)

2:18–cv–04876–DGC (closed 01/07/2020)

2:18–cv–04877–DGC (closed 03/05/2020)

2:18–cv–04878–DGC

2:18–cv–04883–DGC (closed 12/04/2019)

2:18–cv–04885–DGC (closed 03/04/2020)

2:18–cv–04889–DGC

2:18–cv–04893–DGC

2:18–cv–04894–DGC

2:18–cv–04905–DGC
2:18–cv–04906–DGC (closed 03/05/2020)
2:18–cv–04907–DGC (closed 03/05/2020)
2:18–cv–04908–DGC (closed 03/05/2020)
2:18–cv–04909–DGC (closed 03/05/2020)
2:18–cv–04910–DGC (closed 03/05/2020)
2:18–cv–04911–DGC (closed 02/18/2019)
2:18–cv–04912–DGC (closed 01/02/2020)
2:18–cv–04913–DGC (closed 01/02/2020)
2:18–cv–04914–DGC (closed 01/02/2020)
2:18–cv–04915–DGC (closed 02/27/2019)
2:18–cv–04916–DGC (closed 01/02/2020)
2:18–cv–04918–DGC (closed 01/23/2019)
2:18–cv–04923–DGC (closed 01/02/2020)
2:18–cv–04924–DGC
2:18–cv–04925–DGC
2:18–cv–04926–DGC (closed 12/17/2019)
2:18–cv–04927–DGC (closed 03/05/2020)
2:18–cv–04928–DGC (closed 03/05/2020)
2:18–cv–04929–DGC (closed 03/05/2020)
2:18–cv–04930–DGC (closed 03/05/2020)
2:18–cv–04931–DGC (closed 03/05/2020)
2:18–cv–04932–DGC (closed 03/05/2020)
2:18–cv–04934–DGC (closed 03/05/2020)
2:18–cv–04935–DGC (closed 03/05/2020)
2:18–cv–04936–DGC (closed 03/05/2020)
2:18–cv–04937–DGC (closed 03/05/2020)
2:18–cv–04938–DGC (closed 03/05/2020)
2:18–cv–04939–DGC (closed 12/05/2019)
2:18–cv–04951–DGC (closed 03/06/2019)
2:18–cv–04952–DGC (closed 12/11/2019)
2:18–cv–04953–DGC (closed 01/07/2020)
2:19–cv–00001–DGC (closed 01/08/2020)
2:19–cv–00003–DGC
2:19–cv–00008–DGC (closed 03/05/2020)
2:19–cv–00009–DGC (closed 03/05/2020)
2:19–cv–00010–DGC (closed 03/05/2020)
2:19–cv–00012–DGC (closed 03/05/2020)
2:19–cv–00013–DGC (closed 03/05/2020)
2:19–cv–00022–DGC (closed 03/05/2020)
2:19–cv–00021–DGC (closed 03/05/2020)
2:19–cv–00023–DGC (closed 03/05/2020)
2:19–cv–00024–DGC (closed 03/05/2020)
2:19–cv–00026–DGC (closed 12/18/2019)

2:19–cv–00027–DGC

2:19–cv–00028–DGC

2:19–cv–00030–DGC (closed 03/05/2020)

2:19–cv–00031–DGC (closed 03/05/2020)

2:19–cv–00032–DGC (closed 03/05/2020)

2:19–cv–00033–DGC (closed 03/05/2020)

2:19–cv–00034–DGC (closed 03/05/2020)

2:19–cv–00035–DGC (closed 03/05/2020)

2:19–cv–00036–DGC (closed 03/05/2020)

2:19–cv–00040–DGC

2:19–cv–00044–DGC (closed 01/07/2020)

2:19–cv–00045–DGC

2:19–cv–00046–DGC (closed 03/05/2020)

2:19–cv–00047–DGC (closed 03/05/2020)

2:19–cv–00048–DGC (closed 03/05/2020)

2:19–cv–00049–DGC (closed 03/05/2020)

2:19–cv–00050–DGC (closed 03/05/2020)

2:19–cv–00053–DGC (closed 03/05/2020)

2:19–cv–00054–DGC (closed 03/05/2020)

2:19–cv–01110–DGC (closed 12/09/2019)

2:19–cv–00058–DGC (closed 08/20/2019)

2:19–cv–00059–DGC (closed 03/05/2020)

2:19–cv–00061–DGC (closed 12/30/2019)

2:19–cv–00064–DGC (closed 01/07/2020)

2:19–cv–00065–DGC (closed 12/04/2019)

2:19–cv–00066–DGC (closed 12/04/2019)

2:19–cv–00067–DGC (closed 03/05/2020)

2:19–cv–00071–DGC (closed 12/05/2019)

2:19–cv–00072–DGC (closed 03/05/2020)

2:19–cv–00073–DGC (closed 03/05/2020)

2:19–cv–00074–DGC (closed 03/05/2020)

2:19–cv–00075–DGC (closed 03/05/2020)

2:19–cv–00077–DGC (closed 03/05/2020)

2:19–cv–00078–DGC (closed 03/05/2020)

2:19–cv–00080–DGC (closed 03/05/2020)

2:19–cv–00081–DGC (closed 03/05/2020)

2:19–cv–00082–DGC (closed 03/05/2020)

2:19–cv–00083–DGC (closed 03/05/2020)

2:19–cv–00084–DGC (closed 03/05/2020)

2:19–cv–00085–DGC (closed 01/02/2020)

2:19–cv–00086–DGC (closed 01/02/2020)

2:19–cv–00087–DGC (closed 01/02/2020)

2:19–cv–00089–DGC (closed 06/03/2019)

2:19–cv–00090–DGC (closed 01/02/2020)

2:19–cv–00091–DGC (closed 01/02/2020)

2:19–cv–00092–DGC (closed 01/02/2020)

2:19–cv–00095–DGC

2:19–cv–00096–DGC

2:19–cv–00097–DGC

2:19–cv–00098–DGC

2:19–cv–00099–DGC

2:19–cv–00103–DGC (closed 03/05/2020)

2:19–cv–00104–DGC

2:19–cv–00105–DGC (closed 03/05/2020)

2:19–cv–00106–DGC (closed 03/05/2020)

2:19–cv–00107–DGC (closed 03/05/2020)

2:19–cv–00108–DGC (closed 03/05/2020)

2:19–cv–00109–DGC (closed 01/02/2020)

2:19–cv–00110–DGC (closed 01/10/2020)

2:19–cv–00111–DGC (closed 01/02/2020)

2:19–cv–00112–DGC (closed 01/02/2020)

2:19–cv–00113–DGC (closed 01/02/2020)

2:19–cv–00114–DGC (closed 11/06/2019)

2:19–cv–00115–DGC (closed 03/05/2020)

2:19–cv–00116–DGC (closed 11/21/2019)

2:19–cv–00117–DGC (closed 03/05/2020)

2:19–cv–00118–DGC (closed 03/05/2020)

2:19–cv–00119–DGC (closed 03/05/2020)

2:19–cv–00120–DGC (closed 01/02/2020)

2:19–cv–00121–DGC (closed 01/02/2020)

2:19–cv–00124–DGC (closed 12/05/2019)

2:19–cv–00126–DGC

2:19–cv–00127–DGC

2:19–cv–00130–DGC (closed 01/02/2020)

2:19–cv–00131–DGC (closed 01/02/2020)

2:19–cv–00133–DGC (closed 01/02/2020)

2:19–cv–00135–DGC (closed 01/02/2020)

2:19–cv–00136–DGC (closed 12/17/2019)

2:19–cv–00137–DGC (closed 01/02/2020)

2:19–cv–00138–DGC (closed 01/02/2020)

2:19–cv–00139–DGC (closed 12/17/2019)

2:19–cv–00140–DGC (closed 12/30/2019)

2:19–cv–00141–DGC (closed 01/02/2020)

2:19–cv–00142–DGC (closed 01/02/2020)

2:19–cv–00143–DGC (closed 01/02/2020)

2:19–cv–00144–DGC (closed 12/30/2019)

2:19–cv–00145–DGC (closed 12/17/2019)

2:19–cv–00146–DGC (closed 12/30/2019)

2:19–cv–00147–DGC (closed 01/10/2020)

2:19–cv–00148–DGC (closed 12/30/2019)

2:19–cv–00151–DGC (closed 12/30/2019)

2:19–cv–00153–DGC (closed 12/30/2019)

2:19–cv–00154–DGC (closed 12/30/2019)

2:19–cv–00155–DGC (closed 12/30/2019)

2:19–cv–00156–DGC (closed 12/11/2019)

2:19–cv–00158–DGC (closed 03/05/2020)

2:19–cv–00159–DGC (closed 03/05/2020)

2:19–cv–00160–DGC (closed 12/16/2019)

2:19–cv–00162–DGC (closed 03/05/2020)

2:19–cv–00163–DGC

2:19–cv–00164–DGC (closed 12/09/2019)

2:19–cv–00165–DGC (closed 01/07/2020)

2:19–cv–00174–DGC

2:19–cv–00175–DGC

2:19–cv–00176–DGC (closed 10/17/2019)

2:19–cv–00177–DGC

2:19–cv–00178–DGC (closed 01/06/2020)

2:19–cv–00179–DGC

2:19–cv–00181–DGC

2:19–cv–00182–DGC

2:19–cv–00185–DGC (closed 06/19/2019)

2:19–cv–00186–DGC (closed 11/06/2019)

2:19–cv–00187–DGC

2:19–cv–00189–DGC (closed 09/04/2019)

2:19–cv–00190–DGC (closed 12/10/2019)

2:19–cv–00191–DGC (closed 12/09/2019)

2:19–cv–00192–DGC (closed 10/17/2019)

2:19–cv–00193–DGC (closed 10/17/2019)

2:19–cv–00194–DGC (closed 03/04/2020)

2:19–cv–00195–DGC (closed 10/17/2019)

2:19–cv–00196–DGC (closed 10/17/2019)

2:19–cv–00197–DGC (closed 01/06/2020)

2:19–cv–00198–DGC (closed 03/04/2020)

2:19–cv–00199–DGC (closed 10/17/2019)

2:19–cv–00200–DGC (closed 03/05/2020)

2:19–cv–00201–DGC (closed 11/21/2019)

2:19–cv–00202–DGC (closed 10/17/2019)

2:19–cv–00203–DGC (closed 10/17/2019)

2:19–cv–00204–DGC (closed 10/17/2019)

2:19–cv–00205–DGC (closed 10/17/2019)

2:19–cv–00206–DGC (closed 10/17/2019)

2:19–cv–00207–DGC (closed 10/17/2019)

2:19–cv–00208–DGC (closed 10/17/2019)

2:19–cv–00214–DGC (closed 10/17/2019)

2:19–cv–00215–DGC (closed 10/17/2019)

2:19–cv–00216–DGC (closed 10/17/2019)

2:19–cv–00217–DGC

2:19–cv–00218–DGC

2:19–cv–00219–DGC

2:19–cv–00220–DGC

2:19–cv–00221–DGC

2:19–cv–00225–DGC (closed 01/06/2020)

2:19–cv–00226–DGC (closed 12/16/2019)

2:19–cv–00230–DGC (closed 12/17/2019)

2:19–cv–00232–DGC

2:19–cv–00233–DGC

2:19–cv–00234–DGC

2:19–cv–00235–DGC

2:19–cv–00240–DGC

2:19–cv–00241–DGC (closed 12/30/2019)

2:19–cv–00242–DGC

2:19–cv–00245–DGC

2:19–cv–00252–DGC (closed 03/05/2020)

2:19–cv–00255–DGC (closed 01/07/2020)

2:19–cv–01111–DGC (closed 12/09/2019)

2:19–cv–00260–DGC (closed 10/29/2019)

2:19–cv–00261–DGC (closed 03/05/2020)

2:19–cv–00262–DGC

2:19–cv–00263–DGC

2:19–cv–00266–DGC (closed 03/05/2020)

2:19–cv–00267–DGC (closed 03/05/2020)

2:19–cv–00268–DGC (closed 03/05/2020)

2:19–cv–00269–DGC (closed 03/05/2020)

2:19–cv–00270–DGC (closed 03/05/2020)

2:19–cv–00271–DGC (closed 03/05/2020)

2:19–cv–00272–DGC (closed 01/06/2020)

2:19–cv–00278–DGC (closed 03/05/2020)

2:19–cv–00281–DGC (closed 10/17/2019)

2:19–cv–00282–DGC (closed 10/17/2019)

2:19–cv–00283–DGC (closed 10/17/2019)

2:19–cv–00284–DGC (closed 03/04/2020)

2:19–cv–00285–DGC (closed 10/17/2019)

2:19–cv–00293–DGC

2:19–cv–00294–DGC (closed 08/20/2019)

2:19–cv–00295–DGC (closed 08/20/2019)

2:19–cv–00296–DGC

2:19–cv–00298–DGC

2:19–cv–00305–DGC

2:19–cv–00306–DGC

2:19–cv–00307–DGC (closed 12/05/2019)

2:19–cv–00311–DGC (closed 01/10/2020)

2:19–cv–00312–DGC (closed 03/05/2020)

2:19–cv–00315–DGC (closed 12/30/2019)

2:19–cv–00316–DGC (closed 12/16/2019)

2:19–cv–00317–DGC (closed 12/16/2019)

2:19–cv–00318–DGC (closed 01/08/2020)

2:19–cv–00320–DGC (closed 01/10/2020)

2:19–cv–00321–DGC

2:19–cv–00325–DGC (closed 12/11/2019)

2:19–cv–00326–DGC (closed 03/05/2020)

2:19–cv–00330–DGC (closed 12/05/2019)

2:19–cv–00342–DGC (closed 03/05/2020)

2:19–cv–00343–DGC (closed 03/05/2020)

2:19–cv–00344–DGC

2:19–cv–00345–DGC (closed 12/05/2019)

2:19–cv–00346–DGC (closed 12/17/2019)

2:19–cv–00351–DGC (closed 12/05/2019)

2:19–cv–00352–DGC (closed 11/21/2019)

2:19–cv–00353–DGC (closed 12/05/2019)

2:19–cv–00354–DGC

2:19–cv–00355–DGC (closed 03/05/2020)

2:19–cv–00358–DGC (closed 03/05/2020)

2:19–cv–00361–DGC

2:19–cv–00362–DGC (closed 03/05/2020)

2:19–cv–00365–DGC (closed 03/05/2020)

2:19–cv–00367–DGC (closed 03/04/2020)

2:19–cv–00368–DGC (closed 03/05/2020)

2:19–cv–00369–DGC

2:19–cv–00378–DGC

2:19–cv–00392–DGC (closed 12/09/2019)

2:19–cv–00393–DGC (closed 12/05/2019)

2:19–cv–00394–DGC (closed 10/31/2019)

2:19–cv–00395–DGC

2:19–cv–00398–DGC (closed 01/06/2020)

2:19–cv–00399–DGC

2:19–cv–00408–DGC (closed 01/08/2020)

2:19–cv–00410–DGC (closed 01/08/2020)

2:19–cv–00412–DGC (closed 01/09/2020)

2:19–cv–00413–DGC

2:19–cv–00414–DGC

2:19–cv–00415–DGC

2:19–cv–00416–DGC

2:19–cv–00417–DGC (closed 10/29/2019)

2:19–cv–00418–DGC

2:19–cv–00419–DGC

2:19–cv–00420–DGC (closed 03/05/2020)

2:19–cv–00426–DGC

2:19–cv–00427–DGC

2:19–cv–00428–DGC

2:19–cv–00429–DGC

2:19–cv–00430–DGC (closed 10/16/2019)

2:19–cv–00431–DGC (closed 10/16/2019)

2:19–cv–00432–DGC (closed 10/16/2019)

2:19–cv–00433–DGC (closed 11/20/2019)

2:19–cv–00434–DGC (closed 11/20/2019)

2:19–cv–00435–DGC (closed 11/06/2019)

2:19–cv–00436–DGC (closed 11/01/2019)

2:19–cv–00437–DGC (closed 11/06/2019)

2:19–cv–00438–DGC (closed 11/20/2019)

2:19–cv–00439–DGC (closed 10/17/2019)

2:19–cv–00440–DGC (closed 10/17/2019)

2:19–cv–00441–DGC (closed 11/06/2019)

2:19–cv–00442–DGC (closed 10/22/2019)

2:19–cv–00443–DGC (closed 11/20/2019)

2:19–cv–00444–DGC (closed 10/29/2019)

2:19–cv–00445–DGC (closed 10/29/2019)

2:19–cv–00446–DGC (closed 11/21/2019)

2:19–cv–00447–DGC (closed 10/29/2019)

2:19–cv–00448–DGC (closed 10/29/2019)

2:19–cv–00449–DGC (closed 11/06/2019)

2:19–cv–00450–DGC (closed 11/06/2019)

2:19–cv–00451–DGC (closed 10/22/2019)

2:19–cv–00452–DGC (closed 10/31/2019)

2:19–cv–00453–DGC (closed 10/15/2019)

2:19–cv–00454–DGC (closed 10/31/2019)

2:19–cv–00455–DGC (closed 10/31/2019)

2:19–cv–00456–DGC (closed 10/15/2019)

2:19–cv–00457–DGC (closed 10/31/2019)

2:19–cv–00458–DGC (closed 10/31/2019)

2:19–cv–00459–DGC (closed 11/20/2019)

2:19–cv–00460–DGC (closed 10/31/2019)

2:19–cv–00461–DGC (closed 10/31/2019)

2:19–cv–00462–DGC (closed 10/15/2019)

2:19–cv–00463–DGC (closed 11/20/2019)

2:19–cv–00464–DGC (closed 11/20/2019)

2:19–cv–00465–DGC (closed 10/23/2019)

2:19–cv–00466–DGC (closed 11/06/2019)

2:19–cv–00467–DGC (closed 10/23/2019)

2:19–cv–00468–DGC (closed 11/21/2019)

2:19–cv–00469–DGC (closed 10/23/2019)

2:19–cv–00470–DGC (closed 11/21/2019)

2:19–cv–00471–DGC (closed 11/06/2019)

2:19–cv–00472–DGC (closed 10/31/2019)

2:19–cv–00473–DGC (closed 10/31/2019)

2:19–cv–00474–DGC (closed 10/31/2019)

2:19–cv–00475–DGC (closed 11/06/2019)

2:19–cv–00476–DGC (closed 11/01/2019)

2:19–cv–00477–DGC (closed 10/16/2019)

2:19–cv–00478–DGC (closed 10/16/2019)

2:19–cv–00479–DGC (closed 11/20/2019)

2:19–cv–00480–DGC (closed 10/15/2019)

2:19–cv–00481–DGC (closed 10/15/2019)

2:19–cv–00482–DGC (closed 10/15/2019)

2:19–cv–00483–DGC (closed 10/22/2019)

2:19–cv–00502–DGC (closed 10/16/2019)

2:19–cv–00484–DGC (closed 10/22/2019)

2:19–cv–00485–DGC (closed 10/22/2019)

2:19–cv–00486–DGC (closed 10/22/2019)

2:19–cv–00487–DGC (closed 10/22/2019)

2:19–cv–00488–DGC (closed 10/29/2019)

2:19–cv–00489–DGC (closed 10/23/2019)

2:19–cv–00491–DGC (closed 10/29/2019)

2:19–cv–00492–DGC (closed 10/31/2019)

2:19–cv–00493–DGC (closed 11/06/2019)

2:19–cv–00495–DGC (closed 01/07/2020)

2:19–cv–00496–DGC (closed 11/20/2019)

2:19–cv–00497–DGC (closed 11/21/2019)

2:19–cv–00498–DGC (closed 12/05/2019)

2:19–cv–00500–DGC (closed 01/08/2020)

2:19–cv–00503–DGC (closed 10/16/2019)

2:19–cv–00501–DGC (closed 01/08/2020)

2:19–cv–00504–DGC (closed 11/20/2019)

2:19–cv–00505–DGC (closed 10/15/2019)

2:19–cv–01112–DGC (closed 01/06/2020)

2:19–cv–00507–DGC (closed 11/06/2019)

2:19–cv–00508–DGC (closed 10/17/2019)

2:19–cv–00509–DGC (closed 10/17/2019)

2:19–cv–00510–DGC (closed 10/15/2019)

2:19–cv–00511–DGC (closed 10/22/2019)

2:19–cv–00512–DGC (closed 10/15/2019)

2:19–cv–00514–DGC (closed 10/22/2019)

2:19–cv–00515–DGC (closed 10/15/2019)

2:19–cv–00516–DGC (closed 10/22/2019)

2:19–cv–00518–DGC (closed 11/20/2019)

2:19–cv–00519–DGC (closed 11/20/2019)

2:19–cv–00520–DGC (closed 10/22/2019)

2:19–cv–00521–DGC (closed 11/06/2019)

2:19–cv–00522–DGC (closed 10/23/2019)

2:19–cv–00523–DGC (closed 10/15/2019)

2:19–cv–00524–DGC (closed 10/23/2019)

2:19–cv–00525–DGC (closed 01/10/2020)

2:19–cv–00526–DGC (closed 10/17/2019)

2:19–cv–00527–DGC (closed 10/22/2019)

2:19–cv–00528–DGC (closed 10/29/2019)

2:19–cv–00529–DGC (closed 11/20/2019)

2:19–cv–00530–DGC (closed 10/29/2019)

2:19–cv–00531–DGC (closed 11/06/2019)

2:19–cv–00532–DGC (closed 10/23/2019)

2:19–cv–00533–DGC (closed 10/23/2019)

2:19–cv–00534–DGC (closed 10/23/2019)

2:19–cv–00535–DGC (closed 10/29/2019)

2:19–cv–00536–DGC

2:19–cv–00537–DGC (closed 10/23/2019)

2:19–cv–00538–DGC (closed 10/23/2019)

2:19–cv–00539–DGC (closed 10/29/2019)

2:19–cv–00540–DGC (closed 10/29/2019)

2:19–cv–00541–DGC (closed 10/29/2019)

2:19–cv–00542–DGC (closed 10/29/2019)

2:19–cv–00543–DGC (closed 10/29/2019)

2:19–cv–00544–DGC (closed 10/29/2019)

2:19–cv–00545–DGC (closed 10/29/2019)

2:19–cv–00546–DGC (closed 10/29/2019)

2:19–cv–00547–DGC (closed 10/29/2019)

2:19–cv–00548–DGC (closed 10/29/2019)

2:19–cv–00549–DGC (closed 11/06/2019)

2:19–cv–00550–DGC (closed 10/31/2019)

2:19–cv–00551–DGC (closed 10/31/2019)

2:19–cv–00552–DGC (closed 11/06/2019)

2:19–cv–00553–DGC (closed 10/31/2019)

2:19–cv–00554–DGC

2:19–cv–00555–DGC (closed 12/09/2019)

2:19–cv–00556–DGC

2:19–cv–00557–DGC (closed 10/29/2019)

2:19–cv–00558–DGC (closed 10/29/2019)

2:19–cv–00559–DGC (closed 10/22/2019)

2:19–cv–00560–DGC (closed 10/29/2019)

2:19–cv–00561–DGC (closed 10/29/2019)

2:19–cv–00562–DGC (closed 10/29/2019)

2:19–cv–00563–DGC (closed 10/31/2019)

2:19–cv–00564–DGC

2:19–cv–00565–DGC (closed 10/31/2019)

2:19–cv–00566–DGC (closed 10/31/2019)

2:19–cv–00567–DGC (closed 11/06/2019)

2:19–cv–00568–DGC (closed 10/16/2019)

2:19–cv–00569–DGC (closed 10/15/2019)

2:19–cv–00570–DGC (closed 10/17/2019)

2:19–cv–00571–DGC (closed 11/20/2019)

2:19–cv–00572–DGC (closed 10/22/2019)

2:19–cv–00573–DGC (closed 10/23/2019)

2:19–cv–00574–DGC (closed 10/22/2019)

2:19–cv–00575–DGC (closed 10/29/2019)

2:19–cv–00576–DGC (closed 10/29/2019)

2:19–cv–00577–DGC (closed 10/29/2019)

2:19–cv–00578–DGC (closed 10/29/2019)

2:19–cv–00579–DGC (closed 10/29/2019)

2:19–cv–00580–DGC (closed 11/06/2019)

2:19–cv–00581–DGC (closed 10/29/2019)

2:19–cv–00582–DGC (closed 10/31/2019)

2:19–cv–00583–DGC (closed 10/31/2019)

2:19–cv–00584–DGC (closed 10/31/2019)

2:19–cv–00585–DGC (closed 10/31/2019)

2:19–cv–00586–DGC (closed 11/21/2019)

2:19–cv–00587–DGC (closed 10/16/2019)

2:19–cv–00588–DGC (closed 10/15/2019)

2:19–cv–00589–DGC (closed 10/22/2019)

2:19–cv–00590–DGC (closed 11/06/2019)

2:19–cv–00591–DGC (closed 10/22/2019)

2:19–cv–00592–DGC (closed 10/29/2019)

2:19–cv–00593–DGC (closed 11/22/2019)

2:19–cv–00594–DGC (closed 11/22/2019)

2:19–cv–00595–DGC (closed 10/31/2019)

2:19–cv–00596–DGC (closed 11/22/2019)

2:19–cv–00597–DGC (closed 10/31/2019)

2:19–cv–00598–DGC (closed 11/06/2019)

2:19–cv–00599–DGC (closed 10/31/2019)

2:19–cv–00600–DGC (closed 11/06/2019)

2:19–cv–00601–DGC (closed 12/05/2019)

2:19–cv–00602–DGC (closed 11/06/2019)

2:19–cv–00603–DGC (closed 11/06/2019)

2:19–cv–00604–DGC (closed 10/31/2019)

2:19–cv–00605–DGC (closed 11/06/2019)

2:19–cv–00606–DGC

2:19–cv–00610–DGC (closed 01/06/2020)

2:19–cv–00611–DGC (closed 04/04/2019)

2:19–cv–00612–DGC (closed 12/05/2019)

2:19–cv–00613–DGC (closed 12/11/2019)

2:19–cv–00615–DGC (closed 01/08/2020)

2:19–cv–00616–DGC (closed 07/09/2019)

2:19–cv–00619–DGC (closed 01/08/2020)

2:19–cv–00620–DGC (closed 10/16/2019)

2:19–cv–00621–DGC (closed 11/20/2019)

2:19–cv–00622–DGC (closed 11/20/2019)

2:19–cv–00623–DGC (closed 11/06/2019)

2:19–cv–00624–DGC (closed 10/15/2019)

2:19–cv–00625–DGC (closed 10/15/2019)

2:19–cv–00626–DGC (closed 10/15/2019)

2:19–cv–00627–DGC (closed 11/20/2019)

2:19–cv–00628–DGC (closed 10/15/2019)

2:19–cv–00639–DGC (closed 10/22/2019)

2:19–cv–00630–DGC (closed 11/20/2019)

2:19–cv–00631–DGC (closed 11/20/2019)

2:19–cv–00632–DGC (closed 10/17/2019)

2:19–cv–00633–DGC (closed 11/20/2019)

2:19–cv–00634–DGC (closed 11/20/2019)

2:19–cv–00635–DGC (closed 10/22/2019)

2:19–cv–00636–DGC (closed 10/22/2019)

2:19–cv–00637–DGC (closed 11/20/2019)

2:19–cv–00629–DGC (closed 10/17/2019)

2:19–cv–00640–DGC (closed 10/22/2019)

2:19–cv–00641–DGC (closed 10/23/2019)

2:19–cv–00642–DGC (closed 11/21/2019)

2:19–cv–00643–DGC (closed 10/23/2019)

2:19–cv–00644–DGC (closed 10/23/2019)

2:19–cv–00645–DGC (closed 10/29/2019)

2:19–cv–00646–DGC (closed 11/06/2019)

2:19–cv–00647–DGC (closed 10/29/2019)

2:19–cv–00648–DGC (closed 08/20/2019)

2:19–cv–00651–DGC (closed 10/16/2019)

2:19–cv–00654–DGC (closed 11/20/2019)

2:19–cv–00655–DGC (closed 11/21/2019)

2:19–cv–00656–DGC (closed 08/20/2019)

2:19–cv–00658–DGC (closed 11/22/2019)

2:19–cv–00659–DGC (closed 11/21/2019)

2:19–cv–00661–DGC (closed 10/29/2019)

2:19–cv–00662–DGC (closed 11/21/2019)

2:19–cv–00663–DGC (closed 11/06/2019)

2:19–cv–00664–DGC (closed 10/29/2019)

2:19–cv–00665–DGC (closed 11/21/2019)

2:19–cv–00666–DGC (closed 10/29/2019)

2:19–cv–00667–DGC (closed 11/06/2019)

2:19–cv–00668–DGC (closed 10/31/2019)

2:19–cv–00669–DGC (closed 11/06/2019)

2:19–cv–00670–DGC

2:19–cv–00671–DGC (closed 10/31/2019)

2:19–cv–00672–DGC

2:19–cv–00673–DGC (closed 11/06/2019)

2:19–cv–00675–DGC (closed 11/21/2019)

2:19–cv–00676–DGC

2:19–cv–00677–DGC (closed 12/16/2019)

2:19–cv–00678–DGC (closed 12/16/2019)

2:19–cv–00679–DGC (closed 03/04/2020)

2:19–cv–00680–DGC (closed 12/16/2019)

2:19–cv–00681–DGC (closed 03/05/2020)

2:19–cv–00682–DGC

2:19–cv–00683–DGC (closed 12/05/2019)

2:19–cv–00684–DGC (closed 11/01/2019)

2:19–cv–00685–DGC

2:19–cv–00688–DGC (closed 08/20/2019)

2:19–cv–00689–DGC

2:19–cv–00690–DGC

2:19–cv–00691–DGC

2:19–cv–00692–DGC

2:19–cv–00693–DGC

2:19–cv–00694–DGC

2:19–cv–00695–DGC

2:19–cv–00698–DGC (closed 03/05/2020)

2:19–cv–00699–DGC (closed 01/08/2020)

2:19–cv–00702–DGC (closed 03/05/2020)

2:19–cv–00703–DGC

2:19–cv–00704–DGC

2:19–cv–00705–DGC

2:19–cv–00706–DGC

2:19–cv–00707–DGC

2:19–cv–00708–DGC (closed 03/05/2020)

2:19–cv–00711–DGC (closed 03/05/2020)

2:19–cv–00712–DGC (closed 03/05/2020)

2:19–cv–00713–DGC

2:19–cv–00714–DGC (closed 01/07/2020)

2:19–cv–00715–DGC (closed 01/10/2020)

2:19–cv–00719–DGC (closed 03/05/2020)

2:19–cv–00720–DGC (closed 03/05/2020)

2:19–cv–00721–DGC

2:19–cv–00722–DGC (closed 03/05/2020)

2:19–cv–00731–DGC (closed 03/05/2020)

2:19–cv–00732–DGC (closed 01/06/2020)

2:19–cv–00737–DGC (closed 03/05/2020)

2:19–cv–00738–DGC (closed 03/05/2020)

2:19–cv–00739–DGC (closed 03/05/2020)

2:19–cv–00740–DGC (closed 03/04/2020)

2:19–cv–00741–DGC (closed 03/05/2020)

2:19–cv–00745–DGC (closed 01/06/2020)

2:19–cv–00752–DGC (closed 08/20/2019)

2:19–cv–00753–DGC (closed 12/11/2019)

2:19–cv–00754–DGC (closed 12/09/2019)

2:19–cv–00755–DGC (closed 12/11/2019)

2:19–cv–00756–DGC (closed 01/06/2020)

2:19–cv–00757–DGC (closed 12/18/2019)

2:19–cv–00758–DGC (closed 01/06/2020)

2:19–cv–00759–DGC (closed 12/09/2019)

2:19–cv–00760–DGC (closed 01/07/2020)

2:19–cv–00761–DGC (closed 12/09/2019)

2:19–cv–00762–DGC (closed 01/06/2020)

2:19–cv–00763–DGC (closed 01/08/2020)

2:19–cv–00765–DGC

2:19–cv–00767–DGC (closed 01/06/2020)

2:19–cv–00769–DGC (closed 01/06/2020)

2:19–cv–00770–DGC (closed 01/08/2020)

2:19–cv–00773–DGC (closed 12/30/2019)

2:19–cv–00774–DGC (closed 01/06/2020)

2:19–cv–00776–DGC (closed 01/07/2020)

2:19–cv–00778–DGC (closed 12/09/2019)

2:19–cv–00779–DGC (closed 01/06/2020)

2:19–cv–00780–DGC (closed 12/18/2019)

2:19–cv–00781–DGC (closed 01/08/2020)

2:19–cv–00782–DGC (closed 12/05/2019)

2:19–cv–00785–DGC (closed 01/08/2020)

2:19–cv–00786–DGC (closed 08/20/2019)

2:19–cv–00787–DGC (closed 08/20/2019)

2:19–cv–00788–DGC (closed 08/20/2019)

2:19–cv–00789–DGC (closed 08/20/2019)

2:19–cv–00790–DGC (closed 08/20/2019)

2:19–cv–00791–DGC (closed 08/20/2019)

2:19–cv–00792–DGC

2:19–cv–00793–DGC (closed 01/08/2020)

2:19–cv–00794–DGC (closed 12/09/2019)

2:19–cv–00795–DGC

2:19–cv–00796–DGC (closed 01/08/2020)

2:19–cv–00797–DGC (closed 01/10/2020)

2:19–cv–00798–DGC (closed 01/10/2020)

2:19–cv–00799–DGC (closed 01/10/2020)

2:19–cv–00800–DGC (closed 12/05/2019)

2:19–cv–00801–DGC (closed 01/10/2020)

2:19–cv–00802–DGC

2:19–cv–00808–DGC

2:19–cv–00809–DGC (closed 01/06/2020)

2:19–cv–00810–DGC (closed 01/10/2020)

2:19–cv–00811–DGC (closed 03/05/2020)

2:19–cv–00813–DGC (closed 03/05/2020)

2:19–cv–00814–DGC (closed 03/05/2020)

2:19–cv–00815–DGC (closed 03/05/2020)

2:19–cv–00816–DGC (closed 03/05/2020)

2:19–cv–00817–DGC (closed 01/10/2020)

2:19–cv–00818–DGC (closed 01/10/2020)

2:19–cv–00820–DGC (closed 01/10/2020)

2:19–cv–00821–DGC (closed 12/16/2019)

2:19–cv–00822–DGC (closed 01/10/2020)

2:19–cv–00823–DGC (closed 01/10/2020)

2:19–cv–00824–DGC (closed 01/10/2020)

2:19–cv–00825–DGC (closed 01/03/2020)

2:19–cv–00826–DGC

2:19–cv–00829–DGC

2:19–cv–00830–DGC

2:19–cv–00506–DGC (closed 11/06/2019)

2:19–cv–00674–DGC

2:19–cv–00839–DGC (closed 11/21/2019)

2:19–cv–00842–DGC (closed 12/18/2019)

2:19–cv–00843–DGC (closed 11/21/2019)

2:19–cv–00844–DGC (closed 10/17/2019)

2:19–cv–00851–DGC (closed 12/09/2019)

2:19–cv–00853–DGC (closed 01/10/2020)

2:19–cv–00854–DGC

2:19–cv–00855–DGC

2:19–cv–00856–DGC

2:19–cv–00857–DGC

2:19–cv–00859–DGC (closed 01/10/2020)

2:19–cv–00860–DGC (closed 01/10/2020)

2:19–cv–00861–DGC (closed 01/10/2020)

2:19–cv–00862–DGC (closed 01/10/2020)

2:19–cv–00863–DGC (closed 12/09/2019)

2:19–cv–00864–DGC (closed 01/10/2020)

2:19–cv–00866–DGC (closed 01/10/2020)

2:19–cv–00867–DGC (closed 12/09/2019)

2:19–cv–00868–DGC (closed 12/18/2019)

2:19–cv–00869–DGC (closed 12/09/2019)

2:19–cv–00870–DGC (closed 01/14/2020)

2:19–cv–00871–DGC (closed 12/18/2019)

2:19–cv–00872–DGC (closed 01/06/2020)

2:19–cv–00873–DGC (closed 12/18/2019)

2:19–cv–00874–DGC (closed 03/05/2020)

2:19–cv–00881–DGC (closed 01/06/2020)

2:19–cv–00882–DGC (closed 01/07/2020)

2:19–cv–00883–DGC (closed 01/08/2020)

2:19–cv–00884–DGC (closed 01/31/2020)

2:19–cv–00885–DGC (closed 01/07/2020)

2:19–cv–00886–DGC (closed 01/06/2020)

2:19–cv–00887–DGC (closed 01/08/2020)

2:19–cv–00889–DGC (closed 01/07/2020)

2:19–cv–00890–DGC (closed 01/08/2020)

2:19–cv–00891–DGC (closed 01/07/2020)

2:19–cv–00892–DGC (closed 12/11/2019)

2:19–cv–00893–DGC (closed 12/09/2019)

2:19–cv–00894–DGC (closed 12/09/2019)

2:19–cv–00895–DGC (closed 01/06/2020)

2:19–cv–00896–DGC (closed 01/07/2020)

2:19–cv–00897–DGC (closed 12/09/2019)

2:19–cv–00898–DGC (closed 12/09/2019)

2:19–cv–00899–DGC (closed 01/06/2020)

2:19–cv–00900–DGC (closed 01/07/2020)

2:19–cv–00901–DGC (closed 01/02/2020)

2:19–cv–00902–DGC (closed 08/20/2019)

2:19–cv–00903–DGC (closed 01/06/2020)

2:19–cv–00904–DGC (closed 01/08/2020)

2:19–cv–00905–DGC (closed 01/08/2020)

2:19–cv–00906–DGC (closed 12/09/2019)

2:19–cv–00909–DGC (closed 01/06/2020)

2:19–cv–00908–DGC (closed 01/08/2020)

2:19–cv–00910–DGC (closed 01/07/2020)

2:19–cv–00911–DGC (closed 01/07/2020)

2:19–cv–00912–DGC (closed 01/06/2020)

2:19–cv–00913–DGC (closed 12/09/2019)

2:19–cv–00914–DGC (closed 01/07/2020)

2:19–cv–00915–DGC (closed 01/07/2020)

2:19–cv–00919–DGC

2:19–cv–00920–DGC (closed 12/09/2019)

2:19–cv–00921–DGC

2:19–cv–00927–DGC

2:19–cv–00928–DGC (closed 12/10/2019)

2:19–cv–00929–DGC (closed 12/10/2019)

2:19–cv–00930–DGC (closed 12/10/2019)

2:19–cv–00931–DGC (closed 12/10/2019)

2:19–cv–00932–DGC (closed 12/10/2019)

2:19–cv–00933–DGC (closed 12/10/2019)

2:19–cv–00934–DGC (closed 12/10/2019)

2:19–cv–00936–DGC (closed 08/20/2019)

2:19–cv–00937–DGC (closed 03/05/2020)

2:19–cv–00938–DGC (closed 11/21/2019)

2:19–cv–00939–DGC

2:19–cv–00940–DGC (closed 01/06/2020)

2:19–cv–00941–DGC (closed 01/08/2020)

2:19–cv–00942–DGC (closed 01/07/2020)

2:19–cv–00943–DGC

2:19–cv–00944–DGC (closed 01/08/2020)

2:19–cv–00945–DGC

2:19–cv–00946–DGC (closed 12/09/2019)

2:19–cv–00947–DGC (closed 12/09/2019)

2:19–cv–00948–DGC (closed 01/07/2020)

2:19–cv–00949–DGC (closed 01/07/2020)

2:19–cv–00950–DGC (closed 01/06/2020)

2:19–cv–00951–DGC (closed 01/07/2020)

2:19–cv–00952–DGC (closed 01/08/2020)

2:19–cv–00953–DGC (closed 01/06/2020)

2:19–cv–00954–DGC (closed 03/26/2019)

2:19–cv–00959–DGC (closed 01/07/2020)

2:19–cv–00960–DGC (closed 01/06/2020)

2:19–cv–00961–DGC (closed 01/07/2020)

2:19–cv–00962–DGC (closed 01/07/2020)

2:19–cv–00964–DGC (closed 12/09/2019)

2:19–cv–00965–DGC (closed 01/06/2020)

2:19–cv–00969–DGC (closed 01/07/2020)

2:19–cv–00970–DGC (closed 01/06/2020)

2:19–cv–00971–DGC (closed 01/08/2020)

2:19–cv–00972–DGC (closed 12/09/2019)

2:19–cv–00973–DGC (closed 01/07/2020)

2:19–cv–00974–DGC (closed 01/08/2020)

2:19–cv–00975–DGC (closed 01/07/2020)

2:19–cv–00976–DGC (closed 12/09/2019)

2:19–cv–00977–DGC (closed 12/05/2019)

2:19–cv–00978–DGC (closed 01/08/2020)

2:19–cv–00980–DGC (closed 01/08/2020)

2:19–cv–00981–DGC (closed 01/06/2020)

2:19–cv–00982–DGC (closed 01/06/2020)

2:19–cv–00983–DGC (closed 01/07/2020)

2:19–cv–00984–DGC (closed 01/08/2020)

2:19–cv–00985–DGC (closed 01/08/2020)

2:19–cv–00986–DGC (closed 12/09/2019)

2:19–cv–00987–DGC (closed 01/06/2020)

2:19–cv–00989–DGC (closed 12/09/2019)

2:19–cv–00990–DGC (closed 12/09/2019)

2:19–cv–00991–DGC (closed 01/08/2020)

2:19–cv–00992–DGC (closed 12/09/2019)

2:19–cv–00993–DGC (closed 01/08/2020)

2:19–cv–00994–DGC (closed 01/07/2020)

2:19–cv–00995–DGC (closed 01/10/2020)

2:19–cv–00996–DGC (closed 01/03/2020)

2:19–cv–00997–DGC

2:19–cv–00998–DGC (closed 12/18/2019)

2:19–cv–00999–DGC

2:19–cv–01000–DGC

2:19–cv–01001–DGC

2:19–cv–01002–DGC

2:19–cv–01003–DGC

2:19–cv–01004–DGC

2:19–cv–01005–DGC (closed 01/07/2020)

2:19–cv–01006–DGC

2:19–cv–01007–DGC

2:19–cv–01008–DGC (closed 10/29/2019)

2:19–cv–01009–DGC (closed 01/08/2020)

2:19–cv–01010–DGC (closed 01/06/2020)

2:19–cv–01011–DGC (closed 01/06/2020)

2:19–cv–01012–DGC (closed 12/09/2019)

2:19–cv–01015–DGC (closed 01/08/2020)

2:19–cv–01016–DGC (closed 12/09/2019)

2:19–cv–01017–DGC (closed 01/07/2020)

2:19–cv–01018–DGC (closed 01/08/2020)

2:19–cv–01019–DGC (closed 01/08/2020)

2:19–cv–01020–DGC (closed 12/09/2019)

2:19–cv–01021–DGC (closed 03/05/2020)

2:19–cv–01022–DGC (closed 03/05/2020)

2:19–cv–01023–DGC (closed 03/05/2020)

2:19–cv–01024–DGC (closed 03/05/2020)

2:19–cv–01025–DGC

2:19–cv–01029–DGC

2:19–cv–01030–DGC (closed 03/05/2020)

2:19–cv–01031–DGC (closed 12/05/2019)

2:19–cv–01032–DGC (closed 12/09/2019)

2:19–cv–01033–DGC (closed 01/07/2020)

2:19–cv–01034–DGC (closed 01/08/2020)

2:19–cv–01035–DGC (closed 01/08/2020)

2:19–cv–01036–DGC (closed 12/09/2019)

2:19–cv–01037–DGC (closed 01/08/2020)

2:19–cv–01038–DGC (closed 01/06/2020)

2:19–cv–01039–DGC (closed 01/10/2020)

2:19–cv–01040–DGC

2:19–cv–01041–DGC (closed 12/09/2019)

2:19–cv–01042–DGC

2:19–cv–01043–DGC

2:19–cv–01044–DGC (closed 03/05/2020)

2:19–cv–01045–DGC

2:19–cv–01046–DGC

2:19–cv–01047–DGC

2:19–cv–01048–DGC

2:19–cv–01054–DGC (closed 01/07/2020)

2:19–cv–01057–DGC (closed 12/09/2019)

2:19–cv–01059–DGC

2:19–cv–01060–DGC

2:19–cv–01061–DGC

2:19–cv–01062–DGC

2:19–cv–01063–DGC

2:19–cv–01064–DGC

2:19–cv–01065–DGC (closed 12/17/2019)

2:19–cv–01068–DGC (closed 12/09/2019)

2:19–cv–01069–DGC (closed 01/06/2020)

2:19–cv–01070–DGC (closed 01/07/2020)

2:19–cv–01071–DGC (closed 01/06/2020)

2:19–cv–01072–DGC (closed 12/17/2019)

2:19–cv–01073–DGC (closed 01/08/2020)

2:19–cv–01074–DGC (closed 01/07/2020)

2:19–cv–01077–DGC (closed 07/17/2019)

2:19–cv–01078–DGC (closed 12/09/2019)

2:19–cv–01079–DGC (closed 01/08/2020)

2:19–cv–01080–DGC (closed 12/17/2019)

2:19–cv–01081–DGC (closed 01/07/2020)

2:19–cv–01082–DGC (closed 01/06/2020)

2:19–cv–01083–DGC (closed 01/06/2020)

2:19–cv–01084–DGC (closed 12/09/2019)

2:19–cv–01085–DGC (closed 12/09/2019)

2:19–cv–01086–DGC (closed 01/08/2020)

2:19–cv–01113–DGC

2:19–cv–01114–DGC (closed 10/17/2019)

2:19–cv–01115–DGC (closed 10/17/2019)

2:19–cv–01116–DGC

2:19–cv–01117–DGC (closed 10/17/2019)

2:19–cv–01122–DGC (closed 12/17/2019)

2:19–cv–01123–DGC (closed 12/18/2019)

2:19–cv–01124–DGC (closed 12/09/2019)

2:19–cv–01125–DGC (closed 01/06/2020)

2:19–cv–01126–DGC (closed 01/07/2020)

2:19–cv–01128–DGC (closed 01/06/2020)

2:19–cv–01130–DGC (closed 01/06/2020)

2:19–cv–01134–DGC (closed 12/05/2019)

2:19–cv–01135–DGC (closed 01/06/2020)

2:19–cv–01136–DGC (closed 11/21/2019)

2:19–cv–01137–DGC (closed 12/30/2019)

2:19–cv–01139–DGC (closed 10/29/2019)

2:19–cv–01140–DGC (closed 11/21/2019)

2:19–cv–01141–DGC

2:19–cv–01146–DGC

2:19–cv–01147–DGC

2:19–cv–01149–DGC

2:19–cv–01150–DGC (closed 06/19/2019)

2:19–cv–01151–DGC (closed 12/18/2019)

2:19–cv–01152–DGC (closed 01/08/2020)

2:19–cv–01153–DGC (closed 12/09/2019)

2:19–cv–01160–DGC (closed 01/08/2020)

2:19–cv–01161–DGC (closed 01/07/2020)

2:19–cv–01163–DGC (closed 12/09/2019)

2:19–cv–01164–DGC (closed 12/09/2019)

2:19–cv–01165–DGC (closed 01/06/2020)

2:19–cv–01166–DGC (closed 01/06/2020)

2:19–cv–01167–DGC (closed 01/07/2020)

2:19–cv–01168–DGC (closed 01/07/2020)

2:19–cv–01169–DGC (closed 01/08/2020)

2:19–cv–01170–DGC (closed 01/08/2020)

2:19–cv–01174–DGC (closed 01/08/2020)

2:19–cv–01175–DGC (closed 01/07/2020)

2:19–cv–01176–DGC (closed 12/09/2019)

2:19–cv–01177–DGC (closed 01/07/2020)

2:19–cv–01178–DGC (closed 01/06/2020)

2:19–cv–01179–DGC (closed 10/17/2019)

2:19–cv–01180–DGC (closed 10/17/2019)

2:19–cv–01181–DGC (closed 08/20/2019)

2:19–cv–01182–DGC (closed 10/17/2019)

2:19–cv–01183–DGC (closed 10/17/2019)

2:19–cv–01184–DGC (closed 10/17/2019)

2:19–cv–01138–DGC (closed 10/29/2019)

2:19–cv–01193–DGC (closed 12/09/2019)

2:19–cv–01194–DGC (closed 01/06/2020)

2:19–cv–01197–DGC (closed 08/20/2019)

2:19–cv–01198–DGC (closed 01/08/2020)

2:19–cv–01199–DGC

2:19–cv–01200–DGC

2:19–cv–01202–DGC (closed 01/08/2020)

2:19–cv–01203–DGC (closed 01/06/2020)

2:19–cv–01204–DGC (closed 01/06/2020)

2:19–cv–01205–DGC (closed 12/10/2019)

2:19–cv–01206–DGC (closed 12/10/2019)

2:19–cv–01207–DGC (closed 01/07/2020)

2:19–cv–01208–DGC (closed 10/17/2019)

2:19–cv–01209–DGC (closed 10/17/2019)

2:19–cv–01210–DGC (closed 10/17/2019)

2:19–cv–01211–DGC (closed 10/17/2019)

2:19–cv–01212–DGC

2:19–cv–01213–DGC

2:19–cv–01216–DGC

2:19–cv–01217–DGC (closed 01/07/2020)

2:19–cv–01218–DGC (closed 01/06/2020)

2:19–cv–01219–DGC (closed 01/06/2020)

2:19–cv–01220–DGC (closed 01/06/2020)

2:19–cv–01221–DGC (closed 12/04/2019)

2:19–cv–01222–DGC (closed 12/04/2019)

2:19–cv–01223–DGC (closed 12/04/2019)

2:19–cv–01224–DGC (closed 04/24/2019)

2:19–cv–01226–DGC (closed 12/04/2019)

2:19–cv–01230–DGC (closed 01/08/2020)

2:19–cv–01231–DGC (closed 12/04/2019)

2:19–cv–01233–DGC (closed 12/04/2019)

2:19–cv–01234–DGC

2:19–cv–01235–DGC (closed 03/04/2020)

2:19–cv–01236–DGC

2:19–cv–01239–DGC (closed 01/06/2020)

2:19–cv–01238–DGC

2:19–cv–01240–DGC (closed 01/06/2020)

2:19–cv–01242–DGC (closed 01/07/2020)

2:19–cv–01243–DGC (closed 01/08/2020)

2:19–cv–01244–DGC (closed 08/20/2019)

2:19–cv–01245–DGC (closed 12/09/2019)

2:19–cv–01246–DGC (closed 01/07/2020)

2:19–cv–01247–DGC (closed 01/07/2020)

2:19–cv–01248–DGC (closed 12/09/2019)

2:19–cv–01249–DGC (closed 01/06/2020)

2:19–cv–01250–DGC

2:19–cv–01251–DGC (closed 03/05/2020)

2:19–cv–01252–DGC (closed 12/09/2019)

2:19–cv–01253–DGC (closed 01/08/2020)

2:19–cv–01254–DGC (closed 12/09/2019)

2:19–cv–01255–DGC (closed 01/06/2020)

2:19–cv–01256–DGC (closed 03/05/2020)

2:19–cv–01257–DGC (closed 03/05/2020)

2:19–cv–01258–DGC

2:19–cv–01270–DGC (closed 01/06/2020)

2:19–cv–01271–DGC (closed 01/07/2020)

2:19–cv–01272–DGC (closed 01/08/2020)

2:19–cv–01274–DGC (closed 03/04/2020)

2:19–cv–01275–DGC (closed 12/09/2019)

2:19–cv–01276–DGC (closed 01/08/2020)

2:19–cv–01277–DGC (closed 12/04/2019)

2:19–cv–01279–DGC (closed 12/04/2019)

2:19–cv–01280–DGC (closed 12/04/2019)

2:19–cv–01281–DGC (closed 12/04/2019)

2:19–cv–01282–DGC (closed 12/04/2019)

2:19–cv–01283–DGC (closed 08/20/2019)

2:19–cv–01284–DGC (closed 12/09/2019)

2:19–cv–01285–DGC (closed 08/20/2019)

2:19–cv–01286–DGC (closed 12/09/2019)

2:19–cv–01292–DGC (closed 12/09/2019)

2:19–cv–01293–DGC (closed 01/07/2020)

2:19–cv–01294–DGC (closed 01/07/2020)

2:19–cv–01295–DGC (closed 12/09/2019)

2:19–cv–01296–DGC (closed 12/09/2019)

2:19–cv–01297–DGC (closed 03/04/2020)

2:19–cv–01298–DGC (closed 12/09/2019)

2:19–cv–01299–DGC (closed 01/06/2020)

2:19–cv–01300–DGC (closed 12/09/2019)

2:19–cv–01301–DGC (closed 01/08/2020)

2:19–cv–01302–DGC (closed 01/07/2020)

2:19–cv–01303–DGC (closed 12/09/2019)

2:19–cv–01304–DGC (closed 12/18/2019)

2:19–cv–01305–DGC (closed 01/06/2020)

2:19–cv–01306–DGC

2:19–cv–01308–DGC (closed 03/05/2020)

2:19–cv–01309–DGC (closed 12/16/2019)

2:19–cv–01313–DGC (closed 08/20/2019)

2:19–cv–01314–DGC (closed 08/20/2019)

2:19–cv–01325–DGC (closed 01/08/2020)

2:19–cv–01326–DGC (closed 01/06/2020)

2:19–cv–01327–DGC (closed 01/06/2020)

2:19–cv–01328–DGC (closed 01/06/2020)

2:19–cv–01329–DGC (closed 01/06/2020)

2:19–cv–01336–DGC (closed 01/08/2020)

2:19–cv–01337–DGC (closed 01/06/2020)

2:19–cv–01338–DGC (closed 08/20/2019)

2:19–cv–01346–DGC (closed 08/20/2019)

2:19–cv–01347–DGC (closed 08/20/2019)

2:19–cv–01348–DGC (closed 10/17/2019)

2:19–cv–01352–DGC (closed 03/04/2020)

2:19–cv–01353–DGC (closed 08/20/2019)

2:19–cv–01354–DGC (closed 08/20/2019)

2:19–cv–01355–DGC (closed 08/20/2019)

2:19–cv–01356–DGC (closed 08/20/2019)

2:19–cv–01357–DGC (closed 08/20/2019)

2:19–cv–01362–DGC (closed 12/09/2019)

2:19–cv–01363–DGC (closed 01/06/2020)

2:19–cv–01364–DGC (closed 01/06/2020)

2:19–cv–01365–DGC (closed 12/04/2019)

2:19–cv–01367–DGC (closed 12/09/2019)

2:19–cv–01368–DGC (closed 12/09/2019)

2:19–cv–01374–DGC (closed 01/06/2020)

2:19–cv–01375–DGC

2:19–cv–01376–DGC (closed 10/31/2019)

2:19–cv–01377–DGC (closed 01/08/2020)

2:19–cv–01378–DGC (closed 01/07/2020)

2:19–cv–01384–DGC (closed 03/05/2020)

2:19–cv–01385–DGC (closed 03/05/2020)

2:19–cv–01387–DGC (closed 11/21/2019)

2:19–cv–01394–DGC (closed 01/02/2020)

2:19–cv–01395–DGC (closed 01/06/2020)

2:19–cv–01396–DGC (closed 01/06/2020)

2:19–cv–01397–DGC (closed 01/07/2020)

2:19–cv–01398–DGC (closed 03/05/2020)

2:19–cv–01399–DGC (closed 03/05/2020)

2:19–cv–01400–DGC (closed 10/17/2019)

2:19–cv–01402–DGC (closed 01/31/2020)

2:19–cv–01403–DGC (closed 01/31/2020)

2:19–cv–01405–DGC (closed 01/31/2020)

2:19–cv–01406–DGC (closed 01/31/2020)

2:19–cv–01407–DGC (closed 03/05/2020)

2:19–cv–01408–DGC (closed 01/31/2020)

2:19–cv–01409–DGC (closed 01/31/2020)

2:19–cv–01410–DGC (closed 01/31/2020)

2:19–cv–01411–DGC (closed 01/31/2020)

2:19–cv–01412–DGC (closed 01/31/2020)

2:19–cv–01413–DGC (closed 01/31/2020)

2:19–cv–01414–DGC (closed 01/31/2020)

2:19–cv–01415–DGC (closed 01/31/2020)

2:19–cv–01416–DGC (closed 01/10/2020)

2:19–cv–01417–DGC (closed 12/17/2019)

2:19–cv–01418–DGC (closed 12/17/2019)

2:19–cv–01404–DGC (closed 01/31/2020)

2:19–cv–01424–DGC (closed 12/09/2019)

2:19–cv–01425–DGC (closed 01/07/2020)

2:19–cv–01426–DGC (closed 12/17/2019)

2:19–cv–01433–DGC (closed 01/08/2020)

2:19–cv–01434–DGC (closed 01/06/2020)

2:19–cv–01435–DGC (closed 01/02/2020)

2:19–cv–01436–DGC (closed 01/02/2020)

2:19–cv–01437–DGC (closed 01/02/2020)

2:19–cv–01444–DGC (closed 12/09/2019)

2:19–cv–01445–DGC (closed 10/17/2019)

2:19–cv–01446–DGC (closed 10/17/2019)

2:19–cv–01447–DGC (closed 10/17/2019)

2:19–cv–01448–DGC (closed 10/17/2019)

2:19–cv–01449–DGC

2:19–cv–01456–DGC

2:19–cv–01457–DGC

2:19–cv–01459–DGC (closed 12/16/2019)

2:19–cv–01460–DGC (closed 03/04/2020)

2:19–cv–01462–DGC (closed 03/05/2020)

2:19–cv–01465–DGC

2:19–cv–01466–DGC

2:19–cv–01467–DGC

2:19–cv–01468–DGC (closed 03/04/2020)

2:19–cv–01470–DGC

2:19–cv–01471–DGC (closed 03/05/2020)

2:19–cv–03254–DGC (closed 03/05/2020)

2:19–cv–01479–DGC (closed 11/22/2019)

2:19–cv–01480–DGC (closed 10/17/2019)

2:19–cv–01481–DGC (closed 10/17/2019)

2:19–cv–01482–DGC

2:19–cv–01483–DGC (closed 10/17/2019)

2:19–cv–01484–DGC (closed 10/17/2019)

2:19–cv–01485–DGC (closed 10/17/2019)

2:19–cv–01486–DGC (closed 10/17/2019)

2:19–cv–01487–DGC (closed 10/17/2019)

2:19–cv–01488–DGC (closed 10/17/2019)

2:19–cv–01489–DGC (closed 10/17/2019)

2:19–cv–01497–DGC

2:19–cv–01498–DGC

2:19–cv–01499–DGC (closed 01/31/2020)

2:19–cv–01500–DGC (closed 01/31/2020)

2:19–cv–01501–DGC (closed 01/31/2020)

2:19–cv–01502–DGC (closed 01/31/2020)

2:19–cv–01503–DGC (closed 01/31/2020)

2:19–cv–01504–DGC (closed 03/05/2020)

2:19–cv–01505–DGC (closed 01/31/2020)

2:19–cv–01506–DGC (closed 01/31/2020)

2:19–cv–01507–DGC

2:19–cv–01508–DGC (closed 01/31/2020)

2:19–cv–01509–DGC (closed 01/31/2020)

2:19–cv–01510–DGC (closed 01/31/2020)

2:19–cv–01511–DGC

2:19–cv–01512–DGC

2:19–cv–01513–DGC (closed 10/17/2019)

2:19–cv–01520–DGC (closed 10/17/2019)

2:19–cv–01523–DGC (closed 10/17/2019)

2:19–cv–01524–DGC (closed 10/17/2019)

2:19–cv–01525–DGC

2:19–cv–01526–DGC

2:19–cv–01528–DGC (closed 03/05/2020)

2:19–cv–01529–DGC (closed 03/05/2020)

2:19–cv–01531–DGC (closed 12/11/2019)

2:19–cv–01532–DGC (closed 08/20/2019)

2:19–cv–01533–DGC

2:19–cv–01534–DGC (closed 08/20/2019)

2:19–cv–01535–DGC

2:19–cv–01536–DGC (closed 03/05/2020)

2:19–cv–01537–DGC (closed 03/05/2020)

2:19–cv–01539–DGC

2:19–cv–01540–DGC (closed 03/04/2020)

2:19–cv–01541–DGC

2:19–cv–01545–DGC (closed 12/30/2019)

2:19–cv–01553–DGC (closed 12/05/2019)

2:19–cv–01554–DGC (closed 12/05/2019)

2:19–cv–01521–DGC

2:19–cv–01555–DGC (closed 10/17/2019)

2:19–cv–01556–DGC (closed 10/29/2019)

2:19–cv–01557–DGC (closed 11/06/2019)

2:19–cv–01558–DGC (closed 10/17/2019)

2:19–cv–01559–DGC (closed 10/17/2019)

2:19–cv–01560–DGC (closed 10/17/2019)

2:19–cv–01562–DGC (closed 12/04/2019)

2:19–cv–01575–DGC

2:19–cv–01576–DGC (closed 08/20/2019)

2:19–cv–01577–DGC (closed 08/20/2019)

2:19–cv–01584–DGC

2:19–cv–01585–DGC (closed 06/11/2019)

2:19–cv–01588–DGC (closed 12/16/2019)

2:19–cv–01589–DGC (closed 12/16/2019)

2:19–cv–01597–DGC (closed 03/05/2020)

2:19–cv–01602–DGC (closed 12/16/2019)

2:19–cv–01603–DGC (closed 12/16/2019)

2:19–cv–01604–DGC (closed 12/16/2019)

2:19–cv–01605–DGC (closed 12/16/2019)

2:19–cv–01606–DGC (closed 08/20/2019)

2:19–cv–01607–DGC (closed 08/20/2019)

2:19–cv–01608–DGC (closed 08/20/2019)

2:19–cv–01609–DGC (closed 08/20/2019)

2:19–cv–01610–DGC (closed 08/20/2019)

2:19–cv–01611–DGC (closed 10/17/2019)

2:19–cv–01612–DGC (closed 08/20/2019)

2:19–cv–01613–DGC (closed 08/20/2019)

2:19–cv–01614–DGC (closed 08/20/2019)

2:19–cv–01615–DGC (closed 08/20/2019)

2:19–cv–01616–DGC (closed 08/20/2019)

2:19–cv–01617–DGC (closed 08/20/2019)

2:19–cv–01618–DGC (closed 08/20/2019)

2:19–cv–01619–DGC (closed 08/20/2019)

2:19–cv–01620–DGC (closed 10/17/2019)

2:19–cv–01621–DGC (closed 08/20/2019)

2:19–cv–01622–DGC (closed 08/20/2019)

2:19–cv–01623–DGC (closed 08/20/2019)

2:19–cv–01624–DGC (closed 08/20/2019)

2:19–cv–01625–DGC (closed 08/20/2019)

2:19–cv–01626–DGC (closed 08/20/2019)

2:19–cv–01627–DGC (closed 08/20/2019)

2:19–cv–01628–DGC (closed 08/20/2019)

2:19–cv–01629–DGC (closed 08/20/2019)

2:19–cv–01630–DGC

2:19–cv–01631–DGC (closed 08/20/2019)

2:19–cv–01632–DGC

2:19–cv–01633–DGC (closed 08/20/2019)

2:19–cv–01634–DGC (closed 08/20/2019)

2:19–cv–01635–DGC (closed 08/20/2019)

2:19–cv–01636–DGC

2:19–cv–01637–DGC (closed 10/17/2019)

2:19–cv–01638–DGC (closed 10/17/2019)

2:19–cv–01639–DGC (closed 10/17/2019)

2:19–cv–01643–DGC (closed 10/17/2019)

2:19–cv–01645–DGC (closed 10/17/2019)

2:19–cv–01647–DGC (closed 01/03/2020)

2:19–cv–01648–DGC (closed 01/07/2020)

2:19–cv–01649–DGC (closed 10/17/2019)

2:19–cv–01650–DGC (closed 01/07/2020)

2:19–cv–01651–DGC (closed 03/05/2020)

2:19–cv–01652–DGC (closed 03/05/2020)

2:19–cv–01653–DGC (closed 01/07/2020)

2:19–cv–01654–DGC (closed 12/09/2019)

2:19–cv–01655–DGC (closed 01/07/2020)

2:19–cv–01656–DGC (closed 01/08/2020)

2:19–cv–01657–DGC (closed 11/20/2019)

2:19–cv–01658–DGC (closed 03/05/2020)

2:19–cv–01663–DGC (closed 12/11/2019)

2:19–cv–01664–DGC (closed 01/07/2020)

2:19–cv–01665–DGC (closed 01/06/2020)

2:19–cv–01666–DGC (closed 08/20/2019)

2:19–cv–01667–DGC (closed 08/20/2019)

2:19–cv–01668–DGC (closed 08/20/2019)

2:19–cv–01669–DGC (closed 08/20/2019)

2:19–cv–01670–DGC (closed 03/04/2020)

2:19–cv–01646–DGC (closed 01/03/2020)

2:19–cv–01672–DGC (closed 01/08/2020)

2:19–cv–01673–DGC (closed 01/06/2020)

2:19–cv–01674–DGC (closed 12/09/2019)

2:19–cv–01675–DGC (closed 10/17/2019)

2:19–cv–01679–DGC (closed 10/17/2019)

2:19–cv–01680–DGC (closed 10/17/2019)

2:19–cv–01689–DGC (closed 01/08/2020)

2:19–cv–01690–DGC (closed 12/18/2019)

2:19–cv–01691–DGC (closed 12/17/2019)

2:19–cv–01694–DGC (closed 10/17/2019)

2:19–cv–01695–DGC (closed 03/05/2020)

2:19–cv–01696–DGC (closed 03/05/2020)

2:19–cv–01697–DGC (closed 03/05/2020)

2:19–cv–03255–DGC

2:19–cv–03256–DGC

2:19–cv–03257–DGC

2:19–cv–03258–DGC

2:19–cv–03259–DGC

2:19–cv–03260–DGC

2:19–cv–03261–DGC

2:19–cv–01698–DGC

2:19–cv–01702–DGC (closed 03/05/2020)

2:19–cv–01703–DGC

2:19–cv–01704–DGC (closed 12/30/2019)

2:19–cv–01707–DGC

2:19–cv–01708–DGC (closed 03/05/2020)

2:19–cv–01709–DGC (closed 03/05/2020)

2:19–cv–01710–DGC (closed 12/09/2019)

2:19–cv–01711–DGC (closed 01/07/2020)

2:19–cv–01712–DGC (closed 01/06/2020)

2:19–cv–01724–DGC (closed 12/10/2019)

2:19–cv–01725–DGC (closed 12/09/2019)

2:19–cv–01726–DGC (closed 01/07/2020)

2:19–cv–01744–DGC (closed 09/04/2019)

2:19–cv–01752–DGC (closed 10/17/2019)

2:19–cv–01754–DGC

2:19–cv–01765–DGC (closed 01/14/2020)

2:19–cv–01773–DGC

2:19–cv–01780–DGC

2:19–cv–01779–DGC (closed 01/03/2020)

2:19–cv–01789–DGC (closed 01/03/2020)

2:19–cv–01790–DGC (closed 10/17/2019)

2:19–cv–01796–DGC (closed 12/09/2019)

2:19–cv–01797–DGC

2:19–cv–01798–DGC (closed 01/07/2020)

2:19–cv–01799–DGC (closed 03/05/2020)

2:19–cv–01807–DGC (closed 12/09/2019)

2:19–cv–01808–DGC (closed 01/08/2020)

2:19–cv–01809–DGC (closed 12/30/2019)

2:19–cv–01810–DGC (closed 10/16/2019)

2:19–cv–01820–DGC (closed 03/05/2020)

2:19–cv–01821–DGC (closed 03/05/2020)

2:19–cv–01822–DGC (closed 03/05/2020)

2:19–cv–01823–DGC (closed 01/14/2020)

2:19–cv–01825–DGC (closed 12/30/2019)

2:19–cv–03262–DGC

2:19–cv–01826–DGC (closed 12/30/2019)

2:19–cv–01843–DGC (closed 03/05/2020)

2:19–cv–01844–DGC (closed 12/04/2019)

2:19–cv–01851–DGC (closed 01/03/2020)

2:19–cv–01852–DGC (closed 10/17/2019)

2:19–cv–01853–DGC (closed 10/17/2019)

2:19–cv–01842–DGC

2:19–cv–01860–DGC (closed 01/02/2020)

2:19–cv–01861–DGC (closed 01/02/2020)

2:19–cv–01862–DGC (closed 08/20/2019)

2:19–cv–01863–DGC (closed 12/17/2019)

2:19–cv–01864–DGC (closed 01/02/2020)

2:19–cv–01871–DGC (closed 10/17/2019)

2:19–cv–01872–DGC (closed 10/17/2019)

2:19–cv–01873–DGC (closed 01/10/2020)

2:19–cv–01874–DGC (closed 10/17/2019)

2:19–cv–01879–DGC (closed 10/17/2019)

2:19–cv–01880–DGC (closed 10/17/2019)

2:19–cv–01881–DGC (closed 12/16/2019)

2:19–cv–01882–DGC (closed 12/16/2019)

2:19–cv–01883–DGC (closed 12/16/2019)

2:19–cv–01886–DGC

2:19–cv–01887–DGC

2:19–cv–01893–DGC

2:19–cv–01894–DGC

2:19–cv–01895–DGC (closed 12/11/2019)

2:19–cv–01896–DGC (closed 01/02/2020)

2:19–cv–01897–DGC (closed 01/02/2020)

2:19–cv–01898–DGC (closed 12/17/2019)

2:19–cv–01899–DGC (closed 03/05/2020)

2:19–cv–01900–DGC (closed 12/17/2019)

2:19–cv–01901–DGC (closed 12/30/2019)

2:19–cv–01902–DGC (closed 12/30/2019)

2:19–cv–01907–DGC
2:19–cv–01914–DGC (closed 01/02/2020)
2:19–cv–01915–DGC (closed 01/02/2020)
2:19–cv–01916–DGC (closed 01/02/2020)
2:19–cv–01917–DGC (closed 01/02/2020)
2:19–cv–01918–DGC (closed 01/02/2020)
2:19–cv–01919–DGC (closed 01/02/2020)
2:19–cv–01920–DGC (closed 01/02/2020)
2:19–cv–01921–DGC (closed 01/02/2020)
2:19–cv–01922–DGC (closed 01/02/2020)
2:19–cv–01923–DGC (closed 01/02/2020)
2:19–cv–01924–DGC (closed 01/02/2020)
2:19–cv–01925–DGC (closed 01/02/2020)
2:19–cv–01926–DGC (closed 01/02/2020)
2:19–cv–01927–DGC (closed 01/02/2020)
2:19–cv–01928–DGC (closed 12/17/2019)
2:19–cv–01929–DGC (closed 12/17/2019)
2:19–cv–01930–DGC (closed 12/30/2019)
2:19–cv–01933–DGC (closed 12/09/2019)
2:19–cv–01934–DGC (closed 10/17/2019)
2:19–cv–01935–DGC (closed 10/17/2019)
2:19–cv–01936–DGC (closed 10/17/2019)
2:19–cv–01953–DGC (closed 10/17/2019)
2:19–cv–01954–DGC (closed 10/17/2019)
2:19–cv–01955–DGC (closed 10/17/2019)
2:19–cv–01956–DGC (closed 03/04/2020)
2:19–cv–01957–DGC (closed 12/18/2019)
2:19–cv–01958–DGC (closed 12/18/2019)
2:19–cv–01959–DGC (closed 12/18/2019)
2:19–cv–01963–DGC (closed 12/18/2019)
2:19–cv–01964–DGC (closed 12/18/2019)
2:19–cv–01965–DGC (closed 12/18/2019)
2:19–cv–01966–DGC (closed 12/18/2019)
2:19–cv–01967–DGC (closed 03/04/2020)
2:19–cv–01973–DGC (closed 01/10/2020)
2:19–cv–01974–DGC (closed 03/05/2020)
2:19–cv–01975–DGC
2:19–cv–01976–DGC
2:19–cv–01977–DGC (closed 03/05/2020)
2:19–cv–01986–DGC
2:19–cv–01987–DGC
2:19–cv–01989–DGC
2:19–cv–01990–DGC
2:19–cv–01992–DGC (closed 03/05/2020)

2:19–cv–02005–DGC (closed 03/05/2020)

2:19–cv–01993–DGC (closed 03/05/2020)

2:19–cv–01994–DGC

2:19–cv–01995–DGC (closed 03/05/2020)

2:19–cv–01996–DGC (closed 03/05/2020)

2:19–cv–01997–DGC (closed 03/05/2020)

2:19–cv–01998–DGC (closed 03/05/2020)

2:19–cv–01999–DGC (closed 03/05/2020)

2:19–cv–02000–DGC (closed 03/05/2020)

2:19–cv–02001–DGC

2:19–cv–02002–DGC (closed 03/05/2020)

2:19–cv–02003–DGC (closed 03/05/2020)

2:19–cv–02004–DGC (closed 03/05/2020)

2:19–cv–02011–DGC (closed 03/05/2020)

2:19–cv–02012–DGC (closed 03/05/2020)

2:19–cv–02013–DGC (closed 10/17/2019)

2:19–cv–02014–DGC (closed 10/17/2019)

2:19–cv–02015–DGC (closed 10/17/2019)

2:19–cv–02016–DGC (closed 10/17/2019)

2:19–cv–02028–DGC (closed 08/20/2019)

2:19–cv–02029–DGC (closed 01/03/2020)

2:19–cv–02030–DGC (closed 01/13/2020)

2:19–cv–02031–DGC (closed 08/20/2019)

2:19–cv–02035–DGC (closed 12/10/2019)

2:19–cv–02036–DGC (closed 12/10/2019)

2:19–cv–02037–DGC (closed 12/10/2019)

2:19–cv–02044–DGC

2:19–cv–02045–DGC (closed 03/04/2020)

2:19–cv–02046–DGC (closed 08/20/2019)

2:19–cv–02047–DGC

2:19–cv–02049–DGC (closed 01/02/2020)

2:19–cv–02050–DGC

2:19–cv–02051–DGC

2:19–cv–02063–DGC (closed 01/03/2020)

2:19–cv–02064–DGC (closed 12/05/2019)

2:19–cv–02065–DGC (closed 12/05/2019)

2:19–cv–02066–DGC

2:19–cv–02067–DGC (closed 01/10/2020)

2:19–cv–02071–DGC (closed 01/03/2020)

2:19–cv–02072–DGC

2:19–cv–02073–DGC

2:19–cv–02074–DGC (closed 03/05/2020)

2:19–cv–02075–DGC

2:19–cv–02076–DGC

2:19–cv–02077–DGC (closed 03/05/2020)

2:19–cv–02078–DGC (closed 03/05/2020)

2:19–cv–02094–DGC (closed 08/20/2019)

2:19–cv–02095–DGC (closed 01/14/2020)

2:19–cv–02096–DGC

2:19–cv–02097–DGC (closed 12/17/2019)

2:19–cv–02098–DGC

2:19–cv–02115–DGC (closed 10/17/2019)

2:19–cv–02116–DGC (closed 10/17/2019)

2:19–cv–02117–DGC (closed 10/17/2019)

2:19–cv–02118–DGC (closed 10/17/2019)

2:19–cv–02119–DGC (closed 10/17/2019)

2:19–cv–02120–DGC (closed 10/17/2019)

2:19–cv–02121–DGC (closed 10/17/2019)

2:19–cv–02122–DGC (closed 10/17/2019)

2:19–cv–02123–DGC (closed 10/17/2019)

2:19–cv–02124–DGC (closed 08/20/2019)

2:19–cv–02127–DGC (closed 03/05/2020)

2:19–cv–02128–DGC (closed 03/05/2020)

2:19–cv–02129–DGC (closed 01/14/2020)

2:19–cv–02131–DGC (closed 01/03/2020)

2:19–cv–02132–DGC

2:19–cv–02133–DGC

2:19–cv–02134–DGC (closed 01/14/2020)

2:19–cv–02135–DGC

2:19–cv–02136–DGC

2:19–cv–02137–DGC (closed 03/05/2020)

2:19–cv–02138–DGC (closed 01/15/2020)

2:19–cv–02139–DGC (closed 03/05/2020)

2:19–cv–02140–DGC (closed 10/17/2019)

2:19–cv–02143–DGC (closed 10/17/2019)

2:19–cv–02144–DGC (closed 01/03/2020)

2:19–cv–02145–DGC (closed 08/20/2019)

2:19–cv–02146–DGC (closed 03/05/2020)

2:19–cv–02147–DGC (closed 10/17/2019)

2:19–cv–02148–DGC (closed 10/17/2019)

2:19–cv–02152–DGC

2:19–cv–02153–DGC (closed 03/05/2020)

2:19–cv–02160–DGC (closed 03/05/2020)

2:19–cv–02161–DGC (closed 03/05/2020)

2:19–cv–02162–DGC (closed 03/05/2020)

2:19–cv–02163–DGC (closed 03/05/2020)

2:19–cv–02164–DGC (closed 03/05/2020)

2:19–cv–02165–DGC (closed 03/05/2020)

2:19–cv–02179–DGC (closed 10/17/2019)

2:19–cv–02181–DGC (closed 03/05/2020)

2:19–cv–02182–DGC (closed 10/17/2019)

2:19–cv–02183–DGC

2:19–cv–02184–DGC

2:19–cv–02185–DGC (closed 01/03/2020)

2:19–cv–02186–DGC

2:19–cv–02187–DGC (closed 01/15/2020)

2:19–cv–02188–DGC

2:19–cv–02189–DGC

2:19–cv–02194–DGC (closed 10/17/2019)

2:19–cv–02197–DGC (closed 10/17/2019)

2:19–cv–02198–DGC (closed 10/17/2019)

2:19–cv–02199–DGC (closed 10/17/2019)

2:19–cv–02200–DGC (closed 10/17/2019)

2:19–cv–02201–DGC (closed 10/17/2019)

2:19–cv–02202–DGC (closed 12/04/2019)

2:19–cv–02180–DGC (closed 10/17/2019)

2:19–cv–02192–DGC (closed 10/17/2019)

2:19–cv–02211–DGC

2:19–cv–02225–DGC

2:19–cv–02226–DGC (closed 03/05/2020)

2:19–cv–02227–DGC (closed 03/05/2020)

2:19–cv–02228–DGC (closed 12/16/2019)

2:19–cv–02229–DGC

2:19–cv–02239–DGC (closed 10/17/2019)

2:19–cv–02240–DGC (closed 10/17/2019)

2:19–cv–02241–DGC (closed 10/17/2019)

2:19–cv–02242–DGC (closed 10/17/2019)

2:19–cv–02243–DGC (closed 10/17/2019)

2:19–cv–02244–DGC (closed 10/17/2019)

2:19–cv–02245–DGC (closed 10/17/2019)

2:19–cv–02246–DGC (closed 10/17/2019)

2:19–cv–02247–DGC (closed 03/04/2020)

2:19–cv–02254–DGC (closed 01/10/2020)

2:19–cv–02255–DGC (closed 01/10/2020)

2:19–cv–02256–DGC (closed 01/10/2020)

2:19–cv–02257–DGC (closed 01/10/2020)

2:19–cv–02258–DGC (closed 01/10/2020)

2:19–cv–02259–DGC (closed 01/10/2020)

2:19–cv–02260–DGC (closed 01/10/2020)

2:19–cv–02261–DGC (closed 01/10/2020)

2:19–cv–02262–DGC (closed 01/10/2020)

2:19–cv–02263–DGC (closed 01/10/2020)

2:19–cv–02264–DGC (closed 01/10/2020)

2:19–cv–02265–DGC (closed 01/10/2020)

2:19–cv–02266–DGC (closed 01/10/2020)

2:19–cv–02267–DGC

2:19–cv–02268–DGC (closed 01/31/2020)

2:19–cv–02269–DGC (closed 01/31/2020)

2:19–cv–02270–DGC (closed 01/31/2020)

2:19–cv–02271–DGC (closed 01/31/2020)

2:19–cv–02276–DGC

2:19–cv–02277–DGC

2:19–cv–02282–DGC

2:19–cv–02283–DGC (closed 12/09/2019)

2:19–cv–02289–DGC

2:19–cv–02290–DGC

2:19–cv–02291–DGC

2:19–cv–02292–DGC (closed 03/05/2020)

2:19–cv–02302–DGC (closed 03/05/2020)

2:19–cv–02303–DGC (closed 03/05/2020)

2:19–cv–02304–DGC (closed 03/05/2020)

2:19–cv–02305–DGC

2:19–cv–02306–DGC (closed 03/05/2020)

2:19–cv–02308–DGC (closed 03/05/2020)

2:19–cv–02309–DGC (closed 12/30/2019)

2:19–cv–02310–DGC (closed 03/05/2020)

2:19–cv–02311–DGC (closed 12/30/2019)

2:19–cv–02312–DGC (closed 10/17/2019)

2:19–cv–02313–DGC (closed 08/20/2019)

2:19–cv–02320–DGC (closed 12/11/2019)

2:19–cv–02321–DGC (closed 12/11/2019)

2:19–cv–02322–DGC (closed 01/17/2020)

2:19–cv–02323–DGC

2:19–cv–02324–DGC (closed 10/17/2019)

2:19–cv–02325–DGC (closed 10/17/2019)

2:19–cv–02329–DGC

2:19–cv–02330–DGC (closed 10/17/2019)

2:19–cv–02331–DGC (closed 03/04/2020)

2:19–cv–02332–DGC (closed 10/17/2019)

2:19–cv–02333–DGC

2:19–cv–02334–DGC (closed 10/17/2019)

2:19–cv–02335–DGC

2:19–cv–02336–DGC (closed 10/17/2019)

2:19–cv–02337–DGC

2:19–cv–02338–DGC (closed 03/05/2020)

2:19–cv–02339–DGC (closed 10/17/2019)

2:19–cv–02340–DGC

2:19–cv–02341–DGC

2:19–cv–02342–DGC (closed 10/17/2019)

2:19–cv–02343–DGC

2:19–cv–02344–DGC

2:19–cv–02345–DGC (closed 10/17/2019)

2:19–cv–02346–DGC (closed 10/17/2019)

2:19–cv–02347–DGC (closed 01/02/2020)

2:19–cv–02348–DGC (closed 01/02/2020)

2:19–cv–02353–DGC

2:19–cv–02354–DGC (closed 12/11/2019)

2:19–cv–02355–DGC

2:19–cv–02364–DGC

2:19–cv–02365–DGC

2:19–cv–02366–DGC

2:19–cv–02367–DGC (closed 12/30/2019)

2:19–cv–02369–DGC (closed 01/02/2020)

2:19–cv–02370–DGC (closed 12/17/2019)

2:19–cv–02371–DGC (closed 01/02/2020)

2:19–cv–02372–DGC

2:19–cv–02375–DGC

2:19–cv–02382–DGC (closed 12/10/2019)

2:19–cv–02392–DGC

2:19–cv–02393–DGC (closed 12/16/2019)

2:19–cv–02394–DGC (closed 12/16/2019)

2:19–cv–02395–DGC (closed 12/16/2019)

2:19–cv–02396–DGC

2:19–cv–02397–DGC (closed 12/16/2019)

2:19–cv–02398–DGC (closed 12/16/2019)

2:19–cv–02406–DGC (closed 12/10/2019)

2:19–cv–02407–DGC (closed 01/13/2020)

2:19–cv–02409–DGC (closed 01/06/2020)

2:19–cv–02410–DGC (closed 01/14/2020)

2:19–cv–02416–DGC (closed 01/02/2020)

2:19–cv–02411–DGC

2:19–cv–02413–DGC (closed 01/02/2020)

2:19–cv–02414–DGC (closed 01/02/2020)

2:19–cv–02415–DGC (closed 01/02/2020)

2:19–cv–02417–DGC (closed 01/02/2020)

2:19–cv–02418–DGC (closed 01/02/2020)

2:19–cv–02419–DGC (closed 01/02/2020)

2:19–cv–02420–DGC (closed 12/30/2019)

2:19–cv–02421–DGC (closed 01/02/2020)

2:19–cv–02438–DGC (closed 12/10/2019)

2:19–cv–02439–DGC (closed 12/17/2019)

2:19–cv–02443–DGC (closed 12/18/2019)

2:19–cv–02444–DGC (closed 10/17/2019)

2:19–cv–02445–DGC (closed 01/02/2020)

2:19–cv–02446–DGC (closed 01/02/2020)

2:19–cv–02447–DGC (closed 01/02/2020)

2:19–cv–02448–DGC (closed 01/02/2020)

2:19–cv–02449–DGC (closed 01/02/2020)

2:19–cv–02450–DGC (closed 01/02/2020)

2:19–cv–02451–DGC (closed 12/17/2019)

2:19–cv–02452–DGC (closed 12/17/2019)

2:19–cv–02453–DGC (closed 12/17/2019)

2:19–cv–02454–DGC (closed 01/02/2020)

2:19–cv–02455–DGC (closed 01/02/2020)

2:19–cv–02456–DGC (closed 01/02/2020)

2:19–cv–02457–DGC (closed 01/02/2020)

2:19–cv–02460–DGC (closed 10/17/2019)

2:19–cv–02461–DGC (closed 01/03/2020)

2:19–cv–02462–DGC (closed 08/20/2019)

2:19–cv–02468–DGC (closed 01/08/2020)

2:19–cv–02469–DGC (closed 01/03/2020)

2:19–cv–02475–DGC (closed 01/02/2020)

2:19–cv–02476–DGC (closed 12/30/2019)

2:19–cv–02477–DGC (closed 01/02/2020)

2:19–cv–02478–DGC (closed 08/20/2019)

2:19–cv–02479–DGC (closed 12/16/2019)

2:19–cv–02487–DGC (closed 09/27/2019)

2:19–cv–02488–DGC

2:19–cv–02489–DGC

2:19–cv–02490–DGC (closed 12/30/2019)

2:19–cv–02491–DGC (closed 01/13/2020)

2:19–cv–02492–DGC (closed 06/19/2019)

2:19–cv–02493–DGC (closed 12/16/2019)

2:19–cv–02494–DGC (closed 08/20/2019)

2:19–cv–02495–DGC (closed 12/17/2019)

2:19–cv–02496–DGC (closed 12/17/2019)

2:19–cv–02497–DGC (closed 12/30/2019)

2:19–cv–02500–DGC (closed 12/17/2019)

2:19–cv–02501–DGC (closed 12/17/2019)

2:19–cv–02502–DGC (closed 12/16/2019)

2:19–cv–02503–DGC (closed 12/17/2019)

2:19–cv–02504–DGC (closed 12/17/2019)

2:19–cv–02510–DGC (closed 12/17/2019)

2:19–cv–02511–DGC (closed 12/17/2019)

2:19–cv–02512–DGC (closed 12/17/2019)

2:19–cv–02513–DGC (closed 12/17/2019)

2:19–cv–02514–DGC (closed 12/17/2019)

2:19–cv–02515–DGC (closed 12/17/2019)

2:19–cv–02516–DGC (closed 12/17/2019)

2:19–cv–02517–DGC (closed 12/17/2019)

2:19–cv–02518–DGC (closed 12/17/2019)

2:19–cv–02519–DGC (closed 10/17/2019)

2:19–cv–02520–DGC (closed 10/23/2019)

2:19–cv–02521–DGC (closed 12/17/2019)

2:19–cv–02522–DGC (closed 12/17/2019)

2:19–cv–02523–DGC (closed 12/17/2019)

2:19–cv–02524–DGC (closed 12/17/2019)

2:19–cv–02525–DGC (closed 12/17/2019)

2:19–cv–02526–DGC (closed 12/17/2019)

2:19–cv–02527–DGC (closed 12/17/2019)

2:19–cv–02528–DGC (closed 12/17/2019)

2:19–cv–02529–DGC (closed 12/17/2019)

2:19–cv–02530–DGC (closed 12/17/2019)

2:19–cv–02531–DGC (closed 12/17/2019)

2:19–cv–02532–DGC (closed 12/17/2019)

2:19–cv–02533–DGC (closed 12/17/2019)

2:19–cv–02534–DGC (closed 12/17/2019)

2:19–cv–02535–DGC (closed 12/17/2019)

2:19–cv–02536–DGC (closed 12/17/2019)

2:19–cv–02537–DGC (closed 12/17/2019)

2:19–cv–02538–DGC (closed 12/17/2019)

2:19–cv–02544–DGC (closed 10/17/2019)

2:19–cv–02545–DGC (closed 11/21/2019)

2:19–cv–02546–DGC (closed 10/29/2019)

2:19–cv–02547–DGC (closed 11/22/2019)

2:19–cv–02551–DGC (closed 08/20/2019)

2:19–cv–02552–DGC (closed 01/10/2020)

2:19–cv–02561–DGC (closed 12/11/2019)

2:19–cv–02563–DGC (closed 01/03/2020)

2:19–cv–02564–DGC (closed 10/17/2019)

2:19–cv–02566–DGC (closed 10/17/2019)

2:19–cv–02568–DGC (closed 12/30/2019)

2:19–cv–02569–DGC (closed 01/09/2020)

2:19–cv–02583–DGC (closed 01/06/2020)

2:19–cv–02584–DGC (closed 01/10/2020)

2:19–cv–02598–DGC (closed 01/03/2020)

2:19–cv–02604–DGC (closed 01/03/2020)

2:19–cv–02610–DGC (closed 03/05/2020)

2:19–cv–02611–DGC (closed 03/05/2020)

2:19–cv–02612–DGC

2:19–cv–02613–DGC (closed 09/19/2019)

2:19–cv–02626–DGC

2:19–cv–02628–DGC

2:19–cv–02630–DGC

2:19–cv–02633–DGC (closed 03/05/2020)

2:19–cv–02634–DGC (closed 11/06/2019)

2:19–cv–02635–DGC (closed 12/05/2019)

2:19–cv–02636–DGC (closed 12/05/2019)

2:19–cv–02637–DGC (closed 10/22/2019)

2:19–cv–02638–DGC

2:19–cv–02639–DGC

2:19–cv–02643–DGC

2:19–cv–02644–DGC (closed 03/05/2020)

2:19–cv–02645–DGC (closed 03/05/2020)

2:19–cv–02646–DGC (closed 03/05/2020)

2:19–cv–02647–DGC (closed 03/05/2020)

2:19–cv–02648–DGC (closed 03/05/2020)

2:19–cv–02649–DGC (closed 03/05/2020)

2:19–cv–02650–DGC (closed 01/09/2020)

2:19–cv–02651–DGC (closed 08/20/2019)

2:19–cv–02654–DGC (closed 12/11/2019)

2:19–cv–02655–DGC (closed 12/09/2019)

2:19–cv–02658–DGC

2:19–cv–02668–DGC (closed 01/14/2020)

2:19–cv–02669–DGC (closed 01/03/2020)

2:19–cv–02671–DGC

2:19–cv–02672–DGC

2:19–cv–02673–DGC

2:19–cv–02674–DGC (closed 03/04/2020)

2:19–cv–02675–DGC (closed 12/16/2019)

2:19–cv–02676–DGC (closed 12/16/2019)

2:19–cv–02677–DGC (closed 12/16/2019)

2:19–cv–02678–DGC

2:19–cv–02683–DGC (closed 12/05/2019)

2:19–cv–02684–DGC (closed 12/05/2019)

2:19–cv–02687–DGC (closed 08/20/2019)

2:19–cv–02688–DGC (closed 08/20/2019)

2:19–cv–02690–DGC (closed 01/31/2020)

2:19–cv–02695–DGC

2:19–cv–02696–DGC

2:19–cv–02697–DGC

2:19–cv–02699–DGC

2:19–cv–02700–DGC

2:19–cv–02701–DGC

2:19–cv–02702–DGC

2:19–cv–02710–DGC

2:19–cv–02711–DGC

2:19–cv–02712–DGC (closed 03/05/2020)

2:19–cv–02713–DGC

2:19–cv–02714–DGC

2:19–cv–02715–DGC

2:19–cv–02716–DGC

2:19–cv–02720–DGC (closed 12/30/2019)

2:19–cv–02721–DGC (closed 12/05/2019)

2:19–cv–02722–DGC

2:19–cv–02736–DGC (closed 03/05/2020)

2:19–cv–02737–DGC (closed 03/05/2020)

2:19–cv–02738–DGC (closed 12/30/2019)

2:19–cv–02747–DGC (closed 08/20/2019)

2:19–cv–02755–DGC (closed 01/07/2020)

2:19–cv–02756–DGC (closed 03/05/2020)

2:19–cv–02757–DGC

2:19–cv–02758–DGC

2:19–cv–02759–DGC

2:19–cv–02760–DGC

2:19–cv–02762–DGC

2:19–cv–02763–DGC

2:19–cv–02764–DGC

2:19–cv–02765–DGC

2:19–cv–02766–DGC (closed 08/20/2019)

2:19–cv–02767–DGC (closed 01/14/2020)

2:19–cv–03263–DGC

2:19–cv–02772–DGC (closed 12/04/2019)

2:19–cv–02773–DGC (closed 01/03/2020)

2:19–cv–02774–DGC (closed 01/03/2020)

2:19–cv–02775–DGC

2:19–cv–02776–DGC

2:19–cv–02777–DGC

2:19–cv–02778–DGC

2:19–cv–02779–DGC

2:19–cv–02783–DGC

2:19–cv–02784–DGC (closed 12/10/2019)

2:19–cv–02785–DGC (closed 12/16/2019)

2:19–cv–02786–DGC (closed 01/07/2020)

2:19–cv–02787–DGC (closed 01/03/2020)

2:19–cv–02788–DGC (closed 03/05/2020)

2:19–cv–02789–DGC

2:19–cv–02794–DGC (closed 07/02/2019)

2:19–cv–02800–DGC

2:19–cv–02801–DGC

2:19–cv–02802–DGC

2:19–cv–02808–DGC

2:19–cv–02812–DGC

2:19–cv–02813–DGC (closed 01/14/2020)

2:19–cv–02814–DGC (closed 01/15/2020)

2:19–cv–02815–DGC (closed 12/30/2019)

2:19–cv–02816–DGC (closed 12/30/2019)

2:19–cv–02817–DGC (closed 02/07/2020)

2:19–cv–02818–DGC (closed 01/14/2020)

2:19–cv–02819–DGC

2:19–cv–02822–DGC (closed 12/09/2019)

2:19–cv–02824–DGC (closed 03/05/2020)

2:19–cv–02825–DGC (closed 08/20/2019)

2:19–cv–02826–DGC (closed 03/05/2020)

2:19–cv–02833–DGC (closed 01/07/2020)

2:19–cv–02834–DGC (closed 12/09/2019)

2:19–cv–02836–DGC (closed 01/08/2020)

2:19–cv–02846–DGC (closed 03/05/2020)

2:19–cv–02847–DGC (closed 03/05/2020)

2:19–cv–02848–DGC (closed 03/05/2020)

2:19–cv–02849–DGC (closed 03/05/2020)

2:19–cv–02857–DGC (closed 08/20/2019)

2:19–cv–02859–DGC (closed 12/18/2019)

2:19–cv–02871–DGC (closed 08/20/2019)

2:19–cv–02872–DGC (closed 01/07/2020)

2:19–cv–02873–DGC (closed 01/06/2020)

2:19–cv–02874–DGC (closed 01/08/2020)

2:19–cv–02875–DGC (closed 12/09/2019)

2:19–cv–02876–DGC (closed 01/08/2020)

2:19–cv–02891–DGC

2:19–cv–02892–DGC

2:19–cv–02894–DGC (closed 01/14/2020)

2:19–cv–02895–DGC (closed 01/07/2020)

2:19–cv–02898–DGC

2:19–cv–02899–DGC (closed 01/07/2020)

2:19–cv–02902–DGC (closed 08/20/2019)

2:19–cv–02903–DGC (closed 08/20/2019)

2:19–cv–02904–DGC

2:19–cv–02905–DGC (closed 08/20/2019)

2:19–cv–02906–DGC (closed 09/10/2019)

2:19–cv–02907–DGC (closed 01/06/2020)

2:19–cv–02908–DGC (closed 01/03/2020)

2:19–cv–02909–DGC (closed 01/09/2020)

2:19–cv–02910–DGC (closed 12/09/2019)

2:19–cv–02911–DGC (closed 01/07/2020)

2:19–cv–02913–DGC (closed 12/09/2019)

2:19–cv–02917–DGC (closed 01/14/2020)

2:19–cv–02919–DGC (closed 08/20/2019)

2:19–cv–02920–DGC (closed 08/20/2019)

2:19–cv–02921–DGC (closed 01/06/2020)

2:19–cv–02922–DGC (closed 08/20/2019)

2:19–cv–02923–DGC (closed 08/20/2019)

2:19–cv–02931–DGC

2:19–cv–02932–DGC (closed 12/09/2019)

2:19–cv–02936–DGC (closed 12/05/2019)

2:19–cv–02937–DGC (closed 01/02/2020)

2:19–cv–02938–DGC (closed 10/03/2019)

2:19–cv–02942–DGC (closed 12/09/2019)

2:19–cv–02943–DGC

2:19–cv–02944–DGC

2:19–cv–02945–DGC

2:19–cv–02946–DGC (closed 12/09/2019)

2:19–cv–02947–DGC (closed 12/09/2019)

2:19–cv–02948–DGC (closed 01/08/2020)

2:19–cv–02950–DGC (closed 01/07/2020)

2:19–cv–02951–DGC (closed 03/05/2020)

2:19–cv–02952–DGC (closed 03/05/2020)

2:19–cv–02953–DGC (closed 03/05/2020)

2:19–cv–02954–DGC (closed 03/04/2020)

2:19–cv–02956–DGC (closed 03/04/2020)

2:19–cv–02958–DGC (closed 12/30/2019)

2:19–cv–02959–DGC (closed 12/09/2019)

2:19–cv–02962–DGC

2:19–cv–02963–DGC

2:19–cv–02964–DGC

2:19–cv–02966–DGC (closed 01/06/2020)

2:19–cv–02967–DGC (closed 12/09/2019)

2:19–cv–02968–DGC (closed 01/06/2020)

2:19–cv–02969–DGC (closed 12/09/2019)

2:19–cv–02970–DGC (closed 12/09/2019)

2:19–cv–02971–DGC (closed 01/06/2020)

2:19–cv–02972–DGC (closed 01/06/2020)

2:19–cv–02973–DGC (closed 01/02/2020)

2:19–cv–02974–DGC (closed 01/06/2020)

2:19–cv–02977–DGC (closed 07/17/2019)

2:19–cv–02939–DGC (closed 12/09/2019)

2:19–cv–02991–DGC (closed 12/05/2019)

2:19–cv–02998–DGC (closed 12/16/2019)

2:19–cv–02999–DGC (closed 12/16/2019)

2:19–cv–03000–DGC (closed 12/16/2019)

2:19–cv–03001–DGC (closed 12/16/2019)

2:19–cv–03002–DGC (closed 12/16/2019)

2:19–cv–03003–DGC (closed 12/16/2019)

2:19–cv–03004–DGC (closed 12/16/2019)

2:19–cv–03005–DGC (closed 12/16/2019)

2:19–cv–03006–DGC (closed 12/16/2019)

2:19–cv–03007–DGC (closed 12/16/2019)

2:19–cv–03008–DGC (closed 12/16/2019)

2:19–cv–03009–DGC (closed 12/16/2019)

2:19–cv–03010–DGC (closed 12/16/2019)

2:19–cv–03011–DGC (closed 12/16/2019)

2:19–cv–03012–DGC (closed 12/16/2019)

2:19–cv–03013–DGC (closed 12/16/2019)

2:19–cv–03014–DGC (closed 01/08/2020)

2:19–cv–03015–DGC (closed 12/05/2019)

2:19–cv–03016–DGC (closed 01/06/2020)

2:19–cv–03017–DGC (closed 01/07/2020)

2:19–cv–03018–DGC (closed 12/09/2019)

2:19–cv–03019–DGC (closed 01/07/2020)

2:19–cv–03020–DGC (closed 12/09/2019)

2:19–cv–03021–DGC (closed 12/09/2019)

2:19–cv–03022–DGC (closed 01/08/2020)

2:19–cv–03023–DGC (closed 01/08/2020)

2:19–cv–03024–DGC (closed 08/20/2019)

2:19–cv–03027–DGC (closed 12/09/2019)

2:19–cv–03028–DGC (closed 01/08/2020)

2:19–cv–03029–DGC (closed 01/07/2020)

2:19–cv–03030–DGC (closed 01/07/2020)

2:19–cv–03031–DGC (closed 12/16/2019)

2:19–cv–03032–DGC (closed 12/16/2019)

2:19–cv–03034–DGC (closed 12/16/2019)

2:19–cv–03036–DGC (closed 12/16/2019)

2:19–cv–03037–DGC (closed 12/16/2019)

2:19–cv–03038–DGC (closed 12/16/2019)

2:19–cv–03039–DGC (closed 12/16/2019)

2:19–cv–03040–DGC (closed 12/16/2019)

2:19–cv–03041–DGC

2:19–cv–03042–DGC (closed 12/16/2019)

2:19–cv–03043–DGC (closed 12/16/2019)

2:19–cv–03044–DGC (closed 12/16/2019)

2:19–cv–03046–DGC (closed 01/07/2020)

2:19–cv–03047–DGC (closed 01/07/2020)

2:19–cv–03048–DGC (closed 01/06/2020)

2:19–cv–03049–DGC (closed 01/06/2020)

2:19–cv–03056–DGC (closed 01/07/2020)

2:19–cv–03057–DGC (closed 01/06/2020)

2:19–cv–03058–DGC (closed 12/09/2019)

2:19–cv–03059–DGC (closed 01/08/2020)

2:19–cv–03060–DGC (closed 01/06/2020)

2:19–cv–03061–DGC (closed 01/07/2020)

2:19–cv–03063–DGC (closed 12/09/2019)

2:19–cv–03064–DGC (closed 12/09/2019)

2:19–cv–03065–DGC (closed 12/09/2019)

2:19–cv–03066–DGC (closed 01/07/2020)

2:19–cv–03067–DGC (closed 12/09/2019)

2:19–cv–03068–DGC (closed 10/03/2019)

2:19–cv–03069–DGC (closed 01/07/2020)

2:19–cv–03070–DGC (closed 01/06/2020)

2:19–cv–03071–DGC (closed 01/07/2020)

2:19–cv–03072–DGC (closed 01/07/2020)

2:19–cv–03076–DGC (closed 08/20/2019)

2:19–cv–03077–DGC (closed 08/20/2019)

2:19–cv–03078–DGC (closed 03/05/2020)

2:19–cv–03079–DGC (closed 03/04/2020)

2:19–cv–03080–DGC (closed 10/17/2019)

2:19–cv–03081–DGC (closed 01/09/2020)

2:19–cv–03082–DGC (closed 08/20/2019)

2:19–cv–03083–DGC (closed 12/09/2019)

2:19–cv–03084–DGC

2:19–cv–03085–DGC

2:19–cv–03086–DGC (closed 12/11/2019)

2:19–cv–03087–DGC (closed 03/05/2020)

2:19–cv–03089–DGC (closed 03/05/2020)

2:19–cv–03090–DGC (closed 03/05/2020)

2:19–cv–03091–DGC (closed 03/05/2020)

2:19–cv–03092–DGC (closed 03/05/2020)

2:19–cv–03094–DGC (closed 03/05/2020)

2:19–cv–03099–DGC (closed 01/08/2020)

2:19–cv–03100–DGC (closed 12/09/2019)

2:19–cv–03101–DGC (closed 01/06/2020)

2:19–cv–03102–DGC (closed 01/07/2020)

2:19–cv–03103–DGC (closed 10/17/2019)

2:19–cv–03104–DGC (closed 01/08/2020)

2:19–cv–03105–DGC (closed 12/09/2019)

2:19–cv–03106–DGC (closed 01/08/2020)

2:19–cv–03107–DGC (closed 01/08/2020)

2:19–cv–03108–DGC (closed 01/08/2020)

2:19–cv–03109–DGC (closed 12/09/2019)

2:19–cv–03119–DGC

2:19–cv–03121–DGC (closed 10/17/2019)

2:19–cv–03122–DGC (closed 10/17/2019)

2:19–cv–03123–DGC (closed 10/17/2019)

2:19–cv–03124–DGC (closed 10/17/2019)

2:19–cv–03125–DGC

2:19–cv–03126–DGC (closed 10/17/2019)

2:19–cv–03127–DGC (closed 10/17/2019)

2:19–cv–03128–DGC (closed 07/16/2019)

2:19–cv–03129–DGC (closed 10/17/2019)

2:19–cv–03130–DGC (closed 10/17/2019)

2:19–cv–03131–DGC (closed 10/17/2019)

2:19–cv–03132–DGC (closed 10/17/2019)

2:19–cv–03133–DGC (closed 10/17/2019)

2:19–cv–03134–DGC (closed 10/17/2019)

2:19–cv–03136–DGC (closed 10/17/2019)

2:19–cv–03137–DGC (closed 10/17/2019)

2:19–cv–03138–DGC (closed 10/17/2019)

2:19–cv–03139–DGC (closed 10/17/2019)

2:19–cv–03140–DGC (closed 10/17/2019)

2:19–cv–03141–DGC (closed 10/17/2019)

2:19–cv–03142–DGC (closed 10/17/2019)

2:19–cv–03143–DGC (closed 10/17/2019)

2:19–cv–03144–DGC (closed 10/17/2019)

2:19–cv–03145–DGC (closed 10/17/2019)

2:19–cv–03146–DGC (closed 12/16/2019)

2:19–cv–03147–DGC

2:19–cv–03149–DGC

2:19–cv–03151–DGC

2:19–cv–03152–DGC

2:19–cv–03153–DGC

2:19–cv–03154–DGC (closed 12/04/2019)

2:19–cv–03155–DGC

2:19–cv–03156–DGC (closed 12/04/2019)

2:19–cv–03157–DGC

2:19–cv–03158–DGC (closed 12/04/2019)

2:19–cv–03159–DGC

2:19–cv–03160–DGC (closed 12/04/2019)

2:19–cv–03161–DGC (closed 12/04/2019)

2:19–cv–03162–DGC

2:19–cv–03163–DGC (closed 12/04/2019)

2:19–cv–03165–DGC

2:19–cv–03166–DGC

2:19–cv–03167–DGC

2:19–cv–03164–DGC (closed 12/04/2019)

2:19–cv–03168–DGC

2:19–cv–03169–DGC

2:19–cv–03170–DGC

2:19–cv–03171–DGC

2:19–cv–03172–DGC

2:19–cv–03173–DGC

2:19–cv–03175–DGC (closed 01/08/2020)

2:19–cv–03176–DGC (closed 12/09/2019)

2:19–cv–03177–DGC (closed 01/06/2020)

2:19–cv–03185–DGC (closed 01/08/2020)

2:19–cv–03186–DGC (closed 08/20/2019)

2:19–cv–03187–DGC

2:19–cv–03188–DGC

2:19–cv–03189–DGC

2:19–cv–03190–DGC (closed 12/09/2019)

2:19–cv–03191–DGC (closed 12/09/2019)

2:19–cv–03192–DGC (closed 01/06/2020)

2:19–cv–03193–DGC

2:19–cv–03196–DGC (closed 10/17/2019)

2:19–cv–03197–DGC

2:19–cv–03198–DGC (closed 01/07/2020)

2:19–cv–03200–DGC (closed 03/05/2020)

2:19–cv–03201–DGC (closed 03/05/2020)

2:19–cv–03202–DGC (closed 03/05/2020)

2:19–cv–03206–DGC (closed 12/16/2019)

2:19–cv–03207–DGC (closed 12/16/2019)

2:19–cv–03208–DGC (closed 12/16/2019)

2:19–cv–03209–DGC (closed 12/16/2019)

2:19–cv–03210–DGC (closed 12/16/2019)

2:19–cv–03211–DGC (closed 12/16/2019)

2:19–cv–03212–DGC (closed 12/16/2019)

2:19–cv–03213–DGC (closed 12/16/2019)

2:19–cv–03214–DGC (closed 10/17/2019)

2:19–cv–03215–DGC (closed 10/17/2019)

2:19–cv–03217–DGC (closed 10/17/2019)

2:19–cv–03218–DGC (closed 10/17/2019)

2:19–cv–03219–DGC (closed 10/17/2019)

2:19–cv–03220–DGC

2:19–cv–03221–DGC (closed 10/17/2019)

2:19–cv–03266–DGC

2:19–cv–03267–DGC

2:19–cv–03268–DGC

2:19–cv–03269–DGC (closed 12/30/2019)

2:19–cv–03270–DGC

2:19–cv–03271–DGC

2:19–cv–03276–DGC (closed 03/05/2020)

2:19–cv–03277–DGC (closed 10/17/2019)

2:19–cv–03278–DGC (closed 10/17/2019)

2:19–cv–03279–DGC (closed 10/17/2019)

2:19–cv–03280–DGC (closed 10/17/2019)

2:19–cv–03281–DGC (closed 10/17/2019)

2:19–cv–03290–DGC

2:19–cv–03291–DGC (closed 10/31/2019)

2:19–cv–03292–DGC

2:19–cv–03293–DGC

2:19–cv–03294–DGC

2:19–cv–03295–DGC (closed 10/31/2019)

2:19–cv–03296–DGC

2:19–cv–03297–DGC

2:19–cv–03299–DGC

2:19–cv–03301–DGC

2:19–cv–03302–DGC (closed 08/20/2019)

2:19–cv–03303–DGC

2:19–cv–03304–DGC

2:19–cv–03309–DGC

2:19–cv–03310–DGC (closed 10/31/2019)

2:19–cv–03311–DGC (closed 03/04/2020)

2:19–cv–03312–DGC

2:19–cv–03313–DGC

2:19–cv–03314–DGC

2:19–cv–03315–DGC (closed 01/14/2020)

2:19–cv–03319–DGC (closed 10/17/2019)

2:19–cv–03321–DGC (closed 10/17/2019)

2:19–cv–03322–DGC (closed 10/17/2019)

2:19–cv–03323–DGC (closed 08/20/2019)

2:19–cv–03324–DGC (closed 10/17/2019)

2:19–cv–03325–DGC (closed 10/17/2019)

2:19–cv–03326–DGC (closed 08/20/2019)

2:19–cv–03339–DGC

2:19–cv–03341–DGC

2:19–cv–03342–DGC

2:19–cv–03344–DGC

2:19–cv–03345–DGC

2:19–cv–03348–DGC

2:19–cv–03349–DGC

2:19–cv–03350–DGC

2:19–cv–03351–DGC

2:19–cv–03352–DGC

2:19–cv–03353–DGC

2:19–cv–03354–DGC

2:19–cv–03355–DGC

2:19–cv–03356–DGC

2:19–cv–03357–DGC

2:19–cv–03358–DGC

2:19–cv–03359–DGC

2:19–cv–03360–DGC

2:19–cv–03372–DGC (closed 03/05/2020)

2:19–cv–03373–DGC (closed 01/03/2020)

2:19–cv–03374–DGC (closed 01/08/2020)

2:19–cv–03378–DGC

2:19–cv–03379–DGC (closed 01/09/2020)

2:19–cv–03380–DGC (closed 01/03/2020)

2:19–cv–03381–DGC

2:19–cv–03382–DGC

2:19–cv–03383–DGC

2:19–cv–03384–DGC (closed 01/08/2020)

2:19–cv–03390–DGC (closed 08/20/2019)

2:19–cv–03400–DGC (closed 03/05/2020)

2:19–cv–03401–DGC (closed 03/05/2020)

2:19–cv–03402–DGC (closed 03/05/2020)

2:19–cv–03403–DGC (closed 03/05/2020)

2:19–cv–03404–DGC (closed 03/05/2020)

2:19–cv–03405–DGC (closed 03/05/2020)

2:19–cv–03406–DGC (closed 03/05/2020)

2:19–cv–03407–DGC (closed 03/05/2020)

2:19–cv–03408–DGC (closed 01/08/2020)

2:19–cv–03409–DGC (closed 12/16/2019)

2:19–cv–03411–DGC (closed 01/06/2020)

2:19–cv–03412–DGC (closed 01/06/2020)

2:19–cv–03413–DGC (closed 01/03/2020)

2:19–cv–03414–DGC (closed 12/09/2019)

2:19–cv–03418–DGC

2:19–cv–03419–DGC (closed 08/20/2019)

2:19–cv–03424–DGC (closed 01/08/2020)

2:19–cv–03425–DGC (closed 01/07/2020)

2:19–cv–03426–DGC (closed 12/09/2019)

2:19–cv–03427–DGC (closed 12/09/2019)

2:19–cv–03428–DGC (closed 12/09/2019)

2:19–cv–03429–DGC (closed 12/09/2019)

2:19–cv–03430–DGC (closed 01/06/2020)

2:19–cv–03431–DGC (closed 01/06/2020)

2:19–cv–03432–DGC (closed 01/07/2020)

2:19–cv–03433–DGC (closed 01/07/2020)

2:19–cv–03434–DGC (closed 01/08/2020)

2:19–cv–03435–DGC (closed 12/09/2019)

2:19–cv–03436–DGC (closed 01/06/2020)

2:19–cv–03437–DGC (closed 12/09/2019)

2:19–cv–03438–DGC (closed 01/08/2020)

2:19–cv–03439–DGC (closed 01/06/2020)

2:19–cv–03440–DGC (closed 01/06/2020)

2:19–cv–03441–DGC (closed 10/03/2019)

2:19–cv–03442–DGC

2:19–cv–03443–DGC

2:19–cv–03447–DGC

2:19–cv–03448–DGC

2:19–cv–03449–DGC (closed 10/17/2019)

2:19–cv–03460–DGC (closed 01/10/2020)

2:19–cv–03461–DGC (closed 03/05/2020)

2:19–cv–03450–DGC

2:19–cv–03451–DGC

2:19–cv–03452–DGC

2:19–cv–03462–DGC (closed 01/08/2020)

2:19–cv–03463–DGC (closed 10/17/2019)

2:19–cv–03464–DGC (closed 12/16/2019)

2:19–cv–03465–DGC

2:19–cv–03466–DGC (closed 11/06/2019)

2:19–cv–03467–DGC (closed 01/09/2020)

2:19–cv–03468–DGC (closed 10/17/2019)

2:19–cv–03469–DGC (closed 10/17/2019)

2:19–cv–03470–DGC (closed 03/04/2020)

2:19–cv–03471–DGC (closed 10/17/2019)

2:19–cv–03472–DGC (closed 10/17/2019)

2:19–cv–03473–DGC (closed 10/17/2019)

2:19–cv–03474–DGC

2:19–cv–03475–DGC

2:19–cv–03476–DGC (closed 01/03/2020)

2:19–cv–03479–DGC (closed 01/03/2020)

2:19–cv–03480–DGC

2:19–cv–03486–DGC (closed 01/10/2020)

2:19–cv–03487–DGC (closed 03/05/2020)
2:19–cv–03488–DGC (closed 12/09/2019)
2:19–cv–03489–DGC (closed 01/08/2020)
2:19–cv–03490–DGC (closed 01/07/2020)
2:19–cv–03491–DGC (closed 12/09/2019)
2:19–cv–03492–DGC (closed 01/06/2020)
2:19–cv–03493–DGC (closed 01/08/2020)
2:19–cv–03494–DGC (closed 01/06/2020)
2:19–cv–03495–DGC (closed 01/06/2020)
2:19–cv–03496–DGC (closed 12/09/2019)
2:19–cv–03497–DGC (closed 01/08/2020)
2:19–cv–03498–DGC (closed 01/08/2020)
2:19–cv–03499–DGC (closed 01/07/2020)
2:19–cv–03500–DGC (closed 01/08/2020)
2:19–cv–03501–DGC (closed 12/09/2019)
2:19–cv–03502–DGC (closed 01/06/2020)
2:19–cv–03503–DGC (closed 01/08/2020)
2:19–cv–03504–DGC (closed 01/06/2020)
2:19–cv–03505–DGC (closed 01/06/2020)
2:19–cv–03506–DGC (closed 01/06/2020)
2:19–cv–03507–DGC (closed 01/08/2020)
2:19–cv–03508–DGC (closed 01/08/2020)
2:19–cv–03509–DGC (closed 01/07/2020)
2:19–cv–03510–DGC (closed 01/07/2020)
2:19–cv–03511–DGC (closed 01/07/2020)
2:19–cv–03512–DGC (closed 12/09/2019)
2:19–cv–03513–DGC (closed 01/06/2020)
2:19–cv–03514–DGC (closed 12/09/2019)
2:19–cv–03515–DGC (closed 01/08/2020)
2:19–cv–03516–DGC (closed 01/08/2020)
2:19–cv–03517–DGC (closed 01/07/2020)
2:19–cv–03518–DGC (closed 12/09/2019)
2:19–cv–03519–DGC (closed 01/07/2020)
2:19–cv–03520–DGC (closed 01/07/2020)
2:19–cv–03521–DGC (closed 01/06/2020)
2:19–cv–03522–DGC (closed 12/09/2019)
2:19–cv–03523–DGC (closed 01/07/2020)
2:19–cv–03524–DGC (closed 12/09/2019)
2:19–cv–03525–DGC (closed 01/07/2020)
2:19–cv–03526–DGC (closed 01/08/2020)
2:19–cv–03527–DGC (closed 12/09/2019)
2:19–cv–03528–DGC (closed 12/09/2019)
2:19–cv–03529–DGC (closed 12/09/2019)
2:19–cv–03530–DGC (closed 01/08/2020)

2:19–cv–03531–DGC (closed 12/09/2019)

2:19–cv–03532–DGC (closed 01/06/2020)

2:19–cv–03533–DGC (closed 12/09/2019)

2:19–cv–03534–DGC (closed 01/08/2020)

2:19–cv–03535–DGC (closed 01/07/2020)

2:19–cv–03536–DGC (closed 12/09/2019)

2:19–cv–03537–DGC (closed 01/08/2020)

2:19–cv–03538–DGC (closed 03/04/2020)

2:19–cv–03539–DGC (closed 10/17/2019)

2:19–cv–03540–DGC (closed 10/17/2019)

2:19–cv–03541–DGC (closed 10/17/2019)

2:19–cv–03542–DGC (closed 10/17/2019)

2:19–cv–03543–DGC (closed 10/17/2019)

2:19–cv–03544–DGC (closed 10/17/2019)

2:19–cv–03545–DGC (closed 10/17/2019)

2:19–cv–03546–DGC (closed 10/17/2019)

2:19–cv–03547–DGC

2:19–cv–03548–DGC

2:19–cv–03549–DGC

2:19–cv–03550–DGC

2:19–cv–03551–DGC (closed 10/17/2019)

2:19–cv–03553–DGC

2:19–cv–03554–DGC (closed 10/17/2019)

2:19–cv–03555–DGC (closed 10/17/2019)

2:19–cv–03556–DGC (closed 10/17/2019)

2:19–cv–03557–DGC (closed 10/17/2019)

2:19–cv–03558–DGC (closed 10/17/2019)

2:19–cv–03559–DGC (closed 10/17/2019)

2:19–cv–03560–DGC

2:19–cv–03561–DGC

2:19–cv–03562–DGC

2:19–cv–03564–DGC

2:19–cv–03565–DGC

2:19–cv–03566–DGC

2:19–cv–03567–DGC (closed 10/17/2019)

2:19–cv–03568–DGC (closed 10/17/2019)

2:19–cv–03569–DGC (closed 10/17/2019)

2:19–cv–03570–DGC (closed 10/17/2019)

2:19–cv–03571–DGC (closed 10/17/2019)

2:19–cv–03572–DGC

2:19–cv–03573–DGC (closed 03/05/2020)

2:19–cv–03574–DGC (closed 03/04/2020)

2:19–cv–03575–DGC

2:19–cv–03576–DGC

2:19–cv–03577–DGC (closed 10/17/2019)

2:19–cv–03578–DGC

2:19–cv–03579–DGC (closed 10/17/2019)

2:19–cv–03580–DGC (closed 10/17/2019)

2:19–cv–03581–DGC

2:19–cv–03582–DGC

2:19–cv–03583–DGC

2:19–cv–03584–DGC (closed 10/17/2019)

2:19–cv–03585–DGC

2:19–cv–03586–DGC

2:19–cv–03587–DGC (closed 03/05/2020)

2:19–cv–03588–DGC

2:19–cv–03589–DGC (closed 10/17/2019)

2:19–cv–03590–DGC

2:19–cv–03591–DGC (closed 03/05/2020)

2:19–cv–03592–DGC (closed 10/17/2019)

2:19–cv–03593–DGC (closed 10/17/2019)

2:19–cv–03594–DGC (closed 03/05/2020)

2:19–cv–03595–DGC (closed 10/17/2019)

2:19–cv–03596–DGC (closed 10/17/2019)

2:19–cv–03597–DGC (closed 10/17/2019)

2:19–cv–03598–DGC (closed 03/05/2020)

2:19–cv–03599–DGC (closed 10/17/2019)

2:19–cv–03600–DGC (closed 10/17/2019)

2:19–cv–03601–DGC (closed 10/17/2019)

2:19–cv–03602–DGC (closed 10/17/2019)

2:19–cv–03603–DGC (closed 10/17/2019)

2:19–cv–03604–DGC (closed 03/04/2020)

2:19–cv–03605–DGC (closed 10/17/2019)

2:19–cv–03606–DGC (closed 10/17/2019)

2:19–cv–03607–DGC (closed 10/17/2019)

2:19–cv–03608–DGC (closed 10/17/2019)

2:19–cv–03609–DGC (closed 10/17/2019)

2:19–cv–03610–DGC (closed 03/04/2020)

2:19–cv–03611–DGC (closed 10/17/2019)

2:19–cv–03615–DGC (closed 03/05/2020)

2:19–cv–03616–DGC (closed 10/17/2019)

2:19–cv–03617–DGC (closed 10/17/2019)

2:19–cv–03619–DGC (closed 03/05/2020)

2:19–cv–03620–DGC (closed 10/17/2019)

2:19–cv–03621–DGC (closed 03/04/2020)

2:19–cv–03622–DGC (closed 03/05/2020)

2:19–cv–03623–DGC (closed 03/05/2020)

2:19–cv–03624–DGC (closed 03/04/2020)

2:19–cv–03625–DGC
2:19–cv–03626–DGC (closed 11/06/2019)
2:19–cv–03627–DGC (closed 12/17/2019)
2:19–cv–03628–DGC (closed 01/10/2020)
2:19–cv–03629–DGC (closed 12/05/2019)
2:19–cv–03630–DGC (closed 12/05/2019)
2:19–cv–03632–DGC (closed 12/05/2019)
2:19–cv–03633–DGC (closed 10/31/2019)
2:19–cv–03634–DGC
2:19–cv–03635–DGC (closed 12/05/2019)
2:19–cv–03636–DGC (closed 03/05/2020)
2:19–cv–03637–DGC
2:19–cv–03638–DGC
2:19–cv–03639–DGC (closed 03/05/2020)
2:19–cv–03640–DGC (closed 10/31/2019)
2:19–cv–03641–DGC
2:19–cv–03642–DGC (closed 03/05/2020)
2:19–cv–03643–DGC (closed 10/17/2019)
2:19–cv–03644–DGC (closed 03/05/2020)
2:19–cv–03645–DGC (closed 12/05/2019)
2:19–cv–03646–DGC (closed 12/05/2019)
2:19–cv–03647–DGC (closed 12/05/2019)
2:19–cv–03648–DGC (closed 12/05/2019)
2:19–cv–03649–DGC (closed 12/05/2019)
2:19–cv–03650–DGC (closed 03/05/2020)
2:19–cv–03651–DGC (closed 03/05/2020)
2:19–cv–03652–DGC (closed 12/05/2019)
2:19–cv–03653–DGC (closed 03/05/2020)
2:19–cv–03654–DGC (closed 12/05/2019)
2:19–cv–03655–DGC (closed 03/05/2020)
2:19–cv–03656–DGC (closed 03/05/2020)
2:19–cv–03657–DGC (closed 10/17/2019)
2:19–cv–03658–DGC (closed 10/17/2019)
2:19–cv–03659–DGC (closed 10/17/2019)
2:19–cv–03660–DGC (closed 10/17/2019)
2:19–cv–03661–DGC (closed 10/17/2019)
2:19–cv–03662–DGC (closed 10/17/2019)
2:19–cv–03663–DGC (closed 10/17/2019)
2:19–cv–03664–DGC (closed 09/18/2019)
2:19–cv–03665–DGC (closed 10/17/2019)
2:19–cv–03666–DGC (closed 10/17/2019)
2:19–cv–03667–DGC (closed 10/17/2019)
2:19–cv–03668–DGC (closed 12/09/2019)
2:19–cv–03669–DGC (closed 12/09/2019)

2:19–cv–03670–DGC (closed 08/20/2019)

2:19–cv–03671–DGC (closed 08/20/2019)

2:19–cv–03672–DGC (closed 03/05/2020)

2:19–cv–03673–DGC (closed 03/05/2020)

2:19–cv–03674–DGC (closed 03/05/2020)

2:19–cv–03675–DGC (closed 03/05/2020)

2:19–cv–03676–DGC (closed 03/05/2020)

2:19–cv–03677–DGC (closed 03/05/2020)

2:19–cv–03678–DGC (closed 03/05/2020)

2:19–cv–03679–DGC (closed 03/05/2020)

2:19–cv–03680–DGC (closed 03/05/2020)

2:19–cv–03683–DGC (closed 10/31/2019)

2:19–cv–03684–DGC (closed 10/31/2019)

2:19–cv–03685–DGC (closed 10/31/2019)

2:19–cv–03686–DGC (closed 10/31/2019)

2:19–cv–03687–DGC (closed 10/31/2019)

2:19–cv–03688–DGC (closed 10/31/2019)

2:19–cv–03689–DGC (closed 12/09/2019)

2:19–cv–03690–DGC

2:19–cv–03692–DGC (closed 03/05/2020)

2:19–cv–03693–DGC (closed 01/13/2020)

2:19–cv–03694–DGC

2:19–cv–03695–DGC

2:19–cv–03696–DGC (closed 03/05/2020)

2:19–cv–03697–DGC (closed 03/05/2020)

2:19–cv–03698–DGC

2:19–cv–03699–DGC

2:19–cv–03700–DGC

2:19–cv–03701–DGC (closed 03/05/2020)

2:19–cv–03702–DGC

2:19–cv–03703–DGC (closed 03/05/2020)

2:19–cv–03704–DGC (closed 03/05/2020)

2:19–cv–03705–DGC (closed 03/05/2020)

2:19–cv–03706–DGC (closed 03/05/2020)

2:19–cv–03707–DGC

2:19–cv–03708–DGC (closed 03/05/2020)

2:19–cv–03709–DGC (closed 03/05/2020)

2:19–cv–03711–DGC (closed 03/05/2020)

2:19–cv–03712–DGC (closed 03/05/2020)

2:19–cv–03713–DGC

2:19–cv–03714–DGC (closed 03/05/2020)

2:19–cv–03715–DGC (closed 03/05/2020)

2:19–cv–03716–DGC

2:19–cv–03717–DGC (closed 03/05/2020)

2:19–cv–03718–DGC (closed 12/09/2019)

2:19–cv–03719–DGC (closed 12/09/2019)

2:19–cv–03720–DGC (closed 12/16/2019)

2:19–cv–03721–DGC (closed 01/07/2020)

2:19–cv–03722–DGC

2:19–cv–03723–DGC (closed 12/16/2019)

2:19–cv–03724–DGC (closed 03/05/2020)

2:19–cv–03725–DGC (closed 01/07/2020)

2:19–cv–03726–DGC

2:19–cv–03727–DGC

2:19–cv–03728–DGC

2:19–cv–03729–DGC (closed 01/10/2020)

2:19–cv–03733–DGC

2:19–cv–03734–DGC

2:19–cv–03735–DGC (closed 12/16/2019)

2:19–cv–03736–DGC (closed 12/16/2019)

2:19–cv–03737–DGC (closed 01/10/2020)

2:19–cv–03738–DGC (closed 12/16/2019)

2:19–cv–03739–DGC

2:19–cv–03740–DGC (closed 12/16/2019)

2:19–cv–03741–DGC (closed 08/20/2019)

2:19–cv–03742–DGC

2:19–cv–03743–DGC

2:19–cv–03744–DGC (closed 12/16/2019)

2:19–cv–03746–DGC (closed 08/20/2019)

2:19–cv–03747–DGC (closed 03/05/2020)

2:19–cv–03748–DGC (closed 12/16/2019)

2:19–cv–03749–DGC

2:19–cv–03750–DGC (closed 12/09/2019)

2:19–cv–03751–DGC (closed 08/20/2019)

2:19–cv–03752–DGC

2:19–cv–03758–DGC (closed 10/17/2019)

2:19–cv–03759–DGC (closed 03/04/2020)

2:19–cv–03760–DGC

2:19–cv–03761–DGC (closed 12/30/2019)

2:19–cv–03762–DGC (closed 10/17/2019)

2:19–cv–03763–DGC (closed 12/16/2019)

2:19–cv–03764–DGC

2:19–cv–03765–DGC (closed 12/16/2019)

2:19–cv–03766–DGC (closed 12/16/2019)

2:19–cv–03767–DGC (closed 12/16/2019)

2:19–cv–03768–DGC (closed 12/09/2019)

2:19–cv–03769–DGC

2:19–cv–03770–DGC (closed 12/30/2019)

2:19–cv–03771–DGC (closed 12/18/2019)

2:19–cv–03772–DGC (closed 12/09/2019)

2:19–cv–03773–DGC (closed 12/16/2019)

2:19–cv–03774–DGC

2:19–cv–03775–DGC (closed 08/20/2019)

2:19–cv–03776–DGC (closed 12/16/2019)

2:19–cv–03777–DGC (closed 12/09/2019)

2:19–cv–03778–DGC (closed 12/16/2019)

2:19–cv–03779–DGC (closed 12/16/2019)

2:19–cv–03780–DGC (closed 12/16/2019)

2:19–cv–03781–DGC

2:19–cv–03782–DGC (closed 12/16/2019)

2:19–cv–03783–DGC (closed 12/30/2019)

2:19–cv–03784–DGC (closed 12/16/2019)

2:19–cv–03785–DGC (closed 12/16/2019)

2:19–cv–03786–DGC

2:19–cv–03787–DGC

2:19–cv–03788–DGC

2:19–cv–03789–DGC

2:19–cv–03790–DGC

2:19–cv–03791–DGC

2:19–cv–03792–DGC

2:19–cv–03793–DGC

2:19–cv–03794–DGC

2:19–cv–03795–DGC

2:19–cv–03796–DGC (closed 06/21/2019)

2:19–cv–03797–DGC

2:19–cv–03800–DGC

2:19–cv–03801–DGC (closed 01/07/2020)

2:19–cv–03802–DGC (closed 01/06/2020)

2:19–cv–03803–DGC (closed 03/05/2020)

2:19–cv–03804–DGC

2:19–cv–03805–DGC (closed 03/05/2020)

2:19–cv–03806–DGC (closed 10/31/2019)

2:19–cv–03807–DGC (closed 10/31/2019)

2:19–cv–03808–DGC

2:19–cv–03809–DGC

2:19–cv–03810–DGC

2:19–cv–03811–DGC

2:19–cv–03812–DGC (closed 10/31/2019)

2:19–cv–03813–DGC

2:19–cv–03814–DGC (closed 10/31/2019)

2:19–cv–03815–DGC (closed 03/05/2020)

2:19–cv–03816–DGC (closed 01/06/2020)

2:19–cv–03817–DGC

2:19–cv–03818–DGC (closed 03/05/2020)

2:19–cv–03819–DGC

2:19–cv–03820–DGC (closed 03/05/2020)

2:19–cv–03821–DGC

2:19–cv–03822–DGC (closed 10/17/2019)

2:19–cv–03823–DGC (closed 03/05/2020)

2:19–cv–03824–DGC (closed 10/17/2019)

2:19–cv–03825–DGC (closed 03/05/2020)

2:19–cv–03826–DGC (closed 10/17/2019)

2:19–cv–03827–DGC

2:19–cv–03828–DGC (closed 10/17/2019)

2:19–cv–03829–DGC (closed 03/05/2020)

2:19–cv–03832–DGC (closed 03/05/2020)

2:19–cv–03834–DGC (closed 03/05/2020)

2:19–cv–03835–DGC (closed 01/14/2020)

2:19–cv–03836–DGC (closed 03/05/2020)

2:19–cv–03837–DGC (closed 03/05/2020)

2:19–cv–03838–DGC (closed 03/05/2020)

2:19–cv–03839–DGC (closed 03/05/2020)

2:19–cv–03844–DGC (closed 03/05/2020)

2:19–cv–03845–DGC (closed 03/05/2020)

2:19–cv–03846–DGC (closed 12/16/2019)

2:19–cv–03848–DGC (closed 03/05/2020)

2:19–cv–03849–DGC (closed 10/17/2019)

2:19–cv–03851–DGC (closed 03/05/2020)

2:19–cv–03853–DGC (closed 10/17/2019)

2:19–cv–03854–DGC (closed 03/05/2020)

2:19–cv–03856–DGC

2:19–cv–03857–DGC (closed 12/16/2019)

2:19–cv–03859–DGC (closed 03/05/2020)

2:19–cv–03860–DGC (closed 03/05/2020)

2:19–cv–03861–DGC (closed 03/05/2020)

2:19–cv–03862–DGC (closed 10/17/2019)

2:19–cv–03863–DGC (closed 12/16/2019)

2:19–cv–03864–DGC (closed 01/17/2020)

2:19–cv–03865–DGC (closed 12/30/2019)

2:19–cv–03866–DGC

2:19–cv–03867–DGC (closed 12/16/2019)

2:19–cv–03868–DGC

2:19–cv–03869–DGC

2:19–cv–03870–DGC (closed 01/07/2020)

2:19–cv–03871–DGC (closed 10/17/2019)

2:19–cv–03872–DGC (closed 12/16/2019)

2:19–cv–03873–DGC (closed 10/17/2019)

2:19–cv–03874–DGC (closed 01/06/2020)

2:19–cv–03875–DGC (closed 03/05/2020)

2:19–cv–03876–DGC

2:19–cv–03877–DGC (closed 12/16/2019)

2:19–cv–03878–DGC (closed 12/04/2019)

2:19–cv–03879–DGC

2:19–cv–03880–DGC

2:19–cv–03881–DGC (closed 03/05/2020)

2:19–cv–03882–DGC (closed 03/04/2020)

2:19–cv–03883–DGC (closed 12/16/2019)

2:19–cv–03884–DGC

2:19–cv–03885–DGC (closed 03/05/2020)

2:19–cv–03886–DGC (closed 03/05/2020)

2:19–cv–03887–DGC (closed 03/05/2020)

2:19–cv–03888–DGC (closed 03/05/2020)

2:19–cv–03889–DGC (closed 03/05/2020)

2:19–cv–03890–DGC (closed 01/07/2020)

2:19–cv–03891–DGC (closed 03/05/2020)

2:19–cv–03892–DGC (closed 03/05/2020)

2:19–cv–03893–DGC (closed 03/05/2020)

2:19–cv–03894–DGC (closed 01/13/2020)

2:19–cv–03895–DGC (closed 03/05/2020)

2:19–cv–03896–DGC (closed 03/05/2020)

2:19–cv–03897–DGC

2:19–cv–03898–DGC (closed 03/05/2020)

2:19–cv–03899–DGC (closed 03/05/2020)

2:19–cv–03900–DGC (closed 03/05/2020)

2:19–cv–03901–DGC (closed 03/05/2020)

2:19–cv–03902–DGC (closed 03/05/2020)

2:19–cv–03903–DGC (closed 01/10/2020)

2:19–cv–03904–DGC

2:19–cv–03912–DGC

2:19–cv–03913–DGC (closed 01/14/2020)

2:19–cv–03914–DGC (closed 12/16/2019)

2:19–cv–03915–DGC

2:19–cv–03916–DGC

2:19–cv–03917–DGC (closed 12/16/2019)

2:19–cv–03918–DGC (closed 12/16/2019)

2:19–cv–03919–DGC (closed 12/16/2019)

2:19–cv–03920–DGC (closed 12/16/2019)

2:19–cv–03921–DGC

2:19–cv–03922–DGC (closed 12/16/2019)

2:19–cv–03923–DGC (closed 03/05/2020)

2:19–cv–03924–DGC (closed 12/16/2019)

2:19–cv–03925–DGC

2:19–cv–03926–DGC (closed 03/04/2020)

2:19–cv–03927–DGC (closed 03/05/2020)

2:19–cv–03928–DGC (closed 03/05/2020)

2:19–cv–03929–DGC (closed 03/05/2020)

2:19–cv–03930–DGC (closed 10/17/2019)

2:19–cv–03931–DGC (closed 12/16/2019)

2:19–cv–03932–DGC

2:19–cv–03933–DGC (closed 03/05/2020)

2:19–cv–03934–DGC (closed 12/16/2019)

2:19–cv–03935–DGC (closed 03/05/2020)

2:19–cv–03936–DGC (closed 10/17/2019)

2:19–cv–03937–DGC (closed 03/05/2020)

2:19–cv–03938–DGC

2:19–cv–03939–DGC (closed 03/05/2020)

2:19–cv–03940–DGC (closed 10/17/2019)

2:19–cv–03941–DGC

2:19–cv–03942–DGC

2:19–cv–03943–DGC (closed 03/05/2020)

2:19–cv–03944–DGC

2:19–cv–03945–DGC (closed 12/16/2019)

2:19–cv–03946–DGC (closed 08/20/2019)

2:19–cv–03948–DGC (closed 12/16/2019)

2:19–cv–03949–DGC (closed 12/16/2019)

2:19–cv–03950–DGC (closed 10/17/2019)

2:19–cv–03951–DGC

2:19–cv–03952–DGC (closed 12/16/2019)

2:19–cv–03953–DGC (closed 10/17/2019)

2:19–cv–03954–DGC (closed 03/05/2020)

2:19–cv–03955–DGC (closed 03/05/2020)

2:19–cv–03956–DGC

2:19–cv–03957–DGC (closed 03/04/2020)

2:19–cv–03958–DGC

2:19–cv–03959–DGC

2:19–cv–03960–DGC (closed 01/10/2020)

2:19–cv–03961–DGC

2:19–cv–03962–DGC (closed 01/10/2020)

2:19–cv–03963–DGC (closed 03/05/2020)

2:19–cv–03964–DGC (closed 12/16/2019)

2:19–cv–03965–DGC

2:19–cv–03966–DGC (closed 12/16/2019)

2:19–cv–03967–DGC (closed 01/08/2020)

2:19–cv–03969–DGC (closed 03/05/2020)

2:19–cv–03970–DGC (closed 03/05/2020)

2:19–cv–03971–DGC (closed 01/13/2020)

2:19–cv–03972–DGC (closed 03/05/2020)

2:19–cv–03973–DGC (closed 12/16/2019)

2:19–cv–03974–DGC (closed 12/16/2019)

2:19–cv–03975–DGC (closed 01/10/2020)

2:19–cv–03977–DGC (closed 12/16/2019)

2:19–cv–03978–DGC (closed 12/16/2019)

2:19–cv–03979–DGC

2:19–cv–03980–DGC (closed 01/08/2020)

2:19–cv–03981–DGC (closed 01/13/2020)

2:19–cv–03982–DGC (closed 01/13/2020)

2:19–cv–03983–DGC (closed 12/16/2019)

2:19–cv–03984–DGC (closed 10/17/2019)

2:19–cv–03985–DGC (closed 12/16/2019)

2:19–cv–03986–DGC (closed 03/05/2020)

2:19–cv–03987–DGC (closed 10/17/2019)

2:19–cv–03988–DGC (closed 03/05/2020)

2:19–cv–03989–DGC

2:19–cv–03990–DGC (closed 03/05/2020)

2:19–cv–03991–DGC (closed 01/10/2020)

2:19–cv–03992–DGC (closed 10/17/2019)

2:19–cv–03993–DGC (closed 12/04/2019)

2:19–cv–03994–DGC (closed 01/13/2020)

2:19–cv–03995–DGC (closed 12/04/2019)

2:19–cv–03996–DGC (closed 01/08/2020)

2:19–cv–03997–DGC (closed 12/16/2019)

2:19–cv–03998–DGC (closed 12/04/2019)

2:19–cv–04001–DGC

2:19–cv–04002–DGC (closed 12/16/2019)

2:19–cv–04003–DGC (closed 12/04/2019)

2:19–cv–04004–DGC (closed 01/09/2020)

2:19–cv–04005–DGC (closed 12/04/2019)

2:19–cv–04006–DGC (closed 12/04/2019)

2:19–cv–04007–DGC (closed 01/09/2020)

2:19–cv–04008–DGC (closed 09/26/2019)

2:19–cv–04009–DGC (closed 12/16/2019)

2:19–cv–04010–DGC (closed 12/04/2019)

2:19–cv–04011–DGC (closed 03/05/2020)

2:19–cv–04012–DGC (closed 01/09/2020)

2:19–cv–04013–DGC

2:19–cv–04015–DGC (closed 03/05/2020)

2:19–cv–04016–DGC (closed 03/05/2020)

2:19–cv–04017–DGC (closed 12/16/2019)

2:19–cv–04018–DGC (closed 12/04/2019)

2:19–cv–04019–DGC (closed 03/05/2020)

2:19–cv–04020–DGC (closed 12/16/2019)

2:19–cv–04021–DGC (closed 11/21/2019)

2:19–cv–04022–DGC

2:19–cv–04023–DGC (closed 03/04/2020)

2:19–cv–04024–DGC (closed 12/04/2019)

2:19–cv–04025–DGC (closed 12/04/2019)

2:19–cv–04026–DGC (closed 03/05/2020)

2:19–cv–04027–DGC

2:19–cv–04028–DGC (closed 03/05/2020)

2:19–cv–04029–DGC (closed 12/04/2019)

2:19–cv–04030–DGC (closed 08/20/2019)

2:19–cv–04031–DGC (closed 12/16/2019)

2:19–cv–04032–DGC

2:19–cv–04033–DGC (closed 12/04/2019)

2:19–cv–04034–DGC (closed 12/04/2019)

2:19–cv–04035–DGC (closed 12/17/2019)

2:19–cv–04036–DGC (closed 12/17/2019)

2:19–cv–04037–DGC (closed 03/05/2020)

2:19–cv–04038–DGC (closed 10/17/2019)

2:19–cv–04039–DGC (closed 12/16/2019)

2:19–cv–04040–DGC (closed 03/05/2020)

2:19–cv–04041–DGC (closed 03/05/2020)

2:19–cv–04043–DGC (closed 08/20/2019)

2:19–cv–04044–DGC (closed 12/30/2019)

2:19–cv–04045–DGC

2:19–cv–04046–DGC (closed 12/17/2019)

2:19–cv–04047–DGC (closed 12/17/2019)

2:19–cv–04048–DGC (closed 10/17/2019)

2:19–cv–04049–DGC

2:19–cv–04050–DGC (closed 12/09/2019)

2:19–cv–04051–DGC

2:19–cv–04052–DGC (closed 03/05/2020)

2:19–cv–04053–DGC

2:19–cv–04054–DGC (closed 03/05/2020)

2:19–cv–04055–DGC (closed 12/09/2019)

2:19–cv–04056–DGC

2:19–cv–04057–DGC

2:19–cv–04058–DGC

2:19–cv–04059–DGC

2:19–cv–04060–DGC (closed 12/09/2019)

2:19–cv–04061–DGC

2:19–cv–04062–DGC

2:19–cv–04063–DGC

2:19–cv–04064–DGC

2:19–cv–04065–DGC (closed 03/05/2020)

2:19–cv–04066–DGC (closed 01/08/2020)

2:19–cv–04067–DGC (closed 12/09/2019)

2:19–cv–04068–DGC

2:19–cv–04069–DGC

2:19–cv–04070–DGC

2:19–cv–04071–DGC (closed 10/17/2019)

2:19–cv–04072–DGC (closed 12/16/2019)

2:19–cv–04073–DGC

2:19–cv–04074–DGC (closed 03/05/2020)

2:19–cv–04075–DGC (closed 12/16/2019)

2:19–cv–04076–DGC

2:19–cv–04077–DGC

2:19–cv–04078–DGC (closed 03/05/2020)

2:19–cv–04079–DGC (closed 01/17/2020)

2:19–cv–04080–DGC (closed 01/06/2020)

2:19–cv–04081–DGC

2:19–cv–04082–DGC

2:19–cv–04083–DGC

2:19–cv–04084–DGC

2:19–cv–04085–DGC (closed 01/06/2020)

2:19–cv–04086–DGC

2:19–cv–04087–DGC (closed 12/16/2019)

2:19–cv–04088–DGC

2:19–cv–04089–DGC (closed 03/05/2020)

2:19–cv–04100–DGC

2:19–cv–04090–DGC

2:19–cv–04091–DGC

2:19–cv–04092–DGC

2:19–cv–04093–DGC (closed 01/06/2020)

2:19–cv–04094–DGC (closed 12/16/2019)

2:19–cv–04095–DGC (closed 03/04/2020)

2:19–cv–04096–DGC

2:19–cv–04097–DGC

2:19–cv–04098–DGC (closed 03/05/2020)

2:19–cv–04099–DGC

2:19–cv–04101–DGC

2:19–cv–04102–DGC (closed 12/05/2019)

2:19–cv–04103–DGC (closed 03/05/2020)

2:19–cv–04104–DGC

2:19–cv–04105–DGC (closed 10/17/2019)

2:19–cv–04107–DGC

2:19–cv–04108–DGC

2:19–cv–04109–DGC

2:19–cv–04110–DGC

2:19–cv–04111–DGC (closed 10/17/2019)

2:19–cv–04112–DGC

2:19–cv–04113–DGC (closed 10/17/2019)

2:19–cv–04114–DGC

2:19–cv–04115–DGC (closed 01/10/2020)

2:19–cv–04116–DGC

2:19–cv–04117–DGC (closed 01/10/2020)

2:19–cv–04118–DGC (closed 10/17/2019)

2:19–cv–04119–DGC

2:19–cv–04120–DGC

2:19–cv–04121–DGC (closed 10/17/2019)

2:19–cv–04122–DGC (closed 03/05/2020)

2:19–cv–04123–DGC (closed 10/17/2019)

2:19–cv–04124–DGC

2:19–cv–04125–DGC (closed 03/05/2020)

2:19–cv–04126–DGC (closed 03/05/2020)

2:19–cv–04127–DGC

2:19–cv–04128–DGC

2:19–cv–04129–DGC (closed 10/11/2019)

2:19–cv–04130–DGC

2:19–cv–04131–DGC

2:19–cv–04132–DGC (closed 10/17/2019)

2:19–cv–04134–DGC (closed 10/17/2019)

2:19–cv–04133–DGC (closed 10/17/2019)

2:19–cv–04135–DGC (closed 12/16/2019)

2:19–cv–04136–DGC (closed 03/05/2020)

2:19–cv–04137–DGC (closed 10/17/2019)

2:19–cv–04138–DGC (closed 10/17/2019)

2:19–cv–04139–DGC (closed 10/17/2019)

2:19–cv–04140–DGC (closed 12/16/2019)

2:19–cv–04141–DGC (closed 12/16/2019)

2:19–cv–04142–DGC (closed 03/05/2020)

2:19–cv–04143–DGC (closed 12/16/2019)

2:19–cv–04144–DGC (closed 10/17/2019)

2:19–cv–04145–DGC

2:19–cv–04146–DGC (closed 10/17/2019)

2:19–cv–04147–DGC (closed 10/17/2019)

2:19–cv–04148–DGC

2:19–cv–04149–DGC

2:19–cv–04150–DGC (closed 12/16/2019)

2:19–cv–04151–DGC (closed 12/16/2019)

2:19–cv–04152–DGC (closed 03/05/2020)

2:19–cv–04153–DGC

2:19–cv–04154–DGC (closed 10/17/2019)

2:19–cv–04155–DGC (closed 12/16/2019)

2:19–cv–04156–DGC (closed 10/17/2019)

2:19–cv–04157–DGC (closed 10/17/2019)

2:19–cv–04158–DGC (closed 12/16/2019)

2:19–cv–04159–DGC (closed 12/16/2019)

2:19–cv–04160–DGC (closed 12/16/2019)

2:19–cv–04161–DGC (closed 12/16/2019)

2:19–cv–04162–DGC (closed 12/16/2019)

2:19–cv–04163–DGC (closed 12/16/2019)

2:19–cv–04164–DGC

2:19–cv–04165–DGC (closed 10/17/2019)

2:19–cv–04166–DGC (closed 12/16/2019)

2:19–cv–04167–DGC (closed 09/04/2019)

2:19–cv–04168–DGC (closed 10/17/2019)

2:19–cv–04169–DGC (closed 03/05/2020)

2:19–cv–04170–DGC (closed 12/16/2019)

2:19–cv–04171–DGC (closed 12/16/2019)

2:19–cv–04172–DGC (closed 12/16/2019)

2:19–cv–04173–DGC (closed 10/17/2019)

2:19–cv–04174–DGC

2:19–cv–04175–DGC (closed 12/16/2019)

2:19–cv–04176–DGC (closed 12/16/2019)

2:19–cv–04177–DGC (closed 03/05/2020)

2:19–cv–04178–DGC (closed 12/16/2019)

2:19–cv–04179–DGC

2:19–cv–04180–DGC (closed 12/16/2019)

2:19–cv–04181–DGC

2:19–cv–04182–DGC (closed 10/17/2019)

2:19–cv–04183–DGC

2:19–cv–04184–DGC (closed 12/16/2019)

2:19–cv–04185–DGC (closed 10/17/2019)

2:19–cv–04186–DGC (closed 01/13/2020)

2:19–cv–04187–DGC (closed 12/16/2019)

2:19–cv–04188–DGC (closed 10/17/2019)

2:19–cv–04189–DGC

2:19–cv–04190–DGC (closed 12/16/2019)

2:19–cv–04191–DGC (closed 01/10/2020)

2:19–cv–04192–DGC (closed 03/05/2020)

2:19–cv–04193–DGC (closed 03/05/2020)

2:19–cv–04194–DGC (closed 12/16/2019)

2:19–cv–04195–DGC (closed 10/17/2019)

2:19–cv–04196–DGC (closed 01/13/2020)

2:19–cv–04197–DGC (closed 12/16/2019)

2:19–cv–04198–DGC (closed 03/05/2020)

2:19–cv–04199–DGC

2:19–cv–04200–DGC

2:19–cv–04201–DGC (closed 01/09/2020)

2:19–cv–04202–DGC (closed 12/16/2019)

2:19–cv–04203–DGC (closed 03/05/2020)

2:19–cv–04204–DGC

2:19–cv–04205–DGC (closed 12/16/2019)

2:19–cv–04206–DGC (closed 12/16/2019)

2:19–cv–04207–DGC (closed 10/17/2019)

2:19–cv–04208–DGC (closed 12/16/2019)

2:19–cv–04209–DGC (closed 01/10/2020)

2:19–cv–04210–DGC (closed 12/16/2019)

2:19–cv–04211–DGC (closed 12/16/2019)

2:19–cv–04212–DGC

2:19–cv–04213–DGC (closed 10/17/2019)

2:19–cv–04214–DGC (closed 12/16/2019)

2:19–cv–04215–DGC

2:19–cv–04216–DGC (closed 03/05/2020)

2:19–cv–04217–DGC

2:19–cv–04218–DGC (closed 10/17/2019)

2:19–cv–04219–DGC (closed 10/17/2019)

2:19–cv–04220–DGC (closed 10/17/2019)

2:19–cv–04221–DGC (closed 10/17/2019)

2:19–cv–04222–DGC (closed 01/17/2020)

2:19–cv–04223–DGC (closed 10/17/2019)

2:19–cv–04224–DGC (closed 10/17/2019)

2:19–cv–04225–DGC

2:19–cv–04226–DGC (closed 03/05/2020)

2:19–cv–04228–DGC (closed 12/16/2019)

2:19–cv–04227–DGC

2:19–cv–04229–DGC (closed 01/13/2020)

2:19–cv–04230–DGC (closed 10/17/2019)

2:19–cv–04231–DGC (closed 01/13/2020)

2:19–cv–04232–DGC (closed 12/05/2019)

2:19–cv–04233–DGC

2:19–cv–04234–DGC

2:19–cv–04235–DGC

2:19–cv–04236–DGC (closed 12/16/2019)

2:19–cv–04237–DGC (closed 10/17/2019)

2:19–cv–04238–DGC

2:19–cv–04239–DGC (closed 10/17/2019)

2:19–cv–04240–DGC (closed 10/17/2019)

2:19–cv–04241–DGC

2:19–cv–04242–DGC (closed 01/02/2020)

2:19–cv–04243–DGC (closed 01/02/2020)

2:19–cv–04244–DGC (closed 01/02/2020)

2:19–cv–04245–DGC (closed 03/05/2020)

2:19–cv–04246–DGC (closed 01/02/2020)

2:19–cv–04247–DGC (closed 12/16/2019)

2:19–cv–04248–DGC (closed 12/30/2019)

2:19–cv–04249–DGC (closed 12/30/2019)

2:19–cv–04250–DGC (closed 12/16/2019)

2:19–cv–04251–DGC (closed 01/02/2020)

2:19–cv–04252–DGC (closed 03/05/2020)

2:19–cv–04253–DGC (closed 10/17/2019)

2:19–cv–04254–DGC

2:19–cv–04255–DGC (closed 12/16/2019)

2:19–cv–04256–DGC (closed 03/05/2020)

2:19–cv–04257–DGC (closed 10/17/2019)

2:19–cv–04258–DGC (closed 10/17/2019)

2:19–cv–04259–DGC (closed 10/17/2019)

2:19–cv–04260–DGC (closed 09/30/2019)

2:19–cv–04261–DGC

2:19–cv–04262–DGC (closed 12/16/2019)

2:19–cv–04263–DGC (closed 03/05/2020)

2:19–cv–04264–DGC (closed 10/17/2019)

2:19–cv–04265–DGC (closed 12/16/2019)

2:19–cv–04267–DGC (closed 03/05/2020)

2:19–cv–04268–DGC

2:19–cv–04269–DGC (closed 10/17/2019)

2:19–cv–04270–DGC (closed 10/17/2019)

2:19–cv–04271–DGC (closed 12/16/2019)

2:19–cv–04272–DGC

2:19–cv–04273–DGC

2:19–cv–04274–DGC

2:19–cv–04275–DGC (closed 10/17/2019)

2:19–cv–04276–DGC

2:19–cv–04277–DGC (closed 10/17/2019)

2:19–cv–04278–DGC (closed 10/17/2019)

2:19–cv–04279–DGC (closed 10/17/2019)

2:19–cv–04280–DGC (closed 12/16/2019)

2:19–cv–04281–DGC (closed 12/16/2019)

2:19–cv–04282–DGC (closed 12/16/2019)

2:19–cv–04283–DGC (closed 12/10/2019)

2:19–cv–04284–DGC

2:19–cv–04285–DGC (closed 12/10/2019)

2:19–cv–04286–DGC (closed 12/16/2019)

2:19–cv–04287–DGC (closed 12/10/2019)

2:19–cv–04288–DGC (closed 12/16/2019)

2:19–cv–04289–DGC (closed 03/05/2020)

2:19–cv–04290–DGC (closed 12/16/2019)

2:19–cv–04291–DGC (closed 12/16/2019)

2:19–cv–04292–DGC (closed 12/16/2019)

2:19–cv–04293–DGC (closed 01/09/2020)

2:19–cv–04294–DGC

2:19–cv–04295–DGC

2:19–cv–04296–DGC (closed 01/13/2020)

2:19–cv–04297–DGC (closed 12/16/2019)

2:19–cv–04298–DGC (closed 12/09/2019)

2:19–cv–04299–DGC

2:19–cv–04300–DGC (closed 01/13/2020)

2:19–cv–04301–DGC (closed 01/09/2020)

2:19–cv–04302–DGC (closed 10/17/2019)

2:19–cv–04303–DGC (closed 10/17/2019)

2:19–cv–04304–DGC (closed 10/17/2019)

2:19–cv–04305–DGC (closed 01/17/2020)

2:19–cv–04306–DGC (closed 01/13/2020)

2:19–cv–04307–DGC (closed 01/13/2020)

2:19–cv–04308–DGC (closed 10/17/2019)

2:19–cv–04309–DGC (closed 01/09/2020)

2:19–cv–04310–DGC (closed 10/17/2019)

2:19–cv–04311–DGC (closed 01/09/2020)

2:19–cv–04312–DGC (closed 10/17/2019)

2:19–cv–04313–DGC (closed 10/17/2019)

2:19–cv–04314–DGC (closed 01/14/2020)

2:19–cv–04315–DGC

2:19–cv–04316–DGC (closed 12/17/2019)

2:19–cv–04317–DGC (closed 01/02/2020)

2:19–cv–04318–DGC (closed 12/30/2019)

2:19–cv–04319–DGC (closed 01/02/2020)

2:19–cv–04320–DGC (closed 12/17/2019)

2:19–cv–04321–DGC (closed 10/17/2019)

2:19–cv–04322–DGC (closed 10/17/2019)

2:19–cv–04330–DGC (closed 01/09/2020)

Cause: 28:1332 Diversity–Product Liability

**Plaintiff**

**Maria B Sanchez**                                   represented by   **Keith L Altman**
                                                                       Excolo Law PLLC
                                                                       26700 Lahser Rd., Ste. 401

Southfield, MI 48033
516–456–5885
Fax: 248–436–6858
Email: kaltman@lawampmmt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C R Bard Incorporated**                    represented by    **Richard B North , Jr**
                                                               Nelson Mullins Riley & Scarborough LLC –
                                                               Atlanta, GA
                                                               Atlantic Station
                                                               201 17th St. NW, Ste. 1700
                                                               Atlanta, GA 30363
                                                               404–322–6000
                                                               Fax: 404–322–6050
                                                               Email: richard.north@nelsonmullins.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Bard Peripheral Vascular Incorporated**    represented by    **Richard B North , Jr**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2016 | Ï 1 | COMPLAINT. Filing fee received: $ 400.00, receipt number 0970–13733091 filed by Maria B Sanchez.(LSP) (Entered: 12/21/2016) |
| 12/21/2016 | Ï 2 | NOTICE TO FILER OF DEFICIENCY re: 1 Complaint filed by Maria B Sanchez. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual Section II(B), attorneys are required to submit the automated Civil Cover Sheet when filing a new case. No further action is required. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 12/21/2016) |
| 12/21/2016 | Ï 3 | SUMMONS Submitted by Maria B Sanchez. NOTE: Clerk is unable to issue these blank summons. (Attachments: # 1 Summons)(LSP) (Entered: 12/21/2016) |
| 12/21/2016 | Ï 4 | This case has been assigned to the Honorable David G Campbell, with member case number: CV–16–4490–PHX–DGC. This case is included in MDL–2641. All future pleadings or documents should be filed in the Lead Case: 2:15–md–2641–DGC. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 12/21/2016) |
| 12/28/2016 | Ï 5 | SUPPLEMENT Civil Coversheet re: 1 Complaint by Plaintiff Maria B Sanchez. (Altman, Keith) (Entered: 12/28/2016) |
| 12/28/2016 | Ï 6 | *SUPPLEMENT Amended Summons re: 1 Complaint by Plaintiff Maria B Sanchez. (Attachments: # 1 Summons)(Altman, Keith) *Document filed in wrong case. Attorney noticed to re–file document in correct case on 12/28/2016 (LSP). (Entered: 12/28/2016) |

| 12/28/2016 | Ï 7 | NOTICE TO FILER OF DEFICIENCY re: 6 Supplement filed by Maria B Sanchez. Document entered in wrong case. Incorrect event selected: Supplement found in the Other Filings, Other Documents category. Correct event: Summons Submitted found in the Service of Process category. ***Summons form must be completed to be issued, i.e. "Defendant's Name" and where/to whom defendant is to answer. ***FOLLOW–UP ACTION REQUIRED:*** Please refile document in correct case: 2:15–md–2641–DGC. Deficiency must be corrected within one business day of this notice. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (LSP) (Entered: 12/28/2016) |
| --- | --- | --- |
| 03/05/2020 | Ï 8 | ORDER – SUGGESTION OF REMAND AND TRANSFER ORDER (THIRD). Signed by Senior Judge David G Campbell on 3/4/20. (SLQ) (Entered: 03/12/2020) |
| 03/06/2020 | Ï 9 | AMENDED ORDER – AMENDED SUGGESTION OF REMAND AND TRANSFER ORDER (THIRD). Signed by Senior Judge David G Campbell on 3/6/20. (SLQ) (Entered: 03/18/2020) |
| 03/20/2020 | Ï 10 | SECOND AMENDED SUGGESTION OF REMAND AND TRANSFER ORDER (THIRD). See Order for Details. Signed by Senior Judge David G Campbell on 3/20/20. [Amending to Remove Case: Lisa Riley v. C. R. Bard, Inc., 2:18–cv–00896–NV from page 25 of Schedule B] (MAP) (Entered: 03/24/2020) |
| 03/30/2020 | Ï | Remark – Case transferred to the District of New Mexico via electronic transfer. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (SLQ) (Entered: 03/30/2020) |