**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| MARIA B. SANCHEZ,<br><br>    Plaintiff,<br>v.<br><br>C.R. BARD INCORPORATED and<br>BARD PERIPHERAL VASCULAR<br>INCORPORATED,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:20-cv-00297-LF-KK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

Modrall, Sperling, Roehl, Harris & Sisk, P.A. (Alex C. Walker) enters its appearance as counsel for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in the above-referenced proceeding.

        MODRALL, SPERLING, ROEHL, HARRIS
          & SISK, P.A.

        By: */s/ Alex Walker*
          Alex C. Walker
          Post Office Box 2168
          500 Fourth Street NW, Suite 1000
          Albuquerque, New Mexico  87103-2168
          Telephone: 505.848.1800
          awalker@modrall.com

        *Attorneys for Defendants C. R. Bard, Inc. and*
         *Bard Peripheral Vascular, Inc.*

WE HEREBY CERTIFY that on this 2nd day of April, 2020, we filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: */s/ Alex Walker*
Alex C. Walker

*W3726727.DOCX*