**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

|  |  |
|---|---|
| MARIA B. SANCHEZ, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 1:20-cv-00297-LF-KK |
| C.R. BARD INCORPORATED and | ) |
| BARD PERIPHERAL VASCULAR | ) |
| INCORPORATED, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF CERTIFICATION OF GOOD STANDING**
**OF ASSOCIATED COUNSEL PHILIP M. BUSMAN**

Pursuant to D.N.M. LR-Civ. 83.3, Alex C. Walker of the law firm of Modrall, Sperling, Roehl, Harris & Sisk, P.A., member of the Federal Bar of this District, certifies that the following attorney is a member in good standing of the Bar of the State of Virginia and the District of Colombia:

> Philip M. Busman
> NELSON MULLINS RILEY & SCARBOROUGH LLP
> 101 Constitution Avenue, NW, Suite 900
> Washington, D.C. 20001
> (202) 689-2988
> (202) 689-2860 – facsimile
> phil.busman@nelsonmullins.com

> MODRALL, SPERLING, ROEHL, HARRIS
> & SISK, P.A.
>
> By: _/s/ Alex Walker_
>     Alex C. Walker
>     Post Office Box 2168
>     500 Fourth Street NW, Suite 1000
>     Albuquerque, New Mexico  87103-2168
>     Telephone: 505.848.1800
>     awalker@modrall.com
> *Attorneys for Defendants C. R. Bard, Inc. and*
>     *Bard Peripheral Vascular, Inc.*

WE HEREBY CERTIFY that on this
6th day of April, 2020, we filed the
foregoing electronically through the
CM/ECF system, which caused all
parties or counsel to be served by
electronic means, as more fully
reflected in the Notice of Electronic
Filing.

MODRALL, SPERLING, ROEHL, HARRIS
& SISK, P.A.

By: */s/ Alex Walker*
Alex C. Walker

*W3726767.DOCX*