IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA B. SANCHEZ,

    Plaintiff,

v.

C.R. BARD INCORPORATED and
BARD PERIPHERAL VASCULAR
INCORPORATED,

    Defendants.

Case No.: 1:20-cv-00297-KG-KK

**JOINT MOTION TO VACATE AND
RESET THE INITIAL SCHEDULING ORDER**

Plaintiff Maria B. Sanchez and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. by and through their counsel of record, respectfully request that the Court vacate the Rule 16 Scheduling Conference, scheduled for May 4, 2020, in the above-entitled cause of action. As grounds for this motion, the parties state as follows:

1. They are currently engaged in discussions on resolving this matter without continued litigation;
2. They are close to a settlement;
3. They would like to ensure that costs associated with continued litigation do not derail the settlement talks.

For the reasons set forth above, the Parties respectfully request that the Court enter an order vacating the May 4, 2020 Rule 16 Scheduling Conference in this matter, resetting the scheduling conference at a later date, and that the Court issue an Amended Initial Scheduling Order providing for new pre-trial deadlines.

Respectfully submitted,

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: */s/ Alex Walker*
   Alex C. Walker
   P.O. Box 2168
   500 Fourth Street NW, Suite 1000
   Albuquerque, NM 87103-2168
   Telephone: (505) 848-1800
   awalker@modrall.com

NELSON MULLINS RILEY
   & SCARBOROUGH LLP
   Philip M. Busman (admitted *pro hac vice*)
   101 Constitution Avenue NW, Suite 900
   Washington, DC 20001
   Telephone: (202) 689-2988
   phil.busman@nelsonmullins.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*


EXCOLO LAW, PLLC

By: *Electronically approved – 4/30/20*
   Keith L. Altman
   26700 Lahser Road, Suite 401
   Southfield, MI 48033
   Telephone:  (516) 456-5885
   kaltman@lawampmmt.com

*Attorneys for Plaintiff*

WE HEREBY CERTIFY that on this <u>30th</u> day of April, 2020, we filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By: <u>*/s/ Alex Walker*             </u>
   Alex C. Walker

*W3743698.DOCX*