IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARIA B. SANCHEZ,<br><br>     Plaintiff,<br>v.<br><br>C.R. BARD INCORPORATED and<br>BARD PERIPHERAL VASCULAR<br>INCORPORATED,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:20-cv-00297-KG-KK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL OF COUNSEL

Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. hereby give notice that Richard B. North, Jr. withdraws his appearance. Modrall, Sperling, Roehl, Harris & Sisk, P.A. (Alex C. Walker) and Nelson, Mullings, Riley, & Scarborough, LLP (Philip M. Busman) will continue as counsel of record for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.

> MODRALL, SPERLING, ROEHL, HARRIS
>    & SISK, P.A.
>
> By: */s/ Alex Walker*
>      Alex C. Walker
>      P.O. Box 2168
>      500 Fourth Street NW, Suite 1000
>      Albuquerque, NM 87103-2168
>      Telephone: (505) 848-1800
>      awalker@modrall.com
>
> NELSON MULLINS RILEY
>    & SCARBOROUGH LLP
>      Philip M. Busman (admitted *pro hac vice*)
>      101 Constitution Avenue NW, Suite 900
>      Washington, DC 20001
>      Telephone: (202) 689-2988
>      phil.busman@nelsonmullins.com
>
> *Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

WE FURTHER CERTIFY that on this <u>1st</u> day of May, 2020, we filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: */s/ Alex Walker*
    Alex Walker

*W3744419.DOCX*