IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA B. SANCHEZ,

    Plaintiff,

v.

                                                    Civ. No. 20-297 KG/KK

C R BARD INCORPORATED *et al.*,

    Defendants.

## ORDER RESETTING INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES

THIS MATTER is before the Court on the parties' Joint Motion to Vacate and Reset the Initial Scheduling Order (Doc. 19), filed April 30, 2020. The Court, having reviewed the joint motion and being otherwise fully advised, FINDS that the motion is well-taken and should be GRANTED as set forth herein. Additionally, for the reasons set forth in the motion and pursuant to Federal Rule of Civil Procedure 16(b)(2), the Court FINDS good cause to delay entry of a scheduling order in this case.

IT IS THEREFORE ORDERED that the following deadlines and hearing set in the Court's Initial Scheduling Order (Doc. 14) are hereby VACATED and are RESET as follows:

1. Counsel are to "meet and confer" by **Friday, June 5, 2020**;

2. Plaintiff is responsible for filing the parties' Joint Status Report and Provisional Discovery Plan by **Tuesday, June 16, 2020**; and,

3. A Rule 16 Initial Scheduling Conference will be held **by telephone** on **Thursday, June 25, 2020 at 2:30 p.m.** before the undersigned. Counsel are to call the Court's AT&T conference line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings.

All other provisions of the Court's Initial Scheduling Order remain in full force and effect.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE