# Exhibit B

# EXPERT EXHIBIT

All of the reports identified below as well as each expert's CV and deposition are available through the Plaintiffs' Steering Committee in the Bard IVC Filter MDL.

| Expert | Report Dates |
|---|---|
| Christine L. Brauer, Ph.D. | 04/14/17, 5/12/2017 and 01/19 |
| Paul Briant, Ph.D. | 03/17/17, 04/14/17, 07/03/17, 07/12/2017 and 01/19 |
| Audrey Fasching, Ph.D. | 03/17/17, 04/14/17 5/12/2017 |
| David Feigal, M.D. | 03/17/17, 04/14/17 and 08/15/18 |
| Clement Grassi, M.D. | 03/17/17 and 04/14/17 |
| Christopher Morris, M.D. | 03/07/17 and 04/14/17 |
| Monty Stein. M.D. | 04/14/17 |
| Ronald Thisted, Ph.D. | 04/14/17 |
| Donna Bea Tillman, Ph.D. | 03/17/17, 04/14/17, 5/12/2017 and 01/19 |