**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| MARIA B. SANCHEZ,<br><br>    Plaintiff,<br><br>v.<br><br>C.R. BARD INCORPORATED and<br>BARD PERIPHERAL VASCULAR<br>INCORPORATED,<br><br>    Defendants. | Case No.: 1:20-cv-00297-KG-KK |

**CERTIFICATE OF SERVICE**

    Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., by and through its attorneys of record, Modrall Sperling, Roehl, Harris & Sisk, P.A., and Nelson Mullins Riley & Scarborough LLP, hereby certify that on June 5, 2020, a true and correct copy of *Defendants C.R. Bard, Inc.'s and Bard Peripheral Vascular, Inc.'s Rule 26 Disclosures* were served via electronic mail to all counsel of record.

    MODRALL, SPERLING, ROEHL, HARRIS
      & SISK, P.A.

    By: */s/ Alex Walker*
      Alex C. Walker
      P.O. Box 2168
      500 Fourth Street NW, Suite 1000
      Albuquerque, NM 87103-2168
      Telephone: (505) 848-1800
      awalker@modrall.com

    NELSON MULLINS RILEY
      & SCARBOROUGH LLP
      Philip M. Busman (admitted *pro hac vice*)
      101 Constitution Avenue NW, Suite 900
      Washington, DC 20001
      Telephone: (202) 689-2988
      phil.busman@nelsonmullins.com

    *Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

WE HEREBY CERTIFY that on this 19th day of June, 2020, we filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: */s/ Alex Walker*
    Alex C. Walker

*W3774720.DOCX*