**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa
United States Magistrate Judge**

**Clerk's Minutes**

*Sanchez v. C R Bard Inc. et al.*

Civ. No. 20-297 KG/KK

Monday, July 6, 2020 at 2:00 p.m.

**PLAINTIFF'S ATTORNEY PRESENT:**     Keith Altman

**DEFENDANTS' ATTORNEY PRESENT:**   Philip M. Busman

**TYPE OF PROCEEDING:**     Telephonic Rule 16 Initial Scheduling Conference
Time – 7 minutes

**CLERK'S MINUTES:**

- In response to the Court's inquiry, Plaintiff's counsel indicated that the parties are currently engaged in settlement negotiations and requested that the Initial Scheduling Conference be continued for 45 days. Defense counsel stated that he did not object to Plaintiff's counsel's request.

- The Court indicated that it will continue the Initial Scheduling Conference for 45 days to allow the parties to pursue settlement negotiations. The Court informed counsel that, in its scheduling order, it will move by 45 days any requested case management deadlines that would otherwise expire in the near future, but will set more distant deadlines as the parties have requested in their Joint Status Report and Provisional Discovery Plan.