**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa**
**United States Magistrate Judge**

**Clerk's Minutes**

*Sanchez v. C R Bard Inc. et al.*

Civ. No. 20-297 KG/KK

Thursday, August 20, 2020 at 9:45 a.m.

**PLAINTIFF'S ATTORNEY PRESENT:**     Keith Altman

**DEFENDANTS' ATTORNEY PRESENT:**  Philip M. Busman

**TYPE OF PROCEEDING:**     Telephonic Rule 16 Initial Scheduling Conference, Continued
Time –  15 minutes

**CLERK'S MINUTES:**

- In response to the Court's inquiry, Mr. Altman indicated that Plaintiff has made a settlement demand but settlement counsel have not yet responded to it. Mr. Busman indicated that he does not know why settlement counsel have not yet responded to Plaintiff's demand but he will contact them today to inquire.

- Mr. Altman requested that the Initial Scheduling Conference be continued for another 30 days pending a response to Plaintiff's settlement demand. Mr. Busman stated that he does not object to Mr. Altman's request but asked that Plaintiff provide medical authorizations and initial disclosures in the interim. Mr. Altman confirmed that Plaintiff will do so.

- The Court indicated that it will continue the Initial Scheduling Conference for another 30 days pending a response to Plaintiff's settlement demand. The Court instructed counsel to notify the Court by way of a joint e-mail to khalsaproposedtext@nmd.uscourts.gov if Plaintiff's demand is rejected before 30 days have passed so that the Court can move the conference to an earlier date.