IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARIA B. SANCHEZ,<br><br>    Plaintiff,<br>v.<br><br>C.R. BARD INCORPORATED and<br>BARD PERIPHERAL VASCULAR<br>INCORPORATED,<br><br>    Defendants. | Case No.: 1:20-cv-00297-KG-KK |

### JOINT STIPULATION AND MOTION FOR
### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

In accordance with this stipulated agreement, Plaintiff and Defendants, through their undersigned counsel, jointly move for entry of an order granting dismissal of this case, without prejudice.

Dated:  August 21, 2020

| | |
|---|---|
| EXCOLO LAW, PLLC | MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A. |
| By: *Electronically approved – 8/21/20*<br>Keith L. Altman, Esq.<br>26700 Lasher Road, Suite 401<br>Southfield, MI 48033<br>Telephone: (516) 456-5885<br>kaltman@lawampmmt.com<br><br>*Attorneys for Plaintiff* | By:  */s/ Alex Walker*<br>Alex C. Walker<br>500 Fourth Street NW, Suite 1000<br>Albuquerque, NM 87102<br>Telephone: (505) 848-1800<br>awalker@modrall.com |

Philip M. Busman (admitted pro hac vice)
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue NW, Suite 900
Washington, DC 20001
Telephone: (202) 689-2988
phil.busman@nelsonmullins.com

*Counsel for Defendants*

WE HEREBY CERTIFY that on this 21st day of August, 2020, we filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: */s/ Alex Walker*
    Alex C. Walker

*W3815035.DOCX*