IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA B. SANCHEZ,

    Plaintiff,

v.

                        Case No.: 1:20-cv-00297-KG-KK

C.R. BARD INCORPORATED and
BARD PERIPHERAL VASCULAR
INCORPORATED,

    Defendants.

**ORDER GRANTING JOINT STIPULATION AND MOTION FOR
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On this day the Court considered the parties' Joint Stipulation and Motion for Voluntary Dismissal Without Prejudice and noted that the parties jointly submitted the Motion. The Court is of the opinion that the relief requested therein should be GRANTED.

IT IS THEREFORE ORDERED that all claims asserted in this action are hereby dismissed without prejudice, with each party to bear his/its own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

1